1  MICHAEL K. SUH (BAR NO. 213855)
   EDWARD W. SUH (BAR NO. 265356)
2  LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES
   3810 WILSHIRE BOULEVARD, SUITE 1212
3  LOS ANGELES, CA 90010
   Telephone: (213) 385-7347
4  Facsimile: (213) 383-3323
   Edward@suhnassoclaw.com

Attorneys for Defendant
SAMYANG USA

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE PLAZA COMPANY, on Behalf of Itself and a Class of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NONG SHIM COMPANY, LTD.; NONG SHIM AMERICA, INC.; OTTOGI COMPANY, LTD; OTTOGI AMERICA, INC.; SAMYANG FOODS COMPANY, LTD.; SAMYANG USA; PALDO AMERICA; and KOREA YAKUIT,<br><br>Defendants. | Case No. CV13-05274-PA-(RZx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: August 9, 2013<br>Current response date: August 30, 2013<br>New response date: September 27, 2013 |

- 1 -

Pursuant to Local Rule 8-3 of the United States District Court for the Central District of California:

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff The Plaza Company ("Plaintiff") and defendant Samyang USA, through their respective counsel of record, that the time for Samyang USA to respond to Plaintiff's initial complaint filed in this action shall be extended by 28 days, from August 30, 2013, the date on which Samyang USA's responsive pleading is presently due to be filed, through and including September 27, 2013.

DATED: August 27, 2013

LIONEL Z. GLANCY
MICHAEL GOLDBERG
GLANCY BINKOW & GOLDBERG LLP

By: /s/ Michael Goldberg
    MICHAEL GOLDBERG
Attorneys for Plaintiff
THE PLAZA COMPANY

DATED: August 27, 2013

MICHAEL K. SUH
EDWARD W. SUH
LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES

By: /s/ Edward Suh
    EDWARD SUH
Attorneys for Defendant
SAMYANG USA

# PROOF OF SERVICE

I, Edward W. Suh, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3810 Wilshire Blvd., Suite 1212, Los Angeles, California 90010.

On August 28, 2013, I electronically filed the attached document(s):
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Lionel Z. Glancy | lglancy@glancylaw.com |
| Michael Goldberg | mgoldberg@glancylaw.com |
| Lee Albert | lalbert@glancylaw.com |
| Gregory B. Linkh | glinkh@glancylaw.com |
| Susan G. Kupfer | skupfer@glancylaw.com |
| Joseph M. Barton | jbarton@glancylaw.com |
| Christopher L. Lebsock | clebsock@hausfeldllp.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 28, 2013, at Los Angeles, California.

_____
Edward W. Suh

- 1 -