SQUIRE SANDERS (US) LLP
Anne Choi Goodwin (State Bar No. 216244)
Helen H. Yang (State Bar No. 241170)
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300
Telephone: +1.213.624.2500
Facsimile: +1.213.623.4581
anne.goodwin@squiresanders.com
helen.yang@squiresanders.com

Attorneys for Defendant
NONGSHIM AMERICA, INC.

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| THE PLAZA COMPANY, on Behalf of Itself and a Class of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NONGSHIM COMPANY, LTD.; NONGSHIM AMERICA, INC.; OTTOGI COMPANY, LTD.; OTTOGI AMERICA, INC.; SAMYANG FOODS COMPANY, LTD.; SAMYANG USA; PALDO AMERICA; AND KOREA YAKULT,<br><br>Defendants. | Case No. CV13-05274-PA-(RZx)<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION RE SCHEDULE FOR RESPONDING TO COMPLAINT AND EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**<br><br>**Judge: Hon. Percy Anderson** |

Counsel for Nongshim America, Inc. ("Nongshim America") and Plaintiff respectfully request that this Court enter the attached proposed Order for the following reasons:

WHEREAS, on July 22, 2013, plaintiff, The Plaza Company on behalf of itself and a class of all others similarly situated ("Plaintiff"), filed the above-captioned class action case ("Action") alleging antitrust violations, relating to Korean ramen noodle products against various defendants, including Nongshim America;

WHEREAS, on August 14, 2013, September 5, 2013 and September 6, 2013, other class action cases substantially stating similar allegations against the same defendants were filed in *An, Kang et al., v. Nongshim Company Ltd., et al.*, No. 13-05962 (C.D. Cal.) (identified as a 'Related Case' to the Action), *Fenerjian et al. v. Nongshim Company Ltd., et al.*, No. 13-04115 (N.D. Cal.), *PITCO Foods et al. v. Nongshim Company, Ltd. et al.*, No. 13-04148 (N.D. Cal.);

WHEREAS, on August 23, 2013, the parties filed a Stipulation to Extend Time to Respond pursuant to Local Rule 8-3, extending the time for Nongshim America to answer or otherwise respond to Plaintiff's Complaint until September 26, 2013 [D.E. 23], Nongshim America's current operative deadline to respond to Plaintiff's Complaint;

WHEREAS, on September 12, 2013, Nongshim America filed its substitution of counsel in the Action;

WHEREAS, as of the filing of this Joint Stipulation only two (2) of the eight (8) defendants named in this Action have been served by Plaintiff with corresponding proofs of service filed with the Court;

WHEREAS, Nongshim America does not represent and therefore is not in a position to accept service on behalf of Nongshim Co. Ltd, headquartered in Seoul, Korea;

WHEREAS, Plaintiff represents that Samyang USA has refused to accept service on behalf of Samyang Foods Company, Ltd. headquartered in Seoul, Korea;

WHEREAS, Plaintiff represents that Ottogi America, Inc.'s registered agent for service has not been at its address for three weeks. Plaintiff will be moving for leave to serve substitute process on Ottogi via the Secretary of State;

WHEREAS, as of the filing of this Joint Stipulation, the Court has not yet entered a scheduling conference date, and there are no other pending hearing dates, discovery cutoff date, or other court dates;

WHEREAS, pursuant to Local Rule 23-3, Plaintiff is required to file a class certification motion no later than ninety days after service;

WHEREAS, among other things, the following reasons support good cause for this Stipulation:

(1) To give sufficient time for the parties and the courts to meaningfully assess (as appropriate) whether the Action, as well as the other cases referenced above, should be consolidated and/or transferred for pretrial proceedings;

(2) To coordinate the proceedings among the multiple defendants in the case(s), since neither the Court nor the parties will be well served by having to submit, receive and process filings at different dates from the multiple defendants when the allegations and parties in these actions are substantially the same;

(3) The recent substitution of Nongshim America's counsel, affords Nongshim America's new counsel less than 10 days to review the Action and prepare and draft the necessary papers in response to the Complaint;

(4) To efficiently coordinate management of the Action and the other cases referenced above since Plaintiff's allegations substantially involve documents and witnesses in Korean and/or in Korea, which will complicate administration of the cases;

(5) To reasonably coordinate Plaintiff's class certification motion in order to facilitate efficient litigation of the Action; and

(6) To promote judicial economy in consideration of the foregoing.

Thus, through their undersigned attorneys, and subject to the Court's approval, the Parties respectfully request as follows:

1. Nongshim America shall file its answer or otherwise respond to Plaintiff's Complaint by December 10, 2013, or within 21 days after Plaintiff completes service on all defendants and files proofs of service confirming same, whichever is later; and

2. The Parties will present a proposed schedule to the Court on or before December 10, 2013 governing the various deadlines in the Action, including Plaintiff's class certification motion, and the requirements under Fed. R. Civ. P. 26. The parties agree and request that in no event shall Plaintiff be required to file a motion for class certification before all Defendants have (1) been served with and answered the Complaint or any amended Complaint(s) and (2) substantially responded to the first set of Plaintiff's document requests relevant to class certification. Dates for both of these events shall be included in any proposed schedule submitted to the Court.

3. Nothing herein is intended to result in, nor shall it be deemed to constitute or result in, a waiver of any defenses, positions or arguments that may be available to any party, and all such defenses, positions and arguments are specifically reserved.

