1  SQUIRE SANDERS (US) LLP
2  Anne Choi Goodwin (State Bar No. 216244)
   Helen H. Yang (State Bar No. 241170)
3  555 South Flower Street, 31st Floor
4  Los Angeles, CA  90071-2300
   Telephone:  +1.213.624.2500
5  Facsimile:   +1.213.623.4581
6  anne.goodwin@squiresanders.com
   helen.yang@squiresanders.com
7

8  Attorneys for Defendant
   NONGSHIM AMERICA, INC.
9

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| THE PLAZA COMPANY, on Behalf of Itself and a Class of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NONGSHIM COMPANY, LTD.; NONGSHIM AMERICA, INC.; OTTOGI COMPANY, LTD.; OTTOGI AMERICA, INC.; SAMYANG FOODS COMPANY, LTD.; SAMYANG USA; PALDO AMERICA; AND KOREA YAKULT, <br><br> Defendants. | Case No. CV13-05274-PA-(RZx) <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE SCHEDULE FOR RESPONDING TO COMPLAINT AND EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION** <br><br> **Judge:  Hon. Percy Anderson** |

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING:

1. No defendant shall be required to file its answer or otherwise respond to Plaintiff's Complaint until December 10, 2013, or 21 days after Plaintiff completes service on all defendants and files proofs of service confirming same, whichever is later; and

2. The Parties will present a proposed schedule to the Court on or before December 10, 2013 governing the various deadlines in the Action, including Plaintiff's class certification motion, and the requirements under Fed. R. Civ. P. 26. In no event shall Plaintiff be required to file its motion for class certification before all Defendants have (1) been served with and answered the Complaint or any amended Complaint(s) and (2) substantially responded to Plaintiff's first set of document requests relevant to class certification.  Dates for both events shall be set forth in any proposed Scheduling Order submitted to this Court for approval.

3. Nothing herein is intended to result in, nor shall it be deemed to constitute or result in, a waiver of any defenses, positions or arguments that may be available to any party, and all such defenses, positions and arguments are specifically reserved.

IT IS SO ORDERED.

Dated: _____, 2013

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

# **PROOF OF SERVICE**

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 16, 2013, I electronically filed the following document(s):

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE SCHEDULE FOR RESPONDING TO COMPLAINT AND EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

**Lionel Z. Glancy**
**Michael Goldberg**
**GLANCY BINKOW &**
**GOLDBERG LLP**
**1925 Century Park East**
**Suite 2100**
**Los Angeles, CA 90067**
**Telephone: (310) 201-9150**
**Fax: (310) 201-9160**
**info@glancylaw.com**
**lglancy@glancylaw.com**
**mgoldberg@glancylaw.com**
*Attorneys for Plaintiff and the*
*Proposed Class*

**Lee Albert**
**Gregory B. Linkh**
**GLANCY BINKOW & GOLDBERG LLP**
**122 East 42nd Street, Suite 2920**
**New York, NY 10168**
**Telephone: (212) 682-5340**
**lalbert@glancylaw.com**
**glinkh@glancylaw.com**
*Attorneys for Plaintiff and the Proposed Class*

| | |
|---|---|
| 1 | Susan G. Kupfer |
| 2 | Joseph M. Barton |
| | GLANCY BINKOW & |
| 3 | GOLDBERG LLP |
| | One Embarcadero Center Suite 760 |
| 4 | San Francisco, CA 94111 |
| 5 | Telephone: (415) 972-8160 |
| 6 | skupfer@glancylaw.com |
| 7 | jbarton@glancylaw.com |
| | *Attorneys for Plaintiff and the Proposed Class* |

**Susan G. Kupfer**
**Joseph M. Barton**
**GLANCY BINKOW &**
**GOLDBERG LLP**
**One Embarcadero Center Suite 760**
**San Francisco, CA 94111**
**Telephone: (415) 972-8160**
**skupfer@glancylaw.com**
**jbarton@glancylaw.com**
*Attorneys for Plaintiff and the Proposed Class*

**YoungKi Rhee**
**WE THE PEOPLE LAW GROUP**
**15F The Salvation Army Bldg.,**
**476 Chungjeongro 3-Ka**
**Seodaemun-ku, Seoul 120-837, Korea**
**Telephone: 822-2285-0062**
**Fax: 822-2285-0071**
**ykrhee@wethepeople.co.kr**
*Attorneys for Plaintiff and the Proposed Class*

**Christopher L. Lebsock**
**HAUSFELD LLP**
**44 Montgomery Street**
**34th Floor**
**San Francisco, CA 94104**
**Telephone: 415-633-1908**
**clebsock@hausfeldllp.com**
*Attorneys for Plaintiff and the Proposed Class*

**Megan E. Jones**
**Mindy B. Pava**
**HAUSFELD LLP**
**1700 K Street NW Suite 650**
**Washington DC 20006**
**Telephone: 202-540-7200**
**mjones@hausfeldllp.com**
**mpava@hausfeldllp.com**
*Attorneys for Plaintiff and the Proposed Class*

**BY U.S. MAIL**

On September 16, 2013, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the above referenced document was placed in a sealed envelope, postage fully paid, addressed as follows for attorney(s) who have not consented to electronic service:

Edward Suh
KPMG
355 South Grand Avenue
Los Angeles, CA 90071
Telephone:  213-593-6672
Fax: 213-652-1915
Edward@suhnassoclaw.com
***Attorneys for Samyang USA***

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 16, 2013, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　/s/ *Consuelo M. Lopez*
　　　　　　　　　　　　　　　　　　　　Consuelo M. Lopez