1
2
3
4
5
6
7

SQUIRE SANDERS (US) LLP
Anne Choi Goodwin (State Bar No.  216244)
Helen H. Yang (State Bar No. 241170)
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300
Telephone:  +1.213.624.2500
Facsimile:    +1.213.623.4581
anne.goodwin@squiresanders.com
helen.yang@squiresanders.com

8
9

Attorneys for Defendant
NONGSHIM AMERICA, INC.

10

11            **UNITED STATES DISTRICT COURT**

12        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13                     **WESTERN DIVISION**

| | |
|---|---|
| 14 THE PLAZA COMPANY, on Behalf | Case No. CV13-05274-PA-(RZx) |
| 15 of Itself and a Class of All Others Similarly Situated, | |
| 16 | **CLASS ACTION** |
| 17                     Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE** |
| 18 | **SCHEDULE FOR RESPONDING** |
| 19     v. | **TO COMPLAINT AND EXTENSION OF TIME TO FILE** |
| 20 NONGSHIM COMPANY, LTD.; | **MOTION FOR CLASS** |
| 21 NONGSHIM AMERICA, INC.; OTTOGI COMPANY, LTD.; | **CERTIFICATION** |
| 22 OTTOGI AMERICA, INC.; | **Judge:  Hon. Percy Anderson** |
| 23 SAMYANG FOODS COMPANY, LTD.; SAMYANG USA; PALDO | |
| 24 AMERICA; AND KOREA YAKULT, | |
| 25                     Defendants. | |
| 26 | |

27
28

                                          [PROPOSED] ORDER GRANTING
                                                    JOINT STIPULATION

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING:

1.     No defendant shall be required to file its answer or otherwise respond to Plaintiff's Complaint until December 10, 2013, or 21 days after Plaintiff completes service on all defendants and files proofs of service confirming same, whichever is later; and

2.     The Parties will present a proposed schedule to the Court on or before December 10, 2013 governing the various deadlines in the Action, including Plaintiff's class certification motion, and the requirements under Fed. R. Civ. P. 26. In no event shall Plaintiff be required to file its motion for class certification before all Defendants have (1) been served with and answered the Complaint or any amended Complaint(s) and (2) substantially responded to Plaintiff's first set of document requests relevant to class certification.  Dates for both events shall be set forth in any proposed Scheduling Order submitted to this Court for approval.

3.     Nothing herein is intended to result in, nor shall it be deemed to constitute or result in, a waiver of any defenses, positions or arguments that may be available to any party, and all such defenses, positions and arguments are specifically reserved.

IT IS SO ORDERED.

Dated: September 17, 2013

**DENIED**

BY ORDER OF THE COURT

_____

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING
JOINT STIPULATION

1

## PROOF OF SERVICE

2

(Pursuant to Federal Law)

3

    The undersigned certifies and declares as follows:

4

    I am a citizen of the United States and employed in Los Angeles County,

5

California.  I am over the age of eighteen years and not a party to the within-entitled

6

action.  My business address is 555 South Flower Street, 31st Floor, Los Angeles,

7

California  90071.  I am readily familiar with this firm's practice for collection and

8

processing of correspondence for mailing with the United States Postal Service.  On

9

September 16, 2013, I electronically filed the following document(s):

10

11

**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE SCHEDULE FOR RESPONDING TO COMPLAINT AND EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**

12

13

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

14

15

16

17

18

19

20

21

22

23

**Lionel Z. Glancy**
**Michael Goldberg**
**GLANCY BINKOW &**
**GOLDBERG LLP**
**1925 Century Park East**
**Suite 2100**
**Los Angeles, CA  90067**
**Telephone:  (310) 201-9150**
**Fax:  (310) 201-9160**
**info@glancylaw.com**
**lglancy@glancylaw.com**
**mgoldberg@glancylaw.com**
***Attorneys for Plaintiff and the***
***Proposed Class***

**Lee Albert**
**Gregory B. Linkh**
**GLANCY BINKOW & GOLDBERG LLP**
**122 East 42nd Street, Suite 2920**
**New York, NY  10168**
**Telephone:  (212) 682-5340**
**lalbert@glancylaw.com**
**glinkh@glancylaw.com**
***Attorneys for Plaintiff and the Proposed***
***Class***

24

25

26

27

28

[PROPOSED] ORDER GRANTING
JOINT STIPULATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Susan G. Kupfer**
**Joseph M. Barton**
**GLANCY BINKOW &**
**GOLDBERG LLP**
**One Embarcadero Center Suite**
**760**
**San Francisco, CA 94111**
**Telephone:  (415) 972-8160**
skupfer@glancylaw.com
jbarton@glancylaw.com
*Attorneys for Plaintiff and the*
*Proposed Class*

**Christopher L. Lebsock**
**HAUSFELD LLP**
**44 Montgomery Street**
**34th Floor**
**San Francisco, CA  94104**
**Telephone:  415-633-1908**
clebsock@hausfeldllp.com
*Attorneys for Plaintiff and the*
*Proposed Class*

**YoungKi Rhee**
**WE THE PEOPLE LAW GROUP**
**15F The Salvation Army Bldg.,**
**476 Chungjeongro 3-Ka**
**Seodaemun-ku, Seoul 120-837, Korea**
**Telephone:  822-2285-0062**
**Fax:  822-2285-0071**
ykrhee@wethepeople.co.kr
*Attorneys for Plaintiff and the Proposed*
*Class*

**Megan E. Jones**
**Mindy B. Pava**
**HAUSFELD LLP**
**1700 K Street NW Suite 650**
**Washington DC 20006**
**Telephone:  202-540-7200**
mjones@hausfeldllp.com
mpava@hausfeldllp.com
*Attorneys for Plaintiff and the Proposed*
*Class*

[PROPOSED] ORDER GRANTING
JOINT STIPULATION

1

**BY U.S. MAIL**

2
        On September 16, 2013, I placed with this firm at the above address for

3
deposit with the United States Postal Service a true and correct copy of the above

4
referenced document was placed in a sealed envelope, postage fully paid, addressed

5
as follows for attorney(s) who have not consented to electronic service:

6
    Edward Suh
    KPMG
7
    355 South Grand Avenue
8
    Los Angeles, CA 90071
    Telephone:  213-593-6672
9
    Fax: 213-652-1915
10
    Edward@suhnassoclaw.com
    ***Attorneys for Samyang USA***
11

12
        Following ordinary business practices, the envelope was sealed and placed

13
for collection and mailing on this date, and would, in the ordinary course of

14
business, be deposited with the United States Postal Service on this date.

15
        I declare that I am employed in the office of a member of the bar of this court

16
at whose direction the service was made.

17
        Executed on September 16, 2013, at Los Angeles, California.

18
                      _/s/ Consuelo M. Lopez_____

19
                              Consuelo M. Lopez

20

21

22

23

24

25

26

27

28

- 5 -
                                    [PROPOSED] ORDER GRANTING
                                    JOINT STIPULATION