SQUIRE SANDERS (US) LLP
Anne Choi Goodwin (CA Bar No. 216244)
Helen H. Yang (CA Bar No. 241170)
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300
Telephone:  +1.213.624.2500
Facsimile:   +1.213.623.4581
anne.goodwin@squiresanders.com
helen.yang@squiresanders.com

Attorneys for Defendant
NONGSHIM AMERICA, INC.

[*ADDITIONAL SUBMITTING COUNSEL ON SIGNATURE PAGE*]

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| THE PLAZA COMPANY, on Behalf of Itself and a Class of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NONGSHIM COMPANY, LTD.; NONGSHIM AMERICA, INC.; OTTOGI COMPANY, LTD.; OTTOGI AMERICA, INC.; SAMYANG FOODS COMPANY, LTD.; SAMYANG USA; PALDO AMERICA; AND KOREA YAKULT,<br><br>Defendants. | Case No. CV13-05274-PA-(RZx)<br><br>**CLASS ACTION**<br><br>**JOINT *EX PARTE* APPLICATION FOR THE COURT TO GRANT THE ACCOMPANYING [PROPOSED] JOINT MOTION TO STAY PENDING RULING ON MOTION TO CONSOLIDATE MATTERS BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF ANNE CHOI GOODWIN**<br><br>*[[Proposed] Order and [Proposed] Joint Motion to Stay Lodged Concurrently Herewith]*<br><br>Judge:  Hon. Percy Anderson<br>Place:   Courtroom 15<br>             312 N. Spring Street<br>             Los Angeles, CA 90012 |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff The Plaza Company ("Plaza"), Defendant Samyang USA, and Defendant Nongshim America, Inc. ("Nongshim America") (collectively, the "Parties") have conferred pursuant to Local Rule ("L.R.") 7-19.1 of this Court [Declaration of Anne Choi Goodwin ("Goodwin Decl."), ¶¶ 3-4] and hereby jointly apply, *ex parte*, for the Court to grant the [Proposed] Joint Motion to Stay Pending Ruling on Motion to Consolidate Matters by the Judicial Panel on Multidistrict Litigation ("JPML") (the "Joint Motion to Stay"), submitted and lodged concurrently herewith. *See Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995) (instructing that a proper *ex parte* motion should be accompanied by a proposed motion asking for the ultimate relief sought by the *ex parte* applicants). Granting this *Ex Parte* Application is appropriate under L.R. 7-19 for reasons stated in the following Memorandum of Points and Authorities.

MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

The Parties bring this *ex parte* application to have the concurrently-submitted Joint Motion to Stay ruled upon by the Court in order to avoid the irreparable harm of inconsistent pre-trial rulings and to conserve judicial and party resources in accordance with the purpose and goals of the JPML and 28 U.S.C. § 1407. Having the Joint Motion to Stay heard on ordinary notice time would result in the motion not being ripe for decision until after currently pending deadlines for defendants Nongshim America and Samyang USA to respond to the Complaint in this action have passed, thereby raising the specter of inconsistent pre-trial rulings and unnecessarily expending party and judicial resources– issues that Section 1407 consolidation is aimed at avoiding. Accordingly, as explained in more detail below, the Parties jointly request that the Court grant the accompanying Joint Motion to Stay.

## II. DISCUSSION

This action is one of seven currently-pending antitrust class actions related to an alleged conspiracy to manipulate the prices of certain Korean noodle products. The following chart identifies all seven of the currently-pending cases, the court in which the matter is pending and the judge(s) to whom the matter is assigned:

| | Case Name | Court | Civil Action No. | Judge |
|---|---|---|---|---|
| 1. | *The Plaza Company, on Behalf of Itself and a Class of All Others Similarly Situated, v. Nong Shim Company, Ltd., et al.* | Central District of California, Western Division | 13-cv-05274 | District Judge: The Honorable Percy Anderson |

