NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
LAW OFFICES OF MICHAEL K. SUH & ASSOCIATES
Michael K. Suh (CA Bar No. 213855)
Edward W. Suh (CA Bar No. 265356)
3810 Wilshire Blvd., Suite 1212
Los Angeles, CA 90010
Telephone: (213) 385-7347
Facsimile: (213) 383-3323

ATTORNEY(S) FOR: Sam Yang (U.S.A.), Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| The Plaza Company et al.<br><br>Plaintiff(s),<br>v.<br>Nongshim Company Ltd. et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV13-05274-PA (RZx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |
|---|---|

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Sam Yang (U.S.A.), Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Mun Kyung Chun | Owns 100% of Sam Yang (U.S.A.), Inc. |

October 2, 2013                    /s/ Edward W. Suh
Date                                       Signature

Attorney of record for (or name of party appearing in pro per):

Sam Yang (U.S.A.), Inc.

# PROOF OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3810 Wilshire Blvd., Suite 1212, Los Angeles, California 90010. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 2, 2013, I electronically filed the following document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

**Lionel Z. Glancy**
**Michael Goldberg**
**GLANCY BINKOW & GOLDBERG LLP**
**1925 Century Park East**
**Suite 2100**
**Los Angeles, CA 90067**
**Telephone: (310) 201-9150**
**Fax: (310) 201-9160**
**info@glancylaw.com**
**lglancy@glancylaw.com**
**mgoldberg@glancylaw.com**
*Attorneys for Plaintiff and the Proposed Class*

**Lee Albert**
**Gregory B. Linkh**
**GLANCY BINKOW & GOLDBERG LLP**
**122 East 42nd Street, Suite 2920**
**New York, NY 10168**
**Telephone: (212) 682-5340**
**lalbert@glancylaw.com**
**glinkh@glancylaw.com**
*Attorneys for Plaintiff and the Proposed Class*

| | |
|---|---|
| **Susan G. Kupfer**<br>**Joseph M. Barton**<br>**GLANCY BINKOW & GOLDBERG LLP**<br>**One Embarcadero Center Suite 760**<br>**San Francisco, CA 94111**<br>Telephone:  (415) 972-8160<br>skupfer@glancylaw.com<br>jbarton@glancylaw.com<br>*Attorneys for Plaintiff and the Proposed Class* | **YoungKi Rhee**<br>**WE THE PEOPLE LAW GROUP**<br>**15F The Salvation Army Bldg.,**<br>**476 Chungjeongro 3-Ka**<br>**Seodaemun-ku, Seoul 120-837, Korea**<br>Telephone:  822-2285-0062<br>Fax:  822-2285-0071<br>ykrhee@wethepeople.co.kr<br>*Attorneys for Plaintiff and the Proposed Class* |
| **Christopher L. Lebsock**<br>**HAUSFELD LLP**<br>**44 Montgomery Street**<br>**34th Floor**<br>**San Francisco, CA  94104**<br>Telephone:  415-633-1908<br>clebsock@hausfeldllp.com<br>*Attorneys for Plaintiff and the Proposed Class* | **Megan E. Jones**<br>**Mindy B. Pava**<br>**HAUSFELD LLP**<br>**1700 K Street NW Suite 650**<br>**Washington DC 20006**<br>Telephone:  202-540-7200<br>mjones@hausfeldllp.com<br>mpava@hausfeldllp.com<br>*Attorneys for Plaintiff and the Proposed Class* |
| **Anne Choi Goodwin**<br>**Helen H. Yang**<br>**Squire Sanders and Dempsey LLP**<br>**555 South Flower Street**<br>**31st Floor**<br>**Los Angeles, CA  90071**<br>Telephone:  213-624-2500<br>agoodwin@ssd.com<br>hyang@ssd.com<br>*Attorneys for Defendant Nong Shim America Inc.* | **Kate E. Kim**<br>**Squire Sanders LLP**<br>**Ferrum Tower 18th Floor**<br>**66 Suha-dong Jung-gu**<br>**Seoul, 100-210**<br>**Korea**<br>Telephone:  82-2-6353-8388<br>Kate.kim@squiresanders.com<br>*Attorney for Defendant Nong Shim America Inc.* |