Christopher L. Lebsock (SBN 184546)
HAUSFELD LLP
44 Montgomery St., Suite 3400
San Francisco, CA 94104
Tel:  (415) 633-1908
Fax:  (415) 358-4980
Email:  clebsock@hausfeldllp.com

Mindy B. Pava (*pro hac vice*)
HAUSFELD LLP
1700 K Street NW, Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
Fax: (202) 540-7201
Email: mjones@hausfeldllp.com
          mpava@hausfeldllp.com

Attorneys for Plaintiff
THE PLAZA COMPANY

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| THE PLAZA COMPANY, on Behalf of Itself and a Class of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>     vs.<br><br>NONG SHIM COMPANY, LTD.; NONG SHIM AMERICA, INC.; OTTOGI COMPANY, LTD; OTTOGI AMERICA, INC.; SAMYANG FOODS COMPANY, LTD.; SAMYANG USA; PALDO AMERICA; and KOREA YAKULT,<br><br>              Defendants. | Case No. CV13-05274-PA-(RZx)<br><br>**NOTICE OF HEARING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE of the Hearing Order by the Judicial Panel on Multidistrict Litigation that a hearing will be held, on December 5, 2013, at 9:30 A.M., in the Lloyd D. George United States Courthouse Courtroom 7C, 7th Floor 333 Las Vegas Boulevard South Las Vegas, Nevada 89101, to determine whether the above-captioned case will be consolidated and/or transferred with other related cases in accordance with 28 U.S.C. § 1407.

DATED:   October 17, 2013

/s/ Lee Albert_____

Lee Albert *(pro hac vice)*
Gregory B. Linkh *(pro hac vice)*
**GLANCY BINKOW & GOLDBERG LLP**
122 East 42nd Street, Suite 2920
New York, NY 10168
TEL: (212) 682-5340
EMAIL: lalbert@glancylaw.com
glinkh@glancylaw.com
Lionel Z. Glancy
Michael M. Goldberg

**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
TEL: (310) 201-9150
EMAIL: lglancy@glancylaw.com
mgoldberg@glancylaw.com

|   |   |
|---|---|
| 1 | Susan G. Kupfer |
| 2 | Joseph M. Barton |
| 3 | **GLANCY BINKOW & GOLDBERG LLP** |
| 4 | One Embarcadero Center, Suite 760 |
| 5 | San Francisco, CA 94111 |
|   | TEL: (415) 972-8160 |
| 6 | EMAIL: skupfer@glancylaw.com |
| 7 | jbarton@glancylaw.com |
| 8 | YoungKi Rhee *(pro hac vice)* |
| 9 | **WE THE PEOPLE LAW GROUP** |
|   | 15F The Salvation Army Bldg., 476 |
| 10 | Chungjeongro 3-Ka |
| 11 | Seodaemun-Ku, Seoul 120-837, Korea |
|   | TEL: 822-2285-0062 (Dir.) |
| 12 | FAX: 822-2285-0071 |
| 13 | EMAIL: ykrhee@wethepeople.co.kr |
| 14 | Christopher L. Lebsock |
| 15 | **HAUSFELD LLP** |
|   | 44 Montgomery Street, 34th Floor |
| 16 | San Francisco, CA 94104 |
| 17 | TEL:  415-633-1908 |
|   | EMAIL: clebsock@hausfeldllp |
| 18 |   |
| 19 | Mindy Pava *(pro hac vice)* |
|   | **HAUSFELD LLP** |
| 20 | 1700 K Street, N.W., Suite 650 |
| 21 | Washington D.C.  20006 |
|   | TEL: 202-540-7200 |
| 22 | EMAIL: mjones@hausfeldllp, |
| 23 | mpava@hausfeldllp.com |
|   | **Attorneys for Plaintiff** |

NOTICE OF HEARING BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
CASE NO. CV13-05274-PA-(RZX)

# CERTIFICATE OF SERVICE

1
2  I, Lee Albert, declare that I am over the age of eighteen (18) and
3  not a party to the entitled action. I am a partner in the law firm of Glancy Binkow
4  & Goldberg LLP counsel for Plaintiff in this action.
5  On October 17, 2013, I caused to be filed the foregoing document with
6  the Clerk of the Court of the United States District Court for the Central District
7  of California, using the official Court Electronic Document Filing System which
8  served copies on all interested parties registered for electronic filing.
9  I declare under penalty of perjury that the foregoing is true and correct.
10
11                    /s/ Lee Albert_____
12                    Lee Albert
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE
CASE NO. CV13-05274-PA-(RZX)