SQUIRE SANDERS (US) LLP
Mark C. Dosker (CA Bar No. 114789)
Anne Choi Goodwin (CA Bar No.  216244)
Helen H. Yang (CA Bar No. 241170)
Kate E. Kim (Admitted *Pro Hac Vice*)
555 South Flower Street, 31st Floor
Los Angeles, CA  90071-2300
Telephone:  +1.213.624.2500
Facsimile:    +1.213.623.4581
mark.dosker@ squiresanders.com
anne.goodwin@squiresanders.com
helen.yang@squiresanders.com
kate.kim@squiresanders.com

Attorneys for Defendant
NONGSHIM AMERICA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| THE PLAZA COMPANY, on Behalf of Itself and a Class of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NONGSHIM COMPANY, LTD.; NONGSHIM AMERICA, INC.; OTTOGI COMPANY, LTD.; OTTOGI AMERICA, INC.; SAMYANG FOODS COMPANY, LTD.; SAMYANG USA; PALDO AMERICA; AND KOREA YAKULT,<br><br>Defendants. | Case No. CV13-05274-PA-(RZx)<br><br>**CLASS ACTION**<br><br>**NONGSHIM AMERICA, INC.'S ANSWER TO FIRST  AMENDED COMPLAINT**<br><br>Judge:  Hon. Percy Anderson<br><br>**JURY TRIAL DEMANDED** |

Nongshim America, Inc., ("NS America"), by and through its undersigned counsel, respectfully submits the following answer and affirmative defenses to Plaintiff's First Amended Class Action Complaint (the "Amended Complaint"). Except as expressly stated below, NS America answers and responds only to those allegations contained in the Amended Complaint directed toward it.  NS America is without knowledge or information sufficient to form a belief concerning the truth of the allegations in the Amended Complaint directed toward other defendants and, on that basis, denies all such allegations. The headings below are the headings from the Amended Complaint, and are included here only for convenience.  NS America denies all allegations, if any, that are contained in the headings.  NS America answers and responds to each of the allegations in the Amended Complaint as follows:

## INTRODUCTION AND SUMMARY

1.     The allegations in paragraph 1 characterize Plaintiff's claims, thus no response is required.  To the extent a response is deemed required, NS America denies the allegations in paragraph 1.

2.     The allegations in the first sentence of paragraph 2 are denied.  NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second sentence of paragraph 2, and on that basis, denies those allegations.

3.     NS America admits to the existence of a decision issued in Korea by the KFTC on July 12, 2012 and refers to that decision for a complete and accurate statement of its contents, and denies the allegations of this paragraph to the extent they are inconsistent with or mischaracterize the decision.  NS America denies the remaining allegations in paragraph 3.

4.     NS America admits to the existence of a decision issued in Korea by the KFTC on July 12, 2012 and refers to that decision for a complete and accurate

statement of its contents, and denies the allegations of this paragraph to the extent they are inconsistent with or mischaracterize the decision.  NS America denies the remaining allegations in paragraph 4.

5.      NS America denies the allegations in paragraph 5.

## JURISDICTION AND VENUE

6.      The allegations in paragraph 6 state legal conclusions, thus no response is required.  To the extent a response is deemed required, NS America denies the allegations in paragraph 6.

7.      NS America admits that it is located and does business in this District.  The remaining allegations in paragraph 7 state legal conclusions to which no response is required.  To the extent a response is deemed required, NS America denies the remaining allegations in paragraph 7.

8.      NS America admits to having its office in this District, and transacting business in the United States including this District.  The remaining allegations in paragraph 8 state legal conclusions to which no response is required.  To the extent a response is deemed required, NS America denies the remaining allegations in paragraph 8.

9.      The allegations in paragraph 9 state legal conclusions to which no response is required.  To the extent a response is deemed required, NS America denies the allegations in paragraph 9.

//

//

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

# PARTIES[1]

## PLAINTIFF

10.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first sentence of paragraph 10, and on that basis, denies those allegations.  NS America denies the remainder of the allegations in paragraph 10.

## DEFENDANTS

### Nong Shim

11.     NS America admits that Nongshim Co. Ltd. is an entity organized and existing under the laws of Korea with its principal place of business at Dongjak-gu, Seoul, Korea.

12.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 12, and on that basis, denies those allegations.

