EXHIBIT A

# 공 정 거 래 위 원 회

## 전 원 회 의

의 결  제 2012 - 107호                          2012. 7. 12.


사 건 번 호        2012카조0123

사   건   명        4개 라면 제조·판매 사업자의 부당한 공동행위에 대한 건

피   심   인        1. 주식회사 농심
　　　　　　　　　　서울 동작구 신대방동 370-1
　　　　　　　　　　대표이사 박○
　　　　　　　　　　대리인 변호사 최기록, 최석규, 강승준, 배태준

　　　　　　　　　　2. 삼양식품 주식회사
　　　　　　　　　　서울 성북구 하월곡1동 82-9
　　　　　　　　　　대표이사 전○○
　　　　　　　　　　대리인 법무법인 광장
　　　　　　　　　　　담당변호사 김성만, 정진환, 주현영

　　　　　　　　　　3. 주식회사 오뚜기
　　　　　　　　　　안양시 동안구 평촌동 160
　　　　　　　　　　대표이사 이○○
　　　　　　　　　　대리인 법무법인(유) 화우
　　　　　　　　　　　담당변호사 윤호일, 김재영, 류송

　　　　　　　　　　4. 주식회사 한국야쿠르트
　　　　　　　　　　서울 서초구 잠원동 28-10
　　　　　　　　　　대표이사 양○○
　　　　　　　　　　대리인 법무법인 세종
　　　　　　　　　　　담당변호사 임영철, 조창영, 정종채, 천준범, 김도영, 한예선

심 의 종 결 일        2012. 3. 21.

<div align="center">

주        문

</div>

1. 피심인들은 라면 제품 가격을 공동으로 결정함으로써 라면 시장에서 부당하게 경쟁을
   제한하는 행위를 다시 하여서는 아니 된다.

2. 피심인들은 시장을 통한 정보수집 이외에 경쟁사와 직접 접촉, 이메일, 유·무선 통신 등
   기타 어떠한 방법으로도 상호간에 라면 제품의 가격결정 계획이나 결정내용에 관한
   정보를 교환하여서는 아니 된다.

3. 피심인들은 다음 각 호에 따라 과징금을 국고에 납부하여야 한다.

   가. 과징금액 : 136,244,000,000원

   1) 주식회사 농심 : 108,070,000,000원
   2) 삼양식품 주식회사 : 12,060,000,000원
   3) 주식회사 오뚜기 : 9,848,000,000원
   4) 주식회사 한국야쿠르트 : 6,266,000,000원

   나. 납부기한 : 과징금 납부고지서에 명시된 납부기한(60일) 이내

   다. 납부장소 : 한국은행 국고수납대리점 또는 우체국

<div align="center">

이        유

</div>

1. 기초사실

   가. 피심인 적격성

1              피심인 주식회사 농심, 삼양식품 주식회사, 주식회사 오뚜기, 주식회사 한국야

<div align="center">

- 2 -

</div>

쿠르트(이하 사업자의 명칭을 표기함에 있어 '주식회사'는 생략하거나 (주)로 약칭한다. 삼양식품은 '삼양'으로만 표기한다)는 라면을 제조·판매하는 사업을 영위하는 자로서 독점규제 및 공정거래에 관한 법률(이하 '법'이라 한다) 제2조 제1호에 따른 사업자에 해당한다.[1]

나. 일반현황

2        피심인들의 일반현황은 아래 <표 1>과 같다.

<표 1>                      일 반 현 황

(2010. 12. 31.기준, 단위 : 백만 원, 명)

| 피심인 | 자본총계 | 매출액 | 경상이익 | 영업이익 | 당기 순이익 | 종업원수 | 설립일자 |
|---|---|---|---|---|---|---|---|
| 농심 | 1,308,351 | 1,895,168 | 517,716 | 107,196 | 124,339 | 4,586 | 1965.9.18. |
| 삼양 | 92,164 | 273,360 | 65,348 | 11,584 | 8,497 | 1,237 | 1961.9.15. |
| 오뚜기 | 468,212 | 1,372,965 | 295,383 | 55,083 | 54,408 | 1,864 | 1971.6.3. |
| 야쿠르트 | 738,512 | 1,142,535 | 628,996 | 71,318 | 63,097 | 1,708 | 1971.7.19. |

\* 자료출처 : 피심인들 제출자료 및 공시자료

다. 시장구조 및 실태

 1) 라면 제품

 가) 제품 정의 및 개요

3        라면이란 밀가루 등의 곡분을 주원료로 하여 혼합한 후 면발을 형성시켜 호화[2], 익히거나, 찌거나, 삶은 다음 밀봉·포장한 후 가열·살균한 것 또는 유탕처리 등의 방법으로 가공, 건조한 것 등에 스프를 첨가한 인스턴트 제품을 말하는데, 일반적으로 면을 증숙시킨 후 기름에 튀긴 유탕면, 기름에 튀기지 않은 건면에 분말스프

---

1) (주)빙그레(이하 '빙그레')는 1985년부터 라면을 제조·판매하는 사업을 영위하였으나 2003. 3. 25. 라면사업을 폐업하고 라면사업에서 철수하였다. 빙그레는 2003. 3. 25. 라면사업에서 철수하여 이 사건 공동행위 조사를 시작하기도 전인 2008. 3. 25. 이미 법 제49조 제4항에 따른 처분시효를 도과하였으므로 피심인에서 제외한다.
2) 생 녹말을 물에 가열하여 생 녹말 전체가 반투명인 거의 균일한 콜로이드 물질이 되는 현상을 가리킨다.

를 합친 것을 라면이라 한다.

4       2010년을 기준으로 시중에서 판매되는 라면은 약 150여 종에 이르며 제조규격
에 따라 분류해 보면 아래 <표 2>와 같고, 주요 제조공정은 아래 <표 3>과 같다.

<표 2>                    제조규격에 따른 라면의 구분

| 구분 | 유형 | 규격별 | 제품형태 | 비고 |
|------|------|--------|----------|------|
| 유탕면 | 봉지면 | 가는면 | 비빔면 | 면발을 익힌 후 유탕처리 |
| | | 보통면 | 일반면, 볶음면 | |
| | | 굵은면 | 우동면, 짜장면 | |
| | 용기면 | 대형 | 사발면, 도시락면 | |
| | | 중형 | 사발면, 중형컵면 | |
| | | 소형 | 일반컵면 | |
| | | 미니형 | 간식용미니컵 | |
| 호화건면 | 봉지면 | 가는면 | 비빔면, 사리용건면 | 면발을 호화(糊化)한 후 건조 |
| | | 보통면 | 비빔면, 볶음면 | |
| | | 굵은면 | 우동면, 칼국수 | |
| | 용기면 | 가는면 | 생라면타입 | |
| | | 보통면 | 생우동타입 | |
| 계량즉석면 | 생타입 | 보통면 | 생라면타입 | |
| | | 굵은면 | 생우동타입 | |
| 기타 | 생면 | 생면 | 우동면, 칼국수 | |
| | | 건조냉면 | 막국수, 비빔국수 | |
| | | 냉동냉면 | 우동면 | |
| | 증숙면 | 증숙면 | 즉석우동면,사리면 | |
| | | 증숙냉면 | 우동면 | |

<표 3>                    라면(유탕면)의 제조공정

| 구분 | 공정 설명 |
|------|-----------|
| 배합공정 | 소맥분과 배합수를 혼합하여 반죽 |
| 제면공정 | 반죽된 소맥분을 롤러에 압연시켜가며 면대를 만든 후 제면기를 이용하여 국수모양을 만들고 컨베이어 벨트의 속도를 조절하여 라면 특유의 면발형태를 만듦 |
| 증숙공정 | 스팀박스를 통과시키면서 국수를 알파화시킴 |
| 성형공정 | 증숙된 면을 납형 케이스를 이용하여 일정한 모양으로 만듦 |

| 유탕공정 | 알파화된 증숙면을 정제유지로 150℃에서 튀겨 면의 수분을 휘발시키는 한편 면에 기름을 흡착시켜줌 |
|---|---|
| 냉각공정 | 유탕면을 컨베이어 벨트를 통해 이동시켜가면서 상온으로 냉각 |
| 포장공정 | 냉각된 면에 포장된 스프를 첨부하여 완제품으로 포장 |

2) 라면산업 개요

가) 국내 라면산업의 변천 과정

5    삼양이 1963년 국내 최초로 라면사업에 진출하였다. 1965년 농심, 1983년 야쿠르트, 1986년 빙그레, 1987년 오뚜기가 라면사업에 진출하고, 2003년 빙그레가 철수하면서 현재의 4개 업체 체제가 형성·유지되고 있다. 우리나라 라면산업의 주요 연혁은 아래 <표 4>와 같다.

<표 4>              우리나라 라면산업의 주요 연혁

| 구분 | 주요 연혁 | 주요 제품 출시 이력 |
|---|---|---|
| 1960년대 | ·'63년: 삼양 국내 라면산업 최초 진출<br>·'65년: 롯데공업 라면사업 진출 | 삼양라면 ('63년, 삼양)<br>롯데라면 ('65년, 농심) |
| 1970년대 | ·'78년: 롯데공업 사명 변경(롯데→농심) | 롯데소고기라면(70년, 농심) |
| 1980년대 | ·'83년: 야쿠르트 라면시장 진출<br>·'85년: 농심 업계 1위 달성<br>　　　　(삼양과 M/S 역전)<br>·'85년: 청보 라면시장 진출<br>·'86년: 농심 신라면 출시<br>·'86년: 빙그레 라면시장 진출<br>·'87년: 오뚜기 라면시장 진출<br>　　　　(청보 인수합병)<br>·'89년: 우지파동 발생 | 사발면 ('81년, 농심)<br>너구리 ('82년, 농심)<br>컵라면 ('83년, 삼양)<br>안성탕면('83년, 농심)<br>짜파게티('84년, 농심)<br>짜짜로니 ('85년, 삼양)<br>신라면('86년, 농심)<br>팔도비빔면('87년, 야쿠르트)<br>진라면('88년, 오뚜기)<br>큰사발 3종('89년, 농심) |
| 1990년대 | ·'94년: 농심 생면 Line 가동<br>·'98년: 삼양 화의신청<br>·'98년: 라면시장 규모 최초 1조원 돌파 | 왕뚜껑 ('90년, 야쿠르트)<br>스낵면 ('91년, 오뚜기)<br>오징어짬뽕 ('92년, 농심)<br>생생우동 ('95년, 농심) |

| 2000년대 | · '03년: 빙그레 라면 사업 철수<br>· '05년: 삼양 화의절차 종료 | 무파마탕면 ('01년, 농심)<br>일품해물라면('02년, 야쿠르트)<br>건면세대 ('07년, 농심)<br>맛있는라면('07년, 삼양)<br>후루룩국수('09년, 농심) |
|---|---|---|

나) 라면산업의 특징

6    첫째, 라면산업은 장치산업의 하나로 설비자동화와 생산라인의 증설 등 대규

모 설비투자가 필요한 자본집약적 산업이다. 따라서 제품 생산을 위해서는 많은 자본

이 투여되는 대형 생산라인이 필요하지만 별도의 추가적인 설비 없이 공정의 변경만

으로도 다양한 품목을 생산할 수 있어 규모의 경제를 실현하여 이익을 창출한다.

7    둘째, 라면산업은 위와 같은 구조적 특성에 기인하여 시장지배적사업자 추정

기준3)에 따른 '독과점 구조 고착산업'에 해당4)되는데 경쟁이 제한된 결과 아래 <표

5>와 같이 독과점 구조 고착산업의 전형적인 특징을 나타낸다.

<표 5>           독과점 구조 고착사업으로서의 라면산업5)

(단위 : % )

| 산업 | 시장집중도<br>(CR3) | 영업<br>이익률 | 연구개발<br>투자비율 | 해외<br>개방도 | 내수<br>집중도 | 중간규모<br>출하액 |
|---|---|---|---|---|---|---|
| 라면 | 83.6 | 30.8 | 0.9 | 23.8 | 67.7 | 30 |

* 한국개발연구원(KDI)이 통계청의 2008년 말 자료를 기준으로 분석한 자료
* 라면을 포함한 면류 전체를 분석한 자료로 광업·제조업의 현황을 비교하는데 의의를 두고 있어 절
  대적인 수치는 회계기준상의 수치와 차이가 있음

8    셋째, 경제성장이나 소득 수준의 변화에 의한 양적인 총수요 변동은 크지 않으며

---

3) 1 사업자의 시장점유율이 50% 이상 또는 3 이하의 사업자의 시장점유율의 합계 75% 이상인 경우 시장
   지배적 사업자로 추정한다(법 제4조).
4) 라면사업은 공정거래위원회가 2010. 12. 21. 발표한 "광업·제조업 시장구조 조사" 결과 46개 '독과점구
   조고착사업'에 포함되었으며 정유, 담배 등과 함께 '시장지배력남용 가능성이 있는 10개 산업'에 포함되
   었다.
5) 라면을 포함한 면류 전체의 수치를 포함하여 계산한 것으로 시장집중도는 과소평가(2010년 현재 라면의
   CR3는 약 90%), 영업이익률은 과대계상 되었다(※위 수치상 영업이익률 = 순부가가치(부가가치-총급여)
   / 출하액).

계절에 따른 수요의 변화가 존재해 동절기에 제품의 판매율이 높은 것으로 나타난다.

9 넷째, 라면의 원료는 소맥과 팜유, 정제유 등 수입의존도가 높은 것들로 구성되어 있어 국제시세와 환율에 따라 원료 조달의 수급에 많은 영향을 받는다.

10 다섯째, 라면의 주요 소비층은 10~20대로, 고령화에 따른 인구구성비의 변화 및 웰빙 트렌드의 확산 등으로 인해 라면 소비는 점차 감소하는 추세이다.

다) 유통구조

11 라면의 유통구조는 업체별로 약간의 차이는 있으나 대략 아래 <그림 1>과 같다.

<그림 1>                    라면의 유통구조



12 한편, 전체 라면의 채널별 판매비중은 아래 <표 6>과 같다. 일반식품점과 개인슈퍼가 주를 이루던 유통구조에서 1990년대 들어 대형할인점의 비중이 급격히 증가하였고, 2000년대 들어 편의점과 체인슈퍼(SSM)마켓이 등장함에 따라 대형할인점

과 일반식품점 및 개인슈퍼의 비중이 감소하고 있다.

13  2010년을 기준으로 개인슈퍼 및 일반식품점에 납품하는 '특약점'과 할인점·
SSM·편의점 등의 이른바 '신유통', '기타 직거래'의 비중이 각각 약 2:2:1의 비율을
이루고 있으며, 이마트, 홈플러스 등의 대형할인점은 여전히 큰 비중을 차지하고 있다.

<표 6>                        유통채널별 점유율

(단위 : %)

| 구 분 | 2007년 | 2008년 | 2009년 | 2010년 |
|---|---|---|---|---|
| 할인점 | 27.7 | 28.8 | 26.2 | 25.2 |
| 체인대형슈퍼 | 8.2 | 9.3 | 9.4 | 10.5 |
| 조합마트 | 10.7 | 10.8 | 9.8 | 9.6 |
| 개인대형슈퍼 | 10.5 | 10.7 | 10.4 | 9.9 |
| 편의점 | 11.0 | 11.8 | 11.8 | 12.6 |
| 개인소형슈퍼 | 12.8 | 13.3 | 14.4 | 14.5 |
| 일반식품점 | 19.2 | 15.2 | 17.9 | 17.7 |
| 계 | 100 | 100 | 100 | 100 |

3) 라면산업 현황

가) 시장 전체 규모

(1) 국내 시장 규모

14  국내 라면시장은 국내에 라면산업이 도입된 이후 90년대 말까지 지속적인 성장
세를 유지하다 건강에 대한 관심 증가, 고령화 사회·저출산율의 영향에 따른 주 소비
층인 10~20대의 감소 등에 기인하여 아래 <표 7>과 같이 1997년을 정점6)으로 판매
량이 지속적으로 정체 혹은 하락하는 모습을 보이고 있다.

---

6) 1998년 역시 성장세를 유지할 것으로 예상되었으나, 컵라면 용기의 환경호르몬 사건으로 용기면의 판매
가 급속히 감소하여 1997에 비해 전체 판매 수량 역시 감소하였다.

15    그러나 매출액을 기준으로 한 시장 전체규모는 아래 <표 8>과 같이 1997년 이후에도 지속적으로 성장하였으며, 2010년 기준 연 1조 8천억 원의 수준이다.

16    이와 같이 판매량이 감소함에도 전체 매출액 규모가 증가하는 것은 업체들의 지속적인 라면 가격 인상 및 라면의 고급화에 따른 고가 라면의 출시에 힘입은 바가 크다.

<표 7>              국내 라면 판매량 추이

(단위 : 억 식, %)

| 구 분 | 1997년 | 1998년 | 1999년 | 2000년 | 2001년 | 2002년 | 2003년 |
|-------|--------|--------|--------|--------|--------|--------|--------|
| 판매량 | 37.8 | 35.8 | 37.8 | 36.4 | 37.3 | 38.3 | 38.3 |
| 성장률 | −5 | −5.3 | 5.5 | −3.8 | 2.5 | 2.8 | −0.1 |
| 구 분 | 2004년 | 2005년 | 2006년 | 2007년 | 2008년 | 2009년 | 2010년 |
| 판매량 | 40.6 | 37.2 | 35.9 | 34.4 | 35.6 | 36.8 | 37.2 |
| 성장률 | 6.0 | −8.3 | −3.5 | −4.0 | 3.2 | 3.4 | 1.2 |

* 자료출처 : 통계청 내수 출하량 기준

<표 8>              국내 라면 매출액 추이

(단위 : 억 원, %)

| 구 분 | 1997년 | 1998년 | 1999년 | 2000년 | 2001년 | 2002년 | 2003년 |
|-------|--------|--------|--------|--------|--------|--------|--------|
| 매출액 | 9,411 | 10,943 | 11,581 | 11,749 | 12,018 | 12,801 | 13,606 |
| 성장률 | 9.3 | 16.2 | 5.8 | 2.0 | 2.3 | 6.5 | 6.3 |
| 구 분 | 2004년 | 2005년 | 2006년 | 2007년 | 2008년 | 2009년 | 2010년 |
| 매출액 | 14,699 | 14,639 | 14,639 | 14,718 | 17,293 | 18,448 | 17,782 |
| 성장률 | 8.0 | −0.4 | −0.1 | 0.5 | 17.5 | 6.7 | −3.6 |

* 자료출처: 피심인 제출자료

(2) 세계 라면시장 규모와 라면 수출입 현황

17    세계 라면시장은 2009년 매출액 기준 약 160억불, 생산량 약 915억 식의 규모로 중국의 'TINGYI'[7], 일본의 'NISSIN FOOD'[8]가 생산액 기준 16%와 15%의 점유

- 9 -

율로 1, 2위를 차지하고 있으며 우리나라 기업으로는 농심이 6%의 점유율로 4~5위
권을 기록하고 있다.

18      한편, 국내 라면시장이 성숙기에 접어들어 성장이 둔화되고 시장규모가 정체됨
에 따라 각 기업들은 해외시장 진출을 위한 노력을 기울였다. 아래 <표 9>에서 보는
바와 같이 지난 10년 간 수출은 2004년을 정점으로 2005년과 2006년 하락한 뒤 중국
등 신규시장 확대로 다시 증가하여 연평균 6.1%의 증가세를 보이고 있다.

<표 9>                  국내 라면 수출입 현황

(단위 : 톤, 천 불)

| 연도 | 수출중량 | 수출금액 | 수입중량 | 수입금액 |
|------|---------|---------|---------|---------|
| 2001 | 47,326 | 109,964 | 74 | 161 |
| 2002 | 54,633 | 131,363 | 82 | 184 |
| 2003 | 57,801 | 149,906 | 901 | 739 |
| 2004 | 58,894 | 156,842 | 472 | 891 |
| 2005 | 45,310 | 135,880 | 229 | 514 |
| 2006 | 29,826 | 102,635 | 292 | 782 |
| 2007 | 30,375 | 115,665 | 509 | 1,111 |
| 2008 | 32,193 | 129,518 | 431 | 1,225 |
| 2009 | 37,046 | 141,910 | 401 | 1,038 |
| 2010 | 39,638 | 157,204 | 380 | 1,175 |
| 계 | 433,131 | 1,329,177 | 3,770 | 7,820 |

* 자료출처 : 관세청 수출입 무역통계

19      우리나라의 라면 수입 현황은 위 <표 9>와 같이 수출량의 1% 미만 수준으로
국내 라면전체시장에서 수입 라면이 차지하는 비중은 2010년 금액 기준으로 0.1%에
도 미치지 못할 만큼 미미하다. 이는 라면 판매를 위한 외국 라면 업체들의 유통망
확보의 어려움, 약 5개월의 짧은 유통기한, 비교적 높은 관세율 등에 기인한다.

---

7) 강사부라고 하며, 대만 Ting Hsin 그룹 계열로 라면, 음료, 과자 등 다양한 분야에서 중국 1위를 차지하고 있다.
8) 일청식품이라고 하며, 라면의 창시 기업으로 일본 내 시장점유율 50%로 1위를 차지하고 있다.

나) 경쟁구도

(1) 업체별 시장점유율 현황

20      1980년대 초반까지 삼양과 농심이 시장을 양분한 가운데 삼양이 70%가 넘는 점유율을 보이며 시장을 주도했다. 그러나 신규 업체의 시장 진입, 농심의 신제품 출시 등으로 삼양의 시장점유율이 감소하기 시작하였고, 1985년 농심이 라면 시장 1위에 올라서게 된다. 1989년 삼양의 '우지파동'사건이 일어나면서 삼양의 시장점유율이 급속히 감소하였고, 그 결과 1990년대 이후 농심의 독주 체제가 지속되었다.

21      2003년 빙그레가 라면 사업을 철수하면서 농심, 삼양, 오뚜기, 야쿠르트 4개사의 경쟁구도가 굳어졌으며 1990년대부터 이어져 온 농심의 높은 시장점유율은 2000년대도 비슷한 수준으로 유지되어 2010년 매출액 기준으로 농심이 시장의 약 70%, 나머지 3개 업체가 약 30%를 차지하고 있다.

22      한편, 이러한 4개사의 시장점유율 증감폭은 최근 10년간 최대 4.9%p에 그치는 것으로 나타났으며, 농심을 제외한 삼양 등 3개 업체의 경우 이보다 적은 시장점유율의 변화가 있는 것으로 나타나, 라면 시장 내의 경쟁구도에는 거의 변화가 없었음을 알 수 있다.

<표 10>                     매출액 기준 업체별 시장점유율 현황

(단위 : %)

| 구분 | 2001년 | 2002년 | 2003년 | 2004년 | 2005년 | 2006년 | 2007년 | 2008년 | 2009년 | 2010년 | 증감폭 |
|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| 농심 | 67.8 | 70.4 | 73.9 | 73.5 | 72.6 | 73.3 | 72.1 | 69.8 | 69.0 | 70.7 | 4.9 |
| 삼양 | 11.1 | 10.5 | 10.3 | 10.6 | 11.8 | 11.4 | 11.9 | 13.6 | 13.6 | 12.4 | 3.3 |
| 오뚜기 | 11.1 | 9.9 | 9.1 | 9.3 | 9.3 | 9.4 | 10.0 | 10.5 | 9.8 | 9.5 | 1.4 |
| 야쿠르트 | 6.8 | 6.7 | 6.7 | 6.6 | 6.3 | 5.9 | 6.0 | 6.2 | 7.6 | 7.4 | 1.1 |
| 빙그레 | 3.3 | 2.4 | – | – | – | – | – | – | – | – | |

* 판매금액 기준. 농심 내부자료 및 삼양 제출자료 참조

(2) 품목별 경쟁군 현황

23       각 사별 제품의 경쟁품목은 아래 <표 11>와 같다. 각 사의 대표제품을 살펴보면 농심은 신라면, 짜파게티 등 5개 브랜드, 삼양은 삼양라면, 오뚜기는 진라면 등이며, 야쿠르트는 '팔도비빔면'으로 비빔면 시장 1위를 고수하고 있고, '왕뚜껑' 브랜드로 용기면에서 비교적 강세를 보이고 있다.

<표 11>                         각 사별 주요 경쟁 제품 현황

| 구분 | 농심 | 삼양 | 오뚜기 | 야쿠르트 |
|------|------|------|--------|----------|
| 봉지면 | 신라면 | 삼양라면 | 진라면 | 왕라면 |
| | 안성탕면 | 쇠고기면 | 스낵면 | – |
| | 너구리 | 포장마차우동 | 오동통면 | – |
| | 김치라면 | 대관령김치 | 김치라면 | 볶음김치면 |
| | 콩라면 | 된장라면 | 미소라면 | 장라면 |
| | 감자면 | 감자라면 | 감자면 | – |
| | 짜파게티 | 짜짜로니 | 북경반점짜장 | 팔도짜장면 |
| | 오징어짬뽕 | 해물짬뽕 | 북경반점짬뽕 | 해물라면 |
| | 찰비빔면 | 열무비빔면 | 메밀비빔면 | 팔도비빔면 |
| | 진국사리곰탕면 | 쌀설렁탕면 | 사골곰탕면 | 팔도설렁탕면 |
| | 멸치칼국수 | 손칼국수 | – | – |
| | 생생우동 | 생우동 | 생우동 | 생우동 |
| 용기면 | 큰사발 | 큰컵삼양라면 | 진라면큰컵 | 왕뚜껑 |
| | 신라면컵 | 컵삼양라면 | 진라면컵 | 왕뚜껑컵 |
| | 육개장사발면 | 육개장용기 | 육개장 | 미니왕뚜껑 |

24       이 중 신라면 1개 제품의 시장점유율이 전체라면 시장의 20% 이상, 농심 라면 매출액의 30% 이상을 차지하고 있으며, 농심의 5대 브랜드제품[9]이 라면 전체 매출액의 50%이상, 농심 라면 매출액의 70% 이상을 차지하여 일부 품목에 편중되어 있는 수익구조를 나타냄을 알 수 있다.

25       신라면의 지난 10년간 판매식수는 점진적으로 감소하는 추세인데 이는 브랜드

---

9) 농심 라면 내 매출액 기준 상위 5개 제품인 신라면, 안성탕면, 짜파게티, 너구리, 육개장 사발면을 의미한다.

충성고객의 노령화에 따른 식수 감소와 더불어 특히 라면의 주 소비층인 10대·20대들의 신라면에 대한 선호 감소에 따른 것이다. 아래 <표 12>에서 보는 바와 같이 신라면에 대한 브랜드 인지도는 라면의 주 소비층인 10~20대 계층에서 특히 낮은 것으로 나타났다.

<표 12>                           농심 '2010년 사업계획서'(발췌)



다) 각 사의 수익구조 및 공장가동률

(1) 영업이익률과 수익 구조

26        각 사의 제출 자료를 근거로 매출액을 기준으로 가중 평균한 라면 전체의 영업이익률은 아래 <표 13>과 같으며 약 6~10% 수준이다.

<표 13>                       업체별 라면 부문 영업이익률

| 구분 | 2001년 | 2002년 | 2003년 | 2004년 | 2005년 | 2006년 | 2007년 | 2008년 | 2009년 | 2010년 |
|---|---|---|---|---|---|---|---|---|---|---|
| 농심 | | | | | | | | | | |
| 삼양 | | | | | | | | | | |
| 오뚜기 | | | | | | | | | | |
| 야쿠르트 | | | | | | | | | | |
| 평균10) | 6.4% | 7.6% | 10.5% | 10.2% | 9.9% | 9.5% | 6.7% | 7.6% | 6.6% | 5.7% |

27　　　　　한편, 업계 1, 2위인 농심과 삼양은 비교적 높은 영업이익 흑자를, 업계 3, 4위인 오뚜기와 야쿠르트는 영업이익 적자를 보여 상반된 결과를 나타내는데 그 원인은 다음과 같다.

28　　　　　첫째, 농심의 경우 대량생산이 가능한 자동화설비를 갖추고 있고 경쟁사들과 비교하여 연간 라면생산 및 판매식수가 5∼10배에 달하기 때문에 규모의 경제를 실현하여 높은 영업이익률을 달성하고 있으며, 삼양의 경우 국내 최초의 라면 생산업체의 노하우로 비용을 절감하는데 성공하여 이익을 창출하고 있다.

29　　　　　둘째, 오뚜기의 경우 라면을 직접 제조하지 않고 자회사인 오뚜기라면(주)에서 제조한 라면을 구입하여 판매하는 방식(OEM방식)을 취하기 때문에 직접 제조하여 판매하는 경쟁사들에 비해 매출원가율[11]이 높다.

30　　　　　셋째, 야쿠르트는 경쟁사에 비해 시장점유율이 작아 대규모 생산이 가능한 자동화설비를 갖추지 못하여 매출원가, 인건비, 각종 판매관리비가 많이 소요된다.

31　　　　　또한, 농심은 규모의 경제를 실현하여 다른 업체에 비해 높은 영업이익률을 달성하는데, 특히 농심 라면 매출의 30%이상을 차지하는 신라면의 경우 영업이익률이 약 ○○%에 달한다.

32　　　　　한편, 농심의 경우 라면 전체품목 138개 중 영업이익율 10%이상을 달성하는 고부가가치 품목 36개가 농심 라면 전체 매출액의 75.9%를 차지하여 라면 이외의 제품 수익으로 라면 부문의 적자를 보전하는 오뚜기·야쿠르트와는 달리 라면의 수익으로 라면 이외 제품의 적자를 보전하는 수익구조를 나타낸다.

<표 14>　　　　　　　농심 작성 라면 수익 구조(발췌)[12]

---

10) 각 사의 매출액을 기준으로 한 시장점유율을 가중 평균하여 산출한 수치이다.
11) 통상 다른 라면 업체들의 제조원가율이 약 60%선에 미치는 것에 비해 오뚜기의 경우는 매출원가율이 70%를 상회한다.