Dated: September 16, 2013

By: /s/ *Helen H. Yang*

Anne Choi Goodwin
Helen H. Yang
**SQUIRE SANDERS (US) LLP**
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300
Telephone: (213) 624-2500
Facsimile: (213) 623-4581

| | | |
|---|---|---|
| 1 | | anne.goodwin@squiresanders.com |
| 2 | | helen.yang@squiresanders.com |
| | | Attorneys for Defendant |
| 3 | | NONGSHIM AMERICA, INC. |

Dated: September 16, 2013   By: /s/ *Christopher L. Lebsock*
Christopher L. Lebsock (SBN 184546)
HAUSFELD LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: clebsock@hausfeldllp.com

Megan E. Jones (*pro hac vice*)
Mindy B. Pava (*pro hac vice*)
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
Email: mjones@hausfeldllp.com
         mpava@hausfeldllp.com

YoungKi Rhee (*pro hac vice*)
WE THE PEOPLE LAW GROUP
15F The Salvation Army Bldg.,
476 Chungjeongro 3-Ka
Seodaemun-Ku, Seoul 120-837, Korea
Tel: 822-2285-0062
Fax: 822-2285-0071
Email: ykrhee@wethepeople.co.kr

Lionel Z. Glancy (SBN 134180)
Michael M Goldberg (SBN 188669)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: lglancy@glancylaw.com

| | |
|---|---|
| 1 | Susan G. Kupfer (SBN 141724) |
| 2 | Joseph M. Barton (SBN 188441) |
|   | GLANCY BINKOW & GOLDBERG LLP |
| 3 | One Embarcadero Center, Suite 760 |
|   | San Francisco, CA 94111 |
| 4 | Tel: (415) 972-8160 |
| 5 | Fax: (415) 972-8166 |
|   | Email: skupfer@glancylaw.com |
| 6 |         jbarton@glancylaw.com |
| 7 | Lee Albert (*pro hac vice*) |
|   | Gregory B. Linkh (*pro hac vice*) |
| 8 | GLANCY BINKOW & GOLDBERG LLP |
|   | 122 East 42nd Street, Suite 2920 |
| 9 | New York, NY 10168 |
| 10 | Tel: (212) 682-5340 |
|   | Fax: (212) 884-0988 |
| 11 | Email: glinkh@glancylaw.com |
| 12 | Attorneys for Plaintiff |
|   | THE PLAZA COMPANY |

# PROOF OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 16, 2013, I electronically filed the following document(s):

**JOINT STIPULATION RE SCHEDULE FOR RESPONDING TO COMPLAINT AND EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| **Lionel Z. Glancy** | **Lee Albert** |
| **Michael Goldberg** | **Gregory B. Linkh** |
| **GLANCY BINKOW & GOLDBERG LLP** | **GLANCY BINKOW & GOLDBERG LLP** |
| **1925 Century Park East** | **122 East 42nd Street, Suite 2920** |
| **Suite 2100** | **New York, NY 10168** |
| **Los Angeles, CA 90067** | **Telephone: (212) 682-5340** |
| **Telephone: (310) 201-9150** | **lalbert@glancylaw.com** |
| **Fax: (310) 201-9160** | **glinkh@glancylaw.com** |
| **info@glancylaw.com** | *Attorneys for Plaintiff and the Proposed Class* |
| **lglancy@glancylaw.com** | |
| **mgoldberg@glancylaw.com** | |
| *Attorneys for Plaintiff and the Proposed Class* | |

| | |
|---|---|
| **Susan G. Kupfer** | **YoungKi Rhee** |
| **Joseph M. Barton** | **WE THE PEOPLE LAW GROUP** |
| **GLANCY BINKOW &** | **15F The Salvation Army Bldg.,** |
| **GOLDBERG LLP** | **476 Chungjeongro 3-Ka** |
| **One Embarcadero Center Suite 760** | **Seodaemun-ku, Seoul 120-837, Korea** |
| **San Francisco, CA 94111** | **Telephone: 822-2285-0062** |
| **Telephone: (415) 972-8160** | **Fax: 822-2285-0071** |
| **skupfer@glancylaw.com** | **ykrhee@wethepeople.co.kr** |
| **jbarton@glancylaw.com** | *Attorneys for Plaintiff and the Proposed Class* |
| *Attorneys for Plaintiff and the Proposed Class* | |
| | |
| **Christopher L. Lebsock** | **Megan E. Jones** |
| **HAUSFELD LLP** | **Mindy B. Pava** |
| **44 Montgomery Street** | **HAUSFELD LLP** |
| **34th Floor** | **1700 K Street NW Suite 650** |
| **San Francisco, CA 94104** | **Washington DC 20006** |
| **Telephone: 415-633-1908** | **Telephone: 202-540-7200** |
| **clebsock@hausfeldllp.com** | **mjones@hausfeldllp.com** |
| *Attorneys for Plaintiff and the Proposed Class* | **mpava@hausfeldllp.com** |
| | *Attorneys for Plaintiff and the Proposed Class* |

**BY U.S. MAIL**

On September 16, 2013, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the above referenced document was placed in a sealed envelope, postage fully paid, addressed as follows for attorney(s) who have not consented to electronic service:

Edward Suh
KPMG
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213-593-6672
Fax: 213-652-1915
Edward@suhnassoclaw.com
***Attorneys for Samyang USA***

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 16, 2013, at Los Angeles, California.

/s/ *Consuelo M. Lopez*
Consuelo M. Lopez