| | **Case Name** | **Court** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|
| 2. | *Stephen Fenerjian, Individually and on Behalf of All Others Similarly Situated, v. Nong Shim Company, Ltd., et al.* | Northern District of California, San Francisco Division | 13-cv-04115 | District Judge: The Honorable William H. Orrick |
| 3. | *Pitco Foods, on behalf of itself and a Class of All Others Similarly Situated, v. Nong Shim Company, Ltd., et al.* | Northern District of California, San Francisco Division | 13-cv-04148 | District Judge: The Honorable Edward M. Chen |
| 4. | *Jill Bonnington, Individually and on Behalf of All Others Similarly Situated, v. Nong Shim Company, Ltd., et al.* | Northern District of California, San Francisco Division | 13-cv-04296 | Magistrate Judge: The Honorable Laurel Beeler |
| 5. | *Christina Nguyen, Individually and on Behalf of All Others Similarly Situated, v. Nong Shim Company, Ltd., et al.* | Northern District of California, San Francisco Division | 13-cv-04308 | Magistrate Judge: The Honorable Donna M. Ryu |
| 6. | *Anthony An and Kenny Kang, on behalf of themselves and a Class of all others similarly situated, v. Nong Shim Company, Ltd., et al.* | Central District of California, Western Division | 13-cv-05962 | District Judge: The Honorable Percy Anderson |
| 7. | *Thu Thuy Ngyuen, individually and on Behalf of All Others Similarly Situated, v. Nong Shim Company, Ltd., et al.* | Northern District of California, San Francisco Division | 13-cv-04335 | Magistrate Judge: The Honorable Maria-Elena James |

Each of these seven lawsuits arises from the same alleged conspiracy, seeks damages for alleged harm arising from the purported conspiracy and names the same companies as defendants. Thus, all seven actions seek to impose liability against the same parties for alleged harm caused by the same purported conspiracy. Given that six judges now have cases concerning the same or similar facts, the likelihood for differing schedules and inconsistent rulings is significant. Inconsistent rulings would pose serious problems because the factual and legal allegations are nearly identical in each of the seven related actions. Different judges may reach conflicting decisions regarding critical issues such as class certification, motions to dismiss, and/or discovery schedules.

In light of the common factual issues presented by the allegations in all seven of these cases and the danger of inconsistent schedules and rulings, on September 19, 2013, the Plaintiff in the *Fenerjian* case filed a Motion and a Memorandum of Law in Support Of Motion of Plaintiff Stephen Fenerjian for the Transfer of Related Actions to the Northern District of California for Consolidated Pretrial Proceedings Pursuant To 28 U.S.C. § 1407 in the JPML (the "MDL Motion"). The purpose of the MDL Motion to transfer to the Northern District of California pursuant to 28 U.S.C § 1407 is "to eliminate duplicative discovery, prevent inconsistent pretrial rulings (especially with respect to class certification matters), and conserve the resources of the parties, their counsel and the judiciary." *In re Hypodermic Prods. Antitrust Litig.*, 408 F. Supp. 2d 1356, 1357 (J.P.M.L. 2005).

The next JPML hearing session is set for December 5, 2013 in Las Vegas, Nevada. *See* http://www.jpml.uscourts.gov/hearing-information. Pursuant to the JPML's rules, in advance of that hearing session (typically about 45 days beforehand), the JPML will issue a hearing session order either listing the matter for hearing or listing it to be decided without oral argument. Pursuant to 28 U.S.C. § 1407, the JPML will decide (a) if the cases should be consolidated and (b) in which court.

Meanwhile, there are current deadlines in this Action that are of note. Defendant Nongshim America's current deadline to respond to the Complaint in this Action is this coming Thursday, September 26, 2013. Defendant Samyang USA's current deadline to respond to the Complaint in this Action is this coming Friday, September 27, 2013. Under normal notice requirements, the accompanying Joint Motion to Stay would not be heard and ruled upon until after Nongshim America's and Samyang USA's deadlines to respond. Accordingly, in order to avoid the potential harm, and the waste of judicial and party resources, the Parties jointly respectfully request that the Court grant the accompanying Joint Motion to Stay.