13.     NS America admits the allegation in the first sentence of paragraph 13. NS America denies the remaining allegations in paragraph 13. With respect to footnote 2, NS America admits that NS America has a factory in the United States. NS America lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in footnote 2, and on that basis, denies those allegations.

14.     The allegations in paragraph 14 characterize Plaintiff's claims, thus no response is required.

---

[1]NS America admits that its name is "Nongshim America, Inc."  NS America lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in footnote 1, and on that basis, denies those allegations.

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

15.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 15, and on that basis, denies those allegations.

16.     NS America states that the annual reports of Nongshim Co. Ltd. for years 2008 and 2009 show NS America's sales revenues in the United States from 2005 to 2009, and refers to the annual reports of Nongshim Co. Ltd. for a complete and accurate statement of their contents, and denies the allegations of this paragraph to the extent they are inconsistent with or mischaracterize the documents.

## Ottogi

17.     Paragraph 17 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those allegations.

18.     Paragraph 18 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those allegations.  NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in footnote 3, and on that basis, denies those allegations.

19.     The allegations in paragraph 19 characterize Plaintiff's claims, thus no response is required.

## Samyang

20.     Paragraph 20 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those allegations.

21.     Paragraph 21 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

allegations. Further, the last sentence of paragraph 21 characterizes Plaintiff's claims, thus no response is required.

22. Paragraph 22 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those allegations.

## Korea Yakult

23. Paragraph 23 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those allegations.

24. Paragraph 24 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those allegations.

25. Paragraph 25 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those allegations. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in footnote 4, and on that basis, denies those allegations.

26. Paragraph 26 does not contain any allegations against NS America to which a response is required, and on that basis, NS America denies those allegations. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in footnote 5, and on that basis, denies those allegations.

27. The allegations in paragraph 27 characterize Plaintiff's claims, thus no response is required.

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

1

### INTERSTATE TRADE AND COMMERCE

2

28.    The allegations in paragraph 28 state legal conclusions to which no

3

response is required. To the extent a response is deemed required, NS America

4

denies the allegations in paragraph 28.

5

6

### NON-DEFENDANT, NAMED CO-CONSPIRATORS

7

29.    The allegations in paragraph 29 state legal conclusions to which no

8

response is required. To the extent a response is deemed required, NS America

9

denies the allegations in paragraph 29.

10

11

### CLASS ACTION ALLEGATIONS

12

30.    The allegations in paragraph 30 state legal conclusions to which no

13

response is required. To the extent a response is deemed required, NS America

14

denies the allegations in paragraph 30.

15

31.    The allegations in paragraph 31 state legal conclusions to which no

16

response is required. To the extent a response is deemed required, NS America

17

denies the allegations in paragraph 31.

18

32.    The allegations in paragraph 32 state legal conclusions to which no

19

response is required. To the extent a response is deemed required, NS America

20

denies the allegations in paragraph 32.

21

33.    The allegations in paragraph 33 state legal conclusions to which no

22

response is required. To the extent a response is deemed required, NS America

23

denies the allegations in paragraph 33.

24

34.    The allegations in paragraph 34 state legal conclusions to which no

25

response is required. To the extent a response is deemed required, NS America

26

denies the allegations in paragraph 34.

27

28

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

35.     The allegations in paragraph 35 state legal conclusions to which no response is required. To the extent a response is deemed required, NS America denies the allegations in paragraph 35.

36.     The allegations in paragraph 36 state legal conclusions to which no response is required. To the extent a response is deemed required, NS America denies the allegations in paragraph 36.

37.     The allegations in paragraph 37 state legal conclusions to which no response is required. To the extent a response is deemed required, NS America denies the allegations in paragraph 37.

38.     The allegations in paragraph 38 state legal conclusions to which no response is required. To the extent a response is deemed required, NS America denies the allegations in paragraph 38.

39.     The allegations in paragraph 39 state legal conclusions to which no response is required. To the extent a response is deemed required, NS America denies the allegations in paragraph 39.

## FACTUAL BACKGROUND

### Korean Noodles Constitute A Unique Market Distinct From Other Instant Noodles

40.     NS America admits to the existence of a decision issued in Korea by the KFTC on July 12, 2012, and refers to that decision for a complete and accurate statement of its contents, and denies the allegations of this paragraph to the extent they are inconsistent with or mischaracterize the decision.  NS America also lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 40, and on that basis, denies those allegations.