(2) 공장가동률

33       현재 농심은 안양, 아산 등 5개 기존 공장에 2007년 둥지냉면, 후루룩국수 등 기타 면제품을 생산하는 녹산 공장을 설립하여 국내에 6개 공장, 상해·청도·LA 등 해외에 4개 공장을 운영하고 있으며, 삼양은 원주와 익산 2개 공장, 오뚜기는 평택 1개 공장, 야쿠르트는 이천 공장 1개에서 각각 라면을 생산하고 있다.

34       한편, 각 사의 생산 능력, 생산 실적 및 가동률은 아래 <표 15>, <표 16>과 같은데 농심을 제외한 나머지 3개사의 생산능력의 총합이 농심 생산능력의 약 50~60% 수준으로 시장점유율 차이에 비해 생산 능력은 그 차이가 적은 것으로 나타났다.

35       또한, 야쿠르트를 제외한[13] 나머지 3개사의 공장가동률은 2010년 생산능력 및 생산실적을 기준으로 60% 내외로 충분한 유휴설비를 갖추고 있고, 라면의 경우 새로운 공장의 설립이 아닌 단순한 공장 내의 라인 증설로 생산능력을 빠르게 증가시키는 것이 비교적 용이하므로, 업체 간 제품의 수요 이동에 대해 이를 단기간 내에 수용하는 것이 가능할 것으로 예상된다.

<표 15>                    각 업체의 연도별 라면 생산 능력

(단위 : 천 식)

| 구분 | 2001년 | 2002년 | 2003년 | 2004년 | 2005년 | 2006년 | 2007년 | 2008년 | 2009년 | 2010년 |
|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| 삼양 | 1,051,160 | 1,051,160 | 1,051,160 | 1,005,068 | 926,841 | 945,150 | 945,150 | 945,150 | 945,150 | 945,150 |
| 오뚜기 | 833,470 | 833,470 | 833,470 | 833,470 | 940,876 | 940,876 | 990,999 | 990,999 | 990,999 | 990,999 |
| 야쿠르트 | 357,408 | 357,408 | 357,408 | 357,408 | 357,408 | 367,920 | 367,920 | 367,920 | 367,920 | 367,920 |
| 농심 | 3,538,737 | 3,338,478 | 3,348,221 | 3,256,712 | 3,336,335 | 3,301,512 | 3,467,582 | 3,609,735 | 4,063,796 | 3,990,611 |
| 3개사 | 2,242,038 | 2,242,038 | 2,242,038 | 2,195,946 | 2,225,125 | 2,253,946 | 2,304,069 | 2,304,069 | 2,304,069 | 2,304,069 |
| 총합계 | 5,780,775 | 5,580,516 | 5,590,259 | 5,452,658 | 5,561,460 | 5,555,458 | 5,771,651 | 5,913,804 | 6,367,865 | 6,294,680 |

＊ 자료출처 : 피심인 제출자료 참고

---

12) 2007년 9월 작성 '라면 판매 제도약 워크샵 결과 보고'(소갑167호증)
13) 야쿠르트가 제출한 자료는 야간작업 및 연장근무를 제외한 평균근로시간을 기준으로 한 생산능력 자료로 실제 생산능력보다 과소평가되었으므로, 라면 전체의 평균 공장가동률을 계산하는데서 제외한다.

<표 16>                    각 업체의 연도별 라면의 생산 실적

(단위 : 천 식)

| 구분 | 2001년 | 2002년 | 2003년 | 2004년 | 2005년 | 2006년 | 2007년 | 2008년 | 2009년 | 2010년 |
|------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| 삼양 | 511,635 | 521,026 | 512,556 | 625,408 | 605,138 | 549,454 | 564,770 | 582,715 | 599,954 | 577,925 |
| 오뚜기 | 550,259 | 490,290 | 466,924 | 500,245 | 543,422 | 523,688 | 529,880 | 545,112 | 562,199 | 563,425 |
| 야쿠르트 | 391,882 | 429,053 | 470,027 | 489,339 | 356,282 | 259,762 | 258,968 | 304,633 | 343,820 | 354,787 |
| 농심 | 2,625,875 | 2,722,544 | 2,814,389 | 2,896,422 | 2,664,646 | 2,566,115 | 2,428,078 | 2,433,406 | 2,563,481 | 2,579,095 |
| 3개사 | 1,453,776 | 1,440,369 | 1,449,507 | 1,614,992 | 1,504,842 | 1,332,904 | 1,353,618 | 1,432,460 | 1,505,973 | 1,496,137 |
| 총합계 | 4,079,651 | 4,162,913 | 4,263,896 | 4,511,414 | 4,169,488 | 3,899,019 | 3,781,696 | 3,865,866 | 4,069,454 | 4,075,232 |

* 자료출처 : 피심인 제출 자료 참고

라) 가격결정구조

(1) 거시적 가격결정구조

36    과거 1970년 대 라면 가격은 정부의 직접적인 통제 하에 있었으나, 1980년대 이후부터는 규제 근거가 폐지되고 업계가 자율적으로 결정하는 방식으로 전환되었다.

37    그러나 라면은 소비자물가지수를 산출하는 근거가 되는 품목에 포함되어 있고, 서민생활품목으로서의 중요성 때문에 정부의 물가관리 측면에서 중요한 품목이다.[14] 또한 정부뿐만 아니라 소비자와 언론도 라면 가격 인상 여부에 대해 높은 관심을 보이고 있다.

38    한편, 국내 라면 시장은 이미 1997년을 정점으로 포화상태에 진입하여 판매수량이 정체하게 되어 판매수량을 증가시키는 방법으로 매출 증가를 꾀하기 어려운 상황이 되었다.

39    따라서 기존제품의 가격 인상이 회사의 매출 및 이윤을 증가시키는 주요한 방안이 되었고, 소비자·언론·정부의 저항을 최소화하면서 가격을 인상시키는 것이 회

---

14) 라면은 현 정부의 '52개 집중물가관리품목'에 포함되어 있다.

사 내부의 중요한 결정사항이 되었다.

(2) 미시적 가격결정구조

40    통상 라면 제조업체들은 가격인상 요인이 발생하면 원부재료 원가를 기초로 제반 상황 등을 고려하여 가격인상 폭과 인상 시기를 확정한 후 이를 대리점이나 유통점 등에 통보한다.

41    대리점의 경우에는 라면 제조업체의 일방적인 통보로 인상폭, 인상가 적용시기 등이 결정되는 반면, 이마트, 롯데마트 등의 대형 유통업체의 경우에는 라면 제조업체들이 통보한 출고가 인상폭의 적정성, 인상시기 등의 일정부분을 협의를 통해 조정한다.

(3) 원가구조

42    라면의 주요 원재료는 소맥, 전분, 팜유, 스프 등으로 원 재료비에 포장비, 노무비 등이 포함된 제조 경비가 더해져 제조원가가 산출되고, 출고가격(판매가격)은 제조원가, 영업비용 등을 감안하여 결정된다. 이때 제조원가를 구성하는 각 경비의 비중은 아래 <표 17>과 같다.

<표 17>          업체별 라면의 원가구조[15]

| 구 분 | 삼양 | 오뚜기 | 야쿠르트 | 농심 |
|---|---|---|---|---|
| 원재료비 | | | | |
| 포장비 | | | | |
| 제조경비 | | | | |
| 제조원가 | | | | |

43    라면의 주요 원재료인 소맥과 팜유는 대부분 수입에 의존하고 있어 라면 제조원가는 국제곡물가격과 환율에 큰 영향을 받는다. 지난 10년 간 소맥과 팜유의 가격

---

15) 원재료비에는 면, 스프제조비 등, 제조경비에는 노무비 및 기타 제반경비가 포함된다.

변동 현황 및 환율의 변동 현황은 아래 <그림 2>, <그림 3>과 같다.

<그림 2>        <u>2001~2010년 국제 소맥 및 팜유 가격추이</u>

(단위 : $/Ton)



* 자료출처 : 한국수입업협회


<그림 3>        <u>2001~2010년 원화의 대미달러 환율 추이</u>



* 자료출처 : 통계청 (분기별 종가 말일자료)


<sup>44</sup>        한편, 2002년~2010년 기간 동안 피심인들 중 일부 피심인의 라면 매출원가 변

동 추이와 가격 변동 추이를 비교해 보면, 아래 <표 18>, <그림 4>에서 보는 바와 같이 둘 사이에 상관관계가 적은 것으로 나타난다. 또한 2007년까지는 매출원가 상승률에 비하여 높은 가격인상률을 보이다가 2008년 이후부터는 그 반대 추이를 보이고 있다.

<표 18>　　　　　　라면 매출원가 상승률과 평균인상률 비교표

| 구분 | 2002년 | 2003년 | 2004년 | 2005년 | 2006년 | 2007년 | 2008년 | 2009년 | 2010년 |
|---|---|---|---|---|---|---|---|---|---|
| 매출원가 상승률 | 2.9% | 5.6% | 2.5% | 5.3% | −2.4% | 7.4% | 24.3% | 3.9% | 5.8% |
| 가격인상률 | 10.0% | − | 8.5% | 6.7% | − | 7.8% | 13.5% | − | −4.9% |

* 자료출처 : 피심인 제출자료 참고

<그림 4>　　　　　라면 매출원가 상승률과 평균인상률 비교 그래프



2. 사실의 인정 및 위법성 판단

　가. 행위사실

　1) 이 사건 공동행위의 개요

45　　　　　피심인들은 가격인상이 업계의 최대 현안으로 대두된 2000년 12월 말 또는 2001년 1월 초 대표자 회의를 통해 라면 가격 인상의 필요성에 대해 공감대를 형성하고, 농심이 먼저 가격을 인상하면 나머지 피심인들도 이에 동참하여 가격을 인상하는데 합의하였다.

46      피심인들은 2001. 3. 28. 임원급 모임인 라면거래질서정상화협의회(이하 '라면 협의회'라 한다) 정기 총회에서 농심과 정부와의 가격인상 협의 진행 상황, 대략적인 가격인상률 등을 확인하면서 가격인상에 대한 공조 유지 입장을 재차 확인하였다.

47      농심은 2001. 5. 10. 이례적으로 언론에 다음주 초 가격인상 시기와 폭을 확정 할 계획이라는 사실을 발표하였고, 나머지 피심인들도 같은 날 가격인상 검토를 선언 하였다.

48      이후 피심인들은 서로 가격인상 정보를 제공하고 또 제공받아 타사의 가격인 상 진행상황을 확인하고, 자사의 가격인상안에 반영하면서 2001년 5월부터 7월까지 순차적으로 가격인상을 실행하였다.

49      피심인들은 위와 같은 일련의 과정을 거쳐 농심이 먼저 가격인상안을 마련하 고, 그 후 가격인상 정보를 교환하면서 서로 협조하여 순차적으로 가격인상을 실행하 기로 하는 합의를 공고하게 형성하였다.

50      피심인들은 위와 같은 과정을 통해 최초로 2001년 5월~7월 순차적으로 가격 인상을 실행한 이래 2010년 2월 가격을 인하할 때까지(이하 '이 사건 공동행위 기간' 이라고 한다) 가격인상 정보를 교환하면서 총 6차례의 순차적인 가격인상을 실행하였 다(이하 '이 사건 공동행위'이라고 한다).

51      피심인들은 6차례 가격인상을 실행하면서 라면 제품의 출고가격[16] 인상폭을 유사하게 결정하였고, 특히 주력품목(농심 신라면, 삼양 삼양라면, 오뚜기 진라면, 야 쿠르트 왕라면[17])의 출고가격을 동일한 금액으로 결정하였는데, 그 내역은 아래 <표 22>와 같다.

---

[16] 피심인들은 출고가격(출고가)과 공장도가격(공장도가, 공가)을 같은 의미로 혼용하였다. 이하에서는 가 능한 한 출고가격(출고가)으로 통일하여 사용한다.
[17] 왕라면은 야쿠르트의 주력품목은 아니나 타사 주력품목에 대응하는 품목이다.

<표 22>　　　　　　　　　피심인들의 라면 가격 인상 내역

(단위 : 원)

| 순번 | 가격인상 시기 | | 농심 | 삼양 | 오뚜기 | 야쿠르트 |
|---|---|---|---|---|---|---|
| 1 | 2001년 5월~7월 | 가격인상일 | 2001. 5. 21. | 2001. 6. 1. | 2001. 7. 1. | 2001. 6. 1. |
| | | 평균 인상률[18] | 9.9% | 12.0% | 10.5% | 9.7% |
| | | 주력품목 출고가 | 322 | 322 | 322 | 322 |
| 2 | 2002년 10월 ~2003년 1월 | 가격인상일 | 2002. 10. 25. | 2002. 11. 1. | 2003. 1. 2. | 2002. 12. 1. |
| | | 평균 인상률 | 8.5% | 9.5% | 9.1% | 8.6% |
| | | 주력품목 출고가 | 349 | 349 | 349 | 349 |
| 3 | 2003년 12월 ~2004년 4월 | 가격인상일 | 2003. 12. 22. | 2004. 2. 21. | 2004. 4. 1. | 2004. 2. 1. |
| | | 평균 인상률 | 7.7% | 7.8% | 6.9% | 7.7% |
| | | 주력품목 출고가 | 367 | 367 | 367 | 367 |
| 4 | 2004년 12월 ~2005년 4월 | 가격인상일 | 2004. 12. 24. | 2005. 3. 1. | 2005. 4. 16. | 2005. 2. 15. |
| | | 평균 인상률 | 7.1% | 7.2% | 7.4% | 7.4% |
| | | 주력품목 출고가 | 401 | 401 | 401 | 401 |
| 5 | 2007년 3월~9월 | 가격인상일 | 2007. 3. 1. | 2007. 4. 16. | 2007. 9. 1. | 2007. 4. 1. |
| | | 평균 인상률 | 6.5% | 7.3% | 8.0% | 6.6% |
| | | 주력품목 출고가 | 430 | 430 | 417[19] | 430 |
| 6 | 2008년 2월~4월 | 가격인상일 | 2008. 2. 20. | 2008. 3. 1. | 2008. 4. 1. | 2008. 5. 1. |
| | | 평균 인상률 | 11.9% | 12.6% | 13.5% | 12.5% |
| | | 주력품목 출고가 | 496 | 496 | 455[20] | 496 |

52　　　　피심인들은 이 사건 공동행위 기간 동안 판매실적, 영업지원책, 신제품 출시 계획, 판촉 및 홍보계획 등 각종 민감한 경영정보를 상시적으로 교환하였는데, 이는 가격관련 정보교환과 더불어 가격동조여부에 대한 불확실성을 제거하고 담합 이탈자가 쉽게 드러나는 시장의 투명성을 크게 강화시켜 이 사건 공동행위를 촉진하고, 그 내실을 강화하는 작용을 하였다.

53　　　　또한, 피심인들이 유통질서 정상화를 목적으로 구성하여 운영한 라면협의회는 피심인 각사의 임원들이 참가하여 가격인상 관련 합의 혹은 경쟁사 동향 파악 등 상호 협력을 용이하게 하는 창구로서 기능을 하였다.

---

18) 평균인상률은 피심인 각 사의 가격인상 제품의 인상률의 합계를 가격인상 품목 수로 나누어 산출하였다.
19), 20) 2007년, 2008년 오뚜기 진라면 출고가격은 타사 제품보다 낮으나, 사전할인율(판촉지원)을 축소하는 방법으로 타사 출고가격과 동일하게 조정하였다. 이에 관하여는 2. 가. 2) 나) (5) 이하에서 상술한다.

54        가격인상 후 일정 기간 동안 가격인상 제품을 종전 가격으로 거래처에 제공하는 이른바 '구가지원'은 이 사건 공동행위를 촉진하는 구조적 요소로 작용하였다. 과점적 구조 하에서의 상시적인 경영정보 교환으로 의사결정의 불확실성이 줄어들어 담합이 용이해지고 시장의 투명성이 증가되어 담합 이탈자가 쉽게 드러날 수 있게 되었는데, 여기에 더하여 구가지원 기간의 신축적 운용을 통하여 이탈자에 대한 즉각적인 견제가 가능하였던 것이다.

55        라면 제품은 품질의 차이가 거의 없고, 소비자들이 가격에 민감하여 가격이 경쟁의 중요한 요소이다. 피심인들은 이 사건 공동행위를 통하여 가격을 공동으로 결정함으로써 독자적인 가격인상으로 초래될 시장점유율의 하락 등의 위험부담을 없애면서 동시에 매출증대를 꾀하고자 하는 공동의 이해관계를 충족시킬 수 있었다.

2) 라면가격 공동결정

가) 합의

(1) 2001년 가격인상

(가) 라면 5개사 대표자 회의

56        피심인 4개사와 빙그레[21]를 포함한 라면 5개사는 2000년 12월 말 또는 2001년 1월 초[22] 서울 강남구 소재 르네상스 서울호텔에 모여 라면가격 인상의 필요성에 대한 공감대를 형성하고, 농심이 먼저 가격을 인상하고 나머지 4개사도 뒤를 이어 가격을 인상하는데 합의하였다.[23]

_____

21) 빙그레는 2003. 3. 25. 라면사업을 폐업하고 라면사업에서 철수하였다. 빙그레는 라면 5개사 대표자 회의에 참석하는 등 이 사건 공동행위에 가담하였으나, 처분시효 도과로 이 사건 피심인에서 제외되었던바, 따라서 이하의 행위사실 부분에서는 언급하지 않는다.
22) 회의개최 시기에 관하여 관련자 모두 2000년 12월말이나 2001년 1월 초 무렵, 즉 연말연시의 겨울이었던 것은 확실하나, 정확한 일시는 기억이 나지 않는다고 진술하였다.
23) 피심인들이 대표자 회의에서 가격인상 폭과 시기에 대해 구체적으로 합의를 하지 않고, 농심이 먼저 가격을 인상하면 다른 피심인들도 이에 동참하여 가격을 인상하기로 하는 내용의 합의를 한 것은, 농

- 22 -

57      당시는 IMF 사태[24]의 여파로 국민 경제사정이 좋지 않아서 라면가격 인상에
대한 정부의 감시와 소비자들의 반발이 심해 1997년 말부터 1998년 초에 단행되었던
라면가격 인상 이후 3년 가까이 라면가격을 인상하지 못하고 있어 가격인상이 업계
최대 현안으로 부각되던 시기였다.

58      이러한 사실은 삼양 대표이사[25] 전○○의 진술서(심사보고서 소갑 제1호증, 이
하에서 심사보고서상 증거자료를 인용할 때에는 '심사보고서 소갑 제○호증'을 '소갑○
호증' 식으로만 기재하고 '심사보고서'라는 표현은 생략한다), 삼양 영업본부 고문 김
○○의 진술서(소갑2호증), 삼양 김○○의 확인서(소갑3호증), 삼양 김○○의 2010. 4.
5.자 확인서(소갑4호증), 삼양 정○○의 진술서(소갑6호증)에 의해 인정된다.

59      위 증거들에 나타난 사실을 토대로 라면 5개사 대표자회의 개최사실 및 개최
내용을 살펴보면 다음과 같다.

60      삼양 대표이사 전○○은 삼양 영업본부장 최○○[26]으로부터 라면 5개사 대표자
회의를 한다는 연락을 받았다는 사실을 보고 받고, 최○○에게 자신을 대신하여 대표
자 회의에 참석할 것을 지시하였다. 삼양 김○○는 회의 당일 야쿠르트 김○○으로부
터 대표자 회의에 삼양에서는 최○○이 참석하기로 하였으니 최○○에게 확인을 부탁
한다는 내용의 전화를 받고 최○○에게 전달하였다. 삼양 영업관리팀장 김○○은 삼
양 정○○ 차장에게 최○○을 회의 장소까지 차로 이동시켜 줄 것을 지시하였고, 정○
○은 최○○을 서울 강남구 소재 르네상스 서울호텔까지 차로 이동시켜 주었다. 최○
○은 그 다음 날 전○○과 삼양 영업본부 고문 김○○에게 대표자 회의에서 농심이

---

심이 가격선도 업체로서의 주도권을 가지고 있었을 뿐만 아니라, 농심이 대표 품목의 개략적인 인상
상한과 시기를 정부와의 협의를 통해 결정했기 때문이다. 정부와의 협의와 관련된 내용은 2. 가. 2) 가)
(1) (나)에서 상술한다.
24) 정부는 1997. 11. 21. 대외채무를 갚지 못해 발생할 국가부도사태를 예방하기 위해서 IMF(국제통화기금)의
경제개혁 요구들을 받아들이는 조건하에 IMF 구제금융을 수용한다는 발표를 하였다. 김대중 대통령은
2000. 12. 4. "우리나라가 IMF 위기에서 완전히 벗어났다"고 공식 발표를 하였다.
25) 직위는 관련 행위사실 당시의 직위를 기준으로 기재한다(이하 같다).
26) 최○○은 2006년에 사망하였다. 삼양 대표이사 전○○은 최○○으로부터 대표자 회의 참석자 명단을 보
고받았는지는 기억이 나지 않으며, 당시 각 사의 대표이사는 신○○/이○○(농심), 전○○(삼양), 함○○
/강○○(오뚜기), 김○○(야쿠르트)이었다고 진술하였다(소갑1호증).

가격을 인상하면 나머지 4개사도 따라 올리기로 하였다는 내용을 보고하였다

<표 23>        삼양 대표이사 전○○의 진술내용(발췌)[27](소갑1호증)

> (4) 최○○ 상무가 라면회사 대표자 모임이 있다는 연락을 받았다면서 본인에게 처리 방향을 문의한 사실이 있습니다.
>
> (5) 모임에 참석한 후 최 상무가 일일 영업보고를 할 때 본인이 최 상무에게 "무슨 애기들을 하던가요? 가격은 안 올린대요?"라고 질문했던 기억이 있습니다. 1998년 연초에 가격을 인상한 후 약 2~3년 동안 가격을 올리지 못하고 있었기 때문에 본인으로서는 혹시라도 가격인상이 논의되지는 않았는지 궁금했던 것입니다. 본인의 질문에 최 상무는 "IMF로 어렵지만 라면업계는 그런대로 잘 버티고 있다는 등의 이런 저런 애기를 하다가 '라면 가격을 좀 올려려 하지 않겠느냐'라는 애기도 나왔고, 농심이 가격을 먼저 올리면 따라 올리는 것에 다들 수긍하는 분위기였다"는 취지의 답변을 들었습니다. 이에 본인은 최상무에게 "가격을 올리면 우리 영업이익이 얼마나 개선됩니까?"라고 다시 질문했고, 최상무는 "월 2~3억 원 정도 개선될 겁니다."라고 대답하였던 것으로 기억합니다.

<표 24>        삼양 영업본부 고문 김○○의 진술내용(소갑2호증)

> 고 최○○ 상무가 본인의 방에 들어와, '라면회사 대표 모임이 있는데 전○○사장님(당시)이 제게 참석하라고 하십니다."고 보고를 하였습니다.
>
> 라면회사 대표자 모임 다음 날 모임에 갔다 온 최상무가 보고하러 왔을 때 제가 "무슨 말씀들을 나누셨냐?"고 물었는데 최상무는 "특별한 애기들은 없었고 2~3년 동안 가격을 안 올렸는데 농심이 먼저 올리면 다들 따라 올리자는 애기를 했습니다."라고 답을 하였습니다.
>
> 당시는 98년 초에 가격 인상을 한 뒤 3년 가까이 가격 인상을 안 했던 때이고 가격 인상이 최대 현안이었습니다.

(나) 2001. 3. 28. 라면협의회 정기 총회

61        피심인들은 2001. 3. 28. 서울 용산구 소재 캐피탈 호텔에서 개최된 라면협의회 정기 총회[28]에서 농심과 정부와의 가격인상 협의 진행 상황[29]과 대략적인 가격인상

---

27) 이하에서 심사보고서상 증거자료를 인용할 경우 '발췌'라는 표현은 생략한다.
28) 농심 영업본부장 윤○○, 삼양 영업본부장 안○○, 야쿠르트 유통부문임원 윤○○, 오뚜기 2사업부장 최○○ 등이 참석하였다(소갑50호증).
29) 농심은 라면 5개사 대표자 회의에서 라면업계의 전체적인 가격인상의 필요성에 대한 공감대를 형성하고

률 등에 대해 확인하면서 가격인상에 대한 공조 유지 입장을 재차 확인하였다. 이러한 사실은 삼양 안○○의 2011. 5. 6.자 진술서(소갑8호증)에 의해 인정된다.

<표 25>        삼양 영업본부 부본부장 안○○의 진술내용(소갑8호증)

라면협의회 총회 개최 전에 오뚜기와 팔도[30] 임원 중 1인이 농심 윤○○ 상무에게 "(중략) 농심의 가격이 인상되어야 우리도 순차적으로 인상하는데 귀사의 가격 인상작업은 현재 어떻게 진행되고 있습니까?"라고 물었습니다.

이에 농심의 윤○○ 상무는 "(중략) 현재 가격인상에 대한 협의를 하고 있는데 조만간 잘 이뤄지겠지요."라고 답하였습니다.

이에 본인이 "(중략) 인상률은 두 자리 수로 가야 하는 것 아닙니까? 밀가루 등 주력품종의 경우 10%대를 상회하는 인상요인이 있는 것 같더라구요."라면서 가격 인상과 관련한 입장을 표명하였습니다. 이때 오뚜기, 팔도측 위원들도 "그렇지요. 두 자리 수 인상이 되어야 원가압박에 대한 해소가 될 것 같습니다."라고 거들었습니다.

하지만 농심의 윤○○ 상무는 "두 자리 수 인상은 어렵지 않습니까? 과거에도 두 자리 수 인상은 없었던 것으로 기억합니다만..., 어찌됐건 조만간 가격인상은 될 것입니다."라고 하였습니다.

62      이날 논의의 배경이 된 라면 업계의 정부와의 가격인상 협의에 대하여 살펴보면, 1980년대 이후 라면 가격에 대한 규제 근거가 폐지되고 사업자가 가격을 자율적으로 결정하였다. 그러나 라면은 소비자물가지수를 산출하는 근거가 되는 품목에 포함되어 있는 등 물가관리 측면에서 중요한 품목이므로, 정부는 라면시장에서 점유율이 가장 큰 농심의 라면가격 인상을 주시하였다.

63      농심도 정부의 그러한 정책 기조에 부응하여 가격인상에 대해 정부와 협의를 하였다. 그러나 정부와의 협의가 강제적인 사항은 아니었으며, 2008년에는 정부와 협의를 거치지 아니하고 라면가격을 인상하기도 하였다.

64      정부와의 협의 방식은 대표 품목 한두 개의 개략적인 인상률 상한을 협의하는 방식으로 이루어졌는데, 농심은 정부에 가격인상폭의 타당성을 설명하여 최대한 높은 수준으로 양해를 얻고자 하였다.

---

가격인상을 하기로 합의 한 후 정부와의 협의를 시작한 것으로 보인다.
30) 야쿠르트를 지칭한다. 이하 같다.

65        한편, 정부는 농심과의 협의 내용을 다른 라면회사들에 통보하거나 다른 라면
회사들이 알 수 있도록 외부에 공표하지 않았다. 또한 정부는 라면회사들이 정부의
권고에 따를 수밖에 없는 면허권 등의 강력한 규제권한도 가지고 있지 않다.

66        따라서 피심인들은 각자 독자적으로 라면가격을 결정할 수 있고, 설사 농심 뿐
만 아니라 다른 피심인들도 농심이 정부와 협의를 통해 정한 개략적인 인상률 상한
선을 알고 이에 구속력을 느낀다고 하더라도 정부의 권고 수준 이하에서는 가격경쟁
이 가능하였다.

67        이러한 사실은 농심 대표이사 이○○의 확인서(소갑23호증), 농심 기획팀장 이
○○의 확인서(소갑27호증), 삼양 영업본부 부본부장 안○○의 2011. 9. 5.자 진술서
(소갑9호증) 등에 의해 확인된다.

<표 26>        농심 대표이사 이○○의 확인내용(소갑23호증)

> 라면은 생필품으로 분류되어 있고, 소비자물가지수에도 포함되어 있어서 정부가 관리를 계속해
> 왔습니다. 정부와의 협의 방식은 정식 공문으로 하는 것은 아니고 농심 담당자가 인상요청안을
> 가지고 주무부서에 들어가서 가격인상요인과 인상폭, 인상시기 등에 대한 설명을 하고, 주무부서
> 담당자가 인상시점, 폭 등에 대한 타당성 여부를 검토합니다. 정부는 대표기업, 즉 농심하고만
> 가격인상 협의를 합니다. 그래서 결국 농심의 가격인상안이 업계의 가격인상 상한이 됩니다.
> 즉 삼양 등 다른 회사들은 농심의 가격인상안을 참고하여 그대로 결정하게 되는 것으로 보이고
> 다만, 농심의 가격인상의 폭이 상한이 되기 때문에 농심보다 높게 받을 수는 없는 것 같습니다.

<표 27>        농심 기획팀장 이○○의 확인내용(소갑27호증)

> 2008년 이전에는 정부와 협의를 거쳐 인상률에 대한 정부의 사실상 승인을 받은 후에 내부적으
> 로 가격인상시기와 폭을 최종결정하기 위한 회의를 개최하고 가격인상을 실시하였습니다.
>
> 그런데 제가 기획팀장으로 직접 정부와의 협의 업무를 맡았던 2008년도에의 상황은 좀 달랐습
> 니다. 그때는 (중략) 정부와 가격인상을 협의할 시간적 여유가 없었던 상황 등으로 인하여 가격
> 인상을 실시한 이후에 정부에 가격인상의 타당성에 대해서 설명을 하였습니다.