### III. CONTACT INFORMATION FOR COUNSEL

Pursuant to L.R. 7-19, the parties provide "the name, address, telephone number and e-mail address of counsel for the opposing party" below:

**Counsel for Plaza:**

Christopher L. Lebsock (SBN 184546)
HAUSFELD LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Tel: (415) 633-1908
Fax: (415) 358-4980
Email: clebsock@hausfeldllp.com

Megan E. Jones (*pro hac vice*)
Mindy B. Pava (*pro hac vice*)
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
Email: mjones@hausfeldllp.com
   mpava@hausfeldllp.com

YoungKi Rhee (*pro hac vice*)
WE THE PEOPLE LAW GROUP
15F The Salvation Army Bldg.,
476 Chungjeongro 3-Ka

Seodaemun-Ku, Seoul 120-837, Korea
Tel: 822-2285-0062
Fax: 822-2285-0071
Email: ykrhee@wethepeople.co.kr

Lionel Z. Glancy (SBN 134180)
Michael M Goldberg (SBN 188669)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
Email: lglancy@glancylaw.com

Susan G. Kupfer (SBN 141724)
Joseph M. Barton (SBN 188441)
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166
Email: skupfer@glancylaw.com
       jbarton@glancylaw.com
Lee Albert (*pro hac vice*)
Gregory B. Linkh (*pro hac vice*)
GLANCY BINKOW & GOLDBERG LLP
122 East 42nd Street, Suite 2920
New York, NY 10168
Tel: (212) 682-5340
Fax: (212) 884-0988
Email: glinkh@glancylaw.com

**Counsel for Samyang USA:**

Edward W. Suh
**LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES**
3810 Wilshire Blvd., Suite 1212
Los Angeles, CA  90010
Telephone: (213) 385-7347
Facsimile:  (213) 383-3323
edward@suhnassoclaw.com

**Counsel for Nongshim America:**

Anne Choi Goodwin
Helen H. Yang
**SQUIRE SANDERS (US) LLP**

555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300
Telephone: (213) 624-2500
Facsimile:  (213) 623-4581
anne.goodwin@squiresanders.com
helen.yang@squiresanders.com

## IV.     CONCLUSION

For the foregoing reasons and for the reasons set forth in the accompanying Joint Motion to Stay, the Parties jointly request that the Court grant the Joint Motion to Stay upon submission.