41.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 41, and on that basis, denies those allegations.

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

42.     NS America admits to the existence of a decision issued in Korea by the KFTC on July 12, 2012, and refers to that decision for a complete and accurate statement of its contents, and denies the allegations of this paragraph to the extent they are inconsistent with or mischaracterize the decision.  NS America also lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in paragraph 42, and on that basis, denies those allegations.

43.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 43, and on that basis, denies those allegations.

44.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 44, and on that basis, denies those allegations.

45.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 45, and on that basis, denies those allegations.

46.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 46, and on that basis, denies those allegations.

47.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 47, and on that basis, denies those allegations.

48.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 48, and on that basis, denies those allegations.

49.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 49, and on that basis, denies those allegations.  NS America lacks sufficient knowledge or information to form a belief

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

as to the truth of the allegations in footnote 6, and on that basis, denies those allegations.

50.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegation in paragraph 50, and on that basis, denies those allegations.  NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in footnote 7, and on that basis, denies those allegations.

51.     NS America admits to the existence of a decision issued in Korea by the KFTC on July 12, 2012, and refers to that decision for a complete and accurate statement of its contents, and denies the allegations of this paragraph to the extent they are inconsistent with or mischaracterize the decision.

52.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegation in paragraph 52, and on that basis, denies those allegations.

**Barriers to Entry**

53.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 53, and on that basis, denies those allegations.

**The Conspiracy**

54.     The allegations in paragraph 54 and the last sentence of footnote 8 are denied.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the remaining allegations in footnote 8.

55.     The allegations in the first three sentences of paragraph 55 are denied. The allegations in the fourth sentence of paragraph 55 characterize Plaintiff's claims thus no response is required.  NS America admits to the existence of a decision issued in Korea by the KFTC on July 12, 2012, and refers to that decision

for a complete and accurate statement of its contents, and denies the allegations in the last sentence of paragraph 55 to the extent they are inconsistent with or mischaracterize the decision.

56.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first two sentences of paragraph 56, and on that basis, denies those allegations.   The allegations in the last sentence of paragraph 56 are denied.

57.     The allegations in the first four sentences of paragraph 57 are denied. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations the last sentence of paragraph 57, and on that basis, denies those allegations.

58.     The allegations in the first sentence of paragraph 58 are denied.  NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the second sentence of paragraph 58 or in footnote 9, and on that basis, denies those allegations.

59.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 59, and on that basis, denies those allegations.

60.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 60, and on that basis, denies those allegations.

61.     NS America admits to the existence of a decision issued in Korea by the KFTC on July 12, 2012, and refers to that decision for a complete and accurate statement of its contents, and denies the allegations of this paragraph to the extent they are inconsistent with or mischaracterize the decision.   The remaining allegations in paragraph 61 are denied.

**Defendants' Meeting in 2000 and 2001 and First Price Increase**

62.     The allegations in paragraph 62 are denied.

63.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 63, and on that basis, denies those allegations.

64.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 64, and on that basis, denies those allegations.

65.     The allegations in the first two sentences of paragraph 65 are denied. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the last two sentences of paragraph 65, and on that basis, denies those allegations.

66.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 66, and on that basis, denies those allegations.

67.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 67, and on that basis, denies those allegations.

68.     The allegations in paragraph 68 are denied.

69.     The allegations in paragraph 69 are denied.

70.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 70, and on that basis, denies those allegations.

71.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 71, and on that basis, denies those allegations.

72.     The allegations in paragraph 72 are denied.

73.     The allegations in paragraph 73 are denied.

74.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 74, and on that basis, denies those allegations.

75.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 75, and on that basis, denies those allegations.

76.     The allegations in the first sentence of paragraph 76 are denied.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the second sentence of paragraph 76, and on that basis, denies those allegations.

77.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 77, and on that basis, denies those allegations.

78.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 78, and on that basis, denies those allegations.

79.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 79, and on that basis, denies those allegations.

80.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 80, and on that basis, denies those allegations.

81.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 81, and on that basis, denies those allegations.

82.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 82, and on that basis, denies those allegations.

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

**Second Price Increase: October 2002 to January 2003**

83. The allegations in paragraph 83 are denied.

84. The allegations in paragraph 84 are denied.

85. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 85, and on that basis, denies those allegations.