<표 28>        삼양 영업본부 부본부장 안○○의 진술내용(소갑9호증)

일부 업체가 주요 품목에 대하여 정부와 일정한 사전 협의를 하였던 것은 사실인데, 라면 업계에서는 정부와 협의를 하는 과정에서는 최대한 높은 수준으로 가격 인상 폭으로 양해를 얻고자 하였습니다.

이러한 정부와의 협의가 모든 제품의 모든 가격에 대한 논의는 아니었으므로 라면 각 사들 간에 라면 가격 인상 여부 혹은 인상 폭 등을 독자적으로 결정할 수 있었고, 아울러, 정부 양해 수준 이하에서는 라면 회사들 간에 얼마든지 경쟁이 가능하였지만 그와 같은 가격 경쟁을 한 사실도 없습니다.

        (다) 농심의 가격인상 검토 발표

68        농심은 2001. 5. 10. 언론에 2001년 초부터 라면가격 인상을 검토해왔으며, 다음 주 초 인상시기와 폭을 확정할 계획이라는 사실을 발표하였고, 나머지 피심인들도 같은 날 가격인상 검토를 선언하였다. 이러한 사실은 피심인들의 가격인상 검토 선언 관련 기사(소갑51호증)에서 확인된다.

<표 29>        농심 가격인상 검토 발표 관련 보도내용(소갑51호증)

[증권] 농심, 라면값 인상 소식에 주가 강세: 2001. 5. 10.자 한국일보 기사
  농심(04370)이 6월부터 라면 가격을 8~9% 인상할 전망이다. 농심은 10일 환율상승과 원자재인 밀가루 가격 인상에 따라 라면 값 인상 문제를 올 초부터 검토해왔다고 밝혔다. 인상시기와 폭은 다음주 초 확정된다.

[라운지] 재경부, 이번엔 '라면물가' 걱정: 2001. 5. 10.자 한국일보 기사
  재정경제부가 국내 라면업계 선두 주자인 농심의 움직임에 촉각을 곤두세우고 있다. 농심이 10일 "환율 상승과 밀가루 가격 인상으로 라면 값 인상을 검토 중"이라고 발표하자 오뚜기, 삼양식품, 빙그레, 한국야쿠르트 등 후발업체까지 인상 검토를 선언하고 나섰기 때문이다.

69        농심이 구체적인 가격인상 계획을 언론에 발표한 것은 매우 이례적인 일이다. 농심은 아래 <표 30>에서 보는 바와 같이 이때를 제외하고는 가격인상 내부 품의 결재를 완료하고, 거래처에 통지할 즈음인 가격인상일 1~3일 전에 가격인상 발표를 하였다. 이러한 사실은 농심 가격인상 발표 관련 기사 모음 자료(소갑52호증)와 농심의 가격인상일을 비교해 보면 쉽게 드러난다.

&lt;표 30&gt;          농심 가격인상 최초 보도일과 가격인상일 비교

|  | 1993년 | 1995년 | 1997년 6월 | 1997년 12월 | 2001년 |
|---|---|---|---|---|---|
| 최초 보도일 | 1993.12.21. | 1995.11.8. | 1997.6.27. | 1997.12.24. | 2001.5.10. |
| 가격 인상일 | 1993.12.25. | 1995.11.10. | 1997.6.28. | 1997.12.27. | 2001.5.21. |
|  | 2002년 | 2003년 | 2004년 | 2007년 | 2008년 |
| 최초 보도일 | 2002.10.23. | 2003.12.18. | 2004.12.23. | 2007.2.27. | 2008.2.18. |
| 가격 인상일 | 2002.10.25. | 2003.12.19. | 2004.12.24. | 2007.3.1. | 2008.2.20. |

\* 자료출처: 인터넷 뉴스 검색, 피심인 제출 자료

70    가격인상 계획을 미리 발표하면 가격이 인상되기 전에 라면을 구입하려는 수요자들의 사재기[31]로 인해 수급조절에 문제가 생기는 등 부작용이 따르게 된다.[32] 또한 그 여파로 가격인상 후에는 판매량이 급격하게 줄어 불이익을 받게 된다.

71    그럼에도 불구하고 농심이 이례적으로 가격인상 계획을 미리 발표한 것은, 다른 피심인들에게 가격인상의 공식적인 신호를 줌과 동시에 사회적으로 라면가격 인상 분위기를 형성하기 위한 의도인 것으로 보인다.[33]

72    한편, 피심인 농심과 야쿠르트는 2001. 5. 10.자 언론보도(소갑51호증)와 관련하여 농심 홍보팀이 단순히 "검토 중이다"라고 답변한 것을 근거로 작성된 추측 기사일 뿐이고 2001년 3월에도 이미 유사한 예측보도가 나온 바 있다는 이유로, 동 언론보도가

---

31) '농심 라면 연도별·월별 판매수량'(소갑53호증)에 의하면, 신라면을 기준으로 2001년 5월의 판매량은 전월(2001. 4월)의 70,674,169식에서 103,849,112식으로 크게 늘었고, 그 여파로 다음 월(2001. 6월)의 판매량은 55,268,504식으로 크게 줄었다. 참고로 다른 해의 같은 월, 즉 2002년 5월의 판매량은 70,651,076식, 2003년 5월의 판매량은 70,593,869식이다. 한편, 2008년 가격인상 시 농심의 가격인상 발표 후 사재기 현상과 관련하여 '삼양 유통지점 주간보고서'(소갑54호증)에 의하면 "농심이 가격 인상 소식을 발표한 18일 오후부터 라면 매출이 급증하기 시작해 이마트의 경우 봉지라면이 전주 월요일인 11일의 10만개의 두 배에 이르는 20만개가 판매"되었고, "19일에도 오후 2시까지 평소의 6배에 이르는 11만개의 봉지라면이 판매됐으며 일부 점포에서는 신라면이 매진"되었다는 내용이 기재되어 있고, '2008. 2. 19.자 라면 사재기 관련 기사'(소갑55호증)에서도 라면 가격 인상소식에 '사재기 극성'이라는 내용이 수록되어 있다.

32) 오뚜기 전 영업본부장 김○○는 언론 발표를 미리 하게 되면 물량공급 등의 문제가 있고, 구태여 미리 할 필요가 없기 때문에 가격인상 하루 전날 쯤 언론에 가격인상 발표를 한다고 진술하고 있다(소갑33호증).

33) 미국 연방 제9항소법원은 In Re COORDINATED PRETRIAL PROCEEDINGS IN PETROLEUM PRODUCTS ANTITRUST LITIGATION, 906 F.2d 432, 1990 (State of Arizona v. Standard Oil Co. of California, et al.) 사건에서 정유회사들 사이에 가격이 동일한 점 이외에 정유회사들이 가격정보를 교환하고, 가격을 외부에서 알 수 있도록 회사 내에 게시하고, 가격이 경쟁자들에게 빨리 알려지도록 하기 위해 언론보도 등을 한 경우에는 셔먼법 제1조에서 규정한 공모에 해당할 수 있다고 하였다.

가격인상의 신호를 주는 것이 아닐뿐만 아니라 사회적으로 라면가격 인상 분위기를 형성하기 위한 것이라고 볼 수 없다고 주장한다.

73        살펴건대, 2001. 5. 10.자 언론보도상의 가격인상 검토 시작 시기[34] 및 가격인상 내역 확정 예정일[35], 대략적인 가격인상 폭[36]이 실제와 일치하는 점으로 미루어 볼 때, 2001. 5. 10.자 기사는 농심의 구체적인 가격인상 계획을 사전에 인지한 상태에서 작성된 것으로 보아야 할 것이다. 아울러 나머지 피심인들도 농심의 가격인상 검토 발표와 동시에 가격인상 검토를 선언한 점, 이전과 다르게 사전에 상세하게 가격인상사실을 공표하는 점 등으로 미루어 2001. 5. 10.자 언론보도를 통해 가격인상의 신호를 보냄과 동시에 라면가격 인상 분위기를 형성하려 한 것이라고 보는 것이 타당하다. 한편, 2001년 3월의 가격인상 검토 관련 기사[37]는 2001. 5. 10.자 기사와 달리 구체성이 전혀 없고, 나머지 피심인들도 가격인상 검토를 선언한 바 없다.

        (라) 가격인상 정보 교환을 통한 순차적 가격인상 실행

74        ① 농심은 언론에 보도한 대로 그 다음주 초인 2001. 5. 14. 2001. 5. 21.자로 봉지면 17개, 용기면 17개 품목(총 34개 품목)의 출고가격을 평균 9.9% 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑56호증 농심 2001년 가격인상 품의서).

75        ② 이후 피심인들은 서로 가격인상 정보를 제공하고 또 제공받아 타사의 가격인상 진행상황을 확인하고, 자사의 가격인상안에 반영하면서 서로 협조하여 순차적인 가격인상을 실행하였다.

---

34) 라면 5개사 대표자 회의의 개최시기가 2001년 초 무렵인 점, 2001. 3월에 있었던 라면협의회 정기총회에서 농심이 정부와 가격인상에 대한 협의를 하고 있다는 내용(소갑8호증)으로 미루어보면, 농심의 실제 가격인상 검토 시작시기와 농심이 2001년 초부터 라면가격 인상을 검토해 왔다는 2001. 5. 10.자 언론보도 내용이 일치함을 알 수 있다.

35) 2001. 5. 10.자 언론보도상 "인상시기와 폭은 다음 주 초 확정된다"라고 되어 있는바, 농심이 가격인상 내역을 확정한 날, 즉, 가격인상 내부 품의 결재가 완료된 날이 2001. 5. 14.로서 월요일이므로, 2001. 5. 10. 시점에서 봤을 때 실제 가격인상 시기는 다음 주 초이다.

36) 8~9%로 2001. 5. 16.자 기사의 8.7%와 거의 일치한다.

37) 야쿠르트 제출 소을2호증의1(2001. 3. 22.자 기사), 소을2호증의2(2001. 3. 23.자 기사)에는 "지난 98년초 이후 처음으로 용기면 위주의 라면가격 인상을 추진하고 있다 점도 주가에 긍정적으로 작용할 것으로 예상", "농심은 용기면 위주로 라면가격을 인상해 원화가치 하락에 대처할 계획"이라고만 기재되어 있다.

76        이러한 사실은 아래 증거들에 의해서 확인된다.

77        ㉮ 농심은 2001. 5. 14. 경[38] 삼양에 가격인상 내역과 인상시기 등 가격인상 정보를 제공하였다[소갑13호증 삼양 김○○ 진술서, 소갑57호증 2001년 농심 가격인상(안), 소갑58호증 가격인상 제품 원부자재 수량(2001년 5월 17일 현 기준)].

78        ㉯ 삼양은 농심으로부터 가격인상 내역을 제공받은 뒤 부자재 재고 확인 작업을 마치고, 2001. 5. 17. 경 농심 가격인상 내역을 반영하여 2001. 6. 1.자로 봉지면 9개, 용기면 8개 품목(총 17개 품목)의 출고가격을 평균 12.0% 인상하고 삼양라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상안을 마련하였다(소갑13호증 삼양 김○○ 진술서, 소갑59호증 2011. 10. 13.자 삼양 제출자료).

79        ㉰ 이후 삼양은 농심을 비롯한 다른 피심인들에게 삼양의 가격인상 내역을 팩스 등으로 제공하였다(소갑3호증 삼양 김○○ 확인서, 소갑13호증 삼양 김○○ 진술서).

80        ① 삼양은 2001. 5. 24. 야쿠르트에 삼양 가격인상 내역을 아래 <표 31>와 같이 팩스로 제공하였다.

<표 31>        삼양이 야쿠르트에 보낸 2001. 5. 24.자 팩스내용(소갑60호증)

---

38) 농심은 '2001년 농심 가격인상(안)'(소갑57호증)의 파일화 일자(작성일자)가 2001. 5. 17. 목요일 오후 7시 30분경으로 이때는 농심이 가격인상 보도자료를 언론에 배포한 2001. 5. 16. 보다 하루가 지난 일자인바, 이로 미루어 농심이 이미 언론에 공개된 가격인상 내역을 삼양에 제공한 것에 불과하다고 주장하나, 2001년도 당시 삼양의 경우 전사적 자원관리시스템(ERP, 2006년 7월 도입)이 도입되기 전으로 가격인상을 위해 반드시 거쳐야 하는 기존 원부자재(종전 라면가격이 표시된 포장지 등 가격 인상에 따라 사용하기 어려운 기자재) 재고확인 작업이 2일 정도 소요되었던바, 결국 2001. 5. 17.은 농심의 가격인상내역을 확보한 후 삼양이 가격인상을 위해 원부자재 파악을 완료한 날로 보는 것이 타당하다(소갑13호증 삼양 김○○의 진술서).

81    ⅱ) 오뚜기는 2001. 5. 22. 아래 <표 32>와 같이 품목별로 출고가격이 표시된 삼양의 가격인상 현황을 작성하였다. 그런데 오뚜기 마아케팅 3팀이 2001. 5. 24. 작성한 아래 <표 33>의 '라면 가격인상 적용시기 검토보고'를 보면, "삼양이 품목별 인상가격을 확정하였으나, 공문상 인상내역 및 적용일은 미확인 상태"라는 내용이 기재되어 있다. 따라서 삼양으로부터 가격인상 내역을 제공받아 작성하였음을 알 수 있다.

<표 32>  오뚜기 작성 2001. 5. 22.자 '삼양 라면류 가격인상 현황'(소갑61호증)

| 구분 | 제품명 | 현재 | | | 조정 | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | 출고가 | 소비자가 | 거래취이익률 | 출고가 | 인상률(%) | 소비자가 | 인상률(%) | 거래취이익률 |
| 봉지면 | 사 리 면 | 158 | 250 | 30.5% | 158 | 0.0% | 250 | 0.0% | 30.5% |
| | 쇠고기맛면 | 220 | 330 | 26.7% | 255 | 15.9% | 380 | 15.2% | 26.2% |
| | 대관령김치라면 | 255 | 380 | 26.2% | 268 | 5.1% | 400 | 5.3% | 26.3% |
| | 신 육개장 | 260 | 400 | 28.5% | 302 | 16.2% | 450 | 12.5% | 26.2% |
| | 포장마차우동 | 260 | 400 | 28.5% | 302 | 16.2% | 450 | 12.5% | 26.2% |
| | 해물파티 | 302 | 450 | 26.2% | 335 | 10.9% | 500 | 11.1% | 26.3% |
| | 삼양라면장 | 302 | 450 | 26.2% | 322 | 6.6% | 480 | 6.7% | 26.2% |
| | 열무비빔면 | 302 | 450 | 26.2% | 335 | 10.9% | 500 | 11.1% | 26.3% |
| | 손 칼국수 | 302 | 450 | 26.2% | 335 | 10.9% | 500 | 11.1% | 26.3% |
| | 수 타 면 | 320 | 480 | 26.7% | 350 | 9.4% | 530 | 10.4% | 27.4% |
| | 삼선짜파리 | 330 | 500 | 27.4% | 367 | 11.2% | 550 | 10.0% | 26.6% |
| LL면 | 삼양생우동 | 715 | 1,100 | 28.5% | 780 | 9.1% | 1,200 | 9.1% | 28.5% |
| 용기면 | 컵라면(육,김) | 290 | 450 | 29.1% | 335 | 15.5% | 500 | 11.1% | 26.3% |
| | 삼양라면컵 | 290 | 450 | 29.1% | 335 | 15.5% | 500 | 11.1% | 26.3% |
| | 육개장,김치라면 | 290 | 450 | 29.1% | 335 | 15.5% | 500 | 11.1% | 26.3% |
| | 보글보글도시락 | 300 | 450 | 26.7% | 335 | 11.7% | 500 | 11.1% | 26.3% |
| | 큰다른수타면 | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 큰냄비류 | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 큰 컵 류 | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 큰컵 삼양라면 | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 미스터빅류 | 715 | 1,100 | 28.5% | 780 | 9.1% | 1,200 | 9.1% | 28.5% |

삼양 라면류 가격 인상 현황
( 01-05-22 )                (단위:원)

▶상기 사리면과 기타 덕류류의 가격인상은 없었음 (경쟁력 측면)

<표 33>        오뚜기 마아케팅 3팀 작성 2001. 5. 24.자

'라면 가격인상 적용시기 검토보고'(소갑62호증)

**1. 검토목적**
  금번 라면류 가격인상과 관련하여 인상가격 적용시기를 검토하여 대 경쟁사 대비
  효율적 판매를 이루어내기 위함임.

**2. 경쟁사 상황**
  **<농 심>**
  5 월 21 일부로 인상가격을 적용(공문)하면서 5 월 말일까지 구가격으로 지원(PUSH)중임.
  6 월 1 일부로 정상 인상가격 적용예정임.
  단, 농심의 6 월 결산 및 정상가격 인상후 경쟁사 구가격 PUSH 로 인한 판매감소를 우려
  별도의 지원책을 강구중임.
  **<삼 양>**
  품목별 인상가격을 확정한 상태이나, 공문상 인상내역 및 적용일은 미확인 상태이며
  인상가 적용 예상일은 6 월 초이며, 구가격 적용 예상일은 6 월 15 일까지로 예상됨.
  **<야쿠르트>**
  품목별로 인상가격을 확정한 상태이나, 공문상 인상내역 및 적용일은 미확인 상태이며
  인상가 적용 예상일은 6 월초이며, 구가격 적용 예상일은 6 월 15 일까지로 예상됨.

  ㉒        ㉑ 야쿠르트는 2001. 5. 30. 2001. 6. 1.자로 봉지면 6개, 용기면 12개 품목
(총 18개 품목)의 출고가격을 평균 9.7% 인상하고, 왕라면의 출고가격을 농심 신라면
과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑
63호증 야쿠르트 2001년 가격인상 품의서).

83          ⑭ 오뚜기는 농심이 가격인상 내부 품의 결재를 완료한 2001. 5. 14. 가격인상내역과 가격인상일(2001. 6. 15.)을 정하여 2001. 5. 22. 가격인상 내부 품의 결재를 완료하고, 2001. 5. 30. 사내(각과 및 지점)에 통지하였다.[39] 그러나 이후 가격인상일을 2001. 7. 1.로 조정하여 2001. 6. 11. 다시 사내에 통지하였다. 오뚜기 제품기획실이, 농심이 가격인상 내부 품의 결재를 완료한 날과 같은 날인 2001. 5. 14. 작성한 '라면류 가격인상 검토'(소갑64호증)를 살펴보면, 진라면의 출고가격을 기존의 290원에서 11% 인상하여 농심 신라면의 인상금액과 동일한 322원[40]으로 인상하는 것으로 작성되어 있는데, 이는 농심으로부터 가격인상 내역을 2001. 5. 14. 이전에 통보받지 않고서는 불가능한 일이다.

84          그 이후 순우동 등 3개 품목을 가격인상에서 제외하는 것으로 가격인상내역을 조정하여 최종적으로 2001. 7. 1.자로 봉지면 38개, 용기면 14개 품목(총 52개 품목)[41]의 출고가격을 평균 10.5% 인상하고, 진라면의 출고가격을 농심 신라면과 동일한 금액으로 인상하였다(소갑64호증 2001. 5. 14.자 라면류 가격인상 검토, 소갑65호증 오뚜기 2001년 가격인상 품의서, 소갑66호증 2001. 5. 30.자 업무연락, 소갑67호증 2001. 6. 11.자 업무연락, 소갑68호증 2001. 6. 30.자 당사 라면류 가격인상 내역).

85          ⑮ 농심, 오뚜기, 야쿠르트는 관련 사실을 모두 부인하고 있어 삼양이 인정한 사실과 팩스 자료 등 직접적인 의사연락 자료 등만으로 사건을 구성하면, 농심, 오뚜기, 야쿠르트는 삼양과만 가격인상 정보를 교환하고, 서로 간에는 가격인상 정보를 교환하지 않은 형태로 된다. 그러나 아래와 같은 사실을 종합하여 보면, 농심, 오뚜기, 야쿠르트 간에도 가격인상 정보 교환이 있었음을 알 수 있다.

86          ① 농심, 오뚜기, 야쿠르트는 관련 사실에 부합되는 객관적인 증거자료가 다수 있음에도 불구하고 그러한 사실마저도 부인하거나 진술의 일관성이 없고 진술

---

[39] 소갑66호증 2001. 5. 30.자 업무연락이 사내에 실제로 통지되었는지는 불분명하다.
[40] 농심 2001년 가격인상 품의서(소갑56호증)에는 신라면의 30개 단위 출고가격을 10,626원으로 조정하는 것으로 기재된바, 이는 부가가치세가 포함된 가격이므로 부가가치세를 제외한 신라면 1개당 출고가격은 322원이다.
[41] 오뚜기는 같은 제품이라도 포장 단위가 다른 경우 다른 제품으로 취급하여 품목 수를 계산하므로 다른 피심인들에 비하여 품목수가 많다. 이하 5차례의 가격인상 시에도 모두 마찬가지다.

이 서로 모순되는 등 그 진술은 신빙성이 없다.[42]

87          ⅱ) 오뚜기 마아케팅 3팀이 2001. 5. 24. 작성한 위 <표 33>의 '라면 가격
인상 적용시기 검토보고'와 2001. 6. 1. 작성한 아래 <표 34>의 '라면 가격인상 관련
경쟁사 동향 보고'를 보면, 삼양뿐만 아니라 농심, 야쿠르트의 가격인상 진행 상황 및
가격인상 제품의 상세한 생산 현황이 기재되어 있다.[43]

<표 34>          오뚜기 마아케팅 3팀 작성 2001. 6. 1.자
'라면 가격인상 관련 경쟁사 동향 보고'(소갑70호증)

| 1. 각사별 가격인상 싯점 및 인상제품 생산현황 파악 | | | | | |
|---|---|---|---|---|---|
| 구 분 | 오뚜기 | 농 심 | 삼 양 | 야쿠르트 | 빙그레 |
| 구가격지원<br>(예상)일 | 6. 14 | 5. 31 | 6.20 ~ (6. 30) | 6. 30 | 6.30 ~ (7.15) |
| 정상가격<br>적용(예상)일 | 6. 15. | 6. 1 | 6. 21 ~ (7. 1) | 7. 1 | 7.1 ~ (7.14) |
| 인상제품<br>생산현황 | (봉지)<br>스파게티,<br>북경짜장외<br>전품목생산<br>출고중<br>(용기)<br>5 / 29 일부<br>생산중 | 5 / 21 일부<br>생산<br>5 / 23 일부<br>출고중 | 5 / 28 일부<br>주력제품<br>위주 생산<br>6 / 1 일부<br>부분출고중 | 6 / 4 일부<br>비빔면부터<br>생산<br>6 / 11 일부터<br>출고예정 | 6 / 11 일부터<br>생산시작<br>6 / 15 일부<br>출고예정 |
| 기타사항 | | 6 / 1 일부<br>박스판매당<br>지원금실시 | CVS 6 / 30<br>까지<br>구가격지원 | CVS 6 / 30<br>까지<br>구가격지원 | CVS 6 / 30<br>까지<br>구가격지원 |

88          ⅲ) 현장조사 시 야쿠르트에서 입수한 아래 <표 35>의 2001. 5. 28.자 '당
사 라면류 가격인상 내역'은 오뚜기 가격인상 내역으로 오뚜기 내부 자료인 아래
<표 36>의 2001. 5. 28.자 '당사 라면류 가격조정안(최종)'과 동일하여 오뚜기가 가격
인상 최종안을 작성한 후 바로 야쿠르트에 그 내역을 전달한 것임을 알 수 있다.[44]

89          더구나 현장조사시 야쿠르트에서 입수한 2001. 5. 28.자 '당사 라면류 가격
인상 내역'은 현장조사 시 오뚜기에서 입수한 아래 <표 37>의 2001. 6. 30.자 '당사

---

42) 이와 관련하여서는 각 증거설시 부분에 그 증거와 관련된 피심인 각 사 관련자의 진술 등 조사내용을
자세히 기재하였다.

43) 오뚜기는 당초 가격인상일자를 2001. 6. 15.로 정하였으나, 타사의 구가지원 기간과 생산현황 등을 파악
한 이후에 가격인상일자를 2001. 7. 1.로 조정하였다.

44) 오뚜기는 2001. 5. 30. 사내(각 과 및 지점)에 가격인상 내역을 통지하였고, 거래처에는 그 이후에 통지
하였을 뿐만 아니라, 현장조사 시 야쿠르트에서 입수한 2001. 5. 28.자 '당사 라면류 가격인상 내역'은
오뚜기가 거래처에 통지한 내용과 달라 야쿠르트가 오뚜기 거래처에 통지된 가격인상 내역을 입수하여
보관하고 있었던 것으로 보기는 어렵다.

- 34 -

라면류 가격인상 내역'과 오뚜기가 2001. 5. 28. 이후 가격인상에서 제외한 순우동 등 3개 제품이 미인상으로 변경되어 표시된 것 외에는 내용뿐만 아니라 작성형식까지 정확하게 일치하여 그러한 사실을 뒷받침한다.

&lt;표 35&gt;                    현장조사 시 야쿠르트에서 입수한

2001. 5. 28.자 '당사[45) 라면류 가격인상 내역'(소갑71호증)



◎ 당사 라면류 가격인상 내역

| 구분 | 제품명 | 기호 | 현재 | | 인상 | | 박스(vat 포함) |
|---|---|---|---|---|---|---|---|
| | | | 출고가 | 소비자가 | 출고가 | 소비자가 | |
| 봉지면류 | 참라면 덕용(연) | Q8CO | 154 | — | 170 | — | 8976 |
| | 쇠고기라면 | Q8C1B | 235 | 350 | 268 | 400 | 8844 |
| | 쇠고기 덕용(1백) | Q8COB | 193 | — | 213 | — | 7029 |
| | 진라면(순한맛) | Q8J1M | 290 | 430 | 322 | 480 | 10626 |
| | 진라면(매운맛) | Q8J1H | 290 | 430 | 322 | 480 | 10626 |
| | 진라면 덕용(1백) | Q8J0H | 242 | — | 270 | — | 8910 |
| | 짜장파티 | Q8A1P | 330 | 500 | 367 | 550 | 9688.8 |
| | 북경반점짜장 | Q8A1B | 330 | 500 | 367 | 550 | 9688.8 |
| | 스파게티 | Q8S1G | 398 | 600 | 430 | 650 | 9460 |
| | 스낵면(쇠) | Q8N1B | 235 | 350 | 268 | 400 | 8844 |
| | 비빔면(매밀맛) | Q8I1 | 300 | 450 | 335 | 500 | 11055 |
| | 열 라 면 | Q8Y1 | 302 | 450 | 322 | 480 | 10626 |
| | 김치라면 | Q8K1 | 235 | 350 | 268 | 400 | 8844 |
| | 해물짬뽕면 | Q8H1S | 323 | 480 | 367 | 550 | 9688.8 |
| | 꽃게탕면 | Q8L1 | 319 | 480 | 367 | 550 | 12111 |
| | 전골면 | Q8G1J | 335 | 500 | 367 | 550 | 12111 |
| | 팔개면 | Q8B1G | 335 | 500 | 367 | 550 | 12111 |
| | 힐라면 | Q8O1 | 368 | 550 | 397 | 600 | 13101 |
| | 물 냉 | Q8T1 | 368 | 550 | 368 | 550 | 미인상 |
| | 비 냉 | Q8T1 | 368 | 550 | 368 | 550 | 미인상 |
| | 라면사리 | Q8C0A | 158 | — | 174 | — | 9187.2 |
| 스낵 | 뿌셔뿌셔(5종) | Q8F1 | 235 | 350 | 235 | 350 | 미인상 |
| 용기면류 | 꾹 개 장 | QYY1 | 295 | 450 | 335 | 500 | 8844 |
| | 김 치 면 | QYK1 | 295 | 450 | 335 | 500 | 8844 |
| | 김밥기류(3종) | QY | 430 | 650 | 465 | 700 | 6138 |
| | 진라면용기 | QYJ5H | 430 | 650 | 465 | 700 | 6138 |
| | 열라면용기(16입) | QYE7 | 430 | 650 | 465 | 700 | 8184 |
| | 북경반점짜장 | QYP5J | 430 | 650 | 465 | 700 | 6138 |
| | 꽃게탕면용기 | QYL5 | 430 | 650 | 465 | 700 | 6138 |
| | 팔개면(쇠,김)16입 | QYR7B,K | 467 | 700 | 500 | 750 | 8800 |
| | 참깨홍기 | QYH3 | 600 | 900 | 660 | 1,000 | 8712 |
| LL면류 | 순 우 동 | NLS1F | 523 | 800 | 555 | 850 | 12210 |
| | 우 동 | NLJ1F | 523 | 800 | 555 | 850 | 12210 |
| | 김치우동 | NLC1F | 500 | 750 | 555 | 850 | 14652 |
| | 오뚜기 생우동 | NLL1T | 715 | 1,100 | 780 | 1,200 | 17160 |

► 기타 PB류, 재식철구면, 꿀빵국밥면, 송광호LL두용등은 별도통보예정임.      ► 단위:원, VAT별도

2001.5.28

&lt;표 36&gt;      오뚜기 2001. 5. 28.자 '당사[46) 라면류 가격조정안(최종)'(소갑72호증)

---

45), 46), 47) '당사'는 모두 '오뚜기'를 의미한다.