Respectfully Submitted,

Dated: September 20, 2013

By: _____/s/ *Anne Choi Goodwin*_____

Anne Choi Goodwin
Helen H. Yang
**SQUIRE SANDERS (US) LLP**
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300
Telephone: (213) 624-2500
Facsimile:  (213) 623-4581
anne.goodwin@squiresanders.com
helen.yang@squiresanders.com
Attorneys for Defendant
NONGSHIM AMERICA, INC.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2013 | By: */s/ Christopher L. Lebsock* |
| 2 | | Christopher L. Lebsock (SBN 184546) |
| | | HAUSFELD LLP |
| 3 | | 44 Montgomery St., Suite 3400 |
| | | San Francisco, CA 94104 |
| 4 | | Tel:  (415) 633-1908 |
| 5 | | Fax:  (415) 358-4980 |
| | | Email:  clebsock@hausfeldllp.com |
| 6 | | |
| 7 | | Megan E. Jones (*pro hac vice*) |
| | | Mindy B. Pava (*pro hac vice*) |
| 8 | | HAUSFELD LLP |
| | | 1700 K Street NW, Suite 650 |
| 9 | | Washington, D.C. 20006 |
| 10 | | Tel: (202) 540-7200 |
| | | Fax: (202) 540-7201 |
| 11 | | Email: mjones@hausfeldllp.com |
| 12 | |         mpava@hausfeldllp.com |
| 13 | | YoungKi Rhee (*pro hac vice*) |
| | | WE THE PEOPLE LAW GROUP |
| 14 | | 15F The Salvation Army Bldg., |
| | | 476 Chungjeongro 3-Ka |
| 15 | | Seodaemun-Ku, Seoul 120-837, Korea |
| 16 | | Tel: 822-2285-0062 |
| | | Fax: 822-2285-0071 |
| 17 | | Email: ykrhee@wethepeople.co.kr |
| 18 | | Lionel Z. Glancy (SBN 134180) |
| | | Michael M Goldberg (SBN 188669) |
| 19 | | GLANCY BINKOW & GOLDBERG LLP |
| 20 | | 1925 Century Park East, Suite 2100 |
| | | Los Angeles, CA 90067 |
| 21 | | Tel: (310) 201-9150 |
| | | Fax: (310) 201-9160 |
| 22 | | Email: lglancy@glancylaw.com |
| 23 | | |
| 24 | | Susan G. Kupfer (SBN 141724) |
| | | Joseph M. Barton (SBN 188441) |
| 25 | | GLANCY BINKOW & GOLDBERG LLP |
| | | One Embarcadero Center, Suite 760 |
| 26 | | San Francisco, CA 94111 |
| 27 | | Tel: (415) 972-8160 |
| | | Fax: (415) 972-8166 |
| 28 | | Email: skupfer@glancylaw.com |

```
                              jbarton@glancylaw.com
                              Lee Albert (pro hac vice)
                              Gregory B. Linkh (pro hac vice)
                              GLANCY BINKOW & GOLDBERG LLP
                              122 East 42nd Street, Suite 2920
                              New York, NY 10168
                              Tel: (212) 682-5340
                              Fax: (212) 884-0988
                              Email: glinkh@glancylaw.com

                              Attorneys for Plaintiff
                              THE PLAZA COMPANY
```

Dated: September 20, 2013          By:  */s/ Edward W. Suh*

                                                    Edward W. Suh
**LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES**
3810 Wilshire Blvd., Suite 1212
Los Angeles, CA  90010
Telephone: (213) 385-7347
Facsimile:  (213) 383-3323
edward@suhnassoclaw.com
Attorneys for Defendant
SAMYANG USA

### CERTIFICATION OF PERMISSION FOR JOINT FILING

    I hereby certify that each signatory concurs in the content of this filing, and has authorized this filing.  I have obtained authorization for the e-signature of all parties on the document.


                             /s/*Anne Choi Goodwin*
                                Anne Choi Goodwin

## DECLARATION OF ANNE CHOI GOODWIN

I, Anne Choi Goodwin, declare as follows:

1. I am an attorney with the law firm of Squire Sanders (US) LLP ("Squire Sanders"), counsel of record for Defendant Nongshim America, Inc. in the above-referenced matter. I am duly authorized to practice law in the State of California and before this Court. I have personal knowledge of the facts set forth herein and if called upon to do so, could and would testify competently thereto under oath.

2. On September 19, 2013, the Plaintiff in the *Fenerjian* action filed its Memorandum of Law in Support of Motion of Plaintiff Stephen Fenerjian for the Transfer of Related Actions to the Northern District of California for Consolidated Pretrial Proceedings Pursuant To 28 U.S.C. § 1407 in the JPML (the "MDL Motion").

3. After receiving the MDL Motion, on the evening of September 19, I contacted counsel for Plaintiff The Plaza Company. During that call, we agreed that filing a joint motion to stay this action via a joint *ex parte* application was appropriate.

4. On the morning of September 20, 2013 at approximately 9:45 a.m., I contacted counsel for defendant Samyang USA to discuss the impact of the MDL motion. Counsel for Samyang USA also agreed that filing a joint motion to stay via a joint *ex parte* application was appropriate.