86. The allegations in paragraph 86 are denied.

87. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 87, and on that basis, denies those allegations.

**Third Price Increase: December 2003 to April 2004**

88. The allegations in paragraph 88 are denied.

89. The allegations in paragraph 89 are denied.

90. The allegations in paragraph 90 are denied.

91. The allegations in paragraph 91 are denied.

92. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 92, and on that basis, denies those allegations.

93. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 93, and on that basis, denies those allegations.

94. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 94, and on that basis, denies those allegations.

95. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 95, and on that basis, denies those allegations.

**Fourth Price Increase: December 2004 to April 2005**

96.     The allegations in paragraph 96 are denied.

97.     The allegations in paragraph 97 are denied.

98.     NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in the first two sentences of paragraph 98, and on that basis, denies those allegations.  NS America denies the allegations in the last sentence of paragraph 98.

99.     The allegations in paragraph 99 are denied.

100.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 100, and on that basis, denies those allegations.

101.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 101, and on that basis, denies those allegations.

102.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 102, and on that basis, denies those allegations.

103.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 103, and on that basis, denies those allegations.

104.   The allegations in paragraph 104 are denied.

105.   The allegations in paragraph 105 are denied.

106.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 106, and on that basis, denies those allegations.

**Fifth Price Increase: March 2007 to December 2007**

107.   The allegations in paragraph 107 are denied.

108.   The allegations in paragraph 108 are denied.

109.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 109, and on that basis, denies those allegations.

110.   The allegations in paragraph 110 are denied.

111.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 111, and on that basis, denies those allegations.

112.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 112, and on that basis, denies those allegations.

113.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 113, and on that basis, denies those allegations.

114.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 114, and on that basis, denies those allegations.

115.   The allegations in paragraph 115 are denied.

116.   The allegations in paragraph 116 are denied.

117.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 117, and on that basis, denies those allegations.

118.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 118, and on that basis, denies those allegations.

119.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 119, and on that basis, denies those allegations.

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

120.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 120, and on that basis, denies those allegations.

121.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 121, and on that basis, denies those allegations.

122.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 122, and on that basis, denies those allegations.

123.   The allegations in paragraph 123 are denied.

124.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 124, and on that basis, denies those allegations.

**Sixth Price Increase: February to April 2008**

125.   The allegations in paragraph 125 are denied.

126.   The allegations in paragraph 126 are denied.

127.   The allegations in paragraph 127 are denied.

128.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 128, and on that basis, denies those allegations.

129.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 129, and on that basis, denies those allegations.

130.   The allegations in paragraph 130 are denied.

131.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 131, and on that basis, denies those allegations.

132.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 132, and on that basis, denies those allegations.

133.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 133, and on that basis, denies those allegations.

134.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 134, and on that basis, denies those allegations.

**March 2008 Ramen Conference**

135.   The allegations in paragraph 135 are denied.

136.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 136, and on that basis, denies those allegations.

137.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 137, and on that basis, denies those allegations.

138.   The allegations in paragraph 138 are denied.

**KFTC Findings**

139.   NS America admits to the existence of a decision issued in Korea by the KFTC on July 12, 2012, and refers to that decision for a complete and accurate statement of its contents, and denies the allegations of this paragraph to the extent they are inconsistent with or mischaracterize the decision.   The remainder of the allegations in paragraph 139 are denied.  NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in footnote 10, and on that basis, denies those allegations.

140.    The allegations in paragraph 140 are denied.

**The Conspiracy Directly Affected Prices of Korean Noodles Sold In the United State**

141.    The allegations in paragraph 141 are denied.

142.    The allegations in paragraph 142 are denied.

143.    The allegations in paragraph 143 are denied.

144.    NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 144, and on that basis, denies those allegations.

145.    NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 145, and on that basis, denies those allegations.

146.    The allegations in paragraph 146 are denied.

147.    The allegations in paragraph 147 are denied.

148.    NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 148, and on that basis, denies those allegations.

149.    The allegations in paragraph 149 are denied.

150.    NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 150, and on that basis, denies those allegations.

151.    NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 151, and on that basis, denies those allegations.

152.    The allegations in paragraph 152 are denied.

**FRAUDULENT CONCEALMENT**

153. The allegations in paragraph 153 are denied.

154. The allegations in paragraph 154 are denied.

155. The allegations in the first sentence of paragraph 155 are denied. The allegations in the second and third sentence of paragraph 155 state legal conclusions to which no response is required; to the extent a response is deemed required, NS America denies the allegations.

156. The allegations in paragraph 156 are denied.

157. The allegations in paragraph 157 are denied.

158. NS America admits that it has not publicly disclosed having participated in an agreement to fix and/or raise the price of Korean Noodles because it denies having engaged in such activity.

159. The allegations in paragraph 159 are denied.

160. The allegations in paragraph 160 are denied.

161. The allegations in paragraph 161 are denied.

162. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 162, and on that basis, denies those allegations.

163. The allegations in paragraph 163 are denied.

164. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 164, and on that basis, denies those allegations.

165. The allegations in paragraph 165 are denied.

166. NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 166, and on that basis, denies those allegations.

167. The allegations in paragraph 167 are denied.

168. The allegations in paragraph 168 are denied.

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

169.   NS America lacks sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph 169, and on that basis, denies those allegations.

170.   The allegations in paragraph 170 are denied.

171.   The allegations in paragraph 171 are denied.

172.   The allegations in paragraph 172 are denied.

173.   The allegations in paragraph 173 are denied.

174.   The allegations in paragraph 174 are denied.

## CLAIM FOR RELIEF

### Violation of Sections 1 and 3 of the Sherman Action, 15 U.S.C. §§ 1, 3

175.   The allegations in paragraph 175 are denied.

176.   The allegations in paragraph 176 are denied.

177.   The allegations in paragraph 177 are denied.

178.   The allegations in paragraph 178 are denied.

179.   The allegations in paragraph 179 are denied.

180.   The allegations in paragraph 180 are denied.

181.   The allegations in paragraph 181 are denied.

NS America denies each and every allegation of the Amended Complaint not expressly admitted above.

## AFFIRMATIVE DEFENSES

NS America asserts the following Affirmative Defenses, without assuming the burden of proof on any defense, and expressly reserves its rights to assert additional defenses if and when they become appropriate, including without limitations, if and as Plaintiff's allegations are modified, amended or clarified in discovery.

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Amended Complaint fails to state a claim upon which relief may be granted, including without limitation, on the basis of reasoning found in *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Kendall v. VISA USA Inc.*, 518 F.3d 1042 (9th Cir. 2008).

### SECOND AFFIRMATIVE DEFENSE

Plaintiff lacks standing to bring or maintain this action.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has not sustained any cognizable injury or antitrust injury by reason of any action of NS America or the alleged co-conspirators.

### FOURTH AFFIRMATIVE DEFENSE

The damages allegedly suffered by Plaintiff was not caused in fact by any conduct or act of NS America and were not proximately caused by any conduct or act of NS America.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the applicable statute of limitations.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff fails to allege fraudulent concealment with sufficient particularity as required by Fed. R. Civ. P. 9(b).

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because their alleged damages, if any, are speculative, and because of the impossibility of ascertaining and allocating these alleged damages.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because they failed to mitigate their alleged damages.

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because they were not direct purchasers of the product that forms the basis of their claims in this action.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the Filed Rate Doctrine.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the *Noerr-Pennington* doctrine and the State Action doctrine.

## TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the alleged conduct of NS America that is the subject of the Amended Complaint was caused by, due, based upon or in response to directives, laws, regulations, policies of governments, government agencies and entities and/or regulatory agencies.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of laches.

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because the allegations do not state a *per se* violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because any and all of NS America's conduct has been reasonable and based on independent, legitimate business and economic justification.

## EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because to the extent that

any employee or agent of NS America engaged in any unlawful act or omission, which unlawful act or omission NS America expressly denies, any such actionable act or omission would have been committed by the individuals acting *ultra vires*.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because they do not meet the requirements of federal law for class certification.

### TWENTIETH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the express or implied terms and conditions of sale governing any purchases by the Plaintiff from NS America.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because of failure to join a party under Fed. R. Civ. P. 19.

### TWENTY- SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the conduct, actions, omissions, or failure to act of third parties not under NS America's control.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part because the acts complained of were in compliance with all applicable federal, state and local laws.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

NS America reserves the right to assert any additional defenses as they become known or available during the pendency of this litigation.

### PRAYER FOR RELIEF

WHEREFORE, having fully answered, NS America respectfully prays that:

1.    Plaintiff's Amended Complaint be dismissed with prejudice;

2.    Judgment be entered against Plaintiff;

3.    NS America be awarded its attorneys' fees and costs; and

4.    The Court award such further relief in NS America's favor as it deems

1      just and proper.

2                          **JURY DEMAND**

3          NS America hereby demands trial by jury on all issues so triable.

4

5      Dated: November 4, 2013          **SQUIRE SANDERS (US) LLP**

6
                                        By:_____/s/ *Anne Choi Goodwin*_____
7
                                        Anne Choi Goodwin
8
                                        Attorneys for Defendant
9                                       NONGSHIM AMERICA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **PROOF OF SERVICE**

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a citizen of the United States and employed in Los Angeles County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 555 South Flower Street, 31st Floor, Los Angeles, California  90071.  I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.  On November 4, 2013, I electronically filed the following document(s):

**NONGSHIM AMERICA, INC.'S ANSWER TO FIRST AMENDED COMPLAINT**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

**Lionel Z. Glancy**
**Michael Goldberg**
**GLANCY BINKOW &**
**GOLDBERG LLP**
**1925 Century Park East**
**Suite 2100**
**Los Angeles, CA  90067**
**Telephone:  (310) 201-9150**
**Fax:  (310) 201-9160**
**info@glancylaw.com**
**lglancy@glancylaw.com**
**mgoldberg@glancylaw.com**
*Attorneys for Plaintiff and the*
*Proposed Class*

**Lee Albert**
**Gregory B. Linkh**
**Joseph Michael Barton**
**GLANCY BINKOW & GOLDBERG LLP**
**122 East 42nd Street, Suite 2920**
**New York, NY  10168**
**Telephone:  (212) 682-5340**
**lalbert@glancylaw.com**
**glinkh@glancylaw.com**
**jbarton@glancylaw.com**
*Attorneys for Plaintiff and the Proposed*
*Class*

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT

1  **Susan G. Kupfer**
   **Joseph M. Barton**
2  **GLANCY BINKOW &**
   **GOLDBERG LLP**
3  **One Embarcadero Center Suite**
4  **760**
   **San Francisco, CA 94111**
5  **Telephone:  (415) 972-8160**
6  **skupfer@glancylaw.com**
   **jbarton@glancylaw.com**
7  *Attorneys for Plaintiff and the*
8  *Proposed Class*

**YoungKi Rhee**
**WE THE PEOPLE LAW GROUP**
**15F The Salvation Army Bldg.,**
**476 Chungjeongro 3-Ka**
**Seodaemun-ku, Seoul 120-837, Korea**
**Telephone:  822-2285-0062**
**Fax:  822-2285-0071**
**ykrhee@wethepeople.co.kr**
*Attorneys for Plaintiff and the Proposed*
*Class*

9
10 **Christopher L. Lebsock**
   **HAUSFELD LLP**
11 **44 Montgomery Street**
   **34th Floor**
12 **San Francisco, CA  94104**
13 **Telephone:  415-633-1908**
   **clebsock@hausfeldllp.com**
14 *Attorneys for Plaintiff and the*
15 *Proposed Class*

**Megan E. Jones**
**Mindy B. Pava**
**HAUSFELD LLP**
**1700 K Street NW Suite 650**
**Washington DC 20006**
**Telephone:  202-540-7200**
**mjones@hausfeldllp.com**
**mpava@hausfeldllp.com**
*Attorneys for Plaintiff and the Proposed*
*Class*

16
17 **Edward Suh**
   **KPMG**
18 **355 South Grand Avenue**
19 **Los Angeles, CA 90071**
   **Telephone:  213-593-6672**
20 **Fax: 213-652-1915**
21 **Edward@suhnassoclaw.com**
   *Attorneys for Samyang USA*
22

23     I declare that I am employed in the office of a member of the bar of this court

24 at whose direction the service was made.

25     Executed on November 4, 2013, at Los Angeles, California.

26                          _/s/ Consuelo M. Lopez_____

27                          Consuelo M. Lopez

28

NONGSHIM AMERICA, INC.'S ANSWER
TO FIRST AMENDED COMPLAINT