**◎ 당사 라면류 가격조정안(최종)**                2001-05-28

(단위:원)

| 구분 | 제품명 | 기호 | 현재 | | | 조정 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 출고가 | 소비자가 | 거이율 | 출고가 | 인상률 | 소비자가 | 인상률 | 거이율 |
| 봉지면류 | 참라면 덕용(면) | QBC0 | 154 | – | | 170 | 10.4% | – | | |
| | 쇠고기라면 | QBC1B | 235 | 350 | 26.1% | 268 | 14.0% | 400 | 14.3% | 26.3% |
| | 쇠고기 덕용(1팩) | QBC0B | 193 | – | | 213 | 10.4% | – | | |
| | 진라면(순한맛) | QBJ1M | 290 | 430 | 25.8% | 322 | 11.0% | 480 | 11.6% | 26.2% |
| | 진라면(매운맛) | QBJ1H | 290 | 430 | 25.8% | 322 | 11.0% | 480 | 11.6% | 26.2% |
| | 진라면 덕용(1팩) | QBJ0H | 242 | – | | 270 | 11.6% | – | | |
| | 짜장파티 | QBA1P | 330 | 500 | 27.4% | 367 | 11.2% | 550 | 10.0% | 26.6% |
| | 복경반점짜장 | QBA1B | 330 | 500 | 27.4% | 367 | 11.2% | 550 | 10.0% | 26.6% |
| | 스파게티 | QBS1G | 398 | 600 | 27.0% | 430 | 8.0% | 650 | 8.3% | 27.2% |
| | 스낵면(쇠) | QBN1B | 235 | 350 | 26.1% | 268 | 14.0% | 400 | 14.3% | 26.3% |
| | 비빔면(매밀맛) | QB11 | 300 | 450 | 26.7% | 335 | 11.7% | 500 | 11.1% | 26.3% |
| | 열 라 면 | QBY1 | 302 | 450 | 26.2% | 322 | 6.6% | 480 | 6.7% | 26.2% |
| | 김치라면 | QBK1 | 235 | 350 | 26.1% | 268 | 14.0% | 400 | 14.3% | 26.3% |
| | 해물짬뽕면 | QBH1S | 323 | 480 | 26.0% | 367 | 13.6% | 550 | 14.6% | 26.6% |
| | 꽃게탕면 | QBL1 | 319 | 480 | 26.9% | 367 | 15.0% | 550 | 14.6% | 26.6% |
| | 전골면 | QBG1J | 335 | 500 | 26.3% | 367 | 9.6% | 550 | 10.0% | 26.6% |
| | 빨개면 | QBB1G | 335 | 500 | 26.3% | 367 | 9.6% | 550 | 10.0% | 26.6% |
| | 힘라면 | QBO1 | 368 | 550 | 26.4% | 397 | 7.9% | 600 | 9.1% | 27.2% |
| | 물 냉 | QBT1 | 368 | 550 | 26.4% | 368 | 0.0% | 550 | 0.0% | 26.4% |
| | 비 냉 | QBT1 | 368 | 550 | 26.4% | 368 | 0.0% | 550 | 0.0% | 26.4% |
| | 라면사리 | QBC0A | 158 | – | | 174 | 10.1% | – | | |
| 스낵 | 뿌셔뿌셔(5종) | QBF1 | 235 | 350 | 26.1% | 235 | 0.0% | 350 | 0.0% | 26.2% |
| 용기면류 | 육 개 장 | QYY1 | 295 | 450 | 27.9% | 335 | 13.6% | 500 | 11.1% | 26.3% |
| | 김 치 면 | QYK1 | 295 | 450 | 27.9% | 335 | 13.6% | 500 | 11.1% | 26.3% |
| | 곰배기라면(3종) | QY | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 진라면용기 | QYJ5H | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 열라면용기(16입) | QYE7 | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 복경반점짜장 | QYP5J | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 꽃게탕면용기 | QYL5 | 430 | 650 | 27.2% | 465 | 8.1% | 700 | 7.7% | 26.9% |
| | 빨개면(쇠,김)16입 | QYR7B,K | 467 | 700 | 26.6% | 500 | 7.1% | 750 | 7.1% | 26.7% |
| | 참�깨용기 | QYH3 | 600 | 900 | 25.5% | 660 | 10.0% | 1,000 | 11.1% | 27.4% |
| LL면 | 순 우 동 | NLS1F | 523 | 800 | 28.1% | 555 | 6.1% | 850 | 6.3% | 28.2% |
| | 우 동 | NLU1F | 523 | 800 | 28.1% | 555 | 6.1% | 850 | 6.3% | 28.2% |
| | 김치우동 | NLC1F | 500 | 750 | 26.7% | 555 | 11.0% | 850 | 13.3% | 28.2% |
| | 오뚜기 생우동 | NLL1T | 715 | 1,100 | 28.5% | 780 | 9.1% | 1,200 | 9.1% | 28.5% |

<표 37>              현장조사 시 오뚜기에서 입수한

2001. 6. 30.자 '당사47) 라면류 가격인상 내역'(소갑68호증)

**◎ 당사 라면류 가격인상 내역**                2001.6.30

| 구분 | 제품명 | 기호 | 현재 | | 인상 | | 비고 |
|---|---|---|---|---|---|---|---|
| | | | 출고가 | 소비자가 | 출고가 | 소비자가 | |
| 봉지면류 | 참라면 덕용(면) | QBC0 | 154 | – | 170 | – | |
| | 쇠고기라면 | QBC1B | 235 | 350 | 268 | 400 | |
| | 쇠고기 덕용(1팩) | QBC0B | 193 | – | 213 | – | |
| | 진라면(순한맛) | QBJ1M | 290 | 430 | 322 | 480 | |
| | 진라면(매운맛) | QBJ1H | 290 | 430 | 322 | 480 | |
| | 진라면 덕용(1팩) | QBJ0H | 242 | – | 270 | – | |
| | 짜장파티 | QBA1P | 330 | 500 | 367 | 550 | |
| | 복경반점짜장 | QBA1B | 330 | 500 | 367 | 550 | |
| | 스파게티 | QBS1G | 398 | 600 | 430 | 650 | |
| | 스낵면(쇠) | QBN1B | 235 | 350 | 268 | 400 | |
| | 비빔면(매밀맛) | QB11 | 300 | 450 | 335 | 500 | |
| | 열 라 면 | QBY1 | 302 | 450 | 322 | 480 | |
| | 김치라면 | QBK1 | 235 | 350 | 268 | 400 | |
| | 해물짬뽕면 | QBH1S | 323 | 480 | 367 | 550 | |
| | 꽃게탕면 | QBL1 | 319 | 480 | 367 | 550 | |
| | 전골면 | QBG1J | 335 | 500 | 367 | 550 | |
| | 빨개면 | QBB1G | 335 | 500 | 367 | 550 | |
| | 힘라면 | QBO1 | 368 | 550 | 397 | 600 | |
| | 물 냉 | QBT1 | 368 | 550 | 368 | 550 | 미인상 |
| | 비 냉 | QBT1 | 368 | 550 | 368 | 550 | 미인상 |
| | 라면사리 | QBC0A | 158 | – | 158 | – | |
| 스낵 | 뿌셔뿌셔(5종) | QBF1 | 235 | 350 | 268 | 400 | |
| 용기 | 육 개 장 | QYY1 | 295 | 450 | 335 | 500 | |
| | 김 치 면 | QYK1 | 295 | 450 | 335 | 500 | |
| | 곰배기라면(3종) | QY | 430 | 650 | 465 | 700 | |
| | 진라면용기 | QYJ5H | 430 | 650 | 465 | 700 | |
| | 열라면용기(16입) | QYE7 | 430 | 650 | 465 | 700 | |
| 면 | 복경반점짜장 | QYP5J | 430 | 650 | 465 | 700 | |
| | 꽃게탕면용기 | QYL5 | 430 | 650 | 465 | 700 | |
| | 빨개면(쇠,김)16입 | QYR7B,K | 467 | 700 | 500 | 750 | |
| 류 | 참�깨용기 | QYH3 | 600 | 900 | 660 | 1,000 | |
| LL면 | 순 우 동 | NLS1F | 523 | 800 | 523 | 800 | 미인상 |
| | 우 동 | NLU1F | 523 | 800 | 523 | 800 | 미인상 |
| | 김치우동 | NLC1F | 500 | 750 | 500 | 750 | 미인상 |
| | 오뚜기 생우동 | NLL1T | 715 | 1,100 | 780 | 1,200 | |

▶기타 PB류, 재식청구면,곰탕호LL유동류은 별도품보예정임.          ▶단위:원, VAT별도

90          ⅳ) 야쿠르트 법무팀 최○○이 공정거래위원회 조사 진행 과정에서 라면 마케팅팀 담당자들과 면담한 결과를 기재한 2011년 업무수첩에 "2001년 가격인상 당시 야쿠르트 마케팅팀에 근무한 강○○가 농심 이○○, 삼양 김○○, 오뚜기 홍○○과 사전정보를 공유하였다"는 취지의 내용이 기재되어 있다.[48]

<표 38>          야쿠르트 법무팀 최○○의 2011년 업무수첩 기재내용(소갑73호증)[49]

| |
| --- |
| 이○○ 차장: 2005년 가격인상 정보<br>　　　　　　 2007~2008년 사전통보<br>강○○ 과장: 2001년 각사별과 담당자 미팅<br>　　　　　　 농심-이○○, 삼양-김○○, 오뚜기-홍○○<br>　　　　　　 사전정보공유<br>김○○ 대리: 농심(신제품, 가격현황) 삼양-김○○<br>　　　　　　　 → 최○○, 김○○<br>김○○ 대리: 농심-김○○, 정○○, 박○○(이름 모임 언급)<br>　　　　　　 삼양-위○○ 오뚜기-모름<br>　　　　　　 당사의 가격인상 전 농심 측에서 사전 확인<br>　　　　　　 (메일) 이 자료를 오뚜기, 삼양과 공유했을 것으로 추정<br>-공정위 관련-자료<br>問) → 자료는 없으나 리    가능? |

(2) 2002년~2008년 가격인상

(가) 개요

91          피심인들은 앞에서 본 일련의 과정을 통해 공동행위의 합의를 공고하게 형성

---

48) 최○○은 위 업무수첩 기재 경위와 관련하여 공정거래위원회 조사 진행 과정에서 야쿠르트의 라면 마케팅팀 담당자들에게 타사의 담당자의 이름 등을 물어봤으며, 그들이 이야기한 내용을 기재하였다는 취지로 진술하였다. 그런데 위 업무수첩에 기재된 야쿠르트 라면 마케팅담당자 강○○, 김○○는 최○○으로부터 확인질문을 받은 것은 사실이나, 최○○에게 기억이 나지 않는다고 대답하였으므로 위 업무수첩에 자신의 이름 옆에 타사의 담당자 이름 등이 기재되어 있는 경위에 대해서는 모르겠다고 진술하여 서로 모순된 진술을 하였다(소갑46호증 야쿠르트 최○○ 확인서, 소갑42호증 야쿠르트 강○○ 확인서, 소갑45호증 야쿠르트 김○○ 확인서).

49) 위 업무수첩에 언급되어 있는 이름은 농심 유통조사팀, 삼양 마케팅팀, 오뚜기 마케팅팀에서 시장조사 업무를 담당한 직원들의 이름이다. 피심인들 각 사 시장조사 담당직원들의 역할 등에 대해서는 2. 가. 3) 가) 1)에서 상술한다. 2001년 강○○ 과장과 사전정보를 공유하였다고 기재되어 있는 이○○는 당시 농심 유통조사팀에서, 김○○는 삼양 마케팅팀에서, 홍○○은 오뚜기 마아케팅 3팀에서 각각 근무하였다(소갑74호증 피심인 각 사 조직현황).

하고, 이를 통해 2001년 5월부터 7월까지 순차적으로 가격인상을 실행한 이후 2010년 2월 가격을 인하할 때까지, 가격인상 정보를 교환하면서 서로 협조하여 5차례의 가격 인상을 실행하였다.

92      구체적으로는 가격인상의 선도적 역할을 한 농심이 가장 먼저 가격인상안을 마련하고, 그 후 가격인상 내역, 시기 등 가격인상 정보를 다른 피심인들에게 알려주면, 다른 피심인들도 동일하거나 유사한 선에서 가격을 인상하고, 가격인상 내역, 시기 등 가격인상 정보를 서로 미리 알려주어 순차적인 가격인상을 실행하는 방식으로 이루어졌다.

93      즉, 피심인들은 라면 판매가격을 각자의 생산비와 시장 경쟁의 압력의 조건 하에서 소비자에게 최선으로 제공할 수 있는 가격으로 독자적으로 정하지 아니하고, 경쟁사들과 가격인상 정보를 교환하면서 그들의 행동에 맞추어 가격인상을 실행하였다.

94      이 사건 공동행위 기간 동안 가격인상 정보를 교환한 피심인 4개사 직원들 (이하 '시장조사 담당직원'이라고 한다)의 명단 및 소속은 아래 <표 39>와 같다(소갑 3호증 김○○ 확인서, 소갑18호증 삼양 위○○ 진술서, 소갑31호증 농심 최○○ 진술 조서, 소갑32호증 농심 박○○ 진술조서, 소갑74호증 피심인 각 사 조직현황, 이메일 자료[50] 등).

<표 39>      피심인 4개사의 시장조사 담당직원 명단 및 소속

| 피심인 | 명 단 | 소 속 |
|---|---|---|
| 농심 | 주○○, 이○○ 윤○○, 김○○, 최○○ 정○○, 박○○ 등 | 유통조사팀 (전략마케팅팀) |
| 삼양 | 김○○, 이○○, 위○○, 민○○ 등 | 마케팅팀 |
| 오뚜기 | 홍○○, 조○○, 정○○ 등 | 마케팅팀 |
| 야쿠르트 | 강○○, 이○○, 김○○, 김○○ 등 | 마케팅팀 |

95      농심 시장조사 담당직원은 시장조사 및 경쟁사 동향 조사 업무를 전문적으로

---

[50] 피심인 각 사 시장조사 담당직원들이 주고받은 이메일 자료는 그 수가 많고, 이하에서 계속 언급되므로 구체적인 기재는 생략한다.

하는 별도의 팀인 유통조사팀[51]에 소속되어 있었고, 삼양, 오뚜기, 야쿠르트의 시장조사 담당직원은 마케팅 전략 수립, 가격 책정, 시장조사 업무 등을 하는 마케팅팀에 소속되어 있었다.

96        농심 유통조사팀은 2000년 2월 신설되었고(소갑28호증 농심 김○○ 진술조서), 삼양 마케팅팀 내 시장조사 담당 조직은 2001년 6월 신설되었다(소갑2호증 삼양 김○○ 진술서). 삼양은 시장조사 담당 조직의 신설 경위와 관련하여 2001년 6월 가격인상 이후 경쟁사와의 가격인상 관련 정보교환 및 상시적인 경영정보 교환의 필요성이 인식되어 신설하게 되었다고 진술하였다(소갑2호증 삼양 김○○ 진술서).

97        피심인 각 사 시장조사 담당직원들은 각 사에서 직접 가격인상 검토 업무를 수행하거나, 가격인상 검토 업무를 하는 부서에 소속되어 가격인상 검토를 뒷받침하였다.

98        이러한 사실은 위 <표 39>에 기재된 피심인 각 사 시장조사 담당직원들 및 그들이 소속되어 있는 부서가 작성한 가격인상 품의서, 가격인상 검토 보고서, 삼양 마케팅팀장 서○○의 진술서(소갑15호증), 오뚜기 마케팅실장 서○○의 진술조서(소갑34호증), 오뚜기 판매기획부장 직무대행 도○○의 진술조서(소갑35호증), 야쿠르트 유통부문장 김○○의 진술조서(소갑38호증) 등에 의해 확인된다.[52]

<표 40>        오뚜기, 야쿠르트 가격인상 결정 업무 관련 진술내용

| |
|---|
| 오뚜기 마케팅실장 서○○ 진술내용(소갑34호증)<br>문: 가격인상 절차의 업무분장에 대하여 말씀하여 주십시오.<br>답: 제품기획팀, 마케팅팀, 판매기획부 3개 부서 중에 주관부서가 자주 바뀌었습니다. 인원이나 업무효율에 의해 업무분장이 바뀐 것 같습니다.<br><br>오뚜기 판매기획부장 직무대행 도○○ 진술내용(소갑35호증)<br>문: 가격인상 검토 시 마케팅은 관여를 하지 않는가요? |

---

51) 2007년에 유통조사, 소비자조사 등의 업무가 합쳐져서 전략마케팅팀이 신설되었다. 유통조사팀은 유통본부에 소속되어 있었으며, 전략마케팅팀으로 흡수 되었을 당시에는 유통본부와 마케팅본부가 합쳐져서 마케팅본부에 소속되어 있었다(소갑25호증 농심 장○○ 진술조서, 소갑28호증 농심 김○○ 진술조서).
52) 피심인 각 사 시장조사 담당직원들 및 그들이 소속되어 있는 부서가 작성한 가격인상 품의서, 가격인상 관련 보고서는 그 수가 많으며, 앞에서도 언급되었고 뒤에서도 계속 언급되므로 구체적인 기재는 생략한다.

> 답: **마케팅 및 영업부에서 시장 상황을 보고 의견을 냅니다.** 원가 인상, 시장상황 등 여러 가지를
> 종합적으로 고려하여 판매기획부가 결정을 합니다.
>
> 야쿠르트 유통부문장 김○○ 진술내용(소갑38호증)
> 문: 가격조정 및 통지 절차에 대하여 좀 더 자세히 말씀하여 주십시오.
> 답: **마케팅에서 주도적으로 가격을 결정한다고 보시면 되겠고, 기획에서 사장님에게 승인을
> 받아서 관련 부서에 알려주면** 유통이 지점을 관할하고 있으니까 유통에서 지점에 알려주고,
> 지점에서 거래처에 통보를 합니다.

99        농심은 다른 피심인들과의 정보교환을 담당한 전략마케팅팀(유통조사팀) 및
그 부서가 소속되어 있는 부문의 가격인상 검토 관여 사실을 일체 부인하였다.


<표 41>                농심 가격인상 결정 업무 관련 진술내용

> 농심 마케팅본부장 장○○ 진술내용(소갑25호증)
> 진술인에게 전략마케팅팀이 작성한 '당사 면, 스낵류 가격/중량 조정 계획'을 보여준 후
> 문: 이 문서를 본 사실이 있는가요?
> 답: 가격 인상, 인하 시에 마케팅본부는 관여하지 않습니다. 가격인상, 인하 업무는 기획의 고유
> 업무입니다. 따라서 이 문서에 대해서는 잘 모르겠습니다. 마케팅본부는 가격인상, 인하 시
> 최초의 계획에 대한 의견 개진, 제안은 일절하지 않습니다.
> 문: 전략마케팅팀이 작성한 '당사 면, 스낵류 가격/중량 조정 계획'은 그 내용을 보면 2008년 1월
> 에 작성된 것으로 추정이 됩니다. 그리고 앞에서도 말씀드렸듯이 2008. 1월에 작성한 '2008
> 년 제품 가격정책 검토 방안'에는 가격조정 6주전에 마켓총괄(마케팅 부문)이 제품별 가격정
> 책을 검토하는 것으로 기재가 되어 있습니다. 그런데 가격 조정 전에 마케팅 본부가 가격
> 조정과 관련하여 어떤 일도 하지 않는다는 말씀인가요?
> 답: 예. 그렇습니다. 어떤 제안이나 관여도 하지 않습니다.
>
> 농심 기획팀장 이○○ 확인내용(소갑27호증)
> 농심의 라면 가격인상 검토는 기획의 고유의 업무입니다. 기획은 영업이나 마케팅부분과 협의를
> 거치지 않고 원가요인(외부적 요인인 원부자재가격의 인상을 주로 고려하고, 임금 등 내부적 비
> 용은 자체흡수하고자 노력합니다.), 원가요인이 이익구조에 미치는 영향, 원재료 부담 등을 고려
> 하여 독자적으로 가격인상을 검토하고 가격인상안을 마련합니다.

100        그러나 농심 기획팀 작성의 아래 <표 42>의 '2008년 제품 가격정책 검토 방안'
17, 18면(소갑75호증), 농심 전략마케팅팀 작성의 아래 <표 43>의 '전략마케팅팀 주
간 업무 추진 계획'(소갑76호증), 농심 전략마케팅팀 작성의 '당사 면, 스낵류 가격/
중량 조정 계획'(소갑77호증), 농심 작성의 '가격조정안'(소갑78호증)을 보면, 전략마

케팅팀(유통조사팀) 및 그 부서가 소속되어 있는 부문이 구체적인 가격인상 검토 업무를 수행하고 있다는 사실이 확인된다.

<표 42>        농심 기획팀 작성 '2008년 제품 가격정책 검토 방안'(소갑75호증)

| 구 분 | | 가격 조정 전 | 가격 조정 후 |
|---|---|---|---|
| 마켓 총괄 | 마케팅 | ■ 제품별 가격정책 검토(6주) <br> - 가격구조 <br> - 제품별 정책 | ■ 판촉 정책 검토 <br> - 판매수량 유지 <br> - 판매비용 효율화 |
| | 영업 | | ■ 거래선 관계 강화 <br> - 배경 설명 |
| SCM 총괄 | 구 매 | ■ 자재추가부담 분석(6주) <br> - 단가추이 및 예상 <br> - 단가조정 현황 <br> - 부자재 재고 관리 | ■ 재료비 구조개선 <br> - 구매방법 개선/단가인하 <br> - 글로벌 소싱 |
| | SCM 공장 | ■ 가격조정 제품 교체 준비 <br> - 디자인/코드 변경 (4주) <br> - 동판수정 (2~3주) <br> - 재고소진 (1주) <br> - 신규 단가 제품 생산 | ■ 가격조정 제품 출고 관리 <br> - 기존가격 제품 <br> - 신규가격 제품 <br> ■ 불용 원부자재 Zero 화 추진 |

<표 43>        농심 전략마케팅팀 작성 '전략마케팅팀 주간 업무 추진 계획'(소갑76호증)

| 구분 | 전주 주요 업무 추진 계획[1/14~1/18] | 금주 주요 업무 추진 계획[1/21~1/25] |
|---|---|---|
| 유통조사 | ·당사, 면류사/제과사/식품사 동향 조사 보고 <br> ·면류사 1월 영업정책 분석/보고 <br> ·삼양식품 판매장려금 변경내역 분석/보고 <br> ·신제품 관련 동향 보고 양식 작성 <br> ·소맥분 가격인상 관련 업체별 동향 보고 <br> ·오뚜기 조직개편 동향보고 | ·당사, 면류사/제과사/식품사 동향 조사 보고 <br> ·특약점 육성 방안 보고서 작성 <br> ·건면세대 치즈 시장동향 보고 <br> ·**당사 제품 가격조정 방안 보고** <br> ·당사 기본 장려금 개선방안 보고 <br> ·면류 및 제과사 연간보고서 작성     보고 |

101        더구나 아래 <표 44>의 농심 작성의 '가격조정안'(소갑78호증)을 보면, '기획'과 '마켓총괄'의 가격인상안 중 '마켓총괄' 안이 농심의 실제 가격인상 내역과 일치하여 가격인상 검토 업무에 상당한 역할을 하고 있다는 사실이 확인된다.

<표 44>        농심 작성 '가격 조정안'(소갑78호증)

### ◆ 가격 조정안

| 구 분 | 기획 요청(안) | | 조정금액 | 마켓 총괄(안) | | 조정금액 |
|---|---|---|---|---|---|---|
| 정책방향 | 이익금액 목표 : 1,000억<br>-면(832억), 스낵(168억) | | | 이익금액 목표 : 1,400억<br>-면(1,200억), 스낵(200억) | | |
| 면 | · 신라면/1,000원 이상류 100원 인상(8품목)<br>· 이외 전제품 50원 인상(33품목)<br>· 넝움면 가정용 200원 인상(6품목)<br>· 가정용 굴탕면 100원 인상<br>· PX 전용제품 300원 인상(4품목)<br>· 업소용 제품 30원 인상(6품목) | | 853억 | · 찰 비빔면 50원 인상<br>· 이외 전제품 100원 인상(40품목)<br>· 넝동면 가정용 200원 인상(6품목)<br>· 가정용 굴탕면 100원 인상<br>· PX 전용제품 300원 인상(4품목)<br>· 업소용 제품 30원 인상(6품목) | | 1,224억 |
| 스낵 | · 새우강류 200원 인상(3품목)<br>· 500, 600, 700 스낵류 100원 인상(16품목)<br>· 멀티팩 및 1,200원 스낵 200원 인상(8품목) | | 178억 | · 새우강류 200원 인상(3품목)<br>· 양파링, 매운양파링 100원 인상<br>· 500, 600, 700 스낵류 100원 인상(16품목)<br>· 멀티팩 및 1,200원 스낵 200원 인상(8품목) | | 193억 |
| 인상<br>기본방향 | 1) 라면<br>　① 경쟁관계를 고려하여 카테고리내 2위 브랜드인<br>　　찰비빔면 소폭 인상(50원)<br>　② 전략신제품 건면세대, 녹두국수 제외 | | | 2) 스낵<br>　① 새우깡, 양파링 프리미엄 브랜드화(900원 스낵)<br>　② 전략제품 감자칩류 용량마진 상향 및 증량 감량<br>　③ 600원 스낵 → 700원으로 100원 인상<br>　④ 800원 스낵 중량조정 | | |
| 계 | | | 1,031억 | | | 1,417억 |

102　　　　　피심인 4개사 시장조사 담당직원들은 이메일[53], 팩스, 전화 등을 통해 가격인

상 관련 정보를 교환하였다.

103　　　　　이들이 교환한 가격인상 관련 정보는 각 사의 가격인상 계획, 가격인상 내역,

가격인상 일자에서부터 부자재 재고 처리 관련 사항[54], 가격인상 제품의 생산계획,

생산일자, 출고일자, 구가지원 기간 등에 이르기까지, 서로 협조하여 순차적인 가격

---

[53] 농심 최○○은 'chk2002@nongshim.com', 농심 박○○는 'sungsoo@nongshim.com', 야쿠르트 김평기는 'howl1@yakult.co.kr', 오뚜기 정○○은 'jhjung@ottogi.co.kr' 등 회사 메일을 주로 사용하였다. 삼양은 이메일 계정으로 '삼양마케팅실', 이메일 주소로 'marketone@hanmail.net'을 주로 사용하였고, 마케팅팀 직원들이 계정과 비밀번호를 공유하면서 업무적으로 필요한 사람이 수시로 활용하였다.

[54] 이 사건 공동행위 기간에는 라면 제품에 오픈프라이스 제도(Open Price System, 제조업자가 판매가격을 정하는 기존의 권장소비자가격제도와 달리 최종 판매업자가 실제 판매가격을 결정하고 표시하는 가격제도. 판매가격표시제도라고도 하는데, 정부는 2010. 7. 1.을 기해 일부 가전, 의류 등에 도입되었던 오픈프라이스 제도를 빙과, 과자, 아이스크림, 라면 등 가공식품 4개 품목에 확대시행하였다가 그로부터 1년 후인 2011. 7월, 효과가 미비하다고 판단해 위 4개 품목에 대해 오픈프라이스 품목에서 제외하였다)가 시행되지 아니하였기 때문에 권장소비자가격이 표시된 포장지의 관리가 중요하였다. 원칙적으로 인상 전 가격으로 표시된 제품을 가격인상 후에 판매할 수 없었으므로 가격을 인상하기 위해서는 기존 부자재 관리를 미리 해두어야 했다. 기존 부자재 처리 방안은 인상 제품의 실제 출하 시기와 상당한 연관이 있기 때문에 시장조사 담당 직원은 경쟁사 시장조사 담당직원에게 기존 부자재 처리 방안에 관한 정보를 사전에 제공하는 것이 일반적이었다(소갑16호증 삼양 서○○ 2011. 6. 8.자 진술서 등).

인상을 실행하는데 필요한 정보라면 그것이 시장에 공개되는 정보인지 아닌지[55] 여부를 가리지 않고, 거의 모든 가격인상 관련 정보를 망라한다.

104  시장에 공개되는 정보의 경우에는 원칙적으로 시장에 공개되기 전에 교환되었다. 이러한 사실은 삼양 위○○의 진술서(소갑18호증)에 의해 확인된다.

&lt;표 45&gt;     삼양 마케팅팀 위○○의 진술내용(소갑18호증)

| |
|---|
| 16. (4) 가격인상 공표 전에 상호 정보를 교환한다는 라면회사 시장조사/대외업무 담당자들의 공감대를 깨지 않기 위해 가능한 한 결제 완료시 또는 결제가 완료되지 않았어도 확정된 경우에는 그 정보를 경쟁사에 알려 주었던 것입니다.<br><br>23. 원칙은 어디까지나 유통채널에 가격정보가 제공되기 이전에 대외업무 담당자들 상호간에 확정된 가격인상안을 공유하는 것이었습니다. 즉, 라면 제조회사가 각 유통채널에 가격인상안을 제공하기 이전에 시장조사 또는 대외업무 담당자들 사이에 그 가격인상 정보를 공유하기로 묵시적인 합의가 이루어진 상태였고, 따라서 이러한 약정에 위반하여 유통채널에 먼저 가격인상안을 제공한 사실이 밝혀진 경우에는 위반 회사의 담당자에게 항의하기도 하였던 것입니다. |

105  피심인 4개사는 시장조사 담당직원을 통하여 가격인상 관련 정보뿐만 아니라 각 사의 판매실적, 영업지원책, 홍보 및 판촉 계획, 신제품 출시 계획 등 각종 민감한 경영 정보도 상시적으로 교환하였는데, 이는 이 사건 공동행위를 촉진하고, 그 내실을 강화하는 역할을 하였다.[56]

106  한편, 피심인들은 2001년 5월~7월 가격인상 시부터 2010년 2월 가격인하 시

---

55) 시장에 공개되지 않거나 시장을 통해 파악하기 어려운 경쟁사 정보의 예: ① 부자재 재고 처리 관련 사항은 원칙적으로 의사결정 라인에 있는 임직원과 마케팅팀원들만 정보를 공유하고, 거래처에 공지되지 않는다. 거래처 입장에서 중요한 것은 가격인상 시기나 구가지원 규모 등이지 부자재 재고 관련 사항은 매출 증대에 아무런 영향을 미치지 않기 때문에 관심의 대상이 아니다. 따라서 경쟁사 부자재 재고 처리 관련 사항은 시장을 통해 파악하기 어려운 정보이다(소갑16호증 삼양 서○○ 2011. 6. 8.자 진술서, 소갑35호증 오뚜기 도○○ 진술조서). ② 가격인상 제품 생산계획이나 생산일도 거래처에 공지되지 않는다. 따라서 경쟁사 가격인상 제품 생산계획이나 생산일은 시장을 통해 파악하기 어려운 정보이다(소갑33호증 오뚜기 김○○ 진술조서, 소갑35호증 오뚜기 도○○ 진술조서). ③ 경쟁사 가격인상 제품의 출고일은 시장을 통해 어느 정도 파악이 가능하기는 하나 정확하게 파악하기는 어려운 정보이다. 매장에 나가서 진열되어 있는 것을 보고 제품이 바뀌어 있으면 출고되었다는 것을 알 수 있는 정도이다(소갑35호증 오뚜기 도○○ 진술조서). ④ 구가지원 내역도 거래처에 공지되지 않을 뿐만 아니라, 전 거래처에 지원하지 않고 선별적으로 하는 경우가 많기 때문에 시장을 통해 정확하게 파악하기는 어려운 정보이다(소갑33호증 오뚜기 김○○ 진술조서, 소갑35호증 오뚜기 도○○ 진술조서).

56) 이에 관하여는 2. 가. 3) 이하에서 상술한다.

까지 총 6차례의 가격인상을 실행하면서 이 사건 공동행위의 합의를 파기하거나 중단한 바 없으며, 매번 같은 방식으로 가격인상을 실행하였다(소갑2호증 삼양 김○○ 진술서, 소갑7호증 삼양 안○○ 2010. 4. 1.자 진술서, 소갑13호증 삼양 김○○ 진술서).

<표 46>              삼양 김○○[57] 사장의 진술내용(소갑2호증)

> 본인이 폐사의 가격 인상을 처음으로 주도한 2001년의 가격 인상부터 2008년의 가격 인상까지 라면 시장에서는 위와 같은 가격정보 교환, 실제 가격 인상 작업 등이 체계적, 반복적으로 이루어졌습니다.

107      다만, 가장 최근에 실행된 2008년 2월~4월 가격인상과 관련하여서는 공정거래위원회가 입수한 자료의 양이 상당하여 피심인들의 가격 공동결정 과정을 실제와 근접하게 재현할 수 있는 반면에, 과거의 가격인상일수록 기억과 자료의 한계로 그 과정을 세세하게 재현할 수 없는 등 이하에서 피심인들의 가격 공동결정 과정을 재현한 정도는 각 시기마다 차이가 있다.

    (나) 2002년 10월~2003년 1월 가격인상

108      ① 농심은 정부와 사전 협의를 거쳐 2002. 10. 21. 2002. 10. 25.자로 봉지면 19개, 용기면 20개 품목(총 39개 품목)의 출고가격을 평균 8.5%인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑79호증 농심 2002년 가격인상 품의서).

109      ② 이후 피심인들은 서로 가격인상 정보를 제공하고 또 제공받아 타사의 가격인상 진행상황을 확인하고, 자사의 가격인상안에 반영하면서 서로 협조하여 순차적인 가격인상을 실행하였다.

110      이러한 사실은 아래 증거들에 의해서 확인된다.

---

57) 김○○는 2001년 3월까지 삼양의 영업본부 고문으로 재직하다가 그 이후 2006년 7월까지 영업본부장을 역임하였고, 2006년 8월부터 12월까지 부사장, 2010년 12월 이후에는 사장으로 삼양에 재직하고 있다.

*111*          ㉮ 농심은 2002. 10. 21일경 삼양에 가격인상 내역과 인상시기 등 가격인상 정보를 제공하였다(소갑13호증 삼양 김○○ 진술서).

*112*          ㉯ 삼양은 농심의 가격인상 내역을 반영하여 2002. 10. 25. 2002. 11. 1.자로 봉지면 14개, 용기면 14개 품목(총 28개 품목)의 출고가격을 평균 9.5% 인상하고, 삼양라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑13호증 삼양 김○○ 진술서, 소갑59호증 2011. 10. 13.자 삼양 제출자료).

*113*          ㉰ 삼양은 가격인상안이 확정되자 시장조사 담당직원을 통하여 농심을 비롯한 다른 피심인들에게 삼양 가격인상 내역, 가격인상 일자 등 가격인상 관련 정보를 제공하였다(소갑3호증 삼양 김○○ 확인서, 소갑13호증 삼양 김○○ 진술서).

*114*          ㉱ 야쿠르트는 2002. 11. 1. 2002. 12. 1.자로 봉지면 9개, 용기면 16개 품목(총 25개 품목)의 출고가격을 평균 8.6% 인상하고, 왕라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑80호증 야쿠르트 2002년 가격인상 품의서).

*115*          ㉲ 오뚜기는 2002. 11. 29. 2003. 1. 2.자로 봉지면 30개, 용기면 10개 품목(총 40개 품목)의 출고가격을 평균 9.1% 인상하고, 진라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑81호증 오뚜기 2002년 가격인상 품의서, 소갑82호증 2002. 12. 11.자 업무연락).

*116*          ㉳ 농심 유통조사팀은 타사와 교환한 판매실적 자료를 이용하여 아래 <표 47>과 같이 각사의 제품별 3개월 평균 매출액(2002년 7월~9월)에 제품별 가격인상률을 적용하여 가격인상 후 매출금액의 변화를 예측한 자료를 작성하였다.

*117*          피심인들이 상시적으로 타사와 판매실적 자료를 교환하였음에도 불구하고[58] 가격인상 후 매출금액을 예측한 자료를 작성하였다는 것은 타사의 제품별 가

- 45 -

격인상 내역 정보를 사전에 제공받아 가격인상 후 시장의 변화를 예측한 사실을 추정 가능하게 한다.

&lt;표 47&gt;
농심 유통조사팀 작성
'각사별 주요제품 가격인상에 따른 제품별 매출 변화'(소갑83호증)

마. 오뚜기

(단위:백만원, %)

| 유 형 | 품 목 | 3개월 평균 매출금액 (2002년 7월~9월) | 인상전 품목별 전체 매출액 대비 구성비 | 가격 인상율 | 인상 후 고가격 적용 매출금액 | 인상후 품목별 전체 매출액 대비 구성비 |
|---|---|---|---|---|---|---|
| 봉지면류 | 소 면 | 294 | 2.9 | 11.9 | 329 | 3.0 |
| | 진 라 면 | 3,582 | 35.3 | 8.4 | 3,882 | 35.4 |
| | 비 빔 면 | 653 | 6.4 | 9.6 | 716 | 6.5 |
| | 소 파 게 티 | 178 | 1.7 | 7.7 | 191 | 1.7 |
| | 열 라 면 | 477 | 4.7 | 8.4 | 517 | 4.7 |
| | 콜 냉 | 66 | 0.7 | 8.4 | 72 | 0.7 |
| | 비 | 194 | 1.9 | 9.0 | 212 | 1.9 |
| | 여름한철판특음면 | 11 | 0.1 | 9.0 | 12 | 0.1 |
| | 짜 장 파 티 | 609 | 6.0 | 9.3 | 666 | 6.1 |
| | 쇠 고 기 라 면 | 204 | 2.0 | 11.9 | 229 | 2.1 |
| | 힘 라 면 | 28 | 0.3 | 8.3 | 30 | 0.3 |
| | 김 치 라 면 | 484 | | 11.9 | 542 | 4.9 |
| | 생 우 | 36 | 0.4 | | 39 | 0.4 |
| | 부 우 면 | 26 | 0.3 | 9.0 | 28 | 0.3 |
| | 북 경 반 씨 천 짜 장 | 46 | | 0.5 | 51 | 0.5 |
| | 북 경 반 점 짬 뽕 | 180 | | 1.8 | 196 | 1.8 |
| | 북 경 반 점 짜 장 | 250 | 2.5 | | 273 | 2.5 |
| | 봉 지 면 류 계 | 7,321 | 72.1 | 9.1 | 7,986 | 72.8 |
| 용기면류 | 육 개 장 | 244 | 2.4 | 9.0 | 266 | 2.4 |
| | 김 치 | 78 | 0.8 | 9.0 | 85 | 0.8 |
| | 진 라 면 컵 | 399 | 3.9 | 9.0 | 434 | 4.0 |
| | 곰 배 기 육 개 장 | 71 | 0.7 | 7.5 | 76 | 0.7 |
| | 곰 배 기 김 치 | 78 | 0.8 | 7.5 | 84 | 0.8 |
| | 곰 배 기 새 우 | 99 | 1.0 | 7.5 | 106 | 1.0 |
| | 열 라 면 | 164 | 1.6 | 7.5 | 176 | 1.6 |
| | 진 라 면 | 84 | 0.8 | 7.5 | 90 | 0.8 |
| | 꽃 게 탕 | 67 | 0.7 | 7.5 | 72 | 0.7 |
| | 빵 개 면 김 치 | 43 | 0.4 | 6.0 | 45 | 0.4 |
| | 빵 개 면 쇠 고 기 | 328 | 3.2 | 6.0 | 348 | 3.2 |
| | 북 경 반 점 짜 장 | 140 | 1.4 | 7.5 | 150 | 1.4 |
| | 참 깨 라 면 | 35 | 0.3 | 8.3 | 38 | 0.3 |
| | 용 기 면 류 계 | 1,628 | 18.0 | 7.7 | 1,970 | 18.0 |
| 면 류 계 | | 9,149 | 90.1 | 8.5 | 9,956 | 90.8 |
| 전 체 면 류 매 출 액 | | 10,156 | 100.0 | | 10,963 | 100.0 |

- 봉지면류계와 용기면류계는 가격인상 제품 대상 기준임
- 가격 미인상 봉지면인 짜세짜세, PB제품(함박웰빙라면, 참라면 등)은 7~9월 매출실적에서 제외됨

(다) 2003년 12월~2004년 4월 가격인상

118      ① 농심은 정부와 사전 협의를 거쳐 2003. 12. 15. 2003. 12. 22.자로 봉지면 14개, 용기면 10개 품목(총 24개 품목)의 출고가격을 평균 7.7% 인상한다는 내용의 가격인상 품의 결재를 완료하였다(소갑84호증 농심 2003년 가격인상 품의서).

119      ② 이후 피심인들은 서로 가격인상 정보를 제공하고 또 제공받아 타사의 가격

---

58) 피심인들이 판매실적을 포함한 각종 경영정보를 상시적으로 교환한 사실과 관련된 내용은 2. 가. 3) 이하에서 상술한다.

인상 진행상황을 확인하고, 자사의 가격인상안에 반영하면서 서로 협조하여 순차적인 가격인상을 실행하였다.

120        이러한 사실은 아래 증거들에 의해서 확인된다.

121        ㉮ 농심은 2003. 12월 중순경 삼양에 가격인상 내역 등 가격인상 정보를 제공하였고, 삼양은 이를 바탕으로 가격인상 제품 부자재 내역을 파악하였다. 농심은 2003. 12. 18. 삼양에 농심의 품목별 가격인상 내역을 이메일로 제공하였다(소갑13호증 삼양 김○○ 진술서, 소갑85호증 가격인상 제품 부자재 내역(2003. 12. 17.기준), 소갑86호증 대상 품목 및 조정 내용).

122        ㉯ 삼양은 농심의 가격인상 내역을 반영하여 2004. 2. 7. 2004. 2. 21.자로 봉지면 13개, 용기면 14개 품목(총 27개 품목)의 출고가격을 평균 7.8% 인상하고, 삼양라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의를 완료하였다(소갑13호증 삼양 김○○ 진술서, 소갑59호증 2011. 10. 13.자 삼양 제출자료, 소갑87호증 2004. 2. 12.자 업무연락).

123        ㉰ 삼양은 가격인상안이 확정되자 시장조사 담당직원을 통하여 농심을 비롯한 다른 피심인들에게 삼양 가격인상 내역, 가격인상 일자 등 가격인상 관련 정보를 제공하였다(소갑3호증 삼양 김○○ 확인서, 소갑13호증 삼양 김○○ 진술서).

124        농심 유통조사팀이 작성한 아래 <표 48>의 '삼양라면 가격 인상 제품 출하 동향'을 보면, 삼양 가격인상 관련 의사결정 라인에 있는 임직원과 마케팅팀 직원들만이 알 수 있는 정보인 부자재 재고 처리 관련 정보가 포함되어 있어, 농심 유통조사팀 시장조사 담당직원이 그 협력 파트너인 삼양 시장조사 담당직원으로부터 삼양 가격인상 관련 정보를 전달받아 보고서를 작성하였음을 알 수 있다(소갑16호증 삼양 서○○ 2011. 6. 8.자 진술서).

<표 48>  농심 유통조사팀 작성 '삼양라면 가격 인상 제품 출하 동향'(소갑88호증)

1. 인상제품 출하일자
 가  2월 21일~: 삼양라면
 나  2월 23일~: 수타면, 짜짜로니, 김치라면
 다  2월 25일~: 기타 봉지면류
 라  2월 26일~: 용기면류
 ※ 삼양라면, 수타면, 짜짜로니 김치라면의 경우 기존 부자재 재고 여부와 상관없이 상기 일
     자를 출고를 계획하고 있으며 기타 봉지면류는 부자재 소진후 2월 25일 이후부터 순차적
     으로 가격 인상 제품이 출하될 것으로 예정됨

2. 가격인상 제외 품목
 가  봉지면류: 쇠고기라면
 나  용기면류: 컵삼양라면, 큰컵삼양라면, 삼양우동(종이), 메밀우동

3. 면류가격 인상 내역

| 구분 | 제품명 | 입수 | 소매가 | | 출고가격 | | 인상율 | |
|---|---|---|---|---|---|---|---|---|
| | | | 기존 | 변경 | 기존 | 변경 | 소비자가격 | 출고가격 |
| 봉지면 | 사리면 | 40 | | | 7,920.0 | 8,360.0 | 11.1 | 5.6 |
| | 대관령김치면 | 30 | 450 | 500 | 9,900.0 | 11,055.0 | 10.0 | 11.7 |
| | 육개장 | 30 | 500 | 550 | 10,164.0 | 11,154.0 | 5.8 | 9.7 |
| | 삼양라면 | 30 | 520 | 550 | 11,517.0 | 12,111.0 | 9.1 | 5.2 |
| | 열무비빔면 | 20 | 550 | 600 | 8,074.0 | 8,822.0 | 9.1 | 9.3 |
| | 손칼국수 | 30 | 550 | 600 | 12,111.0 | 13,233.0 | 9.1 | 9.3 |
| | 해물파티 | 30 | 550 | 600 | 12,111.0 | 13,233.0 | 9.1 | 9.3 |
| | 포차우동 | 30 | 550 | 600 | 12,111.0 | 13,233.0 | 9.1 | 9.3 |
| | 수타면 | 28 | 580 | 600 | 11,704.0 | | 3.4 | 5.5 |
| | 볶음짜장짜짜로니 | 30 | 600 | 650 | 13,233.0 | 14,322.0 | 8.3 | 8.2 |
| | 쌀라면 | 30 | 600 | 650 | 13,233.0 | 14,322.0 | 8.3 | 8.2 |
| | 설렁탕면 | 30 | 600 | 650 | 13,233.0 | 14,322.0 | 8.3 | 8.2 |
| | 봉지면류계 | | | | | | 8.3 | 8.3 |
| 용기면 | 수타컵 | 30 | 550 | 600 | 112,045.0 | 13,200.0 | 9.1 | 9.6 |
| | 한컵의 수다(짜장) | 24 | 550 | 600 | 9,636.0 | 10,560.0 | 9.1 | 9.6 |
| | 한컵의 수다(떡볶이) | 24 | 550 | 600 | 9,636.0 | 10,560.0 | 9.1 | 9.6 |
| | 육개장 | 24 | 550 | 600 | 9,636.0 | 10,560.0 | 9.1 | 9.6 |
| | 김치라면 | 24 | 550 | 800 | 9,636.0 | 10,560.0 | 9.1 | 9.6 |
| | 짜장면먹는날 | 12 | 750 | 800 | 6,600.0 | 6,966.0 | 6.7 | 6.0 |
| | 수타큰컵 | 12 | 750 | 800 | 6,600.0 | 6,966.0 | 6.7 | 6.0 |
| | 수타해물 | 12 | 750 | 800 | 6,600.0 | 6,966.0 | 6.7 | 6.0 |
| | 수타큰냄비김치 | 12 | 750 | 800 | 6,600.0 | 6,966.0 | 6.7 | 6.0 |
| | 수타큰냄비육개장 | 12 | 750 | 800 | 6,600.0 | 6,966.0 | 6.7 | 6.0 |
| | 용기면류계 | | | | | | 7.9 | 7.8 |
| | 면류계 | | | | | | 8.1 | 8.1 |

4. 판촉지원


5. 물량 수급 상태
 가.  삼양라면을 포함한 가격인상 제품의 가수요 및 물량 수급 차질 발생을 우려해 가격
     인상 시점부터 해당 지점 별 목표를 고려한 물량 할당이 실시될 계획이나
 나.  삼양라면, 수타면 등 주요 인기제품을 제외한 기타 가격 인상 제품의 경우 물량 수
     급 차질은 없을 것으로 판단됨

125        ㉫ 야쿠르트는 2004. 1. 6. 2004. 2. 1.자로 봉지면 12개, 용기면 7개 품목(총 19개 품목)의 출고가격을 평균 7.7% 인상하고, 왕라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑89호증 야쿠르트 2004년 가격인상 품의서).

126        삼양과 오뚜기의 가격인상이 늦어지자 가격인상 시기를 조정하여 왕뚜껑류 외 제품의 가격인상일을 2004. 2. 1.에서 2004. 3. 1.로 변경하였는데, 그 과정에서 작성된 아래 <표 49>, <표 50>의 '라면 제품 공장도가격 인상시기 변경'(소갑90호증), '라면 가격인상 관련 경쟁사 동향'(소갑91호증)을 보면, 농심의 구가지원 내역, 삼양과 오뚜기의 가격인상 작업 진행 상황 및 인상계획이 기재되어 있다.

127        유통운영팀장 김○○은 라면회사 시장조사 직원들이 판매실적을 교환하였는데, 그 과정에서 가격인상 관련 경쟁사 동향을 입수한 것으로 보인다고 진술하였다(소갑38호증 야쿠르트 김○○ 진술조서).

<표 49>        야쿠르트 유통운영팀 작성 2004. 1. 26.자
'라면 제품 공장도가격 인상시기 변경'(소갑90호증)

```
제목: 라면 제품 공장도가격 인상시기 변경  작성부서: 유통운영팀
작성일시: 2004. 1. 26.  입안자: 김○○  수신처: 기획팀
1. 변경 사유
 가. 경쟁사 가격전략에 대응할 수 있는 유예기간 필요
 나. 농심 가격인상에 따른 지원기간 연장(1월말까지)
 다. 삼양, 오뚜기의 가격인상시기 불명확(3월 예상)
2. 변경내용
```

| 구분 | 변경 전 | 변경 후 |
|---|---|---|
| 인상시기 | 2월 1일 | 3월 1일 |

```
주) 인상제품은 왕뚜껑류만 2월 1일부로 인상함
```

<표 50>   야쿠르트 유통운영팀 작성 '라면 가격인상 관련 경쟁사 동향'(소갑91호증)

```
<라면 가격인상 관련>
1. 경쟁사 동향
● 농심: 1월 중 가격인상 완료
```

- 2월 정책지원: 경쟁사 가격인상 대응을 위해 23-29일 인상가(출고가 기준)의 50% 가격 지원
- 3월 정책지원: 경쟁사 동향에 따라 추가지원 가능
● 삼양식품
- 일시: 2월 21일부 소비자가 인상제품 생산 및 출고 예정
 · 봉지면 21일부터: 삼양, 수타, 대관령김치, 짜짜로니, 열무비빔면 등
 · 용기면 25일부터: 수타면, 수타큰냄비 등
- 인상내역(당사 및 농심 인상폭과 동일)
- 지원정책: 현재 2월 29일까지 출고가 구가격 지원
        3월 지원은 3월 지원정책에 반영예정
● 오뚜기
- 가격 인상 예상: 2. 23일~3.1일 소비자가 인상제품 생산 예상
- 주력제품 10~15일, 기타제품 3월 한달간 출고가를 구가격으로 지원 예상
● 당사
- 왕뚜껑류 2월 1일부 출고가 인상
 봉지면 및 기타 용기면 인상제품은 3월중 출고가 인상 예정(인상일자 미정)
- 향후전략: 경쟁사 가격인상 시기 및 지원정책에 따라 추가지원은 3월 지원정책에 탄력적
        반영 예정

128　　　　　　⒨ 야쿠르트는 2004. 1. 27. 경 삼양에 아래 <표 51>과 같이 야쿠르트 가격
인상 내역, 가격인상 일자, 구가지원 기간 등을 이메일로 전달하였다.

129　　　　　　야쿠르트는 삼양과 거래처에 대한 영업지원 정책, 판매실적 등을 교환하면
서 삼양에 가격인상과 관련된 정보도 계속 제공하였는데, 2004. 2. 5. 경에는 가격인
상 일자 변동 정보와 가격인상 제품의 판매수량에 따른 가격지원 세부 정보를, 2004.
3. 9. 경에는 가격인상 일자 변동 정보를 이메일로 전달하였다(소갑93호증 2004년 1
월 면 지원 정책, 소갑94호증 2004년 3월 면 지원 정책).

<표 51>　　　　야쿠르트가 삼양에 이메일로 전달한 야쿠르트 가격인상 내역(소갑92호증)

| 봉지면 | | 인상전 | | | 인상후 | | | 소비자가격 |
|---|---|---|---|---|---|---|---|---|
| | | 공가 | 부가세 | 포함 | 공가 | 부가세 | 포함 | |
| 김치맵시면 | 식 | 220.00 | 20.00 | 242.00 | 240.00 | 24.00 | 264.00 | |
| | 30 | 6,600.00 | 600.00 | 7,260.00 | 7,200.00 | 720.00 | 7,920.00 | |
| 밀시면 | 식 | 300.00 | 30.00 | 330.00 | 332.50 | 33.25 | 365.75 | 500 |
| | 30 | 9,000.00 | 900.00 | 9,900.00 | 9,975.00 | 997.50 | 10,972.50 | |
| | 40 | 300.00 | 30.00 | 330.00 | 332.50 | 33.25 | 365.75 | |
| 얼큰한 김치라면 | 식 | 12,000.00 | 1,200.00 | 13,200.00 | 13,300.00 | 1,330.00 | 14,630.00 | |
| | 40 | 12,000.00 | 1,200.00 | 13,200.00 | 13,300.00 | 1,330.00 | 14,630.00 | 500 |
| 왕라면 | 식 | 349.00 | 34.90 | 383.90 | 367.00 | 36.70 | 403.70 | |
| | 20 | 6,980.00 | 698.00 | 7,678.00 | 7,340.00 | 734.00 | 8,074.00 | 550 |
| | 식 | 349.00 | 34.90 | 383.90 | 367.00 | 36.70 | 403.70 | |
| | 30 | 10,470.00 | 1,047.00 | 11,517.00 | 11,010.00 | 1,101.00 | 12,111.00 | |
| | 40 | 13,960.00 | 1,396.00 | 15,356.00 | 14,680.00 | 1,468.00 | 16,148.00 | |
| 비빔면 | 식 | 367.00 | 36.70 | 403.70 | 401.00 | 40.10 | 441.10 | 600 |
| | 40 | 11,010.00 | 1,101.00 | 12,111.00 | 12,030.00 | 1,203.00 | 13,233.00 | |
| | 식 | 367.00 | 36.70 | 403.70 | 401.00 | 40.10 | 441.10 | |
| | 40 | 14,680.00 | 1,468.00 | 16,148.00 | 16,040.00 | 1,604.00 | 17,644.00 | |
| 팔도싸장면 | 식 | 401.00 | 40.10 | 441.10 | 434.00 | 43.40 | 477.40 | 650 |
| | 20 | 8,020.00 | 802.00 | 8,822.00 | 8,680.00 | 868.00 | 9,548.00 | |
| 진국설렁탕 | 식 | 367.00 | 36.70 | 403.70 | 434.00 | 43.40 | 477.40 | 650 |
| | 40 | 14,680.00 | 1,468.00 | 16,148.00 | 17,360.00 | 1,736.00 | 19,096.00 | |
| 일품해물라면 | 식 | 401.00 | 40.10 | 441.10 | 434.00 | 43.40 | 477.40 | 650 |
| | 30 | 12,030.00 | 1,203.00 | 13,233.00 | 13,020.00 | 1,302.00 | 14,322.00 | |
| | 식 | 401.00 | 40.10 | 441.10 | 434.00 | 43.40 | 477.40 | |
| 물비빔면 | 40 | 16,040.00 | 1,604.00 | 17,644.00 | 17,360.00 | 1,736.00 | 19,096.00 | |
| | 식 | 420.00 | 42.00 | 462.00 | 450.00 | 45.00 | 495.00 | 700 |
| 참깨시 | 20 | 8,400.00 | 840.00 | 9,240.00 | 9,000.00 | 900.00 | 9,900.00 | |
| | 식 | 497.00 | 49.70 | 546.70 | 530.00 | 53.00 | 583.00 | 800 |
| | 20 | 9,940.00 | 994.00 | 10,934.00 | 10,600.00 | 1,060.00 | 11,660.00 | |
| | 식 | 497.00 | 49.70 | 546.70 | 530.00 | 53.00 | 583.00 | |
| 참깨시해물탕 | 32 | 15,904.00 | 1,590.40 | 17,494.40 | 16,960.00 | 1,696.00 | 18,656.00 | |
| | 식 | 497.00 | 49.70 | 546.70 | 530.00 | 53.00 | 583.00 | |
| | 20 | 9,940.00 | 994.00 | 10,934.00 | 10,600.00 | 1,060.00 | 11,660.00 | 800 |
| | 식 | 497.00 | 49.70 | 546.70 | 530.00 | 53.00 | 583.00 | |
| 이천쌀설렁탕면 | 32 | 15,904.00 | 1,590.40 | 17,494.40 | 16,960.00 | 1,696.00 | 18,656.00 | |
| | 식 | 497.00 | 49.70 | 546.70 | 530.00 | 53.00 | 583.00 | |
| | 20 | 9,940.00 | 994.00 | 10,934.00 | 10,600.00 | 1,060.00 | 11,660.00 | 800 |
| | 식 | 497.00 | 49.70 | 546.70 | 530.00 | 53.00 | 583.00 | |
| | 32 | 15,904.00 | 1,590.40 | 17,494.40 | 16,960.00 | 1,696.00 | 18,656.00 | |

| | | 공가 | 부가세 | 포함 | 공가 | 부가세 | 포함 | |
|---|---|---|---|---|---|---|---|---|
| 도시락 | 식 | 365.00 | 36.50 | 401.50 | 400.00 | 40.00 | 440.00 | 600 |
| | 24 | 8,760.00 | 876.00 | 9,636.00 | 9,600.00 | 960.00 | 10,560.00 | |
| 육개장 | 식 | 365.00 | 36.50 | 401.50 | 400.00 | 40.00 | 440.00 | 600 |
| | 24 | 8,760.00 | 876.00 | 9,636.00 | 9,600.00 | 960.00 | 10,560.00 | |
| 왕뚜껑 | 식 | 500.00 | 50.00 | 550.00 | 530.00 | 53.00 | 583.00 | 800 |
| | 18 | 9,000.00 | 900.00 | 9,900.00 | 9,540.00 | 954.00 | 10,494.00 | |
| 김치왕뚜껑 | 식 | 500.00 | 50.00 | 550.00 | 530.00 | 53.00 | 583.00 | 800 |
| | 18 | 9,000.00 | 900.00 | 9,900.00 | 9,540.00 | 954.00 | 10,494.00 | |
| 우동왕뚜껑 | 식 | 500.00 | 50.00 | 550.00 | 530.00 | 53.00 | 583.00 | 800 |
| | 18 | 9,000.00 | 900.00 | 9,900.00 | 9,540.00 | 954.00 | 10,494.00 | |
| 짜장왕뚜껑 | 식 | 500.00 | 50.00 | 550.00 | 530.00 | 53.00 | 583.00 | 800 |
| | 18 | 9,000.00 | 900.00 | 9,900.00 | 9,540.00 | 954.00 | 10,494.00 | |
| 쌀뚬왕뚜껑 | 식 | 500.00 | 50.00 | 550.00 | 530.00 | 53.00 | 583.00 | 800 |
| | 18 | 9,000.00 | 900.00 | 9,900.00 | 9,540.00 | 954.00 | 10,494.00 | |

\* 기타제품은 미인상
\* 인상가격은 2월 1일부터 적용
\* 2월 1일 이전 생산 품목은 1월 31일까지 구가 지원
\* 2월 설날 품목은 2월 추가 지원
\* 다음 주 생산/출고 예정 제품
  참마시, 일품해물라면, 도시락, 왕뚜껑

130    (바) 오뚜기는 2004. 2. 23. 2004. 4. 1.자로 봉지면 32개, 용기면 15개 품목(총 47개 품목)의 출고가격을 평균 6.9% 인상하고, 진라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑95호증 2004. 2. 23.자 라면류 출고가, 소비자가 인상 통보의 건).

131    (사) 농심 유통조사팀은 타사와 교환한 판매실적 자료를 이용하여[59] 아래 <표 52>와 같이 각사의 제품별 3개월 평균 매출액(2003년 9월~11월)에 제품별 가격

---

[59] 농심 유통조사팀 김○○은 타사의 가격인상 전 품목별 3개월 평균 매출금액(2003년 9월~11월)정보를 입수한 경위와 관련하여 2011. 6. 1. 진행된 출석조사 시에는 "매달 실적 정보를 경쟁사와 교환하였다."라고 진술하였다가 2011. 10. 19. 진행된 출석조사 시에는 위 진술을 번복하여 각 사별 평균적인 매출 규모를 알고 있었기 때문에 추측하여 작성하였다는 취지로 진술하였다(소갑29호증 농심 김○○ 진술조서, 소갑30호증 농심 김○○ 확인서). 피심인들이 판매실적 등을 교환한 사실과 관련된 내용은 2. 가. 3) 이하에서 상술한다.

인상률을 적용하여 가격인상 후 매출금액의 변화를 예측한 자료를 작성하였다.

132      피심인들이 상시적으로 타사와 판매실적 자료를 교환하였음에도 불구하고 가격인상 후 매출금액의 변화를 예측한 자료를 작성하였다는 것은 타사의 제품별 가격인상 내역 정보를 사전에 제공받아 가격인상 후 시장의 변화를 예측한 사실을 추정 가능하게 한다.

<표 52>                  농심 유통조사팀 작성
'각 사별 주요제품 가격인상에 따른 제품별 매출 변화'(소갑96호증)

라. 포투기

(단위:백만원, %)

| 유 형 | 품 목 | 3개월 평균 매출금액 (2003년 9월~11월) | 인상전 품목별 전체 매출액 대비 구성비 | 가격 인상율 | 인상 출고가 적용 매출금액 | 인상후 품목별 전체 매출액 대비 구성비 |
|---|---|---|---|---|---|---|
| 봉지면류 | 소    면 | 135 | 1.3 | 11.0 | 150 | 1.4 |
| | 진    라    면 | 4,293 | 41.4 | 5.2 | 4,514 | 40.9 |
| | 비    빔    면 | 4 | 0.0 | 9.3 | 4 | 0.0 |
| | 소  파  게  티 | 99 | 1.0 | 6.9 | 105 | 1.0 |
| | 열    라    면 | 558 | 5.4 | 5.2 | 587 | 5.3 |
| | 비    빔    냉 | 40 | 0.4 | 8.2 | 43 | 0.4 |
| | 짜  장  라  티 | 601 | 5.8 | 8.2 | 651 | 5.9 |
| | 김    치    라    면 | 510 | 4.9 | 11.0 | 566 | 5.1 |
| | 육  개  장  봉  짱 | 192 | 1.9 | 8.2 | 208 | 1.9 |
| | 육  개  장  짜  장 | 188 | 1.8 | 8.2 | 204 | 1.8 |
| | 부    꾸    부    서 | 804 | 7.8 | 8.3 | 871 | 7.9 |
| | 봉  지  면  류  계 | 7,424 | 71.6 | 8.2 | 8,030 | 72.8 |
| 용기면류 | 육    개    장 | 128 | 1.2 | 9.6 | 141 | 1.3 |
| | 김    치    면 | 50 | 0.5 | 9.6 | 55 | 0.5 |
| | 김  배  기  득  개  장 | 60 | 0.6 | 6.0 | 64 | 0.6 |
| | 김  배  기  김  치 | 62 | 0.6 | 6.0 | 66 | 0.6 |
| | 김  배  기  새  우 | 50 | 0.5 | 6.0 | 53 | 0.5 |
| | 열    라    면 | 118 | 1.1 | 6.0 | 125 | 1.1 |
| | 진    라    면 | 232 | 2.2 | 6.0 | 246 | 2.2 |
| | 꿀  게  탕  면 | 22 | 0.2 | 6.0 | 23 | 0.2 |
| | 빨  개  면  쳐  고  기 | 62 | 0.6 | 5.7 | 66 | 0.6 |
| | 육  개  장  짜  장 | 86 | 0.8 | 6.0 | 91 | 0.8 |
| | 출  새  라  면 | 0 | 0.0 | 4.9 | - | 0.0 |
| | 용  기  면  류  계 | 870 | 8.4 | 6.5 | 927 | 8.4 |
| 연    류 | | 8,295 | 80.0 | 7.3 | 8,957 | 81.2 |
| 전  제  연  류  매  출  액 | | 10,364 | 100.0 | | 11,026 | 100.0 |

* 봉지면류계와 용기면류계는 가격인상 제품 대상 기준임
* 가격 인상율 제품은(봉지면-김치면, P세대리면, 사골곰탕면 등 용기면-장라면합) 9~11

(라) 2004년 12월~2005년 4월 가격인상

133      ① 농심은 정부와 사전 협의를 거쳐 2004. 12. 20. 2004. 12. 24.자로 봉지면 17개, 용기면 20개 품목(총 37개 품목)의 출고가격을 평균 7.1% 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑97호증 농심 2004년 가격인상 품의서).

134 　　　　② 이후 피심인들은 서로 가격인상 정보를 제공하고 또 제공받아 타사의 가격 인상 진행상황을 확인하고, 자사의 가격인상안에 반영하면서 서로 협조하여 순차적 인 가격인상을 실행하였다.

135 　　　　이러한 사실은 아래 증거들에 의해서 확인된다.

136 　　　　㉮ 농심은 2004. 12. 22. 삼양에 농심 가격인상 내역을 이메일로 전달하였다 (소갑98호증 2004. 12. 22.자 이메일).

137 　　　　㉯ 삼양은 농심의 가격인상 내역을 반영하여 2005. 2. 24. 2005. 3. 1.자로 봉 지면 15개, 용기면 17개 품목(총 32개 품목)의 출고가격을 평균 7.2% 인상하고, 삼양 라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내 부 품의 결재를 완료하였다(소갑99호증 삼양 2005년 가격인상 품의서).

138 　　　　㉰ 삼양은 가격인상안이 확정되자 시장조사 담당직원이 농심을 비롯한 다른 피심인들에게 삼양 가격인상 내역, 가격인상 일자 등 가격인상 관련 정보를 제공하였 다(소갑3호증 삼양 김○○ 확인서, 소갑13호증 삼양 김○○ 진술서).

139 　　　　㉱ 야쿠르트는 2005. 1. 7. 2005. 2. 15.자로 봉지면 9개 품목, 용기면 15개 품목(총 24개 품목)의 출고가격을 평균 7.4% 인상하고, 왕라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하고, 같은 달 11. 지점에 통보하였다. 그런데 삼양과 오뚜기의 가격인상이 늦어지자 가격 인상 시기를 조정하여 왕뚜껑류 5개 품목, 비빔면, 프리미엄 맵시면 외 제품의 가격 인상일을 2005. 2. 15.에서 2005. 3. 15.로 변경하였다(소갑100호증 야쿠르트 2005년 가격인상 품의서, 소갑101호증 2005. 1. 11.자 라면 가격인상 통보, 소갑102호증 2005. 2. 11.자 면제품 가격인상 시기 조정 의뢰, 소갑103호증 2005. 2. 14.자 유통 면 제품 가격인상 시기 변경, 소갑104호증 2005. 2. 28.자 라면 공장도가 인상시기 변경 통보).

140  ㉬ 야쿠르트는 2005. 1. 11. 삼양에 아래 <표 53>과 같이 야쿠르트 가격인상 내역을 이메일로 전달하였다.[60]

<표 53>   야쿠르트 이○○이 삼양 위○○에게 보낸 2005. 1. 11.자 이메일 첨부문서(소갑105호증)

**야쿠르트 2005년 라면 가격 인상 (안)**

**1. 봉지면** (단위:원)

| 구분 | 입수 | 소비자가격 | | | | 공장도가격(세별) | | | |
| | | 현재 | 인상 | 인상률 | 인상가 | 현재 | 조정 | 인상률 | 인상가 |
|---|---|---|---|---|---|---|---|---|---|
| 김맵덕용 | 30 | 미표기 | 미표기 | | | 220 | 240 | 9.1% | 20.0 |
| 프리미엄맵시면 | 40 | 550 | 600 | 9.1% | 50 | 255 | 300 | 17.6% | 45.0 |
| 얼큰한 김치라면 | 40 | 500 | 550 | 10.0% | 50 | 332.5 | 365 | 9.8% | 32.5 |
| 왕라면 | 20,30,40 | 550 | 600 | 9.1% | 50 | 367 | 401 | 9.3% | 34.0 |
| 사천짜장면 | 10,16 | 650 | 650 | 7.7% | 50 | 481 | 449 | 10.5% | 33.0 |
| 팔도짜장면 | 20 | 650 | 700 | 7.7% | 50 | 434 | 467 | 7.6% | 33.0 |
| 참마시해물탕면 | 20,16 | 400 | 700 | 16.7% | 50 | 448 | 467 | 4.3% | 33.0 |
| 참마시해물탕 | 20,32 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 참마시볶음김치 | 20,32 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 이천쌀설렁탕면 | 20,32 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |

**2. 용기면** (단위:원)

| 구분 | 입수 | 소비자가격 | | | | 공장도가격(세별) | | | |
| | | 현재 | 인상 | 인상률 | 인상가 | 현재 | 조정 | 인상률 | 인상가 |
|---|---|---|---|---|---|---|---|---|---|
| 도시락 | 24 | 600 | 650 | 8.3% | 50 | 400 | 430 | 7.5% | 30.0 |
| 육개장 | 24 | 600 | 650 | 8.3% | 50 | 400 | 430 | 7.5% | 30.0 |
| 왕뚜껑컵 | 6,24 | 600 | 650 | 8.3% | 50 | 400 | 430 | 7.5% | 30.0 |
| 김치도시락 | 18 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 김치왕뚜껑 | 18 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 우동왕뚜껑 | 18 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 짜장왕뚜껑 | 18 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 짬뽕왕뚜껑 | 18 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 튀김우동컵 | 16 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 비빔면컵 | 16 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 왕컵진국설렁탕면 | 16 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 일품해물왕컵 | 16 | 800 | 850 | 6.3% | 50 | 530 | 560 | 5.7% | 30.0 |
| 빅3해물 | 12 | 1,200 | 1,300 | 8.3% | 100 | 780 | 845 | 8.3% | 65.0 |
| 빅3참치 | 12 | 1,200 | 1,300 | 8.3% | 100 | 780 | 845 | 8.3% | 65.0 |
| 볶음김치면 | 12 | 1,400 | 1,500 | 7.1% | 100 | 840 | 910 | 8.3% | 70.0 |

141  ㉭ 오뚜기는 2005. 3. 14. 2005. 4. 16.자로 봉지면 34개, 용기면 30개 품목(총 64개 품목)의 출고가격을 평균 7.4% 인상하고, 진라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑106호증 2005. 3. 9.자 오뚜기 라면류 출고가 및 소비자가 인상의 건, 소갑107호증 2010. 3. 10.자 오뚜기 제출자료, 소갑108호증 2011. 7. 18.자 오뚜기 제출자료).

142  ㉮ 오뚜기는 가격인상 내부 품의 결재를 완료하기도 전인 2005. 2. 25. 삼양에 아래 <표 54>와 같이 오뚜기 가격인상 내역을 이메일로 전달하였다(소갑109호증 2005. 2. 25.자 이메일, 소갑110호증 조○○이 사용한 회사메일 주소).[61]

---

[60] 야쿠르트 이○○은 2011. 4. 20. 진술조사에서 동 증거자료에 대해 제시받았음에도 불구하고, 경쟁사와 가격변동 정보 등을 교환한 사실이 없다고 진술하였다(소갑43호증 야쿠르트 이○○ 진술조서).

<표 54>                          오뚜기 품목별 가격인상안

(오뚜기 조○○이 2005. 2. 25. 삼양 위○○에게 보낸 이메일 첨부문서(소갑109호증)

1. 봉지면                                                    (단위 : 원, %)

| 제품명 | 출고가 | | | 소비자가 | | |
|---|---|---|---|---|---|---|
| | 현재 | 조정 | 인상률 | 현재 | 조정 | 인상률 |
| 진라면 | 367 | 401 | 9.3 | 550 | 600 | 9.1 |
| 열라면 | 367 | 401 | 9.3 | 550 | 600 | 9.1 |
| 사골곰탕면 | 401 | 434 | 8.2 | 600 | 650 | 8.3 |
| 북경짜장/짬뽕 | 434 | 467 | 7.6 | 650 | 700 | 7.7 |
| 짜장파티 | 434 | 467 | 7.6 | 650 | 700 | 7.7 |
| 스파게티 | 495 | 530 | 7.1 | 750 | 800 | 6.7 |
| 감자면 | 530 | 530 | 5.7 | 800 | 850 | 6.3 |
| 메밀비빔면 | 401 | 434 | 8.2 | 600 | 650 | 8.3 |
| 스낵면 | 333 | 365 | 9.6 | 500 | 550 | 10.0 |
| 김치라면 | 333 | 365 | 9.6 | 500 | 550 | 10.0 |
| 양념이진짜 | 503 | 532 | 5.8 | 750 | 800 | 6.7 |
| 비냉 | 434 | 467 | 7.6 | 650 | 700 | 7.7 |

2. 용기면                                                    (단위 : 원, %)

| 제품명 | 출고가 | | | 소비자가 | | |
|---|---|---|---|---|---|---|
| | 현재 | 조정 | 인상률 | 현재 | 조정 | 인상률 |
| 진컵 | 400 | 430 | 7.5 | 600 | 650 | 8.3 |
| 미니컵 3종 | 400 | 430 | 7.5 | 600 | 650 | 8.3 |
| 사골컵 | 400 | 430 | 7.5 | 600 | 650 | 8.3 |
| 육개장(소) | 400 | 430 | 7.5 | 600 | 650 | 8.3 |
| 김치(소) | 400 | 430 | 7.5 | 600 | 650 | 8.3 |
| 진용기 | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 열용기 | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 육개장(곱) | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 새우(곱) | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 김치(곱) | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 꽃개용기 | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 북경용기 | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 라면볶이 | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 스파게티 | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 짜장볶이 | 530 | 560 | 5.7 | 800 | 850 | 6.3 |
| 참깨용기 | 750 | 780 | 4.0 | 1,150 | 1,200 | 4.3 |
| 컵누들 2종 | 560 | 560 | 0.0 | 850 | 900 | 5.9 |

(컵누들 2종은 소비자가만 조정예정임)

3. LL면                                                     (단위 : 원, %)

---

61) 오뚜기 조○○은 2011. 7. 26. 진술조사에서 동 증거자료에 대해 제시받았음에도 불구하고 자신의 이메일
계정이 bbcho인 것은 사실이나, 삼양에 그런 메일을 보낸 사실 없다는 취지로 진술하였다(소갑36호증
오뚜기 조○○ 진술조서).

| 제품명 | 출고가 | | | 소비자가 | | |
|---|---|---|---|---|---|---|
| | 현재 | 조정 | 인상률 | 현재 | 조정 | 인상률 |
| 생우동 | 845 | 910 | 7.7 | 1,300 | 1,400 | 7.7 |
| 생칼국수(해물) | 845 | 910 | 7.7 | 1,300 | 1,400 | 7.7 |
| 유부생우동 | 1,040 | 1,110 | 6.7 | 1,600 | 1,700 | 6.3 |

143   ⓐⓑ 농심, 오뚜기, 야쿠르트는 관련 사실을 모두 부인하고 있어 삼양이 인정한 사실과 이메일 자료 등 직접적인 의사연락 자료만으로 사건을 구성하면, 농심, 오뚜기, 야쿠르트는 삼양과만 가격인상 정보를 교환하고, 서로 간에는 가격인상 정보를 교환하지 않은 형태로 된다. 그러나 아래와 같은 사실을 종합하여 보면 농심, 오뚜기, 야쿠르트 간에도 가격인상 정보 교환이 있었음을 알 수 있다.

144   ① 농심, 오뚜기, 야쿠르트는 관련 사실에 부합되는 객관적인 증거자료가 다수 있음에도 불구하고 그러한 사실마저도 부인하거나 진술의 일관성이 없고 진술이 서로 모순되는 등 그 진술은 신빙성이 없다.

145   ② 야쿠르트 면운영팀 작성의 2005. 1. 5.자 '라면 가격 인상 계획(안)' 문서에 첨부된 아래 <표 55>의 '경쟁사 가격인상 동향'과 아래 <표 56>의 2005. 2. 11.자 '면제품 가격 인상 시기 조정 의뢰'에는 삼양뿐만 아니라 오뚜기의 가격인상 작업 진행 상황 및 인상계획이 기재되어 있다.

<표 55>                    경쟁사 가격 인상 동향

(야쿠르트 면운영팀 작성 2005. 1. 5.자 '라면 가격 인상 계획(안)' 첨부문서)(소갑111호증)

> 1. 농심
> 가. 2004. 12. 24일부 가격인상(신라면, 안성탕면부터 출고됨)
> 나. 가격지원
> * 출고일로부터 7일간 인상전 가격으로 보상 지원
> * 1/14~1/31까지 전품목 구가격으로 추가지원
> 라. 가격인상 내역(표 생략)
> * 봉지면: 50원 인상
> * 용기면: 1,000이하 제품 50원 인상, 1,000이상 제품 100원 인상
> 2. 삼양
> 가. 현재 검토 중이나 구체적인 일정은 미정

| 나. 농심 신라면 공급 부족에 따라 삼양라면 판매가 일시적으로 증가됨 |
|---|
| 3. 오뚜기 |
| 가. 현재 검토 중이나 구체적인 일정은 미정 |

<표 56>　　　　　　야쿠르트 면운영팀 작성 2005. 2. 11.자
'면제품 가격 인상 시기 조정 의뢰'(소갑102호증)

| 제목: 면제품 가격 인상 시기 조정 의뢰  작성부서: 면운영팀 |
|---|
| 작성일시: 2005. 2. 11. 입안자: 이○○ 수신처: 기획팀 |
| |
| 3. 가격 인상 조정 사유 |
| 가. **경쟁사 가격 인상 시기 및 가격 지원에 대한 시장 대응** |
| 1) **농심: 2월 구가격 지원 정책 유지**(2월 중 일자별 인상가격과 구가격 차액 보상 지원중임) |
| (1~7일 차액 100%지원, 11~18일 차액 70%지원, 21~28일 차액 50%지원) |
| ※ 3월 구가격 지원 정책 유지 예상됨 |
| 2) 삼양: **인상 계획 미정**(3월 중 추진 가능성) |
| 3) 오뚜기: **2월 중순 품목별 소비자가 인상 제품 출고 예정**(공급가 3월 1일부 인상 계획) |

146　　　　　　ⅲ) 농심이 2005. 2. 22. 경 작성한 아래 <표 57>의 '3월 영업대책 회의'
자료에는 삼양뿐만 아니라 오뚜기와 야쿠르트의 가격인상 계획과 특별 지원 계획이
기재되어 있다.

<표 57>　　　　　　농심 영업본부 작성 '2005년 03월 영업대책 회의'(소갑112호증)

| 1. 일반시황 |
|---|
| ■ **3월 경쟁사 주요제품 가격인상 계획** |
| - 면류소: 삼양식품의 경우 잠정적으로 가격인상을 유보 시킨다는 계획이며 이에 따라 오뚜기의 경우에도 가격인상이 다소 지연되고 있음 |
| 2. 매출 |
| ● 사별 3월 매출관리 예상 |
| - 오뚜기·**3월중 가격인상 계획으로 양호한 매출관리 여건 조성** |
| 4. 판촉정책 |
| ● 야쿠르트의 별도 판촉지원 실시 예상 |
| - **판매 감소 방지 차원의 단기 특별지원 실시 계획** |
| 5. 유통 |
| ● **삼양식품 면, 스넥류 가격인상 유보** |
| - 당사 가격인상에도 불구하고 삼양식품 면류 가격인상 미실시로 가격경쟁력 확보에 의한 양호한 판매 노출 |
| - **내부적으로 가격인상안을 마련하였으나 경영진의 가격인상 유보로 가격인상 시기가 지연되고 있음** |

147 　　　　　ⅳ 농심 유통조사팀 김○○은 오뚜기가 가격인상 내부 품의 결재를 완료하기도 전에 아래 <표 58>의 '오뚜기 품목별 가격인상안'(소갑113호증)을 작성하였다(작성일자 불명, 수정한 날짜 2005. 3. 10.)

148 　　　　　김○○은 위 자료를 추측하여 작성하였다고 진술하였으나(소갑29호증 농심 김○○ 진술조서), 다음과 같은 점을 종합하여 볼 때 타사의 출고가격을 정확하게 추측하여 작성하는 것은 불가능하고, 오뚜기로부터 위 자료를 전달받은 것으로 추정된다.

149 　　　　　㉠ 라면 가격 책정, 라면 영업 등의 업무를 오랫동안 담당한 오뚜기 전 영업본부장 김○○, 오뚜기 판매기획부 도○○, 삼양 마케팅팀장 서○○는 타사의 출고가격을 정확하게 추측하는 것은 불가능하다고 진술하였다(소갑33호증 오뚜기 김○○ 진술조서, 소갑35호증 오뚜기 도○○ 진술조서, 소갑17호증 삼양 서○○ 2011. 10. 11.자 진술서).

150 　　　　　㉡ 위 '오뚜기 품목별 가격인상안'(소갑113호증)의 맨 아래에 기재되어 있는 "컵 누들의 경우 소비자 가격만 조정 예정임" 부분, 즉 컵 누들의 경우 소비자가격만 인상하고, 출고가격은 인상할 계획이 없다는 내용은 추측할 수 없는 내용임이 명백하다.

151 　　　　　㉢ 더구나 위 '오뚜기 품목별 가격인상안'(소갑113호증)은 오뚜기 조○○이 2005. 2. 25. 삼양 위○○에게 보낸 위 <표 54>의 '오뚜기 품목별 가격인상안'(소갑109호증)과 동일하여(단, 소갑113호증 출고가격에는 부가가치세가 포함됨)[62], 농심도 오뚜기로부터 삼양과 같은 시기에 위 자료를 제공받은 것으로 추정된다.

---

62) 오뚜기 최종 가격인상안은 가격인상 내부 품의 결재 과정에서 변경되어 오뚜기 조○○이 2005. 2. 25. 삼양에 전달한 가격인상안의 내용과 다르다. 그런데 농심 김○○이 2005. 3. 10. 이전에 작성한 위 '오뚜기 품목별 가격인상안'은 조○○이 삼양에 전달한 가격인상안의 내용과 동일하다.

<표 58>　　　　　　농심 김○○이 작성한 '오뚜기 품목별 가격인상안'(소갑113호증)

1. 봉지면류　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(단위 : 원, %)

| 제품명 | 출고가격 | | | 소비자가격 | | |
|---|---|---|---|---|---|---|
| | 현재 | 조정 | 인상율 | 현재 | 조정 | 인상율 |
| 진라면 | 403.7 | 441.1 | 9.3 | 550 | 600 | 9.1 |
| 열라면 | 403.7 | 441.1 | 9.3 | 550 | 600 | 9.1 |
| 사골곰탕면 | 441.1 | 477.4 | 8.2 | 600 | 650 | 8.3 |
| 북경짜장/짬뽕 | 477.4 | 513.7 | 7.6 | 650 | 700 | 7.7 |
| 짜장파티 | 477.4 | 513.7 | 7.6 | 650 | 700 | 7.7 |
| 스파게티 | 544.5 | 583.0 | 7.1 | 750 | 800 | 6.7 |
| 감자면 | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 메밀비빔면 | 441.1 | 477.4 | 8.2 | 600 | 650 | 8.3 |
| 스낵면 | 366.3 | 401.5 | 9.6 | 500 | 550 | 10.0 |
| 김치라면 | 366.3 | 401.5 | 9.6 | 500 | 550 | 10.0 |
| 양념이진짜라면 | 544.5 | 583.0 | 5.8 | 750 | 800 | 6.7 |

2. 용기면류　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(단위 : 원, %)

| 제품명 | 출고가 | | | 소비자가 | | |
|---|---|---|---|---|---|---|
| | 현재 | 조정 | 인상율 | 현재 | 조정 | 인상율 |
| 진컵 | 440.0 | 473.0 | 7.5 | 600 | 650 | 8.3 |
| 미니컵 3종 | 440.0 | 473.0 | 7.5 | 600 | 650 | 8.3 |
| 사골곰탕컵 | 440.0 | 473.0 | 7.5 | 600 | 650 | 8.3 |
| 육개장 | 440.0 | 473.0 | 7.5 | 600 | 650 | 8.3 |
| 김치 | 440.0 | 473.0 | 7.5 | 600 | 650 | 8.3 |
| 진라면용기 | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 열라면용기 | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 육개장(곱) | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 새우(곱) | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 김치(곱) | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 꽃개탕면 | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 북경짜장 | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 라면볶이 | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 스파게티 | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 짜장볶이 | 583.0 | 616.0 | 5.7 | 800 | 850 | 6.3 |
| 참깨라면 | 825.0 | 858.0 | 4.0 | 1,150 | 1,200 | 4.3 |
| 컵누들 2종 | 616.0 | 616.0 | 0.0 | 850 | 900 | 5.9 |

(※컵누들의 경우 소비자가격만 조정예정임)

3. 생생면류　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(단위 : 원, %)

| 제품명 | 출고가격 | | | 소비자가격 | | |
|---|---|---|---|---|---|---|
| | 현재 | 조정 | 인상율 | 현재 | 조정 | 인상율 |
| 생우동 | 929.5 | 1001.0 | 7.7 | 1,300 | 1,400 | 7.7 |
| 생칼국수 | 919.5 | 1001.0 | 7.7 | 1,300 | 1,400 | 7.7 |
| 유부생우동 | 1144.0 | 1221.0 | 6.7 | 1,600 | 1,700 | 6.3 |

<표 59>          타사 출고가격 추측 가능여부 관련 진술내용

> 오뚜기 판매기획부 도○○의 진술내용(소갑35호증)
>
> 문 : 다른 회사의 인상된 출고가를 추측하는 것이 가능한가요?
> 답 : 소비자가는 붙여 놓으니까 아는데 우리 제품이 할인이 들어가고 라면 가격 차이는 1,2원
>       차이기 때문에 정확하게 추측하기는 어렵습니다. 대략 몇 % 정도 차이 난다고 하는 부분
>       은 시장 가격을 보고 추론을 할 수는 있는데 정확하게 알 수는 없습니다.
>
> 오뚜기 영업본부장 김○○의 진술내용(소갑33호증)
>
> 문 : 경쟁사의 인상제품 출고가를 예측할 수가 있는가요?
> 답 : 오랜 경험을 통해서 '8∼10% 인상할 것이다' 그 정도로 알 수가 있습니다. 과거에 밀가루
>       가격 얼마 인상되었을 때, 라면 가격이 얼마 인상되었다 그런 추세가 있어서 그걸 보고
>       예측을 할 수가 있습니다. 전체적인 인상률을 대강 추측할 수 있을 뿐이고, 제품별로 얼마
>       오를 것이라는 것을 추측을 할 수가 없습니다.
>
> 삼양 마케팅팀장 서○○의 진술내용(소갑17호증)
>
> 같은 소비자가격의 제품들이라 할지라도 만약 경쟁제품에 비하여 출고가가 높다면, 특약점,
> 할인점, SSM, 편의점, 일반소매점 등 1차 소비자는 자신의 판매수익이 줄게 되어, 출고가가
> 높은 제품 구입을 꺼리게 됩니다.
>
> 제품별 소비자 가격 정보만으로는 경쟁사의 제품별 정확한 출고가격을 알 수 없습니다.
>
> 그 동안 라면 업계에서 자사의 인상 제품 가격 정보를 교환할 때 거의 대부분의 경우에, 소비
> 자가격 인상 내역은 물론, 공장도가(출고가) 인상 내역까지 동시에 교환한 이유도 바로 여기에
> 있습니다.

　　(마) 2007년 3월∼9월 가격인상

152          ① 농심은 정부와 사전 협의를 거쳐 2007. 2. 12. 2007. 3. 1.자로 봉지면 21개,
용기면 18개 품목(총 39개 품목)의 출고가격을 평균 6.5% 인상한다는 내용의 가격인
상 내부 품의 결재를 완료하였다(소갑114호증 농심 2007년 가격인상 품의서).

153          ② 이후 피심인들은 서로 가격인상 정보를 제공하고 또 제공받아 타사의 가격
인상 진행상황을 확인하고, 자사의 가격인상안에 반영하면서 서로 협조하여 순차적
인 가격인상을 실행하였다.

154          이러한 사실은 아래 증거들에 의해서 확인된다.

155          ㉮ 농심은 2007. 2. 23. 경[63] 삼양에 거래처 발송 목적으로 작성한 가격인상
통보문을 팩스로 전달하였고, 2007. 2. 26.에는 삼양에 농심 가격인상 내역을 이메일
로 전달하였다(소갑15호증 삼양 서○○ 2011. 5. 9.자 진술서, 소갑115갑호증 2007. 2.
23.자 면류, 스낵류 주요제품 가격 조정의 건, 소갑116호증 07년 농심 가격인상안[64]).

156          삼양은 농심으로부터 제공받은 농심 가격인상 내역을 토대로 2007. 2. 26.
'2007년 3월 농심 가격인상 내역(제1보)'(소갑117호증)을 작성하였다.

157          ㉯ 농심은 2007. 3월 초순경부터 중순경까지 삼양에 가격인상 제품의 출고
일과 특별지원 내역을 전달하였고(소갑118호증 가격 조정제품 출하일 및 지원기간,
소갑119호증 색인목록), 삼양은 '2007년 3월 농심 가격인상 내역(제1보)'에 농심 가격
인상 제품의 출하일, 특별지원 현황을 추가한 '2007년 3월 농심 가격 인상 내역'(소
갑120호증)을 작성하였다.

<표 60>          농심이 2007. 3. 13. 삼양에 이메일로 전달한
          '가격 조정제품 출하일 및 지원기간'(소갑118호증)

| 1. 4차 가격조정 제품 출하일 및 지원기간 | | | |
|---|---|---|---|
| 해당제품 | 출하일 | B/X당 지원금 | 특별지원기간 |
| 육개장사발(6입) | 2007. 3. 13. | ₩210 | 출하일부터~2007. 3. 23.까지 |
| 2. 5차 가격조정 제품 출하일 및 지원기간 | | | |
| 해당제품 | 출하일 | B/X당 지원금 | 특별지원기간 |

---

63) 팩스에 기재된 팩스 전송 일자는 2007. 1. 24.이나 삼양 마케팅팀장 서○○는 위 일자가 아니라 2007. 2. 23.
경 팩스를 전송받은 것으로 기억한다고 진술하였다(소갑15호증 삼양 서○○ 2011. 5. 9.자 진술서).
64) '07년 농심 가격인상안'은 엑셀 파일 형식으로 작성된 문서로서, 그 문서 등록 정보를 보면, '파일제목'
은 '20070226_07년 농심 가격인상안(통보받은 것).xls', '만든 이'는 '농심 윤○○', '만든 날짜'는 '2007. 2.
26.'이다.

| | | | |
|---|---|---|---|
| 모듬해물탕면 | 2007. 3. 15. | ₩870 | 출하일부터～2007. 3. 26.까지 |
| 사리곰탕큰사발 | | ₩480 | |
| 무파마탕면뚝배기 | | ₩780 | |
| 보글보글찌개면 | 2007. 3. 16. | ₩870 | 출하일부터～2007. 3. 27.까지 |
| 멸치칼국수멀티팩 | 2007. 3. 17. | ₩1,160 | 출하일부터～2007. 3. 28.까지 |
| 사리곰탕컵면 | | ₩1,050 | |

*158*    ㉳ 야쿠르트는 2007. 3. 7. 2007. 4. 1.자로 봉지면 9개 품목, 용기면 12개 품목(총 21개 품목)의 출고가격을 평균 6.6%% 인상하고, 왕라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑121호증 야쿠르트 2007년 가격인상 품의서).

*159*    ㉴ 야쿠르트는 2007. 3. 20. 삼양에 아래 <표 61>와 같이 야쿠르트 가격인상 내역을 이메일로 전달하였다.

<표 61>    야쿠르트가 2007. 3. 20. 삼양에 이메일로 보낸
'당사 품목별 라면 가격 인상(안)'(소갑122호증)



*160*    ㉵ 삼양은 농심의 가격인상 내역을 반영하여 가격인상 내역을 작성한 후 2007. 3. 22. 2007. 4. 16. 자로 봉지면 17개, 용기면 11개 품목(총 28개 품목)의 출고가격을 평균 7.3% 인상하고, 삼양라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑123호증 삼양 2007년 가격인상 품의서).

161     ㅂ 삼양은 2007. 4. 11. 농심과 오뚜기에 아래 <표 62>, <표 63>과 같이 삼양 가격인상 내역을 이메일로 전달하였다. 삼양은 2007. 4. 17. 농심에 아래 <표 64>와 같이 삼양 가격인상 제품 생산일을 이메일로 전달하였다. 삼양은 2007. 5. 4. 오뚜기에 아래 <표 65>와 같이 삼양 구가지원 기간을 이메일로 전달하였다.

<표 62>   삼양 위○○이 농심 윤○○, 오뚜기 정○○에게 보낸
2007. 4. 11.자 이메일(소갑124호증)

메일제목 삼양가격인상안
보낸날짜 2007-04-11 18:20 보낸이 위○○ 받는이 윤○○
과장님 16일자로 가격 인상할 듯 합니다. 참고로 최종 확정은 아직 안됐습니다.
첨부파일 07년 가격인상-종합임시.xls

메일제목 삼양입니다.(가격 인상 건)
보낸날짜 2007-04-11 18:20 보낸이 위○○ 받는이 정○○ <jhjung@ottogi.co.kr>
안녕하세요. 계장님 저희 가격인상은 16일부터 될 거 같습니다. 아직 최종 결재가 안 났지만, 내부적으로는 16일부터 올리는 것으로 알고 있습니다. 다만, 아직 변경의 여지가 아주 없지 않음을 말씀드립니다. 제품별 가격인상 내역은 첨부 문서를 보시면 됩니다. 이것도 최종안이긴 하나, 확정안은 아닙니다. 담당 PM은 거의 이 안대로 인상이 될 것이라고는 합니다.
첨부파일 07년 가격인상-종합임시.xls

<표 63>  삼양 가격인상 내역(2007. 4. 11.자 이메일 첨부문서)(소갑124호증)

♣ 2007년 봉지면 가격인상안

| 품목 | | 소비자가격 | | | | 공장도가격 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 품명 | 기준입수 | 인상전 | 인상후 | 증감 | % | 인상전 | 인상후 | 증감 | % |
| 삼양라면 | 30 | 600 | 650 | 50 | 8.33% | 441.10 | 473.00 | 31.90 | 7.23% |
| 맛있는라면 | 20 | 850 | 850 | – | – | 616.00 | 616.00 | | |
| 수타면 | 28 | 630 | 650 | 20 | 3.17% | 456.50 | 473.00 | 16.50 | 3.61% |
| 짜짜로니 | 30 | 700 | 750 | 50 | 7.14% | 513.70 | 545.60 | 31.90 | 6.21% |
| 대관령김치 | 30 | 550 | 600 | 50 | 9.09% | 401.50 | 434.50 | 33.00 | 8.22% |
| 쇠고기면 | 30 | 480 | 550 | 70 | 14.58% | 354.20 | 401.50 | 47.30 | 13.35% |
| 육개장 | 30 | 600 | 650 | 50 | 8.33% | 441.10 | 473.00 | 31.90 | 7.23% |
| 열무비빔면 | 20 | 650 | 700 | 50 | 7.69% | 477.40 | 509.30 | 31.90 | 6.68% |
| 손칼국수 | 30 | 650 | 700 | 50 | 7.69% | 477.40 | 509.30 | 31.90 | 6.68% |
| 해물파티 | 30 | 650 | 700 | 50 | 7.69% | 477.40 | 509.30 | 31.90 | 6.68% |
| 쌀라면 | 30 | 700 | 750 | 50 | 7.14% | 513.70 | 545.60 | 31.90 | 6.21% |
| 설렁탕면 | 30 | 700 | 750 | 50 | 7.14% | 513.70 | 545.60 | 31.90 | 6.21% |
| 신김치라면 | 30 | 800 | 850 | 50 | 6.25% | 583.00 | 616.00 | 33.00 | 5.66% |
| 안뒤긴면 | 48 | 650 | 700 | 50 | 7.69% | 477.40 | 509.30 | 31.90 | 6.68% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 바지락칼국수 | 20 | 1,200 | 1,300 | 100 | 8.33% | 880.00 | 951.50 | 71.50 | 8.13% |
| 감자라면 | 30 | 850 | 900 | 50 | 5.88% | 616.00 | 649.00 | 33.00 | 5.36% |
| 된장라면 | 30 | 550 | 600 | 50 | 9.09% | 401.50 | 434.50 | 33.00 | 8.22% |
| 잔치국수 | 40 | 700 | 750 | 50 | 7.14% | 513.70 | 545.60 | 31.90 | 6.21% |

♣ 2007년 용기면 가격인상안

| 품목 | | 소비자가격 | | | | 공장도가격 | | | | 비고 |
|---|---|---|---|---|---|---|---|---|---|---|
| 품명 | 기준입수 | 인상전 | 인상후 | 증감 | % | 인상전 | 인상후 | 증감 | % | (경쟁제품) |
| 컵삼양라면 | 30 | 650 | 700 | 50 | 7.69% | 473.00 | 511.50 | 38.50 | 8.14% | 농(신라면컵) |
| | | | | | | | | | | 오(진라면컵) |
| 한컵의수다 | 24 | 650 | 700 | 50 | 7.69% | 473.00 | 511.50 | 38.50 | 8.14% | 농(짜장범벅) |
| 육개장 | 24 | 650 | 700 | 50 | 7.69% | 473.00 | 511.50 | 38.50 | 8.14% | 농(육개장) |
| 컵수타면 | 30 | 650 | 700 | 50 | 7.69% | 473.00 | 511.50 | 38.50 | 8.14% | 농(신라면컵) |
| | | | | | | | | | | 오(진라면컵) |
| 큰컵삼양라면 | 16 | 850 | 900 | 50 | 5.88% | 616.00 | 649.00 | 33.00 | 5.36% | 농(신큰컵) |
| | | | | | | | | | | 오(진큰컵) |
| 큰컵삼양우동 | 16 | 850 | 900 | 50 | 5.88% | 616.00 | 649.00 | 33.00 | 5.36% | 농(튀김우동큰컵) |
| 큰컵수타면 | 16 | 850 | 900 | 50 | 5.88% | 616.00 | 649.00 | 33.00 | 5.36% | 농(신큰컵) |
| | | | | | | | | | | 오(진큰컵) |
| 큰컵수타해물 | 16 | 850 | 900 | 50 | 5.88% | 616.00 | 649.00 | 33.00 | 5.36% | 농(새우탕큰컵) |
| 짜장먹는날 | 16 | 850 | 900 | 50 | 5.88% | 616.00 | 649.00 | 33.00 | 5.36% | 농(짜장큰컵) |
| 큰컵육개장 | 16 | 850 | 900 | 50 | 5.88% | 616.00 | 649.00 | 33.00 | 5.36% | 농(육개장큰컵) |

<표 64> 삼양 위○○이 농심 윤○○에게 보낸 2007. 4. 17.자 이메일(소갑125호증)

메일제목 삼양입니다.
보낸날짜 2007-4-17 19:08 보낸이 위○○ 받는이 윤○○
과장님 저의 사 인상제품 생산예정일입니다. 파일로 만들까 했는데, 내용이 많지 않아 그냥 메일로 보내는 점 양해 바랍니다.
1. 용기면
 - 4월 18일: 컵삼양라면, 큰컵삼양라면, 큰컵삼양우동, 짜장면 먹는날
 - 4월 20일: 컵수타면, 육개장(불타임), 큰컵수면, 큰컵 육개장
 - 4월 24일: 큰컵수타해물

<표 65> 삼양 위○○이 오뚜기 정○○에게 보낸 2007. 5. 4.자 이메일(소갑125호증)

메일제목 [RE]오뚜기 정○○입니다.
보낸날짜 2007-05-04 보낸이 위○○ 받는이 정○○
직접 만나뵈야 하는데, 시간이 잘 안나네요. 조만간 전화드리고 함 찾아뵙겠습니다. 저희 사 구가지원은 5월 12일까지 연장합니다. 그러나 현재 구가 재고가 많이 남아 있는 관계로 추가로 더 연장될 가능성도 있습니다.

162    ㉔ 오뚜기는 2007. 7. 23. 2007. 9. 1. 자로 봉지면 55개 품목, 용기면 35개 품목(총 90개 품목)의 출고가격을 평균 4% 인상하고, 사전할인율을 4% 축소하여 결과적으로 평균 8% 인상하고, 진라면의 출고가격을 농심 신라면 430원보다 낮은 금액인 417원으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑126호증 오뚜기 2007년 가격인상 품의서, 소갑69호증 2011. 10. 13.자 오뚜기 제출자료).

163    오뚜기 제품자체의 인상률은 타사에 비하여 낮지만 사전할인율을 축소하였으므로 그것을 반영하면 실제 인상률은 타사와 같은 수준이다. 그것과 마찬가지로 진라면 제품 자체의 출고가격은 농심 신라면보다 낮은 수준이지만 사전할인율 축소를 고려하면 결국 서로 같은 수준이다[65].

164    ㉕ 오뚜기는 2007. 7. 27.과 같은 달 31. 삼양에 아래 <표 66>, <표 67>과 같이 오뚜기 가격인상 일자, 구가지원 기간, 가격인상 내역을 이메일로 전달하였다. 야쿠르트는 2007. 8. 16. 삼양에 아래 <표 68>의 오뚜기 가격인상 내역을 이메일로 전달하였다.

<표 66>  오뚜기 정○○이 삼양 위○○에게 보낸 2007. 7. 27.자 이메일(소갑127호증)

> 메일제목 회신: 삼양입니다. 계장님
> 보낸날짜 2007-07-27 16:18 보낸이 정○○ 받는이 위○○
> 몇 번 전화드렸는데 자리에 안계셔서요.
> **가격인상은 9/1일부 예정이며 8/1부터 구가적용합니다.**

<표 67>    오뚜기 가격인상 대상 품목 현황

(오뚜기 정○○이 삼양 위○○에게 보낸 2007. 7. 31.자 이메일 첨부문서)(소갑127호증)

| 오뚜기 가격인상 대상 품목 현황 | | | | |
|---|---|---|---|---|
| 1) 봉지면 | | | | |
| | | | | (단위: 원, VAT포함) |
| 제 품 명 | 규격 | 소비자가 | | |
| | | 인상전 | 인상후 | 인상률 |
| 라면사리 | 110g | 소비자가 미표시 | | |
| 진라면(순) | 120g | 600 | 650 | 8.3% |

---

65) 이에 관하여는 아래 2. 가. 2) 나) (5)에서 상술한다.

| 진라면(매) | 120g | 600 | 650 | 8.3% |
|---|---|---|---|---|
| 짜장파티 멀티팩 | 135g*5 | 3,500 | 3,750 | 7.1% |
| 스낵면 | 108g | 500 | 550 | 10.0% |
| 열라면 | 120g | 600 | 650 | 8.3% |
| 김치라면 | 120g | 500 | 550 | 10.0% |
| 사골곰탕면 | 110g | 650 | 700 | 7.7% |
| 스파게티 | 150g | 800 | 850 | 7.7% |
| 북경반점 짜장 | 135g | 700 | 750 | 7.7% |
| 북경반점 짬뽕 | 120g | 700 | 750 | 7.7% |
| 오동통면 | 120g | 650 | 조정없음 | |
| 미소라면 | 120g | 550 | 600 | 7.7% |

2) 용기면                                      (단위: 원, VAT포함)

| 제 품 명 | 규격 | 소비자가 | | |
|---|---|---|---|---|
| | | 인상전 | 인상후 | 인상률 |
| 육개장(소) | 86g | 650 | 700 | 7.7% |
| 육개장 | 110g | 850 | 900 | 5.9% |
| 새우탕 | 110g | 850 | 900 | 5.9% |
| 김치면 | 110g | 850 | 900 | 5.9% |
| 열cup | 62g | 650 | 700 | 7.7% |
| 육개장cup | 62g | 650 | 700 | 7.7% |
| 사골곰탕면 CUP | 65g | 650 | 700 | 7.7% |
| 라면볶이 120g | 120g | 850 | 900 | 5.9% |
| 스파게티cup 120g | 120g | 850 | 900 | 5.9% |
| 짜장볶이 | 120g | 850 | 900 | 5.9% |
| 진용기 | 110g | 850 | 900 | 5.9% |
| 열용기 | 115g | 850 | 900 | 5.9% |
| 진라면 종이컵(순) | 65g | 600 | 650 | 8.3% |
| 진라면 종이컵(매) | 65g | 600 | 650 | 8.3% |
| 참깨용기 | 110g | 1,150 | 1,000 | −13.0% |
| 튀김우동(용기) | 110g | 850 | 900 | 8.3% |
| 미소라면(용기) | 86g | 700 | 750 | 8.3% |
| 미소라면(미니컵) | 62g | 600 | 650 | 8.3% |

4) LL면                                        (단위: 원, VAT포함)

| 제 품 명 | 규격 | 소비자가 | | |
|---|---|---|---|---|
| | | 인상전 | 인상후 | 인상률 |
| 오뚜기 생우동 | 255g | 1,400 | 1,500 | 7.1% |
| 생칼국수(해물맛) | 230g | 1,400 | 1,500 | 7.1% |
| 오뚜기 생면사리 | 200g | 280 | 310 | 10.7% |

<표 68>                    오뚜기 가격인상 내역

(야쿠르트 김○○가 삼양 위○○에게 보낸 2007. 8. 16.자 이메일 첨부문서)(소갑128호증)

**별첨 1. 경쟁사 가격인상 동향**

1. 오뚜기
   가. 2007. 9. 1일부 가격 인상
   나. 8월중 소비자가 인상 광고(진라면 매운맛 생산 8/10)
   다. 가격지원
   　• 품목별 출고일로부터 8월말까지 구가격으로 보상 지원
   다. 가격인상 내역(예상)

(단위 : 원, 세별도)

| 구 분 | | 제 품 명 | 개 당 소 비 자 가 격 | | | 공 장 도 가 격 | | | 비 고 |
|---|---|---|---|---|---|---|---|---|---|
| | | | 현 행 | 인상 | 증감 | % | 현 행 | 인상 | 증감 | % |
| 봉면 | 가격인상 | 라면사리 | 미표시 | | | | 190 | 200 | 10 | 5.26% |
| | | 미니부셔 감자(55g) | 350 | 380 | 30 | 10.50% | 230 | 240 | 10 | 4.35% |
| | | 미니부셔 옥수수(55g) | 350 | 380 | 30 | 10.00% | 230 | 240 | 10 | 4.35% |
| | | 투셔부셔 볼고기(90g) | 500 | 550 | 50 | 10.00% | 325 | 338 | 13 | 4.00% |
| | | 투셔부셔 양념치킨(90g) | 500 | 550 | 50 | 10.00% | 325 | 338 | 13 | 4.00% |
| | | 투셔부셔 바비큐(90g) | 500 | 550 | 50 | 10.00% | 325 | 338 | 13 | 4.00% |
| | | 투셔부셔 떡볶이(90g) | 500 | 550 | 50 | 6.67% | 325 | 338 | 13 | 4.00% |
| | | 진라면(순) | 600 | 650 | 50 | 8.33% | 401 | 417 | 16 | 3.99% |
| | | 진라면(매) | 600 | 650 | 50 | 8.33% | 401 | 417 | 16 | 3.99% |
| | | 짜장미티 | 700 | 750 | 50 | 7.14% | 467 | 486 | 19 | 4.07% |
| | | 스낵면 | 500 | 550 | 50 | 10.00% | 333 | 347 | 14 | 4.20% |
| | | 김치라면 | 500 | 550 | 50 | 10.00% | 333 | 347 | 14 | 4.20% |
| | | 미소라면 | 550 | 600 | 50 | 9.09% | 367 | 382 | 15 | 4.09% |
| | | 열라면 | 600 | 650 | 50 | 8.33% | 401 | 417 | 16 | 3.99% |
| | | 사골곰탕면 | 650 | 700 | 50 | 7.69% | 434 | 452 | 18 | 4.15% |
| | | 북경반점 짜장 | 700 | 750 | 50 | 7.14% | 467 | 486 | 19 | 4.07% |
| | | 북경반점 짬뽕 | 700 | 750 | 50 | 7.14% | 467 | 486 | 19 | 4.07% |
| | | 스파게티 | 800 | 850 | 50 | 6.25% | 530 | 551 | 21 | 3.96% |
| | | 오뚜기 생우동(255g) | 1,400 | 1,500 | 100 | 7.14% | 910 | 950 | 40 | 4.40% |
| | | 생칼국수 해물맛(255g) | 1,400 | 1,500 | 100 | 7.14% | 910 | 950 | 40 | 4.40% |
| | 가격 미인상 | 오공용면 | 0 | | 0 | #DIV/0! | 434 | 434 | - | 0.00% | 가격 미인상 |
| 용기 | 가격인상 | 진라면컵-순한맛(65g) | 600 | 650 | 50 | 8.33% | 400 | 416 | 16 | 4.00% |
| | | 진라면컵-매운맛(65g) | 600 | 650 | 50 | 8.33% | 400 | 416 | 16 | 4.00% |
| | | 미소라면 소컵(62g) | 600 | 650 | 50 | 8.33% | 400 | 416 | 16 | 4.00% |
| | | 열라면컵(62g) | 650 | 700 | 50 | 7.69% | 430 | 447 | 17 | 3.96% |
| | | 육개장 컵(62g) | 650 | 700 | 50 | 7.69% | 430 | 447 | 17 | 3.95% |
| | | 사골곰탕면 컵(65g) | 650 | 700 | 50 | 7.69% | 430 | 447 | 17 | 3.96% |
| | | 미소라면(88g) | 700 | 750 | 50 | 7.14% | 470 | 489 | 19 | 4.04% |
| | | 육개장(110g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 새우탕(110g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 김치면(110g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 라면볶이 (120g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 스낵페티리 (120g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 짜장볶이(120g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 진라면 큰컵(110g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 열라면 큰컵(115g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 튀김우동(110g) | 850 | 900 | 50 | 5.88% | 560 | 583 | 23 | 4.11% |
| | | 컵누들 순한맛 | 900 | 1,000 | 100 | 11.11% | 560 | 625 | 65 | 11.61% | '07.6.1일부 기인상 |
| | | 컵누들 매콤한맛 | 900 | 1,000 | 100 | 11.11% | 560 | 625 | 65 | 11.61% | '07.6.1일부 기인상 |
| | | 컵누들 김치맛 | 900 | 1,000 | 100 | 11.11% | 560 | 625 | 65 | 11.61% | '07.6.1일부 기인상 |
| | | 컵누들 우동맛 | 900 | 1,000 | 100 | 11.11% | 560 | 625 | 65 | 11.61% | '07.6.1일부 기인상 |
| | | 기스면 | 900 | 1,000 | 100 | 11.11% | 560 | 625 | 65 | 11.61% | '07.6.1일부 기인상 |
| | | 김치소면 | 900 | 1,000 | 100 | 11.11% | 560 | 625 | 65 | 11.61% | '07.6.1일부 기인상 |
| | | 육개장소면 | 900 | 1,000 | 100 | 11.11% | 560 | 625 | 65 | 11.61% | '07.6.1일부 기인상 |
| | 가격미인상 | 잔치국수 | 900 | 900 | 0 | 0.00% | 600 | 600 | - | 0.00% |
| | | 오뚜기 잡채 | 1,000 | 1,000 | 0 | 0.00% | 660 | 660 | - | 0.00% |
| | | 컵라덴 3종(가스오,녹차,매콤) | 1,200 | 1,200 | 0 | 0.00% | 870 | 870 | - | 0.00% |
| | | 참깨용기 | 1,150 | 1,000 | -150 | -13.04% | 750 | 750 | - | 0.00% | 가격인하 |

　• 봉지/용기면 인상폭 - 900원 미만 50원 인상, 900원 이상 100원 인상

<sub>165</sub>　　　　㉔ 농심, 오뚜기, 야쿠르트는 관련 사실을 모두 부인하고 있어 만일 삼양이 인정한 사실과 이메일 자료 등 직접적인 의사연락 자료만으로 사건을 구성하면, 농심, 오뚜기, 야쿠르트는 삼양과만 가격인상 정보를 교환하고, 서로 간에는 가격인상 정보를 교환하지 않은 형태로 된다. 그러나 아래와 같은 사실을 종합하여 보면 농심, 오뚜기, 야쿠르트 사이에도 가격인상 정보 교환이 있었음이 인정된다.

<sub>166</sub>　　　　① 농심, 오뚜기, 야쿠르트는 관련 사실에 부합되는 객관적인 증거자료가 다수 있음에도 불구하고 그러한 사실마저도 부인하거나 진술의 일관성이 없고 진술

이 서로 모순되는 등 그 진술은 신빙성이 없다.

167           ⑪ 야쿠르트 면마케팅팀이 2007. 3. 5. 작성한 아래 <표 69>의 '2007년 라면 가격 인상(안)'(소갑129호증)에는 농심의 가격인상 예상 내역 및 삼양과 오뚜기의 가격인상 예정 시기 및 가격인상 작업 진행 상황이 기재되어 있다.

168           야쿠르트 면마케팅팀장 강○○은 농심의 가격인상 예상 내역을 추측하여 작성하였다고 진술하였으나(소갑39호증), 위 <표 59>에서 살펴본 바와 같이 타사의 출고가격을 정확하게 추측하는 것은 불가능하다.

169           또한, 강○○은 삼양의 가격인상 예정 시기는 포장지 업체를 통해서 입수한 정보라고 진술하였다. 그러나 삼양은 봉지면의 포장지를 라면 제품 생산 공장에서 생산하였으며, 용기면의 경우는 외부 업체에 주문을 하기도 하였으나 용기면 포장(뚜껑)에 표시하는 가격, 상표 등의 표시 작업은 봉지면과 마찬가지로 라면 제품 생산 공장에서 담당하였으므로 포장지 업체를 통하여 삼양의 가격인상 예정 시기를 파악하는 것은 극히 어렵다(소갑14호증 삼양 김○○ 확인서).

170           더구나, 피심인들은 시장조사 담당 직원을 통하여 민감한 각종 경영정보를 수시로 불편 없이 상호 제공하였는데,[66] 굳이 정확한 정보 입수가 불가능하거나 극히 어려운 포장지 업체를 통하여 파악하였다는 것은 매우 부자연스럽다.[67]

<표 69>    야쿠르트 면마케팅팀 작성 2007. 3. 5.자 '2007년 라면 가격 인상(안)'(소갑129호증)

| 별첨 1. 경쟁사 가격인상 동향 |
| --- |

---

66) 이에 관하여는 2. 가. 3) 이하에서 상술한다.
67) 야쿠르트 직원들은 타사의 가격인상 관련 정보 사전 입수 경위와 관련하여 서로 모순된 진술을 하거나 사실과 다른 진술을 하였다. 마케팅팀 전 과장 강○○은 농심 가격인상 제품 생산일자에 관한 정확한 정보를 도매상(시장)을 통해서 사전에 입수할 수 있다고 진술하였고(소갑41호증), 2007년 마케팅팀장 강○○은 시장에 떠도는 소문을 들을 수도 있지만 그것은 첩보 수준이고 정확한 정보가 아니기 때문에 포장지 업체로부터 정보를 입수한다고 진술하여(소갑39호증) 서로 모순된 진술을 하였다. 또한 2008년 마케팅팀장 강○○은 농심이 가격인상 전 보통 10일 전에 언론에 가격인상을 공표하고, 그때 곧바로 농심 가격인상 내역이 거래선에 알려지기 때문에 거래선을 통해서 사전에 입수할 수 있다고 진술하였으나(소갑40호증), 농심 가격인상 발표 관련 기사(소갑52호증), 농심 특약점 점주 확인 내용 등(소갑49호증 농심 특약점 점주 확인서, 소갑21호증 삼양 김○○ 진술서, 소갑22호증 삼양 이○○ 진술서)에 비추어 보면 사실과 다른 진술임이 명백하다.

1. 농심

## 가. 2007. 3. 1일부 가격 인상

나. 가격지원 * 품목별 출고일로부터 10일간 구가격으로 보상 지원

다. 가격인상 내역

(단위: 원, 세별도)

| 구분 | | 제품명 | 개당소비자가격 | | | | 공장도 가격 | | | | 비고 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 현행 | 인상예상 | 증감 | % | 현행 | 인상예상 | 증감 | % | |
| 봉지면 | 가격인상 | 안성탕면 | 550 | 600 | 50 | 9.09% | 365 | 395 | 30 | 8.22% | |
| | | 신라면 | 600 | 650 | 50 | 8.33% | 401 | 430 | 29 | 7.23% | |
| | | 찰비빔면 | 650 | 700 | 50 | 7.69% | 434 | 463 | 29 | 6.68% | |
| | | 너구리(순, 얼큰) | 650 | 700 | 50 | 7.69% | 434 | 463 | 29 | 6.68% | |
| | | 짜파게티 | 700 | 750 | 50 | 7.14% | 467 | 496 | 29 | 6.21% | |
| | | 오징어짬뽕 | 700 | 750 | 50 | 7.14% | 467 | 496 | 29 | 6.21% | |
| | | 보글보글찌개면 | 700 | 750 | 50 | 7.14% | 467 | 496 | 29 | 6.21% | |
| | | 무파마 | 850 | 900 | 50 | 5.88% | 560 | 590 | 30 | 5.36% | |
| | | 새우탕면 | 850 | 900 | 50 | 5.88% | 560 | 590 | 30 | 5.36% | |
| | | 생생우동(봉) | 1,400 | 1,500 | 100 | 7.14% | 910 | 975 | 65 | 7.14% | |
| | 가격미인상 | 녹차호박사리면 | 370 | 370 | 0 | 0.00% | 240 | 240 | - | 0.00% | 가격미인상 |
| | | 녹차비빔면 | 700 | 700 | 0 | 0.00% | 467 | 467 | - | 0.00% | 단종예정 |
| | | 포들면(봉지) | 1,500 | 1,500 | 0 | 0.00% | 975 | 975 | - | 0.00% | 가격미인상 |
| | | 농심 카레면 | 2,500 | 2,500 | 0 | 0.00% | 1,625 | 1,625 | - | 0.00% | 단종예정 |
| 용기면 | 가격인상 | 짜장범벅 | 600 | 650 | 50 | 8.33% | 400 | 430 | 30 | 7.50% | |
| | | 육개장 사발면 | 650 | 700 | 50 | 7.69% | 430 | 465 | 35 | 8.14% | |
| | | 오징어짬뽕컵 | 650 | 700 | 50 | 7.69% | 430 | 465 | 35 | 8.14% | |
| | | 안성탕면 사발면 | 650 | 700 | 50 | 7.69% | 430 | 465 | 35 | 8.14% | |
| | | 신라면컵 | 650 | 700 | 50 | 7.69% | 430 | 465 | 35 | 8.14% | |
| | | 큰사발 새우탕 | 850 | 900 | 50 | 5.88% | 560 | 590 | 30 | 5.36% | |
| | | 큰사발 김치 | 850 | 900 | 50 | 5.88% | 560 | 590 | 30 | 5.36% | |
| | | 큰사발 튀김우동 | 850 | 900 | 50 | 5.88% | 560 | 590 | 30 | 5.36% | |
| | | 큰사발 육개장 | 850 | 900 | 50 | 5.88% | 560 | 590 | 30 | 5.36% | |
| | | 큰사발 신라면 | 850 | 900 | 50 | 5.88% | 560 | 590 | 30 | 5.36% | |
| | | 생생우동 | 1,600 | 1,700 | 100 | 6.25% | 1,040 | 1,105 | 65 | 7.14% | |
| | 가격미인상 | 보글보글 | 650 | 650 | 0 | 0.00% | 430 | 430 | - | 0.00% | 수출위주 |
| | | 렌지땡 | 950 | 950 | 0 | 0.00% | 625 | 625 | - | 0.00% | 가격미인상 |
| | | 녹두국수 봄비 | 1,000 | 1,000 | 0 | 0.00% | 650 | 650 | - | 0.00% | 가격미인상 |
| | | 녹두국수 봄비새싹 | 1,000 | 1,000 | 0 | 0.00% | 650 | 650 | - | 0.00% | 가격미인상 |
| | | 건면세대 | 1,100 | 1,100 | 0 | 0.00% | 715 | 715 | - | 0.00% | 가격미인상 |
| | | 사천요리짜파게티(용기) | 1,300 | 1,300 | 0 | 0.00% | 845 | 845 | - | 0.00% | 가격경쟁력유지 |
| | | 사리곰탕(뚝배기) | 1,400 | 1,400 | 0 | 0.00% | 910 | 910 | - | 0.00% | 가격경쟁력유지 |
| | | 포들면(용기) | 1,700 | 1,700 | 0 | 0.00% | 1,105 | 1,105 | - | 0.00% | 가격미인상 |

* 봉지/용기면 인상폭– 1,000원 미만 50원 인상, 1,000원 이상 100원 인상
* 스낵 인상폭– 소비자가 100원 인상(단, 1,000원 이상 용량별 200~500원 인상)
* 냉동면 인상폭– 출고가 70원 인상

2. 삼양

## 가. 3월 중 소비자가 인상 출고 예상(공장도가 4월 이후 인상 예정)

3. 오뚜기

## 가. 현재 검토 중이나 구체적인 일정은 미정

*171*    ⑩ 야쿠르트가 가격인상 내부 품의 결제를 완료한 날은 2007. 3. 7.인데,

오뚜기 마아케팅3팀이 2007. 2. 28. 작성한 아래 <표 70>의 '농심 라면, 스낵류 가

격 인상관련 보고'에 삼양뿐만 아니라 야쿠르트의 구체적이고 정확한 가격인상 계획이 기재되어 있다.

<표 70>   오뚜기 마아케팅3팀 오○○ 작성 2007. 2. 28.자
'농심 라면, 스낵류 가격 인상관련 보고'(소갑130호증)

| |
|---|
| 1. 목적<br>  농심의 라면가격 인상에 따른 시장판도 및 경쟁구도의 변화를 예측하여 라면시장 3위인 당사에 유리한 방향으로 활용함으로써 매출 및 점유율 증대의 기회로 활용하고자 함<br>2. 농심 가격인상 내용<br>  04. 12월 가격인상 이후 2년 2개월만에 07. 3. 1일부로 소비자기준 1,000원 미만 제품은 50원,<br>  1,000원 이상 제품은 100원의 가격인상을 발표함(평균 7.4%)<br>3. 가격인상배경<br>  1) 가격인상의 주요인은 밀가루 등 원부자재 가격 인상 및 부대비용 증가를 주요 원인으로 꼽고 있음<br>  2) 농심은 06년 말부터 가격인상 설을 꾸준히 흘려 가수요를 유발하였슴에도 불구 지난해 매출은 1.2% 감소하여 내부적으로 가격인상에 대한 논란이 많았으나 라면시장이 지속 감소 추세로 물량성장 대신 가격인상에 의한 매출, 이익성장을 할 수 밖에 없고<br>  3) 독점적인 점유율로 가격인상을 하여도 시장구도에는 큰 변화가 없을 것으로 판단하여 가격인상을 결정함<br>5. 삼양 및 야쿠르트 진행상황<br>  1) **삼양도 06년 큰폭의 매출감소와 원부자재 가격압박으로 가격인상이 불가피하여 인상시기를 저울질 중이며 대략 4월 1일부로 가격인상을 예정**하고 있음<br>  2) 야쿠르트<br>    야쿠르트에서는 **주력품목 왕뚜껑, 비빔면, 장라면에 대한 가격인상을 4월 1일부**로 하고 **나머지제품은 포장지재고소진 일정에 따라 추가로 인상예정**임<br>6. 당사의 가격인상 방향 및 의견<br>  1) 당사는 금번 가격인상을 전 품목 일괄 인상보다는 인상할 품목과 전략적으로 보류할 품목을 구분하여 적용하고<br>  2) 판매부진 제품 중 출고중지 대상 품목은 가격인상 없이 포장재 소진시점에서 출고중지를 하겠습니다.<br>  3) **당사의 가격인상 시기는 4월 1일을 예정으로 추진하겠습니다.**<br>별첨. 농심 라면가격인상 자료 |

*172*          ㉕ 오뚜기는 농심 가격인상 후 즉시 가격인상을 검토하였고, 그 과정에서 앞서 본바와 같이 타사와 가격인상 정보를 교환하였으나, 점유율을 증대시키기 위해 타사 가격인상 제품 판매상황 등을 분석하면서 가격인상으로 인한 시장 가격의 혼란이 안정될 때까지 가격인상을 늦추었다.[68]

---

68) 대법원은 하나은행 등 8개 은행의 뱅커스유산스 인수수수료 관련 부당한 공동행위 건과 관련하여 "합의사실이 있으면 그 실행이 장기간(8개월)에 걸쳐 순차적으로 행해졌다고 하더라도 부당한 공동행위에 해당한다."고 판시하였다(대법원 2011. 4. 14. 선고 2009두4159 판결).

173    이러한 사실은 아래 증거들에 의해 확인된다.

174    ① 오뚜기 마아케팅3팀 작성의 2007. 2. 28.자 '농심 라면, 스넥류 가격 인상관련 보고'(소갑130호증)를 보면, 2007. 4. 1.자로 가격인상을 추진하겠다는 내용이 기재되어 있다.

175    ② 오뚜기 마아케팅3팀 작성의 2007. 5. 18.자 '라면류 가격인상 검토안' (소갑131호증)을 보면, 농심과 동일한 수준으로 가격을 인상하겠다는 가격인상 방향과 품목별 가격인상 내역, 인상시기 등 구체적인 가격인상안이 기재되어 있다.

176    ③ 오뚜기 마아케팅3팀이 2007. 6. 26. 작성한 아래 <표 71>의 '라면류 가격인상 관련 보고'(소갑132호증)를 보면, 삼양 마케팅팀에 판매상황을 확인하는 등으로 농심과 삼양의 가격인상 후의 판매 반응을 분석한 후 타사 가격인상 제품의 시장 가격 안정화가 예상되는 2007. 9. 1.자로 가격인상을 추진하자는 의견이 기재되어 있다.[69]

<표 71> 오뚜기 마아케팅3팀 작성 2007. 6. 26.자 '라면류 가격인상 관련 보고'(소갑132호증)

| 1. 목적 |
| --- |
| 농심 및 삼양 라면가격 인상후의 시장동향 및 판매반응을 분석하고 당사의 가격인상시기를 결정하고자 함 |

3. 업계 가격인상 동향
1) 농심
– 3월 가격인상 이후 매출부진 현상이 지속되고 있으며 주력품목의 덤핑물량 급증으로 시장 유통 가격이 안정화가 되지 않아 대리점의 불만이 고조된 상황임

<농심 라면 매출현황>    (단위: 억 원, %)

| 구분 | 06.5 | 07.5 | 성장율 | 06.1~5 | 07.1~5 | 성장율 |
| --- | --- | --- | --- | --- | --- | --- |
| 봉지 | 596 | 503 | –15.7 | 3,065 | 2,862 | –6.6 |
| 용기 | 238 | 234 | –1.9 | 1,244 | 1,204 | –3.3 |
| 기타 | 12 | 13 | 3.9 | 62 | 65 | 4.0 |
| 계 | 846 | 749 | –11.5 | 4,371 | 4,130 | –5.5 |

2) 삼양
– 당사 라면가격 미인상으로 인해 가장 어려움을 겪고 있으며 가격인상으로 인한 부진을 돌파하고

---

[69] 오뚜기 마아케팅 3팀 작성의 2007. 7. 18.자 '라면류 가격인상 의견'(소갑133호증)에는 삼양 위○○과 통화하여 가격인상 후의 반응을 확인한 사실이 기재되어 있다.

자 삼양라면 등 주력품목 5+1 기획제품 행사를 강화중이나 판매부진으로 인한 과다재고로 행사
기간 연장을 통한 할당물량 소진중임
 - **삼양 마케팅실에 확인결과** 대리점에서 +1 덤제품을 해포하는 등 정상적인 판매 활성화 용도로
   활용하지 않는 경우가 있어 회사 자체적으로 대책마련에 고심 중에 있으며 **6월 현재 진재율이**
   **50%도 안 될 정도로 부진한 매출을 나타내고 있다고 함**
4. 거래처 및 소비자 동향
 1) 최초 농심 라면가격 인상시 비판적인 반응이 주를 이루었으나 현재는 어느 정도 잦아든 상
   태로서 농심 제품을 지속 구매하는 추세가 주로 이루고 있으나
 2) 매장에서 판매되는 멀티팩 가격이 진라면 2,200~2,300원, 신라면 및 삼양라면 2,600~2,700
   원으로 100~200원이던 가격차이가 400~500원으로 벌어짐에 따라 진라면으로 구매를 전
   환하는 소비자도 점차 늘어나고 있으며
 3) 미니컵 6입 및 업소용 라면의 당사 전환이 많이 발생하고 있고 현재 가격이라면 당사로 거
   래선을 변경하겠다는 제의도 상당수 발생하고 있어 이 부분에 대해서는 영업현장과 긴밀히
   협조관계를 유지하면서 당사로서의 전환을 유도하겠음
5. 당사 가격인상 방향 및 의견
 1) 당사의 가격인상과 관련하여 취합된 지점의견은 다음과 같음
 - 당사 라면가격 미인상 시기가 길어질 경우 당사라면이 저가라면 이미지로 고착될 수 있
   으며 이익구조에도 영향을 미치므로 인상되어야 하나
 - **2~3개월 더 연장하여 당사라면의 점유율 증대를 도모하는 것이 좋겠음**
 2) 가격인상에 대한 의견
 - **당사 가격인상은 경쟁사 주력품목의 시장가격 안정화가 예상되는 9/1일로 추진하는**
   **것이 좋겠으며** 전략품목 및 업소용 라면에 대해서는 차별적인 가격 정책을 고려하여 경
   쟁대응 및 매출증대를 도모하겠음

  (바) 2008년 2월~4월 가격인상


177      ① 농심은 2008년 1월경 가격인상 계획을 수립하고, 가격인상 준비를 위해 부
자재 재고 관리에 착수하였다. 그런데 농심은 이전의 가격인상과 달리 정부와의 사
전 협의 없이 가격인상을 실시하였다(소갑75호증 2008년 제품 가격정책 검토 방안
18면, 소갑27호증 농심 이ㅇㅇ 확인서).


178      농심은 나머지 피심인 3개사에 농심의 가격인상 이후 즉시 가격을 인상할 것
인지 여부에 대하여 확인하였고[70], 3개사는 농심 가격인상 후 즉시 가격인상을 하기
위해 부자재 관리 및 물량 수급 조절에 착수하였다.

---

70) 농심과 나머지 3개사와의 가격인상 시차가 점차 벌어지자(소갑75호증 2008년 제품 가격정책 검토 방안
참고9. 가격정책동향, 소갑134호증 농심 김ㅇㅇ 2008년 업무수첩) 농심의 가격인상 이후 즉각적으로 가
격을 인상할 것인지 여부에 대하여 확인한 것으로 보인다.

*179*          이러한 사실은 삼양 마케팅팀 작성의 2008. 1. 11.자 '업무연락'(소갑135호증),
농심 전략마케팅팀 작성의 '당사 면, 스낵류 가격/중량 조정 계획'(소갑77호증) 각 기
재내용, 삼양 마케팅팀장 서○○의 진술서(소갑16호증)에 의해 확인된다.


&lt;표 72&gt;          삼양 마케팅팀 작성 2008. 1. 11.자 '업무연락'(소갑135호증)

작성부서: 마케팅팀 작성자: 대리 권○○ 작성일자: 2008-01-11
제목: 08년 면스낵 제품 가격인상에 따른 부자재 관리 철저 통보

     08년 면스낵 제품 가격인상에 따라 인상 전 부자재 재고 및 수급 관리에 대하여 다
음과 같이 통보하오니 업무에 만전을 기하여 주시기 바랍니다.
               -다        음-
1. 가격인상
 1) 08년 원,부자재 가격 인상으로 당사 및 **경쟁사 면스낵 제품 가격인상 실시 예정**
 2) 현재 **경쟁사 가격인상을 위한 부자재 관리 중**
2. 각 공장 생산팀 및 인쇄팀, 프루웰, 물류팀, 본사 구매팀의 상호 협조아래 가격인상 후 잔여
   부자재가 발생하지 않도록 각별히 관리 바람


&lt;표 73&gt;          삼양 마케팅팀장 서○○의 진술내용(소갑16호증)

위 업무연락 문서 기재에 의하면 "1. 2)현재 경쟁사 가격인상을 위한 부자재 관리 중"이라는
부분이 있습니다. 여기에서의 "경쟁사"는 당사보다 가격인상이 빠른 농심을 지칭하는 것이며
이런 내용은 농심의 대외담과 당사의 시장조사 담당직원과의 연락(유선등)을 통하여서만 입
수가 가능한 자료입니다. 이 정보는 2008년 1월초 당시 삼양 시장조사 담당이었던 위○○대리
가 농심 대외 업무 담당 최○○대리와의 통화를 통해 입수하였습니다.


&lt;표 74&gt;     농심 전략마케팅팀 작성 '당사 면, 스낵류 가격/중량 조정 계획'(소갑77호증)

면, 스낵류 가격 인상 배경
● 면류업계 동향
▷ **당사의 가격인상 시점 임박 예상으로 후속적인 인상을 위한 사별 생산 및 출고 물량**
   **조절에 의한 제품 운용**
▷ 삼양식품: 1월 신제품인 '황태라면' 초도 생산 물량 소진 이후 황태라면 가격인상 계획(봉
   지: ₩1,000→₩1,200)
▷ 야쿠르트: 당사 가격인상 이후 1개월 이내 즉각적인 가격인상 계획
▷ 오뚜기: 국수/소면류 2월1일부 15% 수준 가격인상 예정
☞ **당사 가격인상 이후 즉각적인 가격인상 계획이나 오뚜기의 경우 사별 가격인상 추이**
   **관망 후 인상 계획(3월 이후 예상)**

180        ② 농심은 2008. 2. 12. 2008. 2. 20.자로 봉지면 22개, 용기면 20개 품목(총 42개 품목)에 대해 출고가격을 평균 11.9% 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑136호증 농심 2008년 가격인상 품의서).

181        ③ 이후 피심인들은 서로 가격인상 정보를 제공하고 또 제공받아 타사의 가격인상 진행상황을 확인하고, 자사의 가격인상안에 반영하면서 서로 협조하여 순차적인 가격인상을 실행하였다.

182        이러한 사실은 아래 증거들에 의해서 확인된다.

183        ㉮ 농심은 2008. 2. 18. 삼양에 아래 <표 75>, <표 76>과 같이 농심 가격인상 내역을 이메일로 전달하였다. 그리고 2008. 2. 20.부터 2008. 3. 3.까지 삼양에 아래 <표 77>, <표 78>, <표 79>, <표 80>, <표 81>과 같이 가격인상 제품의 순차적인 출고 현황과 구가지원 기간을 이메일로 전달하였다.

<표 75>    농심 최○○이 삼양 위○○에게 보낸 2008. 2. 18.자 이메일(소갑137호증)

메일제목 참고하세요
보낸날짜 2008년 2월 18일 월요일, 오후 13시 22분  보낸이 최○○
받는이 삼양마케팅실<marketone@hanmail.net>
정상문서는 아니라서..걍 참고만 하세요(소비자가격만입다.)
금일 오후에 정상 통보될 예정이오니 공가도 나오면 다시 알려드릴께요^^
그리고 틀릴 수도 있으니 넘 믿으시면 안됩니다.
글구 혹 야쿨트에다가는 가안 조차도 받지 않으신걸로 해 주삼.

메일제목 완본ㅋㅋㅋ
보낸날짜 2008년 2월 18일 월요일, 오후 13시 31분 보낸이 최○○
받는이 삼양마케팅실<marketone@hanmail.net>
대리님..완본입니다..정확도 100%...ㅋㅋ 20일 출하 예정 확정입니다..
첨부파일 2008년 가격 인상 내역.doc

<표 76>    농심 가격인상 내역(2008. 2. 18. 13:31 발송 이메일 첨부문서)(소갑137호증)

가. 봉지면

| 제품 | 규격 | 출고가격(VAT 포함) | | 희망소매가격 | | 조정율 | 출고가율 | 인상액 | 인상율 |
|---|---|---|---|---|---|---|---|---|---|
| | | 현재 | 조정 | 현재 | 조정 | | | | |
| 안성탕면 | 125*48 | ₩20,856 | ₩24,288 | ₩600 | ₩700 | 16.5% | 72.3% | ₩100 | 16.7% |
| 신라면김치 | 84*4*8 | ₩13,904 | ₩16,192 | ₩600 | ₩700 | 16.5% | 72.3% | ₩100 | 16.7% |
| 신라면 | 120*30 | ₩14,190 | ₩16,368 | ₩650 | ₩750 | 15.3% | 72.7% | ₩100 | 15.4% |
| 농심라면육개장 | 120*30 | ₩14,190 | ₩16,368 | ₩650 | ₩750 | 15.3% | 72.7% | ₩100 | 15.4% |
| 농심찰비빔면 | 135*30 | ₩15,279 | ₩16,368 | ₩700 | ₩750 | 7.1% | 72.7% | ₩50 | 7.1% |
| 멸치칼국수 | 98*30 | ₩15,279 | ₩17,457 | ₩700 | ₩800 | 14.3% | 72.7% | ₩100 | 14.3% |
| 순한너구리 | 120*30 | ₩15,279 | ₩17,457 | ₩700 | ₩800 | 14.3% | 72.7% | ₩100 | 14.3% |
| 얼큰한너구리 | 120*30 | ₩15,279 | ₩17,457 | ₩700 | ₩800 | 14.3% | 72.7% | ₩100 | 14.3% |
| 감자탕면 | 121*30 | ₩16,368 | ₩18,546 | ₩750 | ₩850 | 13.3% | 72.7% | ₩100 | 13.3% |
| 오징어짬뽕 | 124*30 | ₩16,368 | ₩18,546 | ₩750 | ₩850 | 13.3% | 72.7% | ₩100 | 13.3% |
| 올리브짜파게티 | 140*30 | ₩16,368 | ₩18,546 | ₩750 | ₩850 | 13.3% | 72.7% | ₩100 | 13.3% |
| 진국사리곰탕 | 110*30 | ₩16,368 | ₩18,546 | ₩750 | ₩850 | 13.3% | 72.7% | ₩100 | 13.3% |
| 새우탕면 | 123*30 | ₩19,470 | ₩21,615 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 농심감자면 | 117*30 | ₩19,470 | ₩21,615 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 무파마탕면 | 122*30 | ₩19,470 | ₩21,615 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 사천요리짜파게티 | 137*30 | ₩19,470 | ₩21,615 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 생생우동봉지 | 253*30 | ₩21,450 | ₩22,880 | ₩1,500 | ₩1,600 | 6.7% | 71.5% | ₩100 | 6.7% |

나. 용기면

| 제품 | 규격 | 출고가격(VAT 포함) | | 희망소매가격 | | 조정율 | 출고가율 | 인상액 | 인상율 |
|---|---|---|---|---|---|---|---|---|---|
| | | 현재 | 조정 | 현재 | 조정 | | | | |
| 짜장범벅 | 70*30 | ₩14,190 | ₩16,368 | ₩650 | ₩750 | 15.3% | 72.7% | ₩100 | 13.3% |
| 새우탕컵면 | 67*30 | ₩15,345 | ₩17,490 | ₩700 | ₩800 | 14.0% | 72.9% | ₩100 | 12.5% |
| 신라면컵 | 65*30 | ₩15,345 | ₩17,490 | ₩700 | ₩800 | 14.0% | 72.9% | ₩100 | 12.5% |
| 오징어짬뽕컵 | 67*30 | ₩15,345 | ₩17,490 | ₩700 | ₩800 | 14.0% | 72.9% | ₩100 | 12.5% |
| 김치사발면 | 86*24 | ₩12,276 | ₩13,992 | ₩700 | ₩800 | 14.0% | 72.9% | ₩100 | 12.5% |
| 안성탕면사발면 | 86*24 | ₩12,276 | ₩13,992 | ₩700 | ₩800 | 14.0% | 72.9% | ₩100 | 12.5% |
| 육개장사발면 | 86*24 | ₩12,276 | ₩11,528 | ₩900 | ₩1,000 | 14.0% | 72.1% | ₩100 | 12.5% |
| 김치큰사발 | 112*16 | ₩10,384 | ₩11,528 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 새우탕큰사발 | 115*16 | ₩10,384 | ₩11,528 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 신라면큰사발 | 114*16 | ₩10,384 | ₩11,528 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 육개장큰사발 | 110*16 | ₩10,384 | ₩11,528 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 짜장큰사발 | 123*16 | ₩10,384 | ₩11,528 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 튀김우동큰사발 | 111*16 | ₩10,384 | ₩11,528 | ₩900 | ₩1,000 | 11.0% | 72.1% | ₩100 | 11.1% |
| 무파마큰사발 | 112*16 | ₩14,872 | ₩16,016 | ₩1,300 | ₩1,400 | 7.7% | 71.5% | ₩100 | 7.7% |
| 생생우동용기 | 276*12 | ₩14,586 | ₩15,444 | ₩1,700 | ₩1,800 | 5.9% | 71.5% | ₩100 | 5.9% |

<표 77>          신가제품 1차 출하 현황

(농심 최○○이 삼양 위○○에게 보낸 2008. 2. 20.자 이메일 첨부문서)(소갑138호증)

| 해당제품 | 출하일 | 특별지원기간 |
|---|---|---|
| 신라면 멀티팩, 신라면, 새우깡 | 2008. 2. 20 | 출하일부터~2008.2.27까지 |
| 신라면(S), 안성탕면<br>안성탕면멀티팩, 올리브짜파게티 | 2008. 2. 22. | 출하일부터~2008.2.29까지 |
| 얼큰한너구리멀티팩<br>올리브짜파게티멀티팩 | 2008. 2. 23 | 출하일부터~2008.3.1까지 |

<표 78>          신가제품 2차 출하 현황

(농심 최○○이 삼양 위○○에게 보낸 2008. 2. 22.자 이메일 첨부문서)(소갑138호증)

| 해당제품 | 출하일 | 특별지원기간 |
|---|---|---|
| 안성탕면(S), 얼큰한너구리<br>농심라면육개장멀티<br>육개장사발면, 신라면컵 새우탕큰사발,<br>신라면컵(6입) | 2008. 2. 26 | 출하일부터~2008.3.4까지 |
| 육개장큰사발, 생생우동봉지<br>오징어짬뽕멀티팩<br>새우탕컵면(6입), 신라면큰사발<br>무파마탕면멀티팩, 우육탕큰사발<br>튀김우동큰사발, 바나나킥 | 2008. 2. 27 | 출하일부터~2008.3.5까지 |

<표 79>          신가제품 3차 출하 현황

(농심 최○○이 삼양 위○○에게 보낸 2008. 2. 28.자 이메일 첨부문서)(소갑138호증)

| 해당제품 | 출하일 | 특별지원기간 |
|---|---|---|
| 순한너구리, 우육탕큰사발<br>노래방새우깡 | 2008. 2. 28 | 출하일부터~2008.3.6까지 |
| 순한너구리멀티팩<br>사천요리짜파게티, 무파마탕면<br>생생우동용기, 생생우동봉지<br>김치큰사발, 짜장큰사발면,<br>새우탕컵면, 새우탕컵면(6입) | 2008. 2. 29 | 출하일부터~2008.3.7까지 |

<표 80>          신가제품 4차 출하 현황

(농심 최○○이 삼양 위○○에게 보낸 2008. 2. 29.자 이메일 첨부문서)(소갑138호증)

| 해당제품 | 출하일 | 특별지원기간 |
|---|---|---|

- 76 -

| 농심감자면멀티팩<br>멸치칼국수멀티팩, 육개장사발(6입)<br>김치사발면, 사리곰탕컵면 | 2008. 3. 1 | 출하일로부터 ~ 2008.3.8까지 |
| 농심감자면, 멸치칼국수<br>진국사리곰탕멀티팩<br>올리브짜파게티(S)<br>생생칼국수해물맛, 짜장범벅<br>오징어짬뽕컵, 안성탕면사발면 | 2008. 3. 3 | 출하일로부터 ~ 2008.3.10까지 |

<표 81>                    신가제품 5차 출하 현황

(농심 최○○이 삼양 위○○에게 보낸 2008. 3. 3.자 이메일 첨부문서)(소갑138호증)

| 해당제품 | 출하일 | 특별지원기간 |
| --- | --- | --- |
| 농심감자멀티팩, 육개장사발(6입)<br>김치사발면, 사리곰탕컵면 | 2008. 3. 1 | 출하일부터 ~ 2008.3.8까지 |
| 안성탕면사발면 | 2008. 3. 3 | 출하일부터 ~ 2008.3.10까지 |
| 찰비빔면멀티팩, 오징어짬뽕<br>올리브짜파게티(S), 짜장범벅 | 2008. 3. 4 | 출하일부터 ~ 2008.3.11까지 |

184            ㈑ 삼양은 농심으로부터 가격인상 내역을 전달받은 2008. 2. 18. 바로 자사

의 가격인상 일자를 2008. 3. 1.로 결정하고, 농심, 오뚜기, 야쿠르트에 그 내용을 유

선으로 전달하였다(소갑15호증 삼양 서○○ 2011. 5. 9.자 진술서).


<표 82>                    삼양 마케팅팀장 서○○의 진술내용(소갑15호증)

농심의 가격인상과 관련한 세부 품목 내역표를 시장조사담당인 위○○ 대리가 농심으로부터
e-mail을 통해 파일 상태로 2008년 2월 18일 제공받았고, 위대리는 즉시 본인에게 세부자료를
출력하여 보고하였습니다. (중략) 2008년 2월 18일 보고 당시, 가격 인상일자(3월 1일)가 사실상
확정되었기에 삼양의 시장조사 담당인 위○○은 이 무렵부터 삼양의 가격인상 일자가 2008년
3월 1일이 될 것이라고 농심 등 경쟁사 시장조사 담당들에게 사전에 유선으로 협조하였습니다.


185            ㈒ 삼양은 농심 가격인상 내역을 반영하여 가격인상 내역을 작성하였다(소갑

19호증 삼양 권○○ 진술서). 그러나 농심이 비빔면 소비자가를 다른 제품과 달리 50

원 인상하자 야쿠르트에 비빔면 부분에서 시장점유율이 가장 큰 팔도비빔면 가격인

상안을 확인하여 그것과 같은 금액으로 결정하였다(소갑15호증 삼양 서○○ 2011. 5.

9.자 진술서, 소갑139호증 삼양 서○○ 2008년 업무수첩).

<표 83>   삼양 마케팅팀장 서○○의 2008. 2. 21.자 업무수첩 기재내용(소갑139호증)

```
* 팔도 가격 인상 예정 (4/1부)
  구가지원 3월 중순 생산~3월말
  비빔면 → 100원 인상 확정
```

<표 84>          삼양 마케팅팀장 서○○의 진술내용(소갑15호증)

```
시장조사 담당 위○○대리가 2월 21일(목)에 한국야쿠르트의 김평기○○에게로부터 구체적인
가격인상 계획을 유선으로 통보받았다며 본인에게 보고하였습니다.

실제 제 업무용 수첩에는 위○○대리가 입수한 당시 한국야쿠르트의 개괄적인 인상 내역이 기
록되어 있습니다.
```

186        ㉣ 삼양은 농심과 야쿠르트의 가격인상 내역을 반영하여 2008. 2. 28. 2008. 3. 1.자로 봉지면 20개, 용기면 12개 품목(총 32개 품목)의 출고가격을 평균 12.6% 인상하고, 삼양라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결제를 완료하였다(소갑15호증 삼양 서○○ 2011. 5. 9.자 진술서, 소갑140호증 삼양 2008년 가격인상 품의서).

187        ㉤ 삼양은 2008. 2. 27. 농심과 야쿠르트에 아래 <표 85>, <표 86>과 같이 삼양 가격인상 내역 및 가격인상 제품 생산일을 이메일로 전달하였고, 오뚜기에는 그 다음날 같은 방법으로 전달하였다. 삼양은 2008. 3. 3. 농심, 야쿠르트, 오뚜기에 아래 <표 87>과 같이 삼양 구가지원 내역을 이메일로 전달하였다(소갑141호증).

<표 85>          삼양 가격인상 내역
 (삼양 위○○이 농심 최○○에게 보낸 2008. 2. 27.자 이메일 첨부문서)(소갑141호증)

```
♣ 2008년 용기면 가격인상안
```