//
//
//
//
//
//
//

5. Accordingly, in concert with counsel for The Plaza Company and Samyang USA, I, along with others at my firm, prepared the foregoing *ex parte* application and the accompanying [Proposed] Joint Motion to Stay Pending Ruling on Motion to Consolidate Matters by the JPML.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed the 20th day of September, 2013, at Los Angeles, California.

*/s/ Anne Choi Goodwin*
Anne Choi Goodwin

# PROOF OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 20, 2013, I electronically filed the following document(s):

**JOINT *EX PARTE* APPLICATION FOR THE COURT TO GRANT THE ACCOMPANYING [PROPOSED] JOINT MOTION TO STAY PENDING RULING ON MOTION TO CONSOLIDATE MATTERS BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF ANNE CHOI GOODWIN**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| **Lionel Z. Glancy** | **Lee Albert** |
| **Michael Goldberg** | **Gregory B. Linkh** |
| **GLANCY BINKOW & GOLDBERG LLP** | **GLANCY BINKOW & GOLDBERG LLP** |
| **1925 Century Park East** | **122 East 42nd Street, Suite 2920** |
| **Suite 2100** | **New York, NY 10168** |
| **Los Angeles, CA 90067** | **Telephone: (212) 682-5340** |
| **Telephone: (310) 201-9150** | **lalbert@glancylaw.com** |
| **Fax: (310) 201-9160** | **glinkh@glancylaw.com** |
| **info@glancylaw.com** | *Attorneys for Plaintiff and the Proposed Class* |
| **lglancy@glancylaw.com** | |
| **mgoldberg@glancylaw.com** | |
| *Attorneys for Plaintiff and the Proposed Class* | |

| | | |
|---|---|---|
| 1 | **Susan G. Kupfer** | **YoungKi Rhee** |
| 2 | **Joseph M. Barton** | **WE THE PEOPLE LAW GROUP** |
| | **GLANCY BINKOW &** | **15F The Salvation Army Bldg.,** |
| 3 | **GOLDBERG LLP** | **476 Chungjeongro 3-Ka** |
| 4 | **One Embarcadero Center Suite 760** | **Seodaemun-ku, Seoul 120-837, Korea** |
| | | **Telephone: 822-2285-0062** |
| 5 | **San Francisco, CA 94111** | **Fax: 822-2285-0071** |
| 6 | **Telephone: (415) 972-8160** | **ykrhee@wethepeople.co.kr** |
| | **skupfer@glancylaw.com** | *Attorneys for Plaintiff and the Proposed* |
| 7 | **jbarton@glancylaw.com** | *Class* |
| 8 | *Attorneys for Plaintiff and the Proposed Class* | |
| 9 | | |
| 10 | **Christopher L. Lebsock** | **Megan E. Jones** |
| | **HAUSFELD LLP** | **Mindy B. Pava** |
| 11 | **44 Montgomery Street** | **HAUSFELD LLP** |
| 12 | **34th Floor** | **1700 K Street NW Suite 650** |
| | **San Francisco, CA 94104** | **Washington DC 20006** |
| 13 | **Telephone: 415-633-1908** | **Telephone: 202-540-7200** |
| 14 | **clebsock@hausfeldllp.com** | **mjones@hausfeldllp.com** |
| | *Attorneys for Plaintiff and the Proposed Class* | **mpava@hausfeldllp.com** |
| 15 | | *Attorneys for Plaintiff and the Proposed Class* |
| 16 | | |
| 17 | **Edward W. Suh** | |
| 18 | **LAW OFFICES OF** | |
| | **MICHAEL K. SUH & ASSOCIATES** | |
| 19 | **3810 Wilshire Blvd., Suite 1212** | |
| 20 | **Los Angeles, CA 90010** | |
| | **Telephone: (213) 385-7347** | |
| 21 | **Facsimile: (213) 383-3323** | |
| 22 | **edward@suhnassoclaw.com** | |
| | *Attorneys for Defendant Samyang USA* | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |