| 구분 | | 소비자가격 | | | | 공장도가격 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 품명 | 기준입수 | 인상전 | 인상후 | 증감 | % | 인상전 | 인상후 | 증감 | % |
| 컵삼양라면 | 30 | 700 | 800 | 100 | 14.29 | 511.50 | 593.00 | 71.50 | 13.98 |
| | | 21,000 | 24,000 | 3,000 | | 15,345.00 | 17,490.00 | 2,145 | |
| 육개장 | 24 | 700 | 800 | 100 | 14.29 | 511.50 | 593.00 | 71.50 | 13.98 |
| | | 16,800 | 19,200 | 2,400 | | 12,276.00 | 13,992.00 | 1,716.00 | |
| 컵수타면 | 30 | 700 | 800 | 100 | 14.29 | 511.50 | 593.00 | 71.50 | 13.98 |
| | | 21,000 | 24,000 | 3,000 | | 15,345.00 | 17,490.00 | 2,145.00 | |
| 큰컵삼양라면 | 16 | 900 | 1000 | 100 | 11.11 | 649.00 | 725.00 | 71.50 | 11.02 |
| | | 14,400 | 15,000 | 1,600 | | 10,384.00 | 11,528.00 | 1,144.00 | |
| 큰컵삼양우동 | 16 | 900 | 1000 | 100 | 11.11 | 649.00 | 720.50 | 71.50 | 11.02 |
| | | 14,400 | 16,000 | 1,600 | | 10,384.00 | 11,528.00 | 1,144.00 | |
| 큰컵수타면 | 16 | 900 | 1000 | 100 | 11.11 | 649.00 | 720.50 | 71.50 | 11.02 |
| | | 14,400 | 16,000 | 1,600 | | 10,384.00 | 11,528.00 | 1,144.00 | |
| 컵맛있는라면 | 30 | 770 | 850 | 80 | 10.39 | 561.00 | 618.20 | 57.20 | 10.20 |
| | | 23,100 | 25,500 | 2,400 | | 16,830.00 | 18,546.00 | 1716.00 | |

♣ 2008년 봉지면 가격인상안

| 구분 | | 소비자가격 | | | | 공장도가격 | | | |
|---|---|---|---|---|---|---|---|---|---|
| 품명 | 기준입수 | 인상전 | 인상후 | 증감 | % | 인상전 | 인상후 | 증감 | % |
| 삼양라면 | 30 | 650 | 750 | 100 | 15.38 | | | | |
| | | 19,500 | 22,500 | 3,000 | | | | | |
| 맛있는라면 | 20 | 850 | 950 | 100 | 11.76 | 616.00 | 687.50 | 71.50 | 11.6 |
| | | 17,000 | 19,000 | 2,000 | | 12,320.00 | 13,750.00 | 1,430.00 | |
| 수타면 | 28 | 650 | 750 | 100 | 15.38 | 473.00 | 545.60 | 72.60 | 15.35 |
| | | 18,200 | 22,500 | 4300 | | 13,244.00 | 16,368.00 | 3,124.00 | |
| 짜짜로니 | 30 | 750 | 850 | 100 | 13.33 | 545.60 | 618.20 | 72.60 | 13.31 |
| | | 22,500 | 25,500 | 3000 | | 16,368.00 | 18,546.00 | 2,178.00 | |
| 대관령김치 | 30 | 600 | 700 | 100 | 16.67 | 434.50 | 506.00 | 71.50 | 16.46 |
| | | 18,000 | 21,000 | 3000 | | 13,035.00 | 15,180.00 | 2,145.00 | |
| 손칼국수 | 30 | 700 | 800 | 100 | 14.29 | 509.30 | 581.90 | 72.60 | 14.25 |
| | | 21,000 | 24,000 | 3000 | | 15,279.00 | 17,547.00 | 2,178.00 | |

<표 86>          삼양 가격인상 제품 생산일

(삼양 위○○이 농심 최○○에게 보낸 2008. 2. 27.자 이메일 첨부문서)(소갑141호증)

2/27 아침현재

| 품명 | | 규격 | 수량(박스) | 인상제품 생산 예정일 | 비고 |
|---|---|---|---|---|---|
| 봉지면 | 삼양라면 | 5입멀티(40입) | | 2/26부터생산중 | |
| | 맛있는라면 | 4입멀티(32입) | | 2/26부터생산중 | |
| | 김치(얼) | 5입멀티(40입) | | 2/26부터생산중 | |
| | 쇠고기면 | 5입멀티(40입) | | 2/26부터생산중 | |
| | 짜짜로니 | 5입멀티(40입) | | 3/03(도안변경분) | |
| | 간짬뽕 | 5입멀티(40입) | | 3/03(도안변경분) | |
| | 수타면 | 5입멀티(40입) | | 2/26부터생산중 | |
| | 장수면 | 4입멀티(32입) | | 2/28 | |
| | 된장라면 | 5입멀티(40입) | | 2/28 | |
| | 손칼국수 | 5입멀티(40입) | | 2/29 | |
| | 바지락칼국수 | 4입멀티(32입) | | 3/03 | |
| | 안튀긴면 | 4입멀티(48입) | | 2/28 | |
| | 잔치국수 | 5입멀티(40입) | | 2/28 | |
| | 해물파티 | 5입멀티(40입) | | | |
| | 신김치라면 | 5입멀티(40입) | | 3/04 | |
| | 삼양감자라면 | 4입멀티(48입) | | 3/04 | |
| | 쌀라면 | 5입멀티(40입) | | 3/04 | |
| | 파워라면 | 5입멀티(20입) | 3,610 | 1차인상계획없음 | OEM |
| | 파워짜장 | 5입멀티(20입) | 10,625 | 1차인상계획없음 | OEM |
| 용기면 | 삼양종이큰컵 | 16입 | | 2/26부터생산중 | |
| | 수타큰컵 | 16입 | 4,719 | 3/03 | |
| | 맛있는라면큰컵 | 16입 | | 3/01 | |
| | 맛있는라면컵 | 30입 | 6,133 | 3/05 | |
| | 짜장면먹는날 | 16입 | 7,113 | | |
| | 육개장 | 24입 | 15,875 | 3/03 | 군납 |
| | 삼양종이컵 | 30입 | | 2/26부터생산중 | |
| | 수타해물 | 16입 | 3,856 | 3/04 | 수출 |
| | 우동종이큰컵 | 16입 | 4,694 | 3/05 | |
| | 수타컵 | 6입(트) | 0 | 3/03 | |
| | 큰컵육개장 | 16입 | 0 | 3/04 | |
| | 라볶이먹는날 | 16입 | 0 | 3/05 | |
| | 파워미니컵 | 30입 | 2,967 | 1차인상계획없음 | OEM |

&lt;표 87&gt;                삼양 구가지원 내역

(삼양 위○○이 농심 최○○, 야쿠르트 김○○, 오뚜기 정○○에게 보낸

2008. 3. 3.자 이메일 첨부문서)(소갑141호증)

188　　　　　ⓑ 오뚜기는 2008. 2. 26. 2008. 4. 1.자로 봉지면 47개, 용기면 25개 품목(총 72개 품목)의 출고가격을 평균 9.4% 인상하고 사전할인율을 4.1% 축소하여 결과적으로 평균 13.5% 인상하고, 진라면의 출고가격을 농심 신라보다 낮은 금액인 455원으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑142호증 오뚜기 2008년 가격인상 품의서).[71]

189　　　　　진라면 제품 자체의 출고가격은 농심 신라면보다 낮은 수준이지만 2007년과 마찬가지로 사전할인율 축소를 고려하면 결국 같은 수준이다.

190　　　　　㉮ 오뚜기는 2008. 2. 29. 삼양에 아래 <표 88>, <표 89>와 같이 오뚜기 가격인상 내역 및 일부 가격인상 제품 생산일을 이메일로 전달하였다. 오뚜기는 삼양에 2008. 3. 6. 아래 <표 90>, <표 91>과 같이 오뚜기 인상제품 생산일을 이메일로 전달하였다.

　　　　<표 88>　　오뚜기 정○○이 삼양 위○○에게 보낸 2008. 2. 29.자 이메일(소갑145호증)

| |
|---|
| 메일제목 (주) 오뚜기 정○○입니다.<br>보낸날짜 2008년 2월 29일, 오전 08시 57분 보낸이 정○○ <jhjung@ottogi.co.kr><br>받는이 "삼양마케팅실"<marketone@hanmail.net><br>대리님. 안녕하세요. 어제 말씀드린대로 아직 가격인상 여부가 확정되지 않았으나 현재 진행중인 가격인상 내역을 알려드리오니 참고하십시오.. **저희는 2/27일부터 진라면 멀티, 스파게티 용기의 가격인상 제품 생산을 시작하였습니다.**<br>첨부파일 라면류 가격조정 내역.xls |

　　　　<표 89>　　오뚜기 가격인상 내역(2008. 2. 29.자 이메일 첨부문서)(소갑145호증)

| |
|---|
| 1) 봉지면류<br><br>　　　　　　　　　　　　　　　　　　(단위 : 원, VAT제외) |

---

[71] 오뚜기는 2008. 3. 5. 사내 및 거래처에 가격인상 내역을 통지하였다(소갑143호증 2008. 3. 5.자 업무연락, 소갑144호증 2008. 3. 5.자 라면류 공급가 및 소비자가 조정의 건).

| 품목명 | 출고가 | | | 소비자가(VAT포함) | | |
|---|---|---|---|---|---|---|
| | 인상전 | 인상후 | 인상률(%) | 인상전 | 인상후 | 인상률(%) |
| 라면사리 | 200 | 220 | 10.0 | 소비자가 미표시 | | |
| 진라면순한맛 | 417 | 455 | 9.1 | 650 | 750 | 15.4 |
| 진라면매운맛 | 417 | 455 | 9.1 | 650 | 750 | 15.4 |
| 오뚜기스파게티 | 551 | 620 | 12.5 | 850 | 950 | 11.8 |
| 사골곰탕면 | 452 | 515 | 13.9 | 700 | 800 | 14.3 |
| 백세카레면 | 496 | 560 | 12.9 | 750 | 850 | 13.3 |
| 스낵면 | 347 | 385 | 11.0 | 550 | 650 | 18.2 |
| 오동통면 | 434 | 475 | 9.4 | 650 | 750 | 15.4 |
| 열라면 | 417 | 450 | 7.9 | 650 | 750 | 15.4 |
| 김치라면 | 347 | 375 | 8.1 | 550 | 650 | 18.2 |
| 북경반점짬뽕 | 486 | 530 | 9.1 | 750 | 850 | 13.3 |
| 북경반점짜장 | 486 | 530 | 9.1 | 750 | 850 | 13.3 |
| 진라면(업소용) | 331 | 345 | 4.2 | 소비자가 미표시 | | |
| 메밀비빔면 | 434 | 470 | 8.3 | 650 | 750 | 15.4 |
| 미소라면 | 382 | 420 | 9.9 | 600 | 700 | 16.7 |

2) 용기면류

(단위 : 원, VAT제외)

| 품목명 | 출고가 | | | 소비자가(VAT포함) | | |
|---|---|---|---|---|---|---|
| | 인상전 | 인상후 | 인상률(%) | 인상전 | 인상후 | 인상률(%) |
| 육개장매운맛 | 447 | 495 | 10.7 | 700 | 800 | 14.3 |
| 육개장 | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 새우탕 | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 김치면 | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 참깨라면 | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 육개장CUP | 447 | 495 | 10.7 | 700 | 800 | 14.3 |
| 라면볶이 | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 스파게티CUP | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 짜장볶이 | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 튀김우동 | 582 | 615 | 5.7 | 900 | 1,000 | 11.1 |
| 진라면종이용기 | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 열라면종이용기 | 583 | 615 | 5.5 | 900 | 1,000 | 11.1 |
| 미소라면 | 489 | 550 | 12.5 | 750 | 850 | 13.3 |
| 진라면종이컵 (순한맛) | 416 | 470 | 13.0 | 650 | 750 | 15.4 |
| 진라면종이컵 (매운맛) | 416 | 470 | 13.0 | 650 | 750 | 15.4 |
| 사골곰탕면CUP | 447 | 495 | 10.7 | 700 | 800 | 14.3 |
| 열CUP | 447 | 495 | 10.7 | 700 | 800 | 14.3 |

4) LL면류

(단위 : 원, VAT제외)

| 품목명 | 출고가 | | | 소비자가(VAT포함) | | |
|---|---|---|---|---|---|---|
| | 인상전 | 인상후 | 인상률(%) | 인상전 | 인상후 | 인상률(%) |
| 오뚜기 생우동 | 950 | 1,070 | 12.6 | 1,500 | 1,750 | 16.7 |
| 생칼국수(해물맛) | 950 | 1,070 | 12.6 | 1,500 | 1,750 | 16.7 |
| 오뚜기생면사리 | 230 | 260 | 13.0 | 소비자가 미표시 | | |

<표 90>   오뚜기 정○○이 삼양 위○○에게 보낸 2008. 3. 6.자 이메일(소갑146호증)

메일제목 오뚜기 정○○입니다.
보낸날짜 2008년 3월 06월, 오전 08시 52분 보낸이 정○○ <jhjung@ottogi.co.kr>
받는이 "삼양마케팅실"<marketone@hanmail.net>

> 대리님. 안녕하세요. 저희 신가격 라면제품 생산내역 보내드립니다. 참고하세요.
> 첨부파일 오뚜기 가격인상 제품 생산일(2008/3/5)

<표 91> 오뚜기 가격인상 제품 생산일(2008. 3. 6.자 이메일 첨부문서)(소갑146호증)

| 오뚜기 가격인상 제품 생산일(2008/3/5) | | | |
|---|---|---|---|
| 유형 | 제품 | 입수 | 생산일자 |
| 봉지면 | 진라면(순) | 30입 | 02월 28일 |
| | | 멀티 | 02월 27일 |
| | 진라면(매) | 30입 | 02월 28일 |
| | | 멀티 | 02월 27일 |
| | 오동통면 | 30입 | 03월 03일 |
| | 스낵면 | 멀티 | 02월 28일 |
| | 열라면 | 30입 | 03월 01일 |
| | | 멀티 | 03월 01일 |
| 용기면 | 라면볶이 | 12입 | 02월 28일 |
| | 스파게티 | 12입 | 02월 27일 |
| | 육개장 용기 | 12입 | 03월 03일 |
| | 김치면 용기 | 12입 | 02월 29일 |
| | 진라면컵(순) | 15입 6입 | 03월 04일 |
| | 열라면컵 | 15입 | 03월 04일 |

191      ㉾ 야쿠르트는 2008. 3. 10. 2008. 5. 1.자(주력품목은 4. 1. 자)로 봉지면 8개, 용기면 15개 품목(총 23개 품목)의 출고가격을 평균 12.5% 인상하고, 왕라면의 출고가격을 농심 신라면과 동일한 금액으로 인상한다는 내용의 가격인상 내부 품의 결재를 완료하였다(소갑147호증 야쿠르트 2008년 라면 가격 인상 책정 의뢰, 소갑148호증 야쿠르트 2008년 가격인상 품의서).

192      ㉠ 야쿠르트는 2008. 3. 5. 삼양에 아래 <표 92>와 같이 야쿠르트 가격인상 내역을 이메일로 전달하였다. 또한 2008. 3. 6. 농심과 삼양에 아래 <표 93>과 같이 야쿠르트 가격인상 제품 생산일을 이메일로 전달하였다.

<표 92>                          야쿠르트 가격인상 내역 및 출고시기

(야쿠르트 김○○가 삼양 위○○에게 보낸 2008. 3. 5.자 이메일 첨부문서)(소갑149호증)

1. 봉지면 인상(안)

| 구분 | 입수 | 소비자가격 | | | | 공장도가격(세별) | | | | 비고 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 현재 | 인상 | 인상률 | 인상가 | 현재 | 조정 | 인상률 | 인상가 | |
| 맵고시원한라면 | 32 | 600 | 700 | 16.7% | 100 | 365 | 401 | 9.9% | 36.0 | |
| 왕라면 | 30,40 | 650 | 750 | 15.4% | 100 | 430 | 496 | 15.3% | 66.0 | |
| 구수한장라면 | 20,40 | 650 | 750 | 15.4% | 100 | 430 | 496 | 15.3% | 66.0 | |
| 얼큰한장라면 | 20,40 | 650 | 750 | 15.4% | 100 | 430 | 496 | 15.3% | 66.0 | |
| 비빔면 | 20,30,40 | 700 | 800 | 14.3% | 100 | 463 | 529 | 14.3% | 66.0 | 4/1일부인상 |
| 일품해물라면 | 30,40 | 700 | 800 | 14.3% | 100 | 463 | 529 | 14.3% | 66.0 | |
| 팔도설렁탕면 | 32 | 800 | 900 | 12.5% | 100 | 530 | 590 | 11.3% | 60.0 | |
| 일품짜장면 | 46,32 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | |

2. 용기면 인상(안)

| 구분 | 입수 | 소비자가격 | | | | 공장도가격(세별) | | | | 비고 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | 현재 | 인상 | 인상률 | 인상가 | 현재 | 조정 | 인상률 | 인상가 | |
| 도시락 | 24 | 700 | 800 | 14.3% | 100 | 465 | 530 | 14.0% | 65.0 | |
| 왕뚜껑컵 | 6,24 | 700 | 800 | 14.3% | 100 | 465 | 530 | 14.0% | 65.0 | |
| 일품해물왕컵 | 6,24 | 700 | 800 | 14.3% | 100 | 465 | 530 | 14.0% | 65.0 | |
| 미니왕뚜껑 | 6,24 | 700 | 800 | 14.3% | 100 | 465 | 530 | 14.0% | 65.0 | |
| 미니짜장왕뚜껑 | 16 | 700 | 800 | 14.3% | 100 | 465 | 530 | 14.0% | 65.0 | |
| 왕뚜껑 | 18 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | 4/1일부인상 |
| 김치왕뚜껑 | 18 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.3% | 65.0 | 4/1일부인상 |
| 짬뽕왕뚜껑 | 18 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | 4/1일부인상 |
| 우동왕뚜껑 | 18 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | 4/1일부인상 |
| 푸짐한왕컵 | 16 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | |
| 일품해물왕컵 | 16 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | |
| 왕컵진국설렁탕 | 16 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | |
| 장라면고추장맛 큰컵 | 16 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | |
| 비빔면컵 | 16 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | |
| 비빔짜장컵 | 16 | 900 | 1,000 | 11.1% | 100 | 590 | 655 | 11.0% | 65.0 | |

출고시기

| 구분 | 소비자가 인상 출고 | 출고가 인상 | 비고 | 구가지원 기간 |
|---|---|---|---|---|
| 주력 제품 | 3월 10일 이후 | 4/1일 기준 | 2품목(비빔면,왕뚜껑4종) | |
| 그 외 제품 | 3월 17일 이후 | 5/1일 기준 | 21품목 | |

<표 93>      야쿠르트 김○○가 농심 박○○, 삼양 위○○에게 보낸

2008. 3. 6.자 이메일(소갑150호증)[72]

```
메일제목 가격인상제품 생산계획
보낸날짜 2008년 3월 06월, 오전 08시 54분 보낸이 김○○<howll@yakult.co.kr>
받는이 "삼양마케팅실"<marketone@hanmail.net>, 박○○ <sungsoo@nongshim.com>
봉지 비빔면 3/5 일품해물라면 3/6 일품짜장면 3/7
용기 왕뚜껑 3/6 김치왕뚜껑 3/6 짬뽕왕뚜껑 3/7 우동왕뚜껑 3/9 도시락 3/6
       미니왕뚜껑 3/8
기타제품 봉지 맵고시원한면 3/11 구수한장라면 3/10 얼큰한 장라면 3/14
          왕라면 3/22 팔도설렁탕면 3/19
```

*193*        ㉨ 농심, 오뚜기, 야쿠르트는 관련 사실을 모두 부인하고 있어 삼양이 인정한 사실과 이메일 자료 등 직접적인 의사연락 자료만으로 사건을 구성하면, 농심, 오뚜기, 야쿠르트는 삼양과만 가격인상 정보를 교환하고, 서로 간에는 가격인상 정보를 교환하지 않은 형태로 된다. 그러나 아래와 같은 사실을 종합하여 보면 농심, 오뚜기, 야쿠르트 사이에도 가격인상 정보 교환이 있었음을 알 수 있다.

*194*        ① 농심, 오뚜기, 야쿠르트는 관련 사실에 부합되는 객관적인 증거자료가 다수 있음에도 그러한 사실마저도 부인하거나 진술의 일관성이 없고 진술이 서로 모순되는 등 그 진술은 신빙성이 없다.

*195*        ⅱ 삼양, 오뚜기, 야쿠르트가 가격인상 내부 품의 결재를 완료한 날은 2008. 2. 28.(삼양), 2008. 2. 26.(오뚜기), 2008. 3. 10.(야쿠르트)인데, 농심 면CM팀장 이○○의 2008. 2. 22.자 업무수첩에 삼양, 오뚜기, 야쿠르트의 실제 가격인상 일자와 정확히 일치하거나 거의 일치하는 가격인상 일자가 기재되어 있어 2008. 2. 20.경 삼양뿐만 아니라 오뚜기와 야쿠르트도 가격인상 일자를 정하여 농심에 전달한 것으로 보인다.

<표 94>  농심 면CM팀장 이○○의 2008. 2. 22.자 업무수첩 기재내용(소갑151호증)

| 2月 22日 삼양라면 3/1 오뚜기 4/1 팔도 3月 중순 |
| --- |

---

72) 야쿠르트 김○○는 가격인상 내역, 출고시기, 생산계획 등 가격인상 정보를 경쟁사 직원들과 이메일로 주고받았음에도 불구하고, 경쟁사 가격인상 내역은 언론보도, 시장조사 등을 통해서 알 수 있기 때문에 라면 가격인상 시점 전후에 경쟁사 직원들과 가격인상과 관련된 정보를 교환한 사실이 없다고 진술하였다(소갑44호증 야쿠르트 김○○ 진술조서).

196          ⅲ) 야쿠르트는 2008. 3. 6. 수신자를 농심과 삼양 2개 회사로 지정하여 위 <표 93>과 같이 야쿠르트 가격인상 제품 생산일을 이메일로 전달하였다.

197          가격인상 제품 생산일과 같은 민감한 정보를 전달함에 있어 수신자를 여러 개로 지정한 것은 이러한 정보교환이 업계에서 통용되는 자연스러운 일이라는 점을 보여준다.

198          ④ 삼양이 농심, 오뚜기, 야쿠르트로부터 이메일, 유선 등으로 전달받은 가격인상 정보를 정리한 아래 <표 95>, <표 96>, <표 97>의 '경쟁사 주요동향 보고'는 피심인들이 가격인상 관련 정보를 공유하면서 공동으로 가격을 결정하였음을 잘 보여준다.

<표 95>  삼양 마케팅팀 작성 '2008년 2월 4주 경쟁사 주요동향 보고'(소갑152호증)

농심
2월 18일 ▶ 가격인상 최종안 확정
   - 인상폭: 면류 → 100원 인상(찰비빔면 50원 인상, 일부품목 제외)
   - 인상제품 출하일: 2월 20일(수)부터 제품별 순차적으로 출하 예정
2월 20일 ▶ 가격인상 제품 1차 출하 현황

| 출하일 | 특별지원기간 | 해당제품 |
|---|---|---|
| 2월 20일 | 출하일 ~ 2월 27일 | 신라면멀티팩, 신라면, 새우깡 |
| 2월 22일 | 출하일 ~ 2월 29일 | 신라면(S), 안성탕면, 안성탕면(S) 안성탕면멀티팩, 올리브짜파게티 |
| 2월 23일 | 출하일 ~ 3월 1일 | 얼큰한너구리멀티팩, 올리브짜파게티 |

2월 22일 ▶ 안성탕면(S) 출하일 연기
   - 22일 → 26일
       (기존제품 부자재 과다로 부자재 소진 후 인상제품 출하 예정)
   - 40입, 48입은 예정대로 22일 출하

<표 96>                삼양 마케팅팀 작성
         '2008년 2월 5주 경쟁사 주요동향 보고'(소갑153호증)

농심
2월 25일 ▶ 인상제품 2차 출하계획 - 안성탕면(S) 외 12개 제품
2월 28일 ▶ 인상제품 3차 출하계획 - 순한너구리 외 11개 제품
2월 29일 ▶ 인상제품 4차 출하계획 - 멸치칼국수멀티팩 외 6개 제품

3월 3일 ▶ **인상제품 5차 출하계획** - 육개장사발(6입) 외 15개 제품


한국야쿠르트(팔도)
2월 28일 ▶ 가격인상 관련
 - 인상폭: **소비자가 및 공가면에서 당사 및 농심과 동일한 수준책정 예정**
   (단, 팔도비빔면: 소비자가 100원 인상)
 - 인상제품 생산일: 왕뚜껑, 비빔면, 일품해물라면 등 주력 제품 3월 10일 생산을 시작으로
   기타 제품 순차적으로 생산할 예정
 - 구가지원 기간: 3월말 종료 예정 → 추후 확인 필요


오뚜기
2월 29일 ▶ **가격인상 내역 확정**
 - 인상폭: 소비자가는 당사 및 농심과 동일한 수준인 100원 인상하였으나, 공가면에서는 차
   이를 보이고 있음(주요제품 경쟁사 대비 낮은 공가 채택)
   → 하부거래선(할인점, 소매점 등)의 마진율을 높여 그들로 하여금 판매를 장려하는 가격
     푸시 전략으로 매출증대 유도
 - 인상제품 생산일: 2월 26일 진라면 및 스파게티(용기) 생산하였으며, 3월 중 순차적으로 기
   타제품 생산 예정
 - 구가지원 기간: 제품 출하일로부터 약 2주간 구가지원 예정(추후 확인 필요)이며, 전 제품
   구가지원은 3월말 종료할 계획

<표 97> 삼양 마케팅팀 작성 '2008년 3월 1주 경쟁사 주요동향 보고'(소갑154호증)

농심
3월 4일 ▶ **인상제품 6차, 7차 출하계획**
 - 6차: 농심감자면 외 4개 제품
 - 7차: 무파마탕면 뚝배기 외 12개 제품


한국야쿠르트(팔도)
3월 5일 ▶ **가격인상 내역 확정**
 - 인상폭: **대부분의 제품 소비자가 및 공가 당사와 비슷한 수준 인상**
   → 단, 비빔면의 경우 소비자가가 100원 인상하였으며, 공가면에서도 14.3% 인상하여 농심
     대비 높은 인상률 보임
3월 6일 ▶ **가격인상제품 생산 계획**
 - 1차: **3월 5일 비빔면 생산을 시작으로, 일품브랜드류, 왕뚜껑류, 도시락 등 주력제품 9
   일까지 순차적으로 생산**
 - 2차: **3월 7일 비빔면컵을 시작으로 4월 13일까지 순차적으로 생산 예정**
 - 인상제품 출하 예정일 및 구가지원 기간

| 제품 | 출고일 | 구가지원종료일 | 구가지원기간 |
|---|---|---|---|
| 비빔면, 왕뚜껑 4종 | 3월 10일 이후 | 4/1 기준 | 20일 전후 |

| 기타 제품 | 3월 17일 이후 | 5/1 기준 | 40일 전후 |

199     ⑤ 피심인 4개사는 2008. 3. 26. 서울 용산구 소재 캐피탈 호텔에서 개최된 라면협의회 정기 총회[73]에서 라면 업계의 가격인상이 몰고 올 비난 또는 파장에 대해 염려하고 라면업계의 대응에 대해 논의하면서, 독자적으로 가격인상을 유보하거나 인상된 가격을 다시 인하할 수는 없다는 방침에 대하여 공감대를 형성하였다. 이러한 사실은 삼양 이○○의 확인서(소갑10호증), 삼양 김○○의 확인서(소갑11호증) 및 진술서(소갑12호증), 라면협의회 정기총회 회의자료(소갑155호증)에서 확인된다.

<표 98>              삼양 영업본부 이사 이○○의 확인내용(소갑10호증)

2008. 2. 25 출범한 새 정부가 물가안정에 주안점을 두고 있었기 때문에 가격인상에 대한 부담이 매우 컸을 뿐 아니라 소비자의 반응도 좋지 않았기 때문에 라면 제조회사들로서는 이래저래 신경 쓰이는 부분이 많았습니다. 그럼에도 불구하고 가격인상에 관한 정보나 자료를 서로 주고받아 이를 바탕으로 가격 결정이 이미 이루어진 상태였기 때문에 각 회사들로서는 **독자적으로 가격인상을 유보하거나 또는 인상된 가격을 인하할 수는 없다는데 모두 공감하였습니다.**

<표 99>              삼양 영업관리팀장 김○○의 2008. 3. 26.자

라면협의회 정기총회 회의자료 기재내용(소갑155호증)

<기타 안건> 가격 인상/ 제반 사항-정부 또는 단체의 행동제지 예상

<표 100>              삼양 영업관리팀장 김○○의 확인내용(소갑12호증)

당시 2008년 2월 25일 이명박 대통령의 취임으로 사회 전반의 분위기가 일신되는 상황이었고, 대통령 취임과 동시에 새 정부에서는 물가안정을 주된 정책으로 제시하던 상황이었는데 농심을 필두로 올리게 된 라면 가격에 대한 논의가 있었습니다.

---

[73] 농심 마케팅본부장 장○○(상무이사), 영업지원팀장 김○○(부장), 삼양 영업담당 중역 이○○(이사), 영업관리팀장(부장) 김○○, 오뚜기 영업본부 부본부장 김○○(이사), 영업관리실 은○○(대리), 야쿠르트 유통부문임원 김○○, 유통운영팀 김○○(대리)이 참석하였다.

가격인상이 불러올 비난 또는 파장에 대하여 서로 염려하면서 향후 진행 전망 및 대응 방안 등에 대하여 논의하였습니다.

특히 당시 참석 임원들은 "그렇다고 하여 라면 가격을 다시 내릴 수는 없는 것 아니냐"는 데 서로 입장을 같이 하였습니다.

나) 실행

(1) 2001년 5월~7월 가격인상

200    피심인들은 2001년 5월부터 7월까지 라면 제품의 출고가격을 유사한 폭으로 일정한 시차를 두고 순차적으로 인상하였다. 그 내역은 아래 <표 101>과 같다.

<표 101>                    2001년 5월~7월 가격인상 내역

| 구 분 | 가격 인상일 | 가격인상 품목 수 | | | 출고가격 평균인상률 |
|-------|------------|------|------|------|-----------|
|       |            | 봉지면 | 용기면 | 합계 |           |
| 농심 | 2001. 5. 21. | 17 | 17 | 34 | 9.9% |
| 삼양 | 2001. 6. 1. | 9 | 8 | 17 | 12.0% |
| 오뚜기 | 2001. 7. 1. | 38 | 14 | 52 | 10.5% |
| 야쿠르트 | 2001. 6. 1. | 6 | 12 | 18 | 9.7% |

(2) 2002년 10월~2003년 1월 가격인상

201    피심인들은 2002년 10월부터 2003년 1월까지 라면 제품의 출고가격을 유사한 폭으로 일정한 시차를 두고 순차적으로 인상하였다. 그 내역은 아래 <표 102>와 같다.

<표 102>                    2002년 10월~2003년 1월 가격인상 내역

| 구 분 | 가격 인상일 | 가격인상 품목 수 | | | 출고가격 평균인상률 |
|-------|------------|------|------|------|-----------|
|       |            | 봉지면 | 용기면 | 합계 |           |
| 농심 | 2002. 10. 25. | 19 | 20 | 39 | 8.5% |
| 삼양 | 2002. 11. 1. | 14 | 14 | 28 | 9.5% |
| 오뚜기 | 2003. 1. 2. | 30 | 10 | 40 | 9.1% |
| 야쿠르트 | 2002. 12. 1. | 9 | 16 | 25 | 8.6% |

(3) 2003년 12월~2004년 4월 가격인상

202    피심인들은 2003년 12월부터 2004년 4월까지 라면 제품의 출고가격을 유사한 폭으로 일정한 시차를 두고 순차적으로 인상하였다. 그 내역은 아래 <표 103>과 같다.

<표 103>            2003년 12월~2004년 4월 가격인상 내역

| 구 분 | 가격 인상일 | 가격인상 품목 수 | | | 출고가격 평균인상률 |
|---|---|---|---|---|---|
| | | 봉지면 | 용기면 | 합계 | |
| 농심 | 2003. 12. 22. | 14 | 10 | 24 | 7.7% |
| 삼양 | 2004. 2. 21. | 13 | 14 | 27 | 7.8% |
| 오뚜기 | 2004. 4. 1. | 32 | 15 | 47 | 6.9% |
| 야쿠르트 | 2004. 2. 1. | 12 | 7 | 19 | 7.7% |

(4) 2004년 12월~2005년 4월 가격인상

203    피심인들은 2004년 12월부터 2005년 4월까지 라면 제품의 출고가격을 유사한 폭으로 일정한 시차를 두고 순차적으로 인상하였다. 그 내역은 아래 <표 104>와 같다.

<표 104>            2004년 12월~2005년 4월 가격인상 내역

| 구 분 | 가격 인상일 | 가격인상 품목 수 | | | 출고가격 평균인상률 |
|---|---|---|---|---|---|
| | | 봉지면 | 용기면 | 합계 | |
| 농심 | 2004. 12. 24. | 17 | 20 | 37 | 7.1% |
| 삼양 | 2005. 3. 1. | 15 | 17 | 32 | 7.2% |
| 오뚜기 | 2005. 4. 16. | 34 | 30 | 64 | 7.4% |
| 야쿠르트 | 2005. 2. 15. | 9 | 15 | 24 | 7.4% |

(5) 2007년 3월~9월 가격인상

204    피심인들은 2007년 3월부터 9월까지 라면 제품의 출고가격을 유사한 폭으로 일정한 시차를 두고 순차적으로 인상하였다. 그 내역은 아래 <표 105>와 같다.

<표 105>                          2007년 3월~9월 가격인상 내역

| 구 분 | 가격 인상일 | 가격인상 품목 수 | | | 출고가격 |
| | | 봉지면 | 용기면 | 합계 | 평균인상률 |
|---|---|---|---|---|---|
| 농심 | 2007. 3. 1. | 21 | 18 | 39 | 6.5% |
| 삼양 | 2007. 4. 16. | 17 | 11 | 28 | 7.3% |
| 오뚜기 | 2007. 9. 1. | 55 | 35 | 90 | 8.0% |
| 야쿠르트 | 2007. 4. 1. | 9 | 12 | 21 | 6.6% |

205    오뚜기의 경우 제품 자체의 인상률은 4%로 타사에 비하여 낮지만 사전할인율을 4% 축소하여 실제 인상률은 8%로 타사와 유사하다.

206    이러한 사실은 오뚜기 판매기획부 작성의 '2007년 가격인상 품의서', 농심 최○○이 삼양 위○○에게 보낸 2007. 8. 10.자 이메일 각 기재내용, 오뚜기 판매기획부 도○○의 진술조서(소갑35호증) 등에 의해 확인된다.

<표 106>        오뚜기 판매기획부 작성 '2007년 가격인상 품의서'(소갑126호증)

제목: 라면류 출고가 인상의 건 기안: 2007-07-23

2. 조정 일자: 9월 1일부(8월 1일부터 소비자가 인상표시 제품생산)
3. 조정내역 요약
 1) 소비자가 기준으로 1,000원 미만인 제품은 50원, 1,000원 이상제품은 100원 인상
 2) **라면류 가격인상안은 품목에 따라 평균 8%로 하며, 인상방법은 출고가는 4% 인상하고 DC율을 4% 인하하는 안으로 조정함**(라면류 DC율 16% → 12%로 약 4%PT 개선됨)(매출원가율은 81% → 78%로 개선됨)

<표 107> 농심 최○○이 삼양 민○○에게 보낸 2007. 8. 10.자 이메일(소갑156호증)

메일제목 RE: 삼양입니다.
보낸날짜 2007. 8. 10. 보낸이 민○○ 받는이 최○○
오뚜기의 경우 현재까지 정식적인 통보는 되지 않는 것으로 알고 있습니다만, 진라면을 포함한 뿌셔뿌셔 등의 인상제품은 벌써 출하되어 금주초부터 각 하치장에 입고된 상태이며 **가격인상율의 경우 결과만 보자면 당사 및 삼양과 동일합니다.** 오뚜기의 경우 사전 DC가 적용되어 대리점으로 출고되고 있는 것은 아실겁니다. **금번 가격인상의 경우 "제품자체금액 인상+판촉지원(사전 DC율) 축소"가 병행되어 결국 전체 인상율은 타 업체와 동일하다고 보시면 됩니다.**

(6) 2008년 2월~4월 가격인상

207      피심인들은 2008년 2월부터 4월까지 라면 제품의 출고가격을 유사한 폭으로 일정한 시차를 두고 순차적으로 인상하였다. 그 내역은 아래 <표 108>과 같다.

<표 108>              2008년 2월~4월 가격인상 내역

| 구 분 | 가격 인상일 | 가격인상 품목 수 | | | 출고가격 평균인상률 |
|---|---|---|---|---|---|
| | | 봉지면 | 용기면 | 합계 | |
| 농심 | 2008. 2. 20. | 22 | 20 | 42 | 11.9% |
| 삼양 | 2008. 3. 1. | 20 | 12 | 32 | 12.6% |
| 오뚜기 | 2008. 4. 1. | 47 | 25 | 72 | 13.5% |
| 야쿠르트 | 2008. 5. 1. | 8 | 15 | 23 | 12.5% |

208      오뚜기의 경우 2007년과 마찬가지로 제품 자체의 인상률은 9.4%로 타사에 비하여 낮지만 사전할인율을 4.1% 축소하여 실제 인상률은 13.5%로 타사와 유사하다 (소갑142호증 오뚜기 2008년 가격인상 품의서).

(7) 소결

209      피심인들은 앞에서 본 바와 같이 총 6차례 라면 제품의 출고가격을 유사한 폭으로 일정한 시차를 두고 순차적으로 인상하였다.

210      특히 각사의 주력품목(농심 신라면, 삼양 삼양라면, 오뚜기 신라면, 야쿠르트 왕라면)의 출고가격은 6차례의 가격인상시마다 동일한 금액으로 결정하였다. 그 내역은 아래 <표 109>와 같다.

211      오뚜기 진라면의 2007년, 2008년 가격인상 시의 출고가격은 타사 주력품목의 출고가격보다 낮다. 그러나 앞서 본 것과 마찬가지로 사전할인율을 축소하였으므로 오뚜기 진라면 출고가격의 인상률은 결과적으로 타사 주력품목 출고가격의 인상률과

동일하다.

<표 109>　　　　　　　피심인 4개사의 주력품목 출고가격 결정 내역

(단위: 원)

| 주력품목 / 가격인상 시기 | 농심 신라면 | 삼양 삼양라면 | 오뚜기 진라면 | 야쿠르트 왕라면 |
|---|---|---|---|---|
| 2001년 5월~7월 | 322 | 322 | 322 | 322 |
| 2002년 10월~2003년 1월 | 349 | 349 | 349 | 349 |
| 2003년 12월~2004년 4월 | 367 | 367 | 367 | 367 |
| 2004년 12월~2005년 4월 | 401 | 401 | 401 | 401 |
| 2007년 3월~9월 | 430 | 430 | 417 | 430 |
| 2008년 2월~4월 | 496 | 496 | 455 | 496 |

3) 가격 공동결정체제 유지를 위한 노력

가) 가격 공동결정체제 유지 방법

(1) 시장조사 담당직원들을 통한 상시적인 경영정보 교환

212　　　　　피심인들은 이 사건 공동행위 기간 동안 시장조사 담당직원들을 통하여 각 사의 제품 현황, 가격 정보, 판매목표, 판매실적, 거래처에 대한 영업지원책, 판촉 및 홍보 계획, 신제품 출시 계획, 내부 조직 및 임원 변경 정보 등 거의 모든 경영정보를 상시적으로 교환하였고, 심지어 각 사 대표의 신년사, 영업사원에 지급하는 유류대 정보 등까지도 교환하였다. 이러한 사실은 '소갑157호증 경영정보 교환 자료'(소갑157호증의1~341)[74], '야쿠르트 자사실적경쟁사통보TOOL(종합)'(소갑158호증), 삼양 김○○ 확인서(소갑3호증), 삼양 위○○ 진술서(소갑18호증), 삼양 민○○ 진술서(소갑20호증) 등에서 확인된다.[75]

---

74) 삼양 김○○ 2004년 업무수첩 기재내용, 2003~2008년 삼양 송·수신 메일자료, 삼양 마케팅팀 CD 저장 자료를 통틀어 '소갑157호증 경영정보 교환 자료'라고 한다.

75) 야쿠르트 대표이사 양○○은 판매실적, 영업지원정책, 신제품 출시계획 등은 그에 관한 정보를 경쟁사에 제공할 수 없는 영업상 비밀이라고 진술하였다(소갑37호증 야쿠르트 양○○ 확인서).

213   '거래처에 대한 영업지원책' 정보는 특약점 등 거래처에 대한 할인금, 장려금 등 각종 형태의 지원 조건, 산출방법 등에 대한 상세한 정보로 실제 거래가격에 대한 정보라고 할 수 있다. 그런데 <별지 1>과 같이 피심인들 사이에 상시적으로 교환되었다.[76]

214   신제품 출시 계획[77], 판촉 및 홍보 계획, 제품 정보 등은 경쟁이 활발한 정상적인 시장에서라면 경쟁의 핵심적 요소라 할 수 있는 매우 민감한 정보이지만 <별지 2>와 같이 사전에 피심인들 사이에 상시적으로 교환되었다.

215   품목별로 상세한 판매실적 자료 및 판매목표 정보도 <별지 3>과 같이 피심인들 사이에 상시적으로 교환되었다.[78]

216   판매실적 자료를 상시적으로 교환함으로써 아래 <표 110>, <표 111>과 같이 타사의 시장 점유율변동 현황, 판매 상황 등을 지속적으로 확인할 수 있었다.

<표 110>  농심 유통조사팀 작성 '2004년 10월 사별 판매실적 현황'(소갑159호증)

---

76) 삼양에서 입수한 삼양 이메일 송·수신 내역과 문서 파일의 등록정보 등을 통하여 파악된 내용, 즉 피심인들이 이메일을 통하여 정보를 교환한 결과 물증이 남아 있는 자료만을 토대로 하여 피심인들 간의 경영정보 교환 내역을 <별지 1> 내지 <별지 4>와 같이 작성하였다. 그런데, 피심인들은 이메일 외에도 팩스, 전화, 대면만남 등을 통해서 각종 정보를 수시로 교환하였다. 따라서 위 표에 기재된 정보교환 내역은 피심인들이 행한 정보교환의 일부에 불과할 뿐이고, 실제 정보교환의 양과 횟수는 헤아릴 수없이 많으며 교환된 정보의 범위와 내용도 더욱 광범위 하다(소갑13호증 삼양 김○○ 진술서, 소갑18호증 삼양 위○○ 진술서 등).
77) 신제품이 출시되기 전에 타사에 신제품의 가격(공장도가, 소비자가), 주요 수요층, 포장 디자인, 생산 설비 등 신제품과 관련된 거의 모든 정보와 신제품의 견본제품이 제공되었다.
78) 농심은 삼양이 농심에 제공한 판매실적 자료의 정확성이 떨어진다는 이유로 삼양과의 판매실적 교환을 중단하였다가 농심의 요구로 삼양과의 판매실적 교환이 재개되기도 하였다. 농심과 삼양의 판매실적 교환 중단 기간 동안에도 농심이 다른 피심인들과는 정상적으로 판매실적을 교환하였기 때문에 삼양은 다른 피심인들로부터 농심의 판매실적을 확보하였다(소갑3호증 삼양 김○○ 확인서). <별지 3>의 판매실적 정보 교환 내역을 보면, 삼양은 주로 야쿠르트를 통해 농심의 판매실적 상세 정보를 입수하였음을 알 수 있다.



<표 111>    농심 유통조사팀 작성 '2004년 10월 사별 판매실적 현황'(소갑159호증)



| 구분 | 03년10월 | 11월 | 12월 | 04년1월 | 2월 | 3월 | 4월 | 5월 | 6월 | 7월 | 8월 | 9월 | 10월 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 농심 | 74.7 | 74.6 | 76.5 | 75.5 | 73.5 | 73.5 | 73.0 | 71.8 | 70.9 | 72.1 | 73.0 | 74.0 | 73.9 |
| 삼양 | 10.0 | 10.4 | 9.4 | 10.5 | 11.1 | 10.4 | 10.7 | 10.8 | 10.4 | 10.4 | 10.5 | 10.4 | 10.6 |
| 야쿠르트 | 6.2 | 5.8 | 4.6 | 5.4 | 5.9 | 6.1 | 7.4 | 8.0 | 9.5 | 7.8 | 7.3 | 6.4 | 5.9 |
| 오뚜기 | 9.1 | 9.2 | 9.4 | 8.6 | 9.5 | 10.0 | 8.8 | 9.3 | 9.2 | 9.6 | 9.2 | 9.2 | 9.5 |
| 계 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

217    특히, 제품별로 판매수량과 판매금액을 상세하게 교환하였으므로 특정 제품의 판매금액을 판매수량으로 나누면 그 제품의 실제 판매가격을 산출해 낼 수가 있어 가격인상 시에 주고받은 가격대로 판매하는지 등에 대해 확인이 가능하였다.

218    또한, 미리 주고받은 거래처에 대한 영업지원책, 판촉 및 홍보 계획 등이 제공한 정보의 내용대로 실시되었는지, 이러한 정책들이 효과가 있었는지 등에 대한 검증 및 분석도 가능하였다.

219      가격인상 전후의 판매실적 자료를 이용하여 가격 인상에 따른 시장의 변화(가격인상 제품의 매출액 변화 추이, 가격인상 금액과 그에 따른 매출 금액 변화 분석 등)에 대한 예측 및 분석도 가능하였다.

220      이러한 사실은 각사의 제품별 3개월 평균 매출액(2003년 9월~11월)에 각각의 가격인상률을 적용하여 2003년 12월~2004년 4월 가격인상 이후 각사의 제품별 매출액 및 그에 따른 시장점유율 변화 추이를 예측한 농심 유통조사팀 작성 자료 등에 의해 확인된다.

<표 112>      농심 유통조사팀 작성 '각 사별 가격 인상 이후 M/S변화 추이'(소갑160호증)

(단위 : 백만원)

| 구 | 분 | 3개월 평균 매출금액 (2003년9월~11월) | 가격인상에 따른 매출증가율 | 가격인상 지분조정 후 매출 금액 | 가격인상 이전 M/S | 가격인상 후 M/S | M/S 증감 |
|---|---|---|---|---|---|---|---|
| 농 심 | 봉 지 면 | 57,044 | 4,601 | 61,645 | 76.7% | 76.7% | 0.0%P |
| | 용 기 면 | 17,454 | 1,235 | 18,689 | 75.6% | 75.7% | 0.1%P |
| | 면 류 계 | 74,498 | 5,836 | 80,334 | 76.5% | 76.5% | 0.0%P |
| | 스 낵 류 | 27,931 | 27,931 | 55,862 | 80.0% | 80.0% | 0.0%P |
| | 계 | 102,429 | 33,767 | 136,196 | 77.4% | 77.9% | 0.5%P |
| 삼 양 식 품 | 봉 지 면 | 8,592 | 712 | 9,304 | 11.6% | 11.6% | 0.0%P |
| | 용 기 면 | 603 | 46 | 649 | 2.6% | 2.6% | 0.0%P |
| | 면 류 계 | 9,195 | 758 | 9,953 | 9.4% | 9.5% | 0.1%P |
| | 스 낵 류 | 5,083 | 5,083 | 10,166 | 14.6% | 14.6% | 0.0%P |
| | 계 | 14,278 | 5,841 | 20,119 | 10.8% | 11.5% | 0.7%P |
| 한 국 야 쿠 르 트 | 봉 지 면 | 1,274 | 113 | 1,387 | 1.7% | 1.7% | 0.0%P |
| | 용 기 면 | 4,148 | 291 | 4,439 | 18.0% | 18.0% | 0.0%P |
| | 면 류 계 | 5,422 | 404 | 5,826 | 5.6% | 5.5% | -0.1%P |
| | 스 낵 류 | 1,895 | 1,895 | 3,790 | 5.4% | 5.4% | 0.0%P |
| | 계 | 7,317 | 2,299 | 9,616 | 5.5% | 5.5% | 0.0%P |
| 오 뚜 기 | 봉 지 면 | 7,424 | 606 | 8,030 | 10.0% | 10.0% | 0.0%P |
| | 용 기 면 | 870 | 57 | 927 | 3.8% | 3.8% | 0.0%P |
| | 면 류 계 | 8,294 | 663 | 8,957 | 8.5% | 8.5% | 0.0%P |
| | 계 | 8,294 | 663 | 8,957 | 6.3% | 5.1% | -1.2%P |
| 계 | 봉 지 면 | 74,334 | 6,032 | 80,366 | 100.0% | 100.0% | 0.0%P |
| | 용 기 면 | 23,075 | 1,629 | 24,704 | 100.0% | 100.0% | 0.0%P |
| | 면 류 계 | 97,409 | 7,661 | 105,070 | 100.0% | 100.0% | 0.0%P |
| | 스 낵 류 | 34,909 | 34,909 | 69,818 | 100.0% | 100.0% | 0.0%P |
| | 계 | 132,318 | 42,570 | 174,888 | 100.0% | 100.0% | 0.0%P |

221      타사 내부 조직 및 인사 변동 정보, 타사 대표의 신년사 등 타사의 내부 조직과 관련된 사항도 <별지 4>와 같이 피심인들 사이에 상시적으로 교환되었다.

222      피심인 각 사 시장조사 담당 직원들이 입수한 타사의 정보는 주기적으로 보고되어 피심인들 각 사의 의사결정에 중요한 자료로 활용되었을 것으로 보인다.

223        이러한 사실은 농심 '전략마케팅팀 주간 업무 추진 계획'(소갑76호증)의 '전주 주요 업무 추진 계획(1/14~1/18)' 란에 '면류사 1월 영업정책 분석/보고', '삼양식품 판매장려금 변경내역 분석/보고', '오뚜기 조직개편 동향 보고' 등이 기재되어 있는 점, '금주 주요 업무 추진 계획(1/21~1/25)' 란에 '경쟁사 통보용 실적 작성', '삼양식품 기본 장려금 변경 현황 보고' 등이 기재되어 있는 점, 야쿠르트 면운영팀 작성의 '시장조사 업무 Manual'(소갑161호증)[79]에 '경쟁사 당월목표 및 전월 판매실적, 경쟁사 당월 영업지원정책, 경쟁사 전월 품목별 영업실적' 등을 입수하여 보고서를 쓰도록 기재되어 있는 점, 농심 윤○○은 자신이 영업본부장으로 있을 당시 매달 초 타사 매출실적을 보고 받은 사실이 있다고 진술하고 있는 점(소갑24호증) 등에 의해 확인된다.

224        이 사건 공동행위 기간 동안의 피심인 4개사 시장조사 담당 직원들의 명단 및 소속은 앞 <표 39>에서 언급하였다. 이들 피심인 4개사 시장조사 담당 직원들은 서로 모임을 갖기도 하였는데[80], 이를 일명 '면류사 모임'이라고 한다. 이러한 모임을 통해 형성된 친밀감이 바탕이 되어 각 사의 민감한 경영정보가 수시로 전화, 이메일 등을 통해 교환될 수 있었다(소갑3호증 김○○ 확인서, 소갑18호증 삼양 위○○ 진술서).

225        피심인들은 위 모임 참석을 시장조사 담당 직원들의 업무로 인식하였다. 이러한 사실은 삼양 마케팅팀장 서○○의 2008년 업무용 탁상 달력 '1. 17. 란'에 "면류사 모임(종문)"이 기재되어 있는 점(소갑163호증), 야쿠르트 유통마케팅팀 작성의 '유통마케팅팀 업무분장 개정(안)'에 "경쟁업체 시장조사 모임 참석"이 유통마케팅팀의 업무 내용으로 기재되어 있는 점 등에 의해 확인된다.

<표 113>        야쿠르트 유통마케팅팀 작성 2006. 1. 3.자
'유통마케팅팀 업무분장 개정(안) 제출'(소갑164호증)

---

79) 야쿠르트 이○○은 2005. 4. 27. 삼양 마케팅실에 '시장조사 업무 Manual'을 이메일로 전달하여 삼양의 시장조사 업무에 도움을 주었다(소갑162호증 2005. 4. 27.자 이메일).
80) 활발히 모임을 가진 기간에는 매월 1회 정도 모임을 하였다.

·작성부서: 유통마케팅팀 ·작성일시 06. 01. 03 ·수신: 경영전략팀
업무분장규정 개정 요구(안) 부서명: 유통마케팅팀

| 구분 | 내용 |
|------|------|
| 업무분장 | **6. 마케팅 조사**<br>가. 경쟁사 및 마케팅동향 조사<br>1) 경쟁사 실적 및 마케팅동향 조사<br>2) **경쟁업체 시장조사 모임 참석**<br>나. 제품 관련 조사 |

226    피심인들은 각 사의 경영정보를 상시적으로 교환하여 경쟁사의 움직임을 항상 환히 들여다 볼 수 있었는데, 이는 담합 이탈자가 쉽게 드러나는 시장의 투명성을 크게 증가시키고 의사결정상의 불확실성을 제거하여 결국 이 사건 공동행위를 촉진하고 그 내실을 강화하는 작용을 하였다.


   (2) '라면협의회'를 통한 임원간의 교류 및 정보교환


227    라면협의회는 국세청의 주관 하에 무자료 거래 근절 등을 본래 목적으로 하여 구성되었고, 피심인 4개사가 회원사로 참여하고 있다.


228    라면협의회 회장은 농심 고위 임원이 담당하고, 나머지 3개사 임원이 위원으로 참여하였다. 각사의 부장, 과장급 직원이 간사로 참여하였으며, 피심인들은 각각 1명의 직원을 라면협의회에 파견하였다.[81]


229    라면협의회는 매년 3월말에 전년도 활동을 결산하고 신년도 예산을 승인하는 정기 총회를 개최하였으며, 정기 총회일 2~3주 전에 정기 총회 준비를 위한 간사회의를 개최하였다. 라면협의회 정기총회 개최현황은 아래 <표 114>와 같다.


<표 114>        라면협의회 정기총회 개최현황(소갑50호증)

---

[81] 위원과 간사는 비상근직이며 라면협의회의 실제 업무는 사무국장이 주관하고 있고, 파견직원들도 사무국장의 지휘·감독을 받는다. 회원사는 라면협의회가 지출하는 경비를 부담하는데, 각사의 전년도 시장점유율을 기준으로 하여 분담·갹출하고 있다.

| 일시 | 장소 | 참석자 | | | | |
|---|---|---|---|---|---|---|
| | | | 농심 | 삼양 | 오뚜기 | 야쿠르트 |
| 2001. 3. 28. | 이태원 캐피탈호텔 | 위원 | 윤○○ | 안○○ | 최○○ | 윤○○ |
| | | 간사 | 김○○ | 김○○ | 성명미상 | 주○○ |
| 2002. 3. 21. | 이태원 캐피탈호텔 | 위원 | 윤○○ | 안○○ | 최○○ | 박○○ |
| | | 간사 | 김○○ | 김○○ | 정○○ | 주○○ |
| 2003. 3. 31. | 이태원 캐피탈호텔 | 위원 | 윤○○ | 안○○ | 이○○ | 박○○ |
| | | 간사 | 김○○ | 김○○ | 정○○ | 이○○ |
| 2004. 3. 25. | 이태원 캐피탈호텔 | 위원 | 윤○○ | 안○○ | 이○○ | 윤○○ |
| | | 간사 | 김○○ | 김○○ | 조○○ | 이○○ |
| 2005. 3. 22. | 이태원 캐피탈호텔 | 위원 | 윤○○ | 안○○ | 김○○ | 경○○ |
| | | 간사 | 김○○ | 김○○ | 은○○ | 이○○ |
| 2006. 3. 28. | 이태원 캐피탈호텔 | 위원 | 장○○ | 김○○ | 김○○ | 경○○ |
| | | 간사 | 김○○ | 정○○ | 은○○ | 김○○ |
| 2007. 3. 28. | 이태원 캐피탈호텔 | 위원 | 손○○ | 이○○ | 김○○ | 김○○ |
| | | 간사 | 김○○ | 전○○ | 은○○ | 김○○ |
| 2008. 3. 26. | 이태원 캐피탈호텔 | 위원 | 장○○ | 이○○ | 김○○ | 김○○ |
| | | 간사 | 김○○ | 김○○ | 은○○ | 김○○ |

230    라면협의회는 라면 제품의 무자료 거래 예방, 유통질서 정상화 등 정상적 거래를 촉진하기 위해 구성되었지만, 피심인들 간에 가격 관련 합의 혹은 동향 파악 등 상호 협력을 용이하게 하는 창구로서 기능을 하였다.[82]

231    피심인들은 앞서 본 바와 같이 2001. 3. 28. 개최된 정기 총회에서 농심과 정부와의 가격인상 협의 진행 상황, 대략적인 가격인상률 등을 확인하였고, 2008. 3. 26. 개최된 정기 총회에서 가격인상이 몰고 올 비난 또는 파장에 대해 논의하면서 가격을 다시 인하할 수는 없다는 방침에 대하여 공감대를 형성하였다. 또한 2007. 3. 28. 개최된 라면협의회 정기 총회에서도 각 사의 가격인상 계획과 관련한 정보를 교환하였다.

<표 115>          삼양 영업담당 중역 이○○의 확인내용(소갑10호증)

---

82) 라면협의회 정기 총회와 간사회의의 공식 안건은 라면협의회 비용분담금 협의, 라면협의회 총회 개최 준비, 라면협의회 관련 교육 실시 계획 등이었으나, 피심인 4개사의 고위 임원들이 참석하여 업계 상호 간의 관심사를 나누고 서로 협조할 부문에 대한 협의가 가능하였다. 이러한 민감한 논의는 주로 공식 회의 전·후 또는 점심시간에 이루어졌는데 그 정도 시간으로도 각사의 입장을 파악하고 공유하는 데 충분하였다(소갑8호증 삼양 안○○ 2011. 5. 6.자 진술서, 소갑10호증 삼양 이○○ 확인서).

> 2007년도 라면협의회 정기총회가 개최될 당시, 농심이 2007. 3. 1.자로 가격인상을 시행한 이래 회원사들이 시차를 두고 가격인상을 진행하던 시점이었기 때문에 정기총회 참석자들은 모두 라면류 가격인상에 관심을 가지고 있었습니다. (중략) 참석위원들에게 정식 회의 시작 전에 본인이 "우리(삼양)는 곧 가격을 인상할 것"이라고 얘기하였습니다. 그리고 본인은 아직 가격을 인상하지 않고 있던 오뚜기의 김○○ 이사에게 "오뚜기는 가격을 안 올리나요?"라고 질의하였고, 이에 오뚜기의 김 이사는 "아직 가격인상 계획이 없다"라고 답변하였습니다.

232        라면협의회 간사회의도 각 사의 가격인상 정보를 포함하여 각종 정보를 교환하고 상호 입장을 확인하는 데 매우 요긴한 자리가 되었다. 간사회의는 실무 직원들이 참석하여 실제 더 필요한 구체적인 정보가 교환되었다. 이러한 사실은 야쿠르트 작성의 2008. 3. 19.자 '라면거래질서정상화협의회 관련사항 요약'[83], 삼양 김○○의 진술서(소갑12호증) 등에 의해 확인된다.

<표 116>       <u>야쿠르트 작성 2008. 3. 19.자</u>
<u>'라면거래질서정상화협의회 관련사항 요약'(소갑165호증)</u>



233        라면협의회는 피심인들 공동으로 라면 제품 유통가격까지 관리할 수 있는 기회로 활용되었다. 이러한 사실은 삼양 김○○ 확인내용(소갑4호증, 소갑5호증) 등에 의해 확인된다.

---

83) 2008. 3. 19. 개최된 라면협의회 간사회의에는 농심 김○○, 이○○, 삼양 김○○, 오뚜기 은○○, 야쿠르트 김○○이 참석하였다(소갑11호증 삼양 김○○ 확인서).

<표 117>                      삼양 영업관리팀장 김○○의 확인내용(소갑4호증)

> 라면업계의 입장에서는 국세청의 관리 하에 유통가격을 관리할 수 있는 좋은 기회가 되었습니다.
> (중략) 가격인상에 앞서 각사의 시장조사업무/대외업무 담당자가 앞서 정보를 교환하고, 인상
> 이후에는 각 회사의 영업팀이 특약점을 비롯한 유통채널에서의 가격현황을 살피는 한편, 가격
> 덤핑과 같이 업계의 가격체계를 흔들 수 있는 사항에 대해서는 라면협의회를 통해 대응에 나
> 섰다고 볼 수 있습니다.

 (3) 구가지원 제도를 통한 가격미인상 업체 견제

234      라면 시장의 중요한 특징 중 하나는 가격인상 후 일정 기간 가격인상 제품을
종전 가격으로 거래처에 제공한다는 것이다. 피심인들이 모두 예외 없이 시행하였
데 이를 '구가지원'이라고 부른다.

235      구가지원 제도의 본래 목적은 가격인상 전 제품, 즉 재고분에 대한 판매 촉진,
판매점에 추가 이익 기회 제공, 거래선 이탈 방지 등이었으나, 담합을 촉진하는 구조
적 요소로 작용하였다.

236      농심은 가격을 인상한 후에 일반적으로는 1주일 정도 구가지원을 실시하였
데 그 기간을 신축적으로 운용으로써, 다른 피심인들의 조속한 가격인상 참여를
유도하기도 하고, 가격인상 시기를 늦춰 매출액과 시장점유율 증대의 기회로 삼고자
하는 시도를 견제하기도 하였다.

237      국내 라면 시장은 과점적 구조 하에서의 상시적인 정보교환으로 담합 이탈자
가 쉽게 드러나는 시장의 투명성이 크게 증가되었는데, 여기에 더하여 구가지원 기
간의 신축적 운용을 통하여 경쟁사들의 담합 이탈자에 대한 즉각적인 견제와 보복이
가능하였던 것이다.

238      이러한 사실은 2004년 12월 농심의 가격인상 이후 삼양과 오뚜기의 가격인상
이 지연되자 거래처들이 가격이 인상되지 않은 제품을 선호하였고, 이에 대응하여

농심이 전폭적인 가격지원을 실시하였음을 보여주는 야쿠르트 면운영팀 작성의 '가격인상 효과 분석'(소갑172호증), 농심의 이례적인 구가지원 기간 연장[84]으로 인하여 삼양이 가격인상을 늦출 실익이 줄어 가격인상을 실시하였다는 삼양 김○○ 진술내용(소갑13호증) 등에 의해 확인된다.

<표 118>       야쿠르트 면운영팀 작성 '가격인상 효과 분석'(소갑172호증)

| ● 가격 인상 효과 분석 | |
|---|---|
| 구분 | 시장 현황 |
| 가격 전략 | ■ 농심 → 당사 → 삼양 → 오뚜기 순으로 가격인상<br> 인상 소요 기간 3개월 이상으로 최장 기간 소요<br>■ **삼양·오뚜기 인상시기 지연으로 농심 82일간의 전폭적인 가격지원 전략** |
| 시장 반응 | ■ 소비자 반응<br>***전년대비 판매수량 감소로 소비자 가격 저항 체감**<br>*구체적인 소비자 반응 5월 이후 측정 가능<br>■ 도·소매상 등 시장 반응<br>***마진 확보를 위해 가격 미인상/가격지원 제품 선호**<br>*가격에 의한 각사 제품 Push정책으로 시장 혼돈<br> → 공급 포화 및 제품 체화, 시장가격 난립 |

나) 라면가격 공동결정체제 유지의 필요성

 (1) 라면 제품 및 라면 시장의 특징

*239*       피심인들이 제조·판매하는 라면 제품은 품질 차이가 거의 없고, 소비자들이 라면 가격에 민감하여 가격이 중요한 경쟁 요소이다.

---

84) 농심이 2004. 12. 24. 가격인상을 한 이후 구가지원 기간을 계속 연장하여 2005년 3월까지 구가지원을 실시한 사실은 야쿠르트 면운영팀 작성의 2005. 2. 11.자 '면제품 가격인상 시기 조정 의뢰'(소갑102호증), 야쿠르트 면운영팀 작성의 2005. 1. 5.자 '라면 가격인상 계획(안)'(소갑111호증)에 첨부되어 있는 '경쟁사 동향', 삼양 수원지점 작성의 '주간보고서'(소갑166호증), 야쿠르트 면운영팀 작성의 '가격인상 효과 분석'(소갑172호증) 등에 의해 확인된다.

240       피심인들 주요 제품 간에 품질 차이가 없다는 점은, 농심이 2007년 9월경 작성한 '라면 판매 재도약 워크샵 결과 보고'에 농심 신라면, 삼양 삼양라면, 오뚜기 진라면 등의 품질 선호도 차이가 없는 것으로 조사되었다고 기재되어 있는 점 등에 의해 확인된다.

<표 119>          농심 라면 판매 재도약 T/F팀 작성

'라면 판매 재도약 워크샵 결과 보고'(소갑167호증)

241       소비자들이 가격에 민감하다는 사실은, 야쿠르트 유통운영팀이 작성한 '가격인상 효과 분석(2005. 6.)'에 농심이 가격을 인상한 후 삼양과 오뚜기가 가격을 인상하지 않고 있는 사이에 농심 제품은 판매수량이 급감하였고, 삼양과 오뚜기 제품은 판매수량이 급증한 것으로 분석되어 있는 점 등에 의해 확인된다.

<표 120>   야쿠르트 면운영팀 작성 '가격인상 효과 분석(2005. 6.)'(소갑168호증)

| ● 경쟁사 주요 제품 가격인상 후 판매 동향 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 구분 | | 판매수량(천식) | | | 판매금액(백만원) | | | 판매 분석 |
| | | 2004년 1~5월 | 2005년 1~5월 | 전년대비 증감률 | 2004년 1~5월 | 2005년 1~5월 | 전년대비 증감률 | |
| 봉지면 | 농심 | **신라면** 321,810 | 304,538 | **-5.4%** | 129,915 | 131,427 | 1.2% | **가격인상 후 급격한 판매 감소** |
| | | 안성탕면 201,504 | 199,101 | -1.2% | 73,700 | 79,939 | 8.5% | **가격인상 후 판매 감소** |
| | | 짜파게티 81,660 | 65,770 | -19.5% | 38,984 | 33,780 | -13.3% | **가격인상 후 판매 감소** |
| | | 너구리 61,770 | 49,089 | -20.5% | 27,247 | 23,435 | -14.0% | |
| | 삼양 | **삼양라면** 81,210 | 108,117 | **33.1%** | 31,493 | 41,647 | 32.3% | **농심 가격인상 후 판매 급증** |
| | | **수타면** 11,370 | 15,362 | **35.1%** | 4,769 | 6,459 | 35.4% | **농심 가격인상 후 판매 급증** |
| | | 대관령김치 9,783 | 10,271 | 5.0% | 3,324 | 3,397 | 2.2% | |
| | 오뚜기 | **진라면** 41,070 | 51,390 | **25.1%** | 15,234 | 18,983 | 24.6% | 경쟁제품 가격인상 후 판매 증가 |
| | | **열라면** 7,050 | 9,540 | **35.3%** | 2,613 | 3,519 | 34.7% | 경쟁제품 가격인상 후 판매 증가 |
| 용기면 | 농심 | 신라면컵 56,430 | 56,044 | -0.7% | 24,829 | 26,509 | 6.8% | 저가제품 판매 감소 폭 적음 |
| | | **신큰사발** 34,800 | 31,235 | **-10.2%** | 20,288 | 19,241 | -5.2% | **가격인상 후 급격한 판매 감소** |
| | | 육개장 45,816 | 50,765 | 10.8% | 20,159 | 24,012 | 19.1% | 판매 증가(소비자 행사 영향) |
| | 삼양 | 삼양라면컵 11,562 | 10,575 | -8.5% | 4,776 | 4,711 | -1.4% | |
| | | 삼양큰컵 2,802 | 2,407 | -14.1% | 1,623 | 1,340 | -17.4% | |
| | 오뚜기 | 비빔볶이류 264 | 6,000 | | 153 | 3,089 | | |
| | | **진라면컵** 4,935 | 6,510 | **31.9%** | 1,957 | 2,578 | 31.7% | 경쟁제품 가격인상 후 판매 증가 |

242    또한 2001년 농심 가격인상 시 신라면의 판매수량 변화를 분석해보면, 가격인 상이 있은 2001년 5월에는 가수요[85])에 의해 판매수량이 급증하고, 가격인상 다음달 인 2001년 6월과 7월에는 판매 수량이 크게 감소하여 해당 월의 연내 점유율이 최근 10년 간 가장 낮고, 월 점유율 평균치보다 크게 낮은 것으로 나타난다. 이러한 판매 하락세는 타사의 가격 인상이 마무리 된 2001년 8월에 이르러 회복세를 보인다. 이 러한 추세는 다른 가격인상 시에도 마찬가지로 나타난다.

<표 121>        2001년 가격인상 시 농심 신라면 판매수량 변화

(단위: 식)

| 01월 | 02월 | 03월 | 04월 | 05월 | 06월 | 07월 | 08월 | 09월 | 10월 | 11월 | 12월 | 합계 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 82,049 | 73,095 | 82,835 | 70,674 | 103,849 | 55,268 | 62,944 | 72,577 | 77,913 | 69,833 | 76,944 | 84,819 | 912,804 |

* 자료출처 : 피심인 제출자료

<표 122>        6월, 7월, 8월 판매수량이 연간 판매수량 중 차지하는 비중(신라면)

| 구분 | '01년 | '02년 | '03년 | '04년 | '05년 | '06년 | '07년 | '08년 | '09년 | '10년 | 평균 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6월 | 6.05 | 7.44 | 7.37 | 7.29 | 8.13 | 7.45 | 7.13 | 7.14 | 8.20 | 8.04 | 7.61 |
| 7월 | 6.90 | 8.00 | 8.49 | 8.40 | 7.56 | 8.81 | 7.99 | 7.53 | 7.58 | 6.84 | 7.91 |
| 8월 | 7.95 | 8.57 | 8.77 | 7.51 | 8.09 | 8.06 | 7.88 | 8.33 | 8.27 | 7.81 | 8.14 |

(단위: %)

* 자료출처 : 피심인 제출자료

243    가격을 인상하면 판매수량이 감소하는 현상은 대체적으로 가장 늦게 가격을 인상한 오뚜기의 경우에도 마찬가지로 나타났다.

<표 123>        오뚜기 영업본부장 김○○의 진술내용(소갑33호증)

| |
|---|
| 문: 가격을 인상하면 판매량은 어떻게 변화되는가요?<br>답: 3, 4개월 정도는 판매량과 매출액이 동시에 떨어집니다. 3, 4개월 후에 회복이 됩니다. 가 격인상을 해서 판매량이 떨어지면 인상 효과가 없어집니다. 사실은 그렇기 때문에 가격인 |

---

85) 라면 가격인상 시기와 맞물려 차익을 노리는 거래처의 수요 증가로 가격인상 당월 혹은 이전 월에는 판매수량이 급증하게 되는데, 이를 이른바 '가수요'라고 한다.

> 상은 신중해야 합니다.
> 문: 오뚜기는 다른 회사 제품이 다 오른 뒤에 가장 늦게 올리는데도 판매량이 떨어지는가요?
> 답: 가장 늦게 올리더라도 저항이 있습니다. 판매량이 떨어집니다.

244      한편, 국내 라면 시장은 1998년을 기점으로 포화상태에 진입하여 판매수량이 정체하게 되었다. 따라서 매출을 신장시키기 위해서는 제품의 가격을 인상하거나 출혈경쟁을 통해 타사의 시장점유율을 잠식할 수밖에 없는 상황이 되었다.

<표 124>          오뚜기 마케팅실장 서○○의 진술내용(소갑34호증)

> 문: 시장이 정체되어 있는데 매출액을 늘리려면 어떻게 해야 하는가요?
> 답: 여러 가지 판촉활동을 통해서 다른 회사의 시장 점유율을 뺏어 와야 합니다. 덤을 준다거나 매장 내에서 진열을 확대한다거나 쿠폰행사 등을 합니다. 시식도 활동도 합니다. 쿠폰행사는 카드회사와 제휴하여 소비자가 제품을 특정카드로 사면 얼마를 할인해준다는 것입니다.

245      가격인상을 통해 매출 및 이윤을 증진시켜야 할 필요성이 매우 큰 반면 가격인상에 대한 소비자들의 저항이 강하여 가격인상은 피심인들에게 매우 민감한 사항이다.

246      따라서 가격인상에 따르는 위험부담을 최소화하면서 가격인상을 성공으로 이끌려는 피심인들 공동의 이해관계가 피심인들이 가격 공동결정 체제를 유지한 중요한 유인으로 작용하였을 것으로 보인다.

  (2) 단독 가격인상으로 인한 매출액 감소 및 이미지 훼손 회피

247      어느 한 업체가 단독으로 가격을 인상하면 매출액 감소와 이미지 훼손이 필수적으로 수반된다. 피심인들이 공동으로 가격을 인상하는 방식은 가격을 인상하면서도 가격인상으로 인한 매출액 감소 및 이미지 훼손을 피하고 점유율을 유지하기 위한 가장 효과적인 수단으로 활용되었다.

248      단독으로 라면 가격을 인상할 경우 매출액 감소와 이미지 훼손이 수반된다는 사실은 삼양이 가격 인상시기를 미루었던 2004년 12월～2005년 4월 가격인상 시 가

격인상 효과를 분석한 위 <표 120>의 야쿠르트 면운영팀 작성의 '가격인상 효과 분석(2005. 6.)', 삼양라면 판매현황 분석 자료(소갑169호증)[86], 2007년 가격인상 시 농심의 가격인상에 따른 시장의 반응을 분석한 오뚜기 마아케팅 3팀 작성의 2007. 2. 28.자 '농심 라면, 스낵류 가격 인상 관련 보고' 등에 의해 확인된다.

<표 125>　　　　오뚜기 마아케팅3팀 작성 2007. 2. 28.자
'농심 라면, 스낵류 가격 인상관련 보고'(소갑130호증)

| |
| --- |
| 4. 농심의 가격인상에 따른 시장반응<br> 1) 언론매체 및 인터넷에 올라온 부정적인 의견으로는<br>　－ 환율하락은 전혀 고려하지 않고 비용상승부분만 적용한 기업의 횡포다.<br>　－ 라면은 더 이상 서민의 주식이 아니다.<br>　－ 라면은 비싸도 몸에 좋은 것이 아니니까 저가라면을 애용하겠다.<br>　－ 영업이익 1,491억, 순이익 1,128억임에도 인상하는 이유를 모르겠다는 반응임 |

249　　　　농심은 위 <표 112>와 같이 가격인상 전 3개월 평균 매출액에 각사의 가격인상률을 적용하여 가격인상 이후 각사의 점유율 변화를 예측하기도 하였는데, 그 자료를 보면 가격인상 이후 점유율의 변화가 거의 없는 것으로 나타난다.

250　　　　한편, 피심인들은 가격인상을 검토하는 과정에서 자사의 매출목표를 책정함에 있어서 가격 인상에 따른 수요 감축을 고려하지 않고, 오히려 가격인상률만큼의 매출액이 증가될 것으로 여기는 것이 일반적이었다.

251　　　　이러한 사실은 농심 기획팀 작성의 '2008년 제품 가격조정 방안'(소갑170호증), 삼양 정○○가 작성한 2007. 7월 업무일지 각 기재내용, 농심 기획팀장 이○○의 진술조서 등에 의해 확인된다.

<표 126>　　　　농심 기획팀장 이○○의 진술내용(소갑26호증)

| |
| --- |
| 진술인에게 '2008년 제품 가격조정 방안' 5면을 보여 준 후 |

---

86) 농심이 가격을 인상한 2004. 12월부터 삼양이 가격을 인상하기 전인 2005. 3월까지의 삼양의 판매실적을 전년도의 동기간 및 직전 4개월(2004. 8월~12월)의 판매실적과 비교하여 보면, 판매수량은 각각 46.4%, 33.1%, 매출은 각각 53.2%, 33.6% 증가한 것으로 나타난다.

> 문 : 가격조정시 매출기여액을 분석한 자료로 보입니다. 매출기여액은 어떤 근거로 산정되
>     었는가요?
> 답 : 신라면이 100원 오르면 회사는 65원 정도(부가세를 제외한 공급가액)의 매출이 잡힙
>     니다. 부가가치세를 제외한 65원과 작년도 판매량을 곱해서 나온 금액입니다.
> 문 : 가격조정 시 판매수량 감소는 고려하지 않는가요?
> 답 : 고려하지 않습니다. 변수가 너무 많아서 고려하지 않습니다.

<표 127>          삼양 정○○의 2007년 7월 업무일지 기재내용(소갑171호증)

> * 목표 조정 내역
> 1~3월 실제 매출액 목표 책정
> 4월 이후 인상 근거 조정(257억 6천)
> 전년 실적 + 가격 인상율 ⇒ 기준 매출

252     가격이 수요에 영향을 미치는 정상적인 경쟁 시장이라면 가격을 인상하면서 가격 인상 이전 수요가 그대로 유지될 것으로 기대하기는 어렵고, 따라서 인상률을 100% 반영한 금액을 가격 인상 후 매출 기준으로 삼는 것은 어려울 것이다.

253     그러나 피심인들은 협조하여 공동으로 가격을 인상하였으므로 가격인상에도 불구하고 특별히 수요의 변화를 신경 쓰지 않아도 되었던 것이다.

 (3) 가격인상에 대한 소비자 및 거래처의 저항 최소화

254     어느 한 업체가 가격을 인상하면 가격을 인상한 제품에 대해서는 소비자 및 거래처의 저항이 발생하고, 가격을 인상하지 않은 업체의 제품에 대한 구매 선호도가 높아진다. 이러한 현상은 압도적인 시장점유율을 가진 농심의 제품이라도 마찬가지로 발생한다.

255     따라서 농심이 먼저 가격인상을 한 후 후발업체들이 가격을 인상하지 않는다면 구가지원 기간 연장 등 거래처에 대한 추가 지원이 불가피해지고, 결국 수익이 제대로 발생하지 않아 가격인상 효과가 없게 된다.

256      이러한 사실은 2004년 12월~2005년 4월 가격인상 시 농심이 가격을 인상한 후 삼양과 오뚜기의 가격인상 시기가 이전의 가격인상 시에 비하여 지연되자 거래처들이 가격을 인상하지 않은 제품을 선호하였고, 이에 대응하여 농심이 전폭적인 가격지원을 실시하였음을 보여주는 야쿠르트 면영업팀 작성의 '가격인상 효과 분석'(소갑172호증), 삼양 김○○의 확인서(소갑3호증) 등에 의해 확인된다.

257      피심인들은 공동 가격결정체제를 유지함으로써 소비자 및 거래처의 저항을 최소화하고 가격인상 효과를 높일 수 있었다.

258      또한, 1990년대 말부터 대형할인점의 가격협상력이 커지면서 식품 업계에서 시장 점유율 1위 업체가 출고가격 인상을 발표하여도 대형할인점의 반발에 부딪쳐 차질을 빚게 되었는데, 피심인들은 공동 가격결정체제를 유지함으로써 대형할인점과의 가격협상에서 협상력을 높일 수 있었다.

259      이러한 사실은 가공식품 가격결정권 관련 기사(소갑173호증), 이마트와 롯데마트의 라면 구매 담당자 확인내용(소갑47호증, 소갑48호증) 등에 의해 확인된다.

<표 128>          롯데마트 라면 구매 담당자의 확인내용(소갑48호증)

| |
|---|
| 라면은 대용식으로 싸게 먹을 수 있는 서민생활품목으로 가격 변동에 민감하여 가격인상에 대한 소비자 저항이 크기 때문에 가격인상 검토를 꼼꼼히 하는 것으로 알고 있습니다. 할인점 입장에서는 제조업체와의 협상을 통해 가격 인상시기를 낮추고, 가격인상폭을 낮추려고 노력을 합니다. 그러한 협상과정에서 다른 업체는 가격을 안 올리는데 왜 너희만 올리느냐 그런 이야기가 오가는데 농심 입장에서는 어차피 원가 인상요인이야 똑같은 것이고 다른 업체도 가격인상 작업 중인 것으로 알고 있다는 이야기를 저희쪽에 한다고 들었던 기억이 납니다. 농심이 가장 먼저 인상요청을 하기는 하는데, 혼자만 올리면 소비자 저항이 강하기 때문에 다른 업체의 신경을 쓸 수밖에 없다고 생각합니다. |

나. 관련 법규정

독점규제 및 공정거래에 관한 법률 제19조(부당한 공동행위의 금지)

①사업자는 계약협정·결의 기타 어떠한 방법으로도 다른 사업자와 공동으로 부당하게 경쟁을 제한하는 다음 각호의 어느 하나에 해당하는 행위를 할 것을 합의(이하 "부당한 공동행위"라 한다)하거나 다른 사업자로 하여금 이를 행하도록 하여서는 아니된다.

   1. 가격을 결정·유지 또는 변경하는 행위

   2.~9. (생략)

②~⑥ (생략)


다. 위법성 판단


 1) 위법성 성립요건

260      피심인들의 행위가 법 제19조 제1항의 부당한 공동행위에 해당하기 위해서는 첫째, 사업자가 법 제19조 제1항 각 호의 행위에 대하여, 둘째, 다른 사업자와 계약·협정·결의 기타 어떠한 방법으로도 합의를 하고, 셋째, 이러한 합의가 부당하게 경쟁을 제한하여야 한다.


 2) 법 제19조 제1항 제1호 해당여부


 가) 가격결정행위의 의미


261      법 제19조 제1항 제1호에서 말하는 '가격'은 사업자가 제공하는 상품 또는 용역의 대가, 즉 사업자가 거래의 상대방으로부터 반대급부로 받는 일체의 경제적 이익을 가리키는 것으로, 당해 상품이나 용역의 특성, 거래내용 및 방식 등에 비추어 거래의 상대방이 상품 또는 용역의 대가로서 사업자에게 현실적으로 지급하여 하는 것이라면 그 명칭에 구애됨이 없이 당해 상품 또는 용역의 가격에 포함된다.[87]

_____

87) 대법원 2001. 5. 8. 선고 2000두10212 판결 참조

262     '가격결정행위'라 함은 최종거래 가격을 결정하는 행위는 물론 최종가격을 결정하는데 필요한 요소를 결정하는 행위를 포괄하는 것으로서 결정대상이 되는 가격은 평균가격, 표준가격, 기준가격, 최고·최저가격 등 명칭 여하를 불문한다.[88]

나) 법 제19조 제1항 제1호 해당여부

263     피심인들은 위 2. 가.와 같이 라면 제품의 출고가격을 동일 또는 유사한 폭으로 공동으로 인상하였다.

264     피심인들이 가격을 결정하는 방식은 라면 제품의 판매 방식에 따라서 차이가 있는데, 라면 제품의 판매 방식은 대리점에 공급되어 소매상을 거쳐 최종 소비자에게 판매되는 방식('시판')과 할인점, 체인슈퍼마켓(SSM) 등에 공급되어 최종 소비자에게 판매되는 형태('직판')의 2가지로 대별된다.

265     피심인들 중 일부는 출고가격에서 일정률을 할인하여 대리점에 공급하기도 하고, 할인점과는 협의를 통해 출고가격 인상폭, 인상시기 등의 일정 부분을 조정하였다. 따라서 출고가격이 실제 거래가격과 일치하는 경우도 있었지만 그렇지 않은 경우도 있었다.

266     그러나 출고가격은 실거래가격의 기준이 되는 가격으로서 출고가격의 인상이 실제 거래가격의 인상을 초래하였다.

267     따라서 피심인들이 라면 제품의 출고가격을 인상한 행위는 법 제19조 제1항 제1호의 행위에 해당한다.[89]

---

88) 대법원 2002. 6. 14. 선고 2000두8905 판결, 대법원 2009. 4. 9. 선고 2007두5387 판결 참조
89) 화장지 제조업체들이 공동으로 엠보싱 두루마리 화장지의 공장도가격을 인상한 건에서 원고(피심인)는, 공장도가격은 대리점 또는 유통점에 실제 공급한 가격과는 전혀 상이하므로 공장도가격을 동일하게 유지했다고 하더라도 이를 가리켜 부당한 공동행위라고 볼 수 없다고 주장하였으나, 대법원은 공장도가격은 실거래가격의 기준이 되는 가격으로서 공장도가격의 변경이 실거래가격의 변경을 초래하므로, 2이상의 사업자가 공장도가격을 결정·유지 또는 변경하는 행위는 법 제19조 제1항 제1호의 '가격을 결정·유지 또는 변경하는 행위'에 해당된다고 판시하였다(대법원 2002. 5. 28. 선고 2000두1386 판결).

다) 합의의 존재여부

  (1) 합의의 의미

268       부당한 공동행위에 있어서의 합의는 사업자간의 의사의 연락을 의미하는 것으로서 계약, 협정 등과 같은 명시적 합의뿐만 아니라 사업자간의 양해와 같은 묵시적 합의 내지는 암묵의 요해에 그치는 경우도 포함된다.

269       그리고 가격인상 합의는 일련의 의사연락이나 교섭을 통해 인상의 필요성에 대한 공감대 형성이나 의견일치, 인상기준이나 방법의 결정, 인상시기·인상품목·인상수준의 조정이나 통일 등의 여러 과정을 거쳐 이루어진다. 따라서 경쟁사업자들간의 의사연락이나 교섭이 이러한 가격인상 과정에 영향을 미쳐 공동보조나 행동통일을 초래한 것으로 추론할 수 있으면 가격인상 공동행위에 관한 합의가 존재하는 것으로 인정할 수 있다.

270       한편, 경쟁사업자간에 이루어지는 이른바 '정보교환'은 관련시장의 구조와 성격, 정보의 성격이나 내용, 정보교환의 시점, 교환주체나 방식 등에 따라 합의의 유력한 증거가 될 수 있다.[90] 이와 관련하여 경쟁사업자간의 가격과 생산정보의 교환은 공동행위를 촉진시키거나 공동행위의 이행을 용이하게 한다는 점에서 명시적 공동행위의 한 유형으로 보기도 한다.

271       특히, 수요 내지 산출량과 같은 통계적 정보가 아니라 일반적으로 기업의 비밀에 속하고 경쟁의 핵심적 요소라고 할 수 있는 가격인상 계획이나 인상 내용과 같은 정보인 경우 공동행위의 목적으로 교환된다고 할 수 있다. 그리고 정보교환의 시점이 다른 경쟁사업자들이 가격인상을 확정하기 이전 단계이거나 일부의 사업자 사이에 은밀히 폐쇄적으로 교환되는 경우 이러한 활동은 합의의 증거가 될 수 있다. 또한 정보교환이 지점 등에서 영업활동에 종사하는 직원간에 이루어지는 것이 아니라 본사의 가격결정 업무와 관련이 있는 임직원간에 이루어지는 경우 이러한 활동은

---

90) 서울고법 2010.11.25. 선고 2009누38390 판결 참조

명시적인 공동행위의 하나로 보아야 할 것이다.

  (2) 합의의 존재여부

*272*        피심인들이 위 2. 가.와 같이 2001년 5월~7월 가격인상 시부터 2010년 1월~2월 가격인하 시까지 총 6차례 라면 제품의 출고가격을 비슷한 시기에 동일 또는 유사한 수준으로 결정한 행위는 다음과 같은 점을 고려할 때, 사업자간의 합의에 의한 것으로 인정된다.

*273*        첫째, 피심인들은 2000년 12월 말(또는 2001년 1월 초) 대표자 회의에서의 가격인상 합의, 라면협의회 정기총회에서의 각사 임원들간의 가격인상 공조 유지 입장 재확인, 농심의 가격인상 계획 언론 발표 및 나머지 피심인들의 가격인상 검토 선언, 가격인상에 관한 세부적인 계획 공유 등의 일련의 과정을 통해 2001년 5월부터 7월까지 순차적으로 가격인상을 실행하였다.

*274*        이러한 일련의 과정을 통해 피심인들은 서로 협조하여 순차적인 가격인상을 실행하기로 하는 공동행위의 합의를 공고하게 형성하였고, 이러한 방식의 순차적인 가격인상은 라면업계의 관행으로 정착되었다.

*275*        둘째, 총 6차례에 걸친 피심인들의 가격인상 방식은 모두 가격인상의 선도적 역할을 한 농심이 가장 먼저 가격인상안을 마련하고, 가격인상 내역, 시기 등 가격인상 정보를 다른 피심인들에게 알려주면, 다른 피심인들도 동일하거나 유사한 선에서 가격을 인상하고, 그 시기 및 내역 등 가격인상 정보를 서로 미리 알려주어 타사의 가격인상 진행상황을 확인하고, 자사의 가격인상안에 반영하면서 서로 협조하여 순차적인 가격인상을 실행하는 방식으로 이루어졌다.

*276*        즉, 피심인들은 라면 가격을 각자의 생산비와 시장 경쟁의 압력의 조건 하에서 소비자에게 최선으로 제공할 수 있는 가격으로 독자적으로 정하지 아니하고, 경쟁사들과 가격인상과 관련된 정보를 교환하고 이를 통해 경쟁사들의 가격동향에 맞

추어 공동으로 가격을 인상해온 것이다.

277        셋째, 또한 피심인들이 교환한 가격인상 관련 정보의 내용을 보면, 가격인상에
관한 상세한 계획(품목별로 개별화된 인상폭과 시기)부터 타사의 가격인상 시점을
파악하는 데만 필요할 뿐, 영업활동을 하는데 필요가 없는 정보들(예를 들어, 부자재
재고 처리 방침, 가격인상 제품 생산계획)에 이르기까지 서로 협조하여 순차적인 가
격인상을 실행하는데 필요한 정보라면, 그것이 공개되는 정보인지 아닌지를 가리지
않고 거의 모든 가격인상 관련 정보를 망라한다.

278        이러한 이 사건 가격인상 관련 정보교환의 성격, 내용 등으로 볼 때, 피심인들
이 담합의 의도를 가지고 정보교환을 하였음을 인정하기에 충분하다.[91]

279        넷째, 피심인들은 위 2. 가. 3)과 같이 상시적으로 각종 경영정보를 교환하였
는데, 그러한 행위는 라면 시장의 구조적 특성, 교환된 정보의 성격, 내용, 교환 빈
도, 방식 등에 비추어 볼 때, 아래와 같이 이 사건 공동행위를 촉진하고 그 내실을
강화하는 작용을 하였다.

280        ① 라면 시장은 피심인 4개사에 의한 과점시장으로서, 각 사는 서로 협력하려
고 할 경우 서로의 조건을 이해하기 쉽고, 담합을 하였을 경우 그 이탈이 쉽게 드러
나는 상대적으로 투명성이 큰 시장구조이다. 그런데, 이러한 시장구조 하에서 피심인
들이 상시적으로 영업의 세부적인 상황에 대해 정보를 교환하여 정보교환 후에는 더
욱 더 투명한 시장이 되었다.

281        ② 피심인들은 경쟁의 핵심 요소라 할 수 있는 전략적이고 민감한 성격의 정
보인 가격, 매출, 영업지원책, 홍보 및 판촉 계획, 신제품 출시 계획 등의 각종 정보
를 교환하여 시장에서의 불확실성을 감소시키고, 경쟁하고자 하는 유인을 감소시켜

---

91) 정보교환은 일정한 경우 효율성을 가져올 수 있다. 그런데, 피심인들간의 정보교환은 시장의 불확실성
하에서 가격경쟁을 하는 것을 회피하고자 즉, 독자적 가격인상 시 시장점유율의 하락 등의 위험부담을
없애면서 동시에 가격인상으로 인한 매출증대를 꾀하고자 하는 각 사의 이해관계가 일치하여 가격인상
시 서로의 인상폭과 시기를 알고 순차적 가격인상이라는 담합 결과를 이끌어낸 정보교환으로서 달리
효율성을 증대하였다고 볼 여지가 없다.

의사결정의 독자성을 감소시켰다.

282 　　　③ 피심인들은 여러 직급, 여러 경로를 통해 정보를 교환할 수 있는 조직을 갖추고, 이를 통해 각종 민감한 정보를 체계적, 상시적, 지속적으로 교환하였다.

283 　　　④ 피심인들은 과점적 시장구조 하에서 상시적으로 정보를 교환함으로써 의사 결정상의 불확실성을 제거하고 담합이탈자가 쉽게 드러나도록 시장의 투명성을 증가 시켰는데, 여기에 더하여 구가지원 기간의 신축적 운용을 통하여 담합 이탈자에 대한 즉각적인 견제가 가능하였다.

　(3) 하나의 공동행위

284 　　　사업자들이 부당한 공동행위의 기본적 원칙에 관한 합의를 하고 이를 실행하는 과정에서 수차례의 합의를 계속하여 온 경우는 물론, 그러한 기본적 원칙에 관한 합의가 없다하여도 장기간에 걸쳐 여러 차례의 합의를 해 온 경우 그 각 합의가 단일한 의사에 기하여 동일한 목적을 수행하기 위한 것으로서 단절됨이 없이 계속 실행되어 왔다면, 그 각 합의의 구체적인 내용이나 구성원 등에 일부 변경이 있었다고 할지라도, 특별한 사정이 없는 한 그와 같은 일련의 합의는 전체적으로 1개의 부당한 공동행위로 봄이 상당하다.[92]

285 　　　위 2. 가.와 같이 피심인들이 2001년 5월~7월 가격인상 시부터 2010년 1월~2월 가격인하 시까지 총 6차례 라면 제품의 출고가격을 비슷한 시기에 동일 또는 유사한 수준으로 결정한 행위의 각 합의는 다음과 같은 점을 종합하여 볼 때, 단일한 의사에 기하여 동일한 목적으로 수행하기 위하여 단절됨이 없이 연속적으로 실행된 것으로서, 이러한 일련의 합의는 전체적으로 하나의 부당한 공동행위에 해당된다.

286 　　　첫째, 피심인들은 독자적인 판단에 따라 단독으로 라면 제품의 가격을 인상할 경우 매출이 급감하여 이윤이 감소하는 것을 방지하고, 당해 시장에서 가격경쟁을

---

[92] 대법원 2008. 9. 25. 선고 2007두3756판결 참조

회피하고, 라면가격의 안정을 도모함으로써 각 사의 사업성을 유지하기 위한 단일한 의사와 동일한 목적을 가지고 이를 수행하기 위하여 이 사건 공동행위에 참여하였다.

287      둘째, 피심인들은 총 6차례 가격을 인상하였는데, 2002년 10월∼2003년 1월 가격인상 합의 이전에 2001년 5월∼7월 가격인상 합의가 종료되었다고 볼만한 특별한 사정이 없고, 2003년 12월∼2004년 4월 가격인상 합의 이전에 2002년 10월∼2003년 1월 가격인상 합의가 종료되었다고 볼만한 특별한 사정이 없고, 2004년 12월∼2005년 4월 가격인상 합의 이전에 2003년 12월∼2004년 4월 가격인상 합의가 종료되었다고 볼만한 특별한 사정이 없고, 2007년 3월∼9월 가격인상 합의 이전에 2004년 12월∼2005년 4월 가격인상 합의가 종료되었다고 볼만한 특별한 사정이 없고, 2008년 2월∼4월 가격인상 합의 이전에 2007년 3월∼9월 가격인상 합의가 종료되었다고 볼만한 특별한 사정이 없는 등 이 사건 공동행위는 단절됨이 없이 합의와 실행이 반복되었다.

288      셋째, 이 사건 공동행위의 진행방식은 사전에 전화, 이메일 등의 방법으로 타사와 의사연락을 하여 가격인상 여부를 확인한 후 가격인상을 결정하고, 서로 가격인상 정보를 제공하고 또 제공받아 타사의 가격인상 진행상황을 확인하고, 자사의 가격인상안에 반영하여 가격인상을 실행하는 방식으로, 매번 동일한 실행방식을 취하고 있다.

289      넷째, 피심인들은 이 사건 공동행위 기간 내내 판매실적, 영업지원책, 판촉 및 홍보계획, 신제품 출시 계획 등 각종 민감한 경영정보를 상시적으로, 체계적이고 긴밀하게 교환하여 합의의 실행과정이 단절됨이 없이 유지되었다.

라) 경쟁제한성 여부

290      당해 공동행위가 '경쟁제한성'을 가지는지 여부는 당해 상품의 특성, 소비자의 제품선택 기준, 당해 행위가 시장 및 사업자들의 경쟁에 미치는 영향 등 여러 사정을 고려하여, 당해 공동행위로 인하여 일정한 거래분야에서의 경쟁이 감소하여 가격·수량·품질 기타 거래조건 등의 결정에 영향을 미치거나 미칠 우려가 있는지를 살

펴, 개별적으로 판단하여야 한다.[93]

291        다만, 사업자들이 공동으로 가격을 결정하거나 변경하는 행위는 그 범위 내에서 가격경쟁을 감소시킴으로써 그들의 의사에 따라 어느 정도 자유로이 가격의 결정에 영향을 미치거나 미칠 우려가 있는 상태를 초래하게 되므로 그와 같은 사업자들의 공동행위는 특별한 사정이 없는 한 부당하다고 볼 수밖에 없다.[94]

292        피심인들이 라면 제품 가격을 인상하기로 합의한 행위는 아래와 같은 점을 고려할 때 경쟁제한성이 인정된다.

293        첫째, 특별한 사정이 없는 한 가격인상 공동행위는 소비자의 폐해만 초래할 뿐 어떠한 효율성 증대효과도 발생시키지 않는다.

294        둘째, 피심인들의 이러한 행위는 그 목적이 경쟁으로 인한 피심인들 각 사의 이익감소를 방지하기 위한 의도 외에는 다른 목적을 발견할 수 없다.

295        셋째, 2010년 기준으로 국내 전체 라면 시장규모는 약 1조 8천억 원 정도이고, 이 중 피심인들은 99% 이상의 시장점유율을 차지하고 있는 것으로 추정된다. 이처럼 막강한 시장지배력을 갖고 있는 피심인들이 라면 제품 가격을 인상하기로 합의한 행위는 라면 시장에서 유효한 경쟁을 제한하거나 소멸시키는 행위로서 부당하게 경쟁을 제한하는 행위에 해당된다.

라. 피심인들의 주장에 대한 판단

  1) 기본합의 존재 여부

296        피심인 농심, 오뚜기, 야쿠르트는 기본합의가 이루어졌다고 볼 수 있는 라면 5개사 대표자회의에 대한 직접 증거가 전혀 없으며, 진실성 및 신빙성이 매우 낮은

---

[93] 대법원 2006. 11. 9. 선고 2004두14564 판결 참조
[94] 대법원 2009. 3. 26. 선고 2008두21058 판결 참조

전문진술에 의존하여 사실관계를 인정하는 오류를 범하고 있다고 주장하나 가사 기본합의가 없더라도 공동행위가 성립할 수 있는바, 이 사건에서 라면 5개사 대표자 회의에서 기본합의가 이루어졌다고 단정하는 것이 아니라, 이 사건 공동행위 특징이 농심의 가격인상을 다른 피심인들이 추종하는 내용으로 이루어진 것으로 라면 5개사 대표자회의뿐만 아니라 임직원간의 지속적인 교류, 상시적·체계적 정보교환, 과거 경험 등을 통해 명시적·묵시적으로 형성·유지된 것에 있으므로 위 피심인들의 주장이 이유 없다.

297      한편, 야쿠르트가 2012. 3. 6. 제출한 의견서 기재에 의하더라도[95], 당시 라면 5개사 대표자들이 모이는 회의체로는 1997년부터 시작된 식품공업협회 면류분과위원회가 있었고, 당시 삼양의 대표이사였던 전○○이 다른 회사들의 대표이사와 나이가 맞지 않는다는 이유로 최○○ 상무에게 대신 참석하도록 하였다는 내용이 기술되어 있는 것으로 보아, 라면 5개사 대표자 회의의 개최사실이 삼양만의 일방적인 진술에 의존한 신빙성이 낮은 전문진술에 불과하다고 단정하기 어렵다.

  2) 이 사건 공동행위의 배경 관련

298      피심인 농심은 시장점유율이 10% 대 전후인 다른 피심인들과 가격인상 담합을 할 유인이 없었다고 주장하며, 1998년 6월과 1999년 4월 2차례 자율적으로 가격을 인하하였음에도 매출액, 영업이익 등이 큰 폭으로 증가한 점을 그 이유로 든다.

299      살피건대, 라면제품의 품질 차이가 거의 없고 가격인상에 대한 소비자 저항이 큰 점, 담합을 통한 동시 가격인상이 대형유통업체와의 가격협상 등에 절대적으로 유리한 점, 단독으로 가격을 인상할 경우 발생하는 매출액 감소를 회피할 수 있는 점 등을 감안할 때, 비록 라면시장에서 압도적인 시장점유율을 가진 사업자일지라도 담합유인은 충분히 존재한다. 2011년 12월 농심이 단독으로 가격을 인상하자 시장점유율이 큰 폭으로 하락한 사실은 위와 같은 사실을 뒷받침[96]한다. 한편, 농심은 1998년, 1999년 2차례의 가격인하에도 불구하고 매출액, 영업이익 등이 큰 폭으로 증

---

95) 위 의견서 26내지 27면 참조
96) 2012. 2. 27.자 한국경제신문 기사 "신라면, 꼬꼬면에도 버텼는데…가격 인상 후 점유율 4%P '뚝'"

가했다고 주장하나, 1998년의 가격인하는 용기면에 한정되었고, 1999년 4월 봉지면의 가격인하 시에도 주력품목인 신라면은 제외되었던 점, 당시 농심 뿐만 아니라 타사들도 농심과 같은 수준의 가격인하를 단행하였던 점, 당시 농심의 매출액 및 영업이익의 증가는 1997년 말과 1998년 2월 초 두 차례에 걸친 큰 폭의 가격인상(동 기간 동안 라면업계 평균 24.4% 인상)[97]이 그 원인으로 판단[98]되는 점 등을 고려하면, 피심인의 주장은 이유 없다.

3) 이 사건 공동행위의 특정 여부

*300*    피심인 농심은 피심인들의 주요제품 이외의 대부분의 품목에 관해서는 피심인들간 어떤 품목의 가격을 어느 정도나 인상하기로 합의했다는 것인지 등 담합의 기초적인 사실관계를 전혀 특정하지 못하고 있다고 주장한다.

*301*    살피건대, 이 사건 공동행위는 피심인 4개사가 특정품목에 대해 가격을 인상하기로 하는 전형적인 가격담합의 형태가 아니라 농심의 가격 인상을 나머지 3사가 추종하기로 하는 형태로서, 피심인들은 전체 가격인상 품목에 대해 인상내역, 출고시기, 구가지원 기간 등 정보를 교환하였고, 이를 통해 피심인들은 농심 가격 인상 수준에 맞추어 동일 또는 유사한 수준으로 가격을 인상하였다. 즉, 농심은 품목별 인상내역 전체 자료를 다른 피심인들에게 각각 제공하였고, 동 자료에 적시된 라면 품목별 인상가격 및 인상률은 다른 피심인들이 취급하는 품목별로 '기준가격' 역할을 한 것이므로, 피심인의 주장은 이유 없다.

4) 피심인들간 가격인상 정보교환 관련

*302*    ① 피심인 농심은 가격인상 정보교환은 이 사건 공동행위와 무관하며, 농심은 가격인상 검토과정에서 가격인상 관련 정보를 제공받거나 이를 반영한 사실이 없고,

---

[97] 1998. 9. 12.자 연합뉴스 '라면업체들, "봉지라면 값 못내리겠다" 제하의 기사
[98] 1998. 9. 12.자 연합뉴스 '라면업체들, "봉지라면 값 못내리겠다" 제하의 기사 : "라면인상덕에 이들 라면 5개사의 지난 상반기 매출액은 5천 8백 19억원으로 28.1%나 늘어났다. 특히 오뚜기의 경우 4백 93억원에서 7백 40억원으로 무려 50.1%나 신장했고, 업계 선두인 농심도 3천 6백 19억 어치 라면을 팔아 29.8%의 증가율을 보였다."

농심이 가격인상안을 확정한 후 간혹 타사의 가격인상 정보를 제공받은 사실이 있으나, 이를 반영하여 농심의 가격인상 내역을 재조정한 사실 역시 단 한건도 없으며, 거래처 통보일 이후, 심지어는 언론공표일 이후 타사들의 요청에 의해 제공하였을 뿐, 타사들의 동조적 가격인상을 독려하기 위한 것이 아니라고 주장한다.

303     살피건대, 이 사건 공동행위는 이미 앞서 본 바와 같이 농심의 가격인상을 나머지 3사가 추종하는 것으로, 농심은 농심의 가격인상내역을 타사들이 추종하리라는 사실을 알면서도 타사들에게 가격인상 정보를 제공하여 동조적 가격인상을 독려하였던 것으로 이러한 이유가 아니라면 농심이 굳이 자사의 가격 인상 정보를 경쟁사들에 제공할 이유가 없다고 보이며, 따라서 농심이 다른 사업자로부터 가격인상안을 입수하고 자사의 가격인상에는 반영하지 않았다 하여도 이 사건 공동행위의 성립에는 영향이 없다.

304     즉 이와 같은 정보교환을 통해 시장점유율 1위 사업자의 가격인상 시기 및 인상 금액을 기초로 다른 사업자들이 인상시기 및 인상의 폭을 결정한다는 합의가 형성된 것이다. 피심인들은 가격인상 정보교환을 통해 각사간 비슷한 범위 내에서 가격인상의 폭이 결정될 것임을 충분히 인지하였고, 실제에 있어서도 상호 주고 받은 가격정보를 기초로 하여 가격인상의 폭이 결정되었다(소갑18호증 삼양 위○○의 진술서). 농심은 가격인상 내역뿐만 아니라 가격인상 제품 출고시기, 구가지원 기간 정보도 제공하여 순조롭게, 순차적으로 가격인상을 실행할 수 있도록 협조하였고, 또한 타사들로부터 가격인상 내역, 가격인상 제품 출고시기, 구가지원 기간 정보를 제공받아 가격인상 진행상황 및 내역을 확인하였다. 또한 농심은 가격인상 내역이 거래처에 통보[99])되어 타사들도 그 정보를 시장에서 입수할 수 있는 시점 이전에 타사에 가격인

---

99) 농심의 거래처 통보시점과 관련하여, 이 사건 증거에 나타난 내역을 정리하면 다음과 같다.
  ① 농심 특약점 점주 확인서(소갑49호증) : "가격인상은 통상 2~3일 전에 가격인상확정(가격인상표)하였던 사실을 알려줍니다. 그 전에는 소문만 무성한데 인상 확정 소식을 미리 알려주지 않는 것은 미리 알게 되면 점주들이 물건을 많이 받아서 쌓아놓기 때문입니다. 이는 농심 라면은 회전율이 빨라서 이득을 취하기 때문입니다. (중략) 가격표가 오는 시기는 언론보도 시기와 거의 비슷했던 것으로 기억합니다."
  ② 이마트 ○○○의 확인서(소갑47호증) : "통지 공문을 받은 일자는 정확히 기억이 나지 않는데 농심이 라면가격을 올리고 언론에 보도된 이후였던 것으로 기억을 합니다."
  ③ 롯데마트 ○○○의 확인서(소갑48호증) : "농심이 라면가격을 인상하겠다고 제일 먼저 가격인상 통지 공문을 가져왔는데 통지 공문을 받은 시기는 정확히 기억은 나지 않습니다. 농심이 라면 가격을 올린다고 언론에 보도된 이후였던 것으로 기억합니다."
  ④ 삼양 김○○ 진술서(소갑21호증) : (2001년부터 농심 특약점을 운영해 오고 있는) "○○상사 점주 이○

- 120 -

상 내역을 제공하였다. 농심 최○○은 삼양 가격인상 내역이 거래처에 통보되고 시장에서 정보가 흘러다니는데 아무런 정보도 제공되지 않았다면 삼양 시장조사 담당 직원에게 불만을 토로했을 것이라고 진술하고 있는데(소갑31호증), 이는 유통채널에 가격정보가 제공되기 전에 시장조사 담당직원들 상호간에 공유하는 것이 원칙이었다는 삼양 위○○의 진술(소갑18호증)과도 일치한다. 농심이 타사에 제공한 가격인상 내역은 가격인상 전제품의 출고가 및 소비자가 상세 내역으로서 언론발표[100])와는 비교대상이 될 수 없다.

305        ② 피심인 야쿠르트는 2001~2008년 6차례 가격인상 과정에서, 다음과 같이 가장 중요한 농심의 정보는 물론 나머지 3사의 가격인상 정보에 관하여서도, 실제 유통채널 통보일 이전에 타사에 정보가 미리 전달되었다는 점을 명확히 뒷받침하는 증거는 전혀 발견되지 않았다고 주장한다.

306        첫째, 야쿠르트는 농심으로부터 가격인상 정보를 제공받은 사실이 없으며, 제공한 사실도 없다.

307        둘째, 야쿠르트가 타사로부터 가격인상 정보를 받은 것은 2001년과 2008년 삼양으로부터 가격인상 정보를 받은 것 밖에는 없는데, 야쿠르트는 이미 입수한 농심의 가격인상 정보를 기초로 가격인상안을 확정한 이후[101])이었기 때문에 이러한 가격정보는 단순한 참고자료 이상의 의미는 없는 것이다.

308        살피건대, 다음과 같은 사항들을 고려할 때 야쿠르트는 사전에 가격인상 관련 정보를 교환하였고, 이러한 정보교환이 야쿠르트 가격결정에 영향을 미쳤음이 여러 증거들에 의해 확인되므로 피심인 야쿠르트의 주장은 이유 없다.

○과 무선통화 내용은 지금까지 농심의 가격인상시 인상제품 출고 1~2일전(대부분 하루전)에 영업사원의 구두로 가격인상에 대한 통보를 받았으며, 거래선 제출공문은 인상제품 출고 하루 전 아니면, 인상제품 출고 후 영업사원이 전달하는 것이 통상적이라는 내용이었습니다."
⑤ 삼양 이○○ 진술서(소갑22호증) : (농심 특약점으로 약 15년 정도 특약점을 운영해 온 ○○상사의 사례를 조사 후 진술) "세부가격인상 내역 등은 영업사원들이 출력을 해서 가격인상 발표 후 특약점 방문을 통해 전달하거나 특약점 전략회의시 지점에서 전달하여 구체적인 가격인상요율등을 설명해줍니다."
100) 언론에는 개략적 가격인상율, 주요제품 소비자가, 가격인상 일자 정도만 발표한다.
101) 야쿠르트는 2001. 5. 21.(야쿠르트 제출 소을5-2호증), 2008. 2. 21(야쿠르트 제출 소을5-15호증)에 가격인상안이 확정되었다고 주장한다.

309      우선 야쿠르트가 농심으로부터 가격인상 관련 정보를 제공받거나 제공한 사실이 없다는 주장에 대하여 살피건대, 야쿠르트 법무팀 최○○의 업무수첩(소갑73호증)에 기재된 야쿠르트와 농심 시장조사 담당 직원들간에 가격인상 정보교환을 하였다는 취지의 기록내용, 2007. 3. 5.자 라면가격 인상안(소갑129호증)에 포함되어 있는 농심 가격인상 내역(품목별 출고가격, 가격미인상 제품 내역)을 추측하여 작성하기는 불가능한 점, 야쿠르트가 2008. 3. 6.(품의결재일 2008. 3. 10., 가격인상일 2008. 5. 1.) 수신자를 농심과 삼양 2개사로 지정하여 야쿠르트 가격인상 제품 생산일을 이메일로 전달한 점(소갑150호증)을 고려하면, 피심인 야쿠르트의 주장은 이유 없다.[102]

310      야쿠르트가 삼양으로부터 받은 가격인상 정보(2001. 5. 24., 2008. 2. 27.)는 가격인상안을 확정한 뒤에 받은 것이어서 단순한 참고자료 이상의 의미는 없다는 주장에 대하여 살피건대, 야쿠르트가 주장하는 2001. 5. 21.과 2008. 2. 21.은 유통운영팀(마케팅팀)이 기획에 가격인상 책정 의뢰를 한 일자이며, 야쿠르트의 품의 결재일은 2001. 5. 30.(소갑63호증)과 2008. 3. 10.(소갑 149호증)이므로[103], 가격인상안을 확정한 후에 삼양으로부터 가격인상 정보를 받았다는 주장은 받아들이기 어렵고, 가사 삼양의 가격인상 내역이 야쿠르트의 가격인상안을 실제 변경시키는 등의 영향은 미치지 않았을지라도, 최소한 자사의 가격결정안을 확정하는 데에는 참고(변경여지를 제공)하였을 것이므로 이를 무의미한 정보라 할 수 없다.

311      아울러, 피심인들이 자사의 가격인상안을 확정한 후 농심을 제외한 타사의 가격인상 내역 정보를 받았을지라도 이러한 정보는 이 사건 공동행위의 내용(농심의 가격을 추종)을 이행하는지 여부를 감시하는 수단으로 활용됨으로써 결국 이 사건 공동행위의 이행을 촉진시키는 역할을 한 것이므로 이를 무의미한 정보로 보기는 어렵다.

312      ③ 피심인 오뚜기는 오뚜기의 가격인상 여부 및 인상률 결정은 가격인상 관련 정보교환과 무관하며, 특히 2007년의 경우 농심이 가격을 인상하고 6개월이 지나서야

---

102) 야쿠르트는 농심과 매월 매출실적 정보를 교환하였으며, 삼양에 농심으로부터 제공받은 매출실적 정보를 전달해 준 경우도 많았다[소갑158호증, 소갑 157의162,180,182,186,188]
103) 야쿠르트 유통부문장 김○○은 가격조정절차와 관련하여 "기획에서 사장님에게 승인을 받아서 관련부서에 알려준다"라고 진술하고 있다(소갑38호증)

가격인상을 실행하는 등 독자적이고 경쟁적인 영업활동을 전개하였다고 주장한다.

313      그러나 다음과 같은 점을 고려할 때 오뚜기는 사전에 가격인상 관련 정보를 교환하였고 이러한 정보교환은 오뚜기의 라면가격 결정에 영향을 미쳤음이 인정된다.

314      첫째, 위 2. 가. 2) 가) (1) (라)에서 살펴본 바와 같이, 농심이 가격인상 내부품의 결재를 완료한 날, 즉 신라면 출고가격을 확정한 날인 2001. 5. 14. 진라면 출고가격을 신라면과 동일한 322원으로 결정하였는데(소갑64호증), 이는 농심으로부터 가격인상내역을 2001. 5. 14. 이전에 통보받지 않고서는 불가능한 것이다.

315      둘째, 오뚜기의 가격인상 내부품의 결재 완료일인 2001. 5. 22. 삼양의 '라면류 가격인상 현황'(소갑61호증)을 확보하였다.

316      셋째, 오뚜기는 타사에 가격인상 내역 뿐만 아니라 가격인상 제품 생산일, 구가지원 기간 정보를 제공하고, 타사로부터 동일한 정보를 제공받는 등 서로 협조하여 순차적인 가격인상을 하는데 필요한 정보를 교환하였다(소갑124, 127, 141, 145호증 -2007년, 2008년 이메일 자료).

317      넷째, 오뚜기는 가격인상 시기를 결정하기 위한 2007. 2. 28.자 가격인상 검토문서(소갑130호증)에 야쿠르트의 구체적인 가격인상 일자를 기재하고 있는바, 야쿠르트의 내부품의 결재 완료일이 2007. 3. 7.(소갑121호증)임을 고려할 때, 사전에 가격인상 정보를 교환하였음이 인정된다.

318      한편, 2007년의 경우 농심이 가격을 인상하고 6개월이나 지나서야 가격을 인상하였으나, 여전히 타사와 가격인상 일자, 가격인상 내역, 가격인상 제품 생산일, 구가지원 기간 등 가격인상 정보를 교환하였으므로(소갑124, 127, 130호증) 이 사건 공동행위에서 이탈한 것으로 보기 어렵다.

  5) 피심인들간 상시적인 경영정보 교환 관련

319      피심인 농심과 야쿠르트는 다음과 같은 이유로 신제품 출시계획, 영업지원책, 판매실적 등의 교환은 담합과는 관계가 없다고 주장한다.

320      첫째, 신제품 출시계획, 영업지원책은 시장에 이미 공개되어 거래선 방문을 통해 용이하게 입수할 수 있는 정보(농심 제출 소을9호증)를 업무편의를 위해 제공하였다.

321      둘째, 판매실적 정보는 사후적인 자료이고, 실제 수치가 아니라 제공자의 의도에 따라 가공된 허구의 수치이기 때문에 정보가치가 낮다.

322      살피건대, 피심인들은 신제품 출시계획, 영업지원책, 판매실적 등을 상시적으로 교환하여 의사결정상의 불확실성을 제거함으로써 이 사건 공동행위의 내실을 강화하고 시점유율을 유지하는 수단으로 활용하였다. 이는 야쿠르트 대표이사 양○○이 판매실적, 영업지원정책, 신제품 출시계획 등은 그에 관한 정보를 경쟁사에 제공할 수 없는 영업상 비밀이라고 진술한 점(소갑37호증)에서도 드러난다. 한편, 피심인 농심이 제시하는 소을9호증은 오히려 피심인들이 교환한 신제품 출시계획, 영업정책 등의 전략정보로서의 가치를 확인시켜 준다. 피심인들이 교환한 신제품 출시계획 관련 내부 문서에는 소비자가, 출고가, 거래처 이익률, 광고 및 판촉전략 등이 포함되어 있는 반면(소갑157호증의155, 소갑157호증의136), 소을9호증에는 포장지에 표기된 제품명, 제품규격, 소비자가만 제시되어 있다. 판매실적 자료의 경우에도 농심이 공시자료, 언론보도 등을 이용하여 타사 제공 실적 자료의 정확성을 검증(소갑3호증 김○○ 확인서)하였던 것에서 알 수 있듯이 대부분 실제치가 교환되었다. 야쿠르트의 경우 주력품목 판매량을 의도적으로 축소하여 농심 대응을 피하고자 한 경우가 간혹 있었는데(소갑158호증), 이는 라면 시장이 농심의 강한 감시속에 있었다는 것을 보여주는 증거이다.

6) 이 사건 공동행위와 라면협의회의 연관성 여부

323      피심인 농심과 오뚜기는, 라면협의회는 국세청이 탈세방지 목적 차원에서 설립

- 124 -

한 단체로 라면협의회 정기총회에서 라면가격 인상을 논의한 사실이 없으며, 2008. 3. 26. 정기총회 관련 소갑155호증[104]은 누가, 언제, 어디서 기재했는지 전혀 알 수 없는 3줄 낙서에 불과하여 증거가치가 없다는 이유로 라면협의회와 피심인들의 가격인상과는 무관함을 주장한다.

324    살피건대, 라면협의회가 피심인들간 정보교환 및 가격인상 공조유지를 확인하는 모임이었음은 삼양 김○○의 기재 내용(소갑155호증), 야쿠르트 작성 '라면거래질서 정상화 협의회 관련사항 요약'(소갑 165호증)[105]에 의해 확인된다. 한편, 소갑155호증이 증거가치가 없다는 피심인들의 주장에 대하여 보건대, 소갑155호증 수기 기재부분은 라면협의회 간사인 삼양 김○○이 2008. 3. 26. 라면협의회 정기총회 회의장에서 기재한 것으로 2008. 6. 3. 현장조사 시 확보된 것이며, 작성자, 작성일자 등에 대한 확인서를 현장에서 김○○으로부터 제출(소갑11호증)받았음을 감안할 때, 피심인들의 주장은 이유 없다.

7) 외형의 일치 관련

325    피심인 농심은 각 사의 출고가격 인상폭이 담합을 인정할 정도로 유사하다고 보기 어렵다고 주장한다.

326    살피건대, 피심인들은 농심 수준(서로 동일한 수준)으로 가격을 인상한다는 상호 인식과 양해하에 가격을 인상하였다. 이러한 사실은 아래 증거들에 의하여 확인된다.

327    첫째, 농심 가격인상 내역에 맞추어 라면가격을 인상하였다는 삼양 영업본부장 안○○ 및 야쿠르트 대표이사 양○○의 각 진술(소갑7호증, 소갑37호증), 삼양 등 다른 회사들은 농심 가격인상안을 참고하여 그대로 결정하는 것으로 보인다는 농심 대표이사 이○○의 진술(소갑23호증),

---

104) 소갑155호증(라면협의회 정기총회 회의자료) :
   <기타안건> 가격인상 / 제반사항 - 정부 또는 단체의 행동제지 예상
105) 【오뚜기】 ■ 당사와 비슷하게 라면 가격인상 작업 진행

328    둘째, "가격인상 폭은 농심 수준"(소갑129호증), "경쟁사 동일가격 제품 인상가격 반영"(소갑80호증), "인상폭은 경쟁사 수준"(소갑147호증)이라고 기재되어 있고, 농심 가격인상 내역이 첨부되어 있는 야쿠르트 가격인상 품의서 또는 검토문서,

329    셋째, 농심 시장조사 담당직원이 삼양 시장조사 담당직원에게 2007년 오뚜기 가격인상률은 농심 및 삼양과 동일하다고 설명하는 이메일 내용(소갑156호증) 등.

8) 의식적 병행행위 여부

330    피심인 농심, 오뚜기, 야쿠르트는 피심인들의 동일 또는 유사한 가격책정은 가격선도업체가 존재하는 과점시장에서 발생한 단순한 의식적 병행행위(Conscious Parallelism)[106]의 결과일 뿐 가격담합의 결과로 보기 어렵다고 주장한다.

331    살피건대, 피심인들은 시장조사 담당직원들을 통해 상시적·체계적·지속적으로 가격 및 경영정보를 교환하였고, 라면협의회 등을 통해서도 임직원간 가격인상 정보를 포함하여 각종 정보를 교환하고 상호 입장을 확인하였을 뿐만 아니라, 교환된 정보를 이용하여 자사의 가격인상안에 반영하거나, 자사의 가격인상안에 대한 추종여부를 감시하였고, 그 결과 출고가격이 동일, 유사하게 조정되는 등의 외형상 일치가 나타났다는 점에서 피심인들의 동일 또는 유사한 가격책정은 단순한 의식적 병행행위의 결과라기보다는 부당한 공동행위의 결과라고 봄이 타당하다.

9) 이 사건 공동행위의 수단으로서의 구가지원 제도의 의미 관련

332    피심인 농심은 구가지원은 기존 제고품의 소진 등을 위해 반드시 필요한 판촉전략이지 담합의 수단으로 활용된 것은 아니며, 2004년~2005년 가격인상 당시 7일 정도의 구가지원 기간이 종료된 이후에 인센티브 제도를 시행하였을 뿐 구가지원 기

---

106) 상호의존성이 강한 과점시장에서 경쟁사업자의 영업정책을 예측하거나 경쟁사업자의 영업정책이 주어진 상황으로 보고 이에 대응하여 독자적으로 자신의 행위를 결정한 결과 우연히 외형상의 일치가 나타나는 경우를 말한다.

간을 연장한 사실이 없다고 주장한다.

333　　　　살펴건대, 농심은 구가지원 기간의 신축적 운용을 통해 담합을 촉진하고 이탈자를 견제하는 수단으로 활용하였음이 아래와 같은 사실에 의해 확인된다.

334　　　　2004년~2005년 가격인상 당시 삼양과 오뚜기가 가격인상 시기를 통보해 오지 않으면서 가격인상 시기를 늦추자 농심이 구가지원 기간을 이례적으로 연장하여 견제하였는데, 이러한 사실은 야쿠르트 작성 2005. 2. 11.자 '면제품 가격인상 시기 조정 의뢰'(소갑102호증) 및 2005. 1. 5.자 '라면 가격인상 계획(안)'(소갑111호증), 2005. 2. 22.자 삼양 수원지점 주간보고서(소갑166호증), 삼양 김○○의 진술내용(소갑 13호증) 등에 의해 확인된다. 또한 소갑172호증에도 "삼양·오뚜기 인상시기 지연으로"으로 농심이 82일간의 전폭적인 가격 지원 전략을 실시한다고 내용이 명시되어 있는 것으로 보아 농심이 구가지원 기간의 연장을 통해 경쟁사업자들의 가격미인상을 견제하였다고 봄이 타당하다.

<표 129> 야쿠르트 작성 2005. 2. 11.자 '면제품 가격인상 시기 조정 의뢰'(소갑102호증)

| |
| --- |
| 3. 가격 인상 조정 사유<br> 1) 농심 : 2월 구가격 지원 정책 유지<br>  ※ 3월 구가격 지원 정책 유지 예상됨<br>4. 가격 인상 시기 조정(안)<br> – 3/15부<br> – 경쟁사 인상시기 및 구 공가 지원 연장에 따라 탄력적 대응 |

<표 130>　　　야쿠르트 작성 2005. 1. 5.자 '라면 가격인상 계획(안)'(소갑111호증)

| |
| --- |
| <첨부 3> 경쟁사 가격인상 동향<br> 1. 농심<br>  가. 2004.12.24.일부 가격 인상(신라면, 안성탕면부터 출고됨)<br>  나. 가격지원<br>   * 출고일로부터 7일간 인상전 가격으로 보상 지원<br>   * 1/14~1.31일 까지 전품목 구가격으로 추가 지원 |

<표 131>　　　2005. 2. 22.자 삼양 수원지점 주간보고서(소갑166호증)

> \* 농심
>   구가격 지원 마지막 주(2월21일~2월28일)까지 지원

<표 132>                     삼양 김○○의 진술내용(소갑13호증)

> 2004.12.24일 농심은 라면 업계에서 가장 먼저 가격을 올렸습니다. 당초 구가지원 기간은 1월 13일까지였습니다. 하지만, 삼양이 예년과 달리 잠시 가격 인상을 지연하자 여러 상황이 발생했습니다.
>
> 농심은 자사 인상 제품 구가지원 기간을 당초 1월 13일까지라고 공지하였음에도 불구하고, 1월말까지 연장, 다시 2월말까지 재연장, 급기야는 3월말까지 재재연장하였던 것입니다.
>
> 이러한 농심의 구가 지원 기간연장 조치는 당사로 하여금 가격 인상을 속히 하도록 촉구하는 역할을 하였습니다.

10) 방어권 침해여부

335          피심인 농심은 자신에게 허용된 소명기간이 1개월에 불과하고, 타사의 증거자료는 의견서 제출기한으로부터 불과 10일 전에 제공받았으며, 그마저도 이 사건의 핵심증거인 삼양측의 진술은 단 한건도 제공받지 못하여 방어권 행사에 많은 제약이 있었다고 주장하나, 심사보고서에 대한 피심인들의 의견제출기한은 기한연장을 포함하여 총 36일이 주어졌으며(기한 2012. 3. 6.), 농심은 기한 후인 2012. 3. 9.에 이르러 의견서를 제출하였고, 다시 이 사건 심의일까지 추가로 피심인의 의견진술 및 보충자료 제출이 가능한 점을 감안하면 피심인이 의견 제출기한이 짧아 방어권이 침해되었다고 보기는 어렵다.

336          나아가 서류의 열람·복사 신청에 대하여는 영업비밀 해당여부 등을 판단하기 위하여 제출자 등에 대한 의견조회 등으로 일정부분 시일이 소요되는 점을 감안하여 피심인들의 의견서 제출기한을 2주 연장 조치하는 등 최선의 조치를 취한 바 있으며 법률상 제약 등으로 부득이 제공되지 못한 자료가 있다하여도 피심인에 송부되는 심사보고서에는 행위사실 인정과 관련되는 증거 자료의 내용을 심사보고서 본문에 직접 인용하는 방식으로 기술하고 있는 점 등을 감안하면 피심인의 주장은 이유 없다.

3. 처분

가. 시정조치 및 과징금 부과

*337*  국내 라면시장에서 피심인들의 시장점유율이 약 99% 정도에 이르는 점, 이
사건 공동행위가 가격을 결정·유지·변경 또는 제한하는 경성 공동행위에 해당하며
위반행위로 인한 경쟁질서 저해효과 및 소비자 등에게 미치는 영향이 크다고 인정되
는 점 등을 감안하면 유사한 위반행위의 재발을 막기 위하여 법 제21조에 따라 향후
금지명령 및 정보교환 금지명령107)을 하고, 법 제22조 및 제55조의3, 법 시행령 제61
조 및 [별표 2], 과징금 부과 세부기준 등에 관한 고시(2009. 8. 20. 공정거래위원회
고시 제2009-36호 및 2010. 10. 20. 공정거래위원회 고시 제2010-9호로 개정된 내용
중 피심인에게 불리하지 아니한 사항, 이하 '과징금고시'라 한다) Ⅲ. 1. 나. (1) 및
Ⅲ. 2. 다. (1) 규정에 따라 과징금을 부과한다.

나. 과징금 산정

1) 기본과징금 산정

가) 관련상품의 범위

(1) 개요

*338*  관련매출액이란 위반사업자가 위반기간동안 일정한 거래분야에서 판매한 관련
상품이나 용역의 매출액 또는 이에 준하는 금액을 말한다.108)

---

107) 위 2. 가. 행위사실에서 살펴본 바와 같이 피심인들이 서로 라면 가격, 판매량, 거래처에 대한 영업지원
책, 신제품 출시 계획 등에 대한 정보를 교환한 행위는 피심인들 간에 공감대를 형성시켜 묵시적 합의에
이르게 하는 등의 역할을 하였던 점, 국내 라면시장은 과점시장이고 제품 간 차이가 크지 아니하여 가격
담합이 쉽게 이루어질 수 있는 점, 피심인들이 교환한 정보는 대부분 시장에 공개되지 않은 것이었던
점 등을 고려하여 정보교환 금지명령을 내릴 필요가 있다.
108) 법 시행령 제9조 제1항 참조

*339*        관련매출액을 산정함에 있어서 관련상품의 범위는 위반행위로 인하여 직접 또는 간접적으로 영향을 받는 상품의 종류와 성질, 거래지역, 거래상대방, 거래단계 등을 고려하여 행위유형별로 개별적·구체적으로 판단한다.109)

*340*        부당한 공동행위에서의 관련상품은 법 위반행위의 대상품목으로 당해 위반행위에 의해 직·간접적으로 영향을 받은 상품이며, 부당한 공동행위를 한 사업자간의 합의의 내용에 포함된 상품의 종류와 성질, 거래지역, 거래상대방, 거래단계 등을 고려하여 개별적·구체적으로 판단한다.110)

        (2) 이 사건 공동행위에서의 관련상품

*341*        라면의 경우 그 종류와 품목이 매우 다양하여 합의로 인하여 직접 또는 간접적으로 영향을 받은 제품들의 범위를 특정하는 것이 용이하지 않으므로, 이 사건 공동행위의 관련상품은 이 사건 공동행위의 결과로 출고가격이 인상된 제품으로 한정한다.111)

*342*        다만, 특수 수요처와의 협의를 통해 가격이 결정이 되는 제품, 주로 입찰을 통해 가격이 결정되는 군납 제품 등은 이 사건 공동행위로 영향을 받았는지가 불분명하므로 관련상품에서 제외한다.

*343*        한편, 피심인 오뚜기와 야쿠르트는 이 사건 합의대상은 도매가격의 기준이 되는 '출고가격'에 한정될 뿐이며, 대형유통업체에 대한 직판가격은 가격협상에 의해 개별적으로 결정되므로, 합의의 대상에 포함되지 아니한바, 따라서 할인점, 기업형 수퍼마켓(SSM) 등 대형유통업체에 공급되는 제품은 관련상품의 범위에서 제외되어야 한다고 주장한다.

*344*        살피건대, 출고가격은 실거래가격의 기준이 되는 가격이므로 출고가격에 대하

---

109) 법 시행령 제61조 제1항 관련 〔별표 2〕, 과징금고시 Ⅱ. 5. 나. (1)
110) 대법원 2003. 1. 10. 선고 2001두10387 판결 참조
111) 2009. 11. 9. 전원회의 의결 제2009-249호(5개 음료 제조·판매 사업자의 부당한 공동행위에 대한 건) 참조

여 담합한 이상 대형유통업체에 공급되는 제품을 관련상품에서 제외할 수는 없다.

345     '롯데마트 ○○○의 확인서'(소갑48호증)에 의하면, 라면제조사와 대형유통업체는 출고가격을 기준으로 가격 인상시기, 인상폭 등에 대해 협상을 하는 것으로 나타나 있다.112)

346     한편, 대형유통업체는 피심인들이 통보한 출고가격 인상폭의 적정성, 인상시기 등의 일정부분을 협의를 통해 조정하기는 하나, 할인 등으로 출고가격과 실제 공급가격이 상이하기는 대리점의 경우도 마찬가지이다.

347     이 사건 공동행위에서 피심인별 관련상품은 <별지 5>와 같다.

나) 위반행위의 기간

(1) 시기

348     부당한 공동행위는 '사업자간의 합의'로써 성립하는바, 부당한 공동행위로 인한 과징금 산정에 있어 위반행위의 개시일은 원칙적으로 합의일이다. 다만, 합의일을 특정하기 어려운 경우에는 사업자별로 실행개시일을 위반행위의 개시일로 본다113).

349     이 사건 공동행위의 경우 합의일을 특정하기 어려워114) 각 사별 실행개시일인 가격인상일을 기준으로 시기를 판단하여야 하는바115), 농심은 2001. 5. 21., 삼양은 2001. 6. 1., 오뚜기는 2001. 7. 1., 야쿠르트는 2001. 6. 1.이다.

---

112) 공장도가격은 실거래가격의 기준이 되는 가격으로서 공장도가격의 변경이 실거래 가격의 변경을 초래하므로 2 이상의 사업자가 공장도 가격을 결정·유지 또는 변경하는 행위는 법 제19조 제1항 제1호에 해당한다(대법원 2002.5.28.선고 2000두1386판결).
113) 과징금고시 Ⅳ. 1. 다. (1) (다) 참조
114) 피심인들은 2000년 12월(또는 2001년 1월 초) 대표자 회의를 통해 라면가격 인상의 필요성에 대해 공감대를 형성하고, 농심이 먼저 가격을 인상하면 다른 피심인들도 이에 동참하여 가격을 인상하는데 합의하였다. 그러나 관련자들은 모두 정확한 일시를 기억하지 못한다고 진술하였다. 또한 이 사건 합의는 위 대표자 회의뿐만 아니라 2001. 3. 28. 라면협의회 정기총회에서의 논의, 2001. 5. 10. 피심인들의 가격인상 검토 발표 등의 일련의 과정을 통해 형성되었다고 볼 수 있으므로 합의일을 특정하기 어렵다.
115) 2009. 11. 9. 전원회의 의결 제2009-249호(5개 음료 제조·판매 사업자의 부당한 공동행위에 대한 건) 참조

350        한편, 피심인 야쿠르트는 본 건 위반행위의 시기와 관련하여 2001년 무렵 이 사건에 대한 기본합의가 성립되었고 단일한 의사에 따라 연속적으로 가격인상 행위가 이루어졌다 하더라도, 적어도 본건 행위는 라면시장에 정상적인 경쟁메커니즘이 작동한 2004년~2005년[116] 및 2007년(오뚜기가 농심 가격인상 후 무려 6개월 뒤에 가격인상, 삼양도 약 1개월 15일 후에 가격인상) 가격인상시를 기점으로 그 이전과 그 이후가 서로 단절되어야 하는데, 이 사건 공동행위의 시기는 법상 5년의 처분시효가 도과하지 아니한 2007년 가격인상시 이후의 어느 시점이 되어야 하는바, 그 이후의 가격인상은 2008년 한 차례 밖에 없으므로, 빨라도 2008년 가격인상 시점이 이 사건 공동행위의 시기가 되어야 한다고 주장한다.

351        살피건대, 2004년~2005년 가격인상의 경우 삼양과 오뚜기가 가격인상 시기를 늦추자 농심이 구가지원 기간을 이례적으로 연장하여 견제하였고, 결과적으로 삼양과 오뚜기가 가격인상을 단행한 점은 위 2. 라. 9)에서 살펴본 바와 같은 바, 2004~2005년 가격인상시 라면시장에 정상적인 경쟁메커니즘이 작동하였다는 야쿠르트의 주장은 수용하기 어렵다.

352        한편, 2007년의 경우 오뚜기는 농심이 가격을 인상하고 6개월이 지나서야 가격을 인상하였으나, 여전히 타사와 가격인상 일자, 가격인상 내역, 가격인상 제품 생산일, 구가지원 기간 등 가격인상 정보를 교환하였으므로(소갑124, 127, 130호증) 이 사건 합의에서 이탈한 것으로 보기 어려우므로 이 부분에 대해서 다투는 피심인의 주장도 받아들이지 아니한다.

   (2) 종기

353        "부당한 공동행위가 종료한 날은 그 합의에 기한 실행행위가 종료한 날"이므로 합의에 참가한 일부 사업자가 부당한 공동행위를 종료하기 위해서는, 다른 사업자에 대하여 합의에서 탈퇴하였음을 알리는 명시적 내지 묵시적인 의사표시를 하고,

---

116) 삼양은 2~3개월 뒤 농심의 가격인상을 추종하였고, 오뚜기는 3~4개월 뒤에 가격인상을 하였다.

독자적인 판단에 따라 담합이 없었더라면 존재하였을 가격 수준으로 인하하는 등 합의에 반하는 행위를 하여야 하는 것이 원칙이다.[117]

354      이와 관련하여 공정거래위원회의 2010. 1. 20. 이 사건 현장조사 이후, 삼양은 2010. 1. 29. 주력품목인 삼양라면을 포함하여 5개 품목의 출고가격을 평균 5% 인하하고[118], 농심은 2010. 2. 3. 주력품목인 신라면, 안성탕면을 포함하여 5개 품목의 출고가격을 평균 6%, 오뚜기는 2010. 2. 4. 주력품목인 진라면을 포함하여 22개 품목의 출고가격을 평균 4.5%, 야쿠르트는 2010. 2. 3. 주력품목인 일품해물라면을 포함하여 8개 품목의 출고가격을 평균 6% 각각 인하하였다(소갑174호증 농심 2010년 가격인하 품의서, 소갑175호증 삼양 2010년 가격인하 품의서, 소갑176호증 오뚜기 2010년 가격인하 품의서, 소갑177호증 야쿠르트 2010년 가격인하 품의서).

355      이러한 피심인들의 가격인하결정은 각자 독자적인 판단으로 보이는바, 삼양의 경우 그 가격인하일의 전일인 2010. 1. 28.을, 농심과 야쿠르트의 경우 역시 위 각 가격인하일의 전일인 2010. 2. 2.을 종기로 보며, 한편 오뚜기의 경우 담합에 참여한 4개사 중 3개사가 담합에서 탈퇴한 것으로 인정되고 오뚜기만 남게 되었는바, 이러한 경우에는 담합의 성립요건 중 '2인 이상 사업자들 사이의 의사의 합치'라는 요건을 충족하지 못하게 되어 그 담합은 종료되었다고 봄이 상당하므로[119] 오뚜기의 종기 역시 2010. 2. 2.로 본다.

  (3) 피심인별 위반행위 기간

356      피심인들의 위반행위 기간은 아래 <표 133>과 같다.

<표 133>          피심인별 위반행위 기간

| 피심인명 | 위반기간 |
|---|---|

---

117) 대법원 2008. 11. 13. 선고 2007두14602 판결 참조
118) 삼양은 가격을 인하하기에 앞서 2010. 1. 27. 전 직원에게 경쟁사와의 가격결정 관련 접촉 및 정보교환을 금지하기도 하였다(소갑178호증 공정거래원칙과 실천방안 공지).
119) 대법원 2010. 3. 11. 선고 2008두15176 판결 참조

| 농심 | 2001. 5. 21. ~ 2010. 2. 2. |
| 삼양 | 2001. 6. 1. ~ 2010. 1. 28. |
| 오뚜기 | 2001. 7. 1. ~ 2010. 2. 2. |
| 야쿠르트 | 2001. 6. 1. ~ 2010. 2. 2. |

다) 관련매출액

357    위 가)와 나)의 내용을 감안하여 피심인별로 관련매출액을 산출해 보면 아래
<표 134>와 같다.

<표 134>           피심인별 관련매출액

(단위: 원, 부가가치세 제외)

| 피심인 | 관련매출액 |
|---|---|
| 농심 | 7,719,302,376,734 |
| 삼양 | 1,230,661,833,640 |
| 오뚜기 | 820,723,458,761 |
| 야쿠르트 | 522,169,815,275 |

* 자료출처 : 피심인들 제출자료

358    위 금액은 군납, 특수 수요처 납품 제품 등 합의의 대상이 되지 않은 매출액
은 제외한 금액이며, 할인, 매출에누리 등을 제외한 순매출액이다.

라) 부과기준율

359    이 사건 공동행위는 위반행위 기간 동안 라면 제조원가의 60% 이상을 차지하는
밀가루 등 원재료 가격이 인상되어 가격인상 요인이 있었던 점, 담합의 내용에 있어서
피심인들이 특정 품목에 대해 가격을 인상하기로 합의하는 전형적인 가격담합의 형
태가 아니라 피심인들간 가격 및 경영정보 교환을 통해 농심의 가격인상을 나머지 3
사가 추종하거나, 농심이 나머지 3사의 추종행위를 확보하기 위한 것이었던 점, 정부
와의 사전협의로 가격인상이 억제되어 농심의 가격인상시 타사업자의 추종이 불가피
한 측면이 있는 점 등을 고려하여 이를 그 중대성이 약한 위반행위로 보고 2%의 부

과기준율을 적용하기로 한다.

마) 기본과징금의 산정

360    위 관련매출액에 부과기준율을 곱하여 산정한 피심인별 기본과징금은 아래 <표 135>와 같다.

<표 135>                       피심인별 기본과징금

(단위: 천 원)

| 피심인명 | 관련매출액 | 부과기준율(%) | 기본과징금 |
|---|---|---|---|
| 농심 | 7,719,302,376 | 2% | 154,386,047 |
| 삼양 | 1,230,661,833 | 2% | 24,613,236 |
| 오뚜기 | 820,723,458 | 2% | 16,414,469 |
| 야쿠르트 | 522,169,815 | 2% | 10,443,396 |

2) 의무적 조정과징금의 산정

361    피심인들의 경우 '위반행위의 횟수, 위반행위의 기간 및 부당이득'에 의한 의무적 조정과징금 가중사유에 해당사항이 없으므로 기본과징금과 동일한 금액을 의무적 조정과징금으로 한다.

3) 임의적 조정과징금의 산정

362    피심인 삼양은 이 사건 조사과정에서 대표이사 및 임원들을 포함한 관련자들의 진술 등 위반행위 입증에 필요한 자료를 제출하고 위반행위를 인정하는 등 조사에 적극 협력하였으므로 과징금고시 IV. 3. 다. (3) (가) 규정에 따라 의무적 조정과징금의 30%를 감경한다.

363    위 가중사유 및 감경사유를 반영하여 산정한 피심인별 임의적 조정과징금은 아래 <표 136>과 같다.

<표 136>                    피심인별 임의적 조정과징금

(단위: 천 원, %)

| 피심인 | 의무적 조정과징금 | 가중·감경률 | | | 임의적 조정과징금 |
|---|---|---|---|---|---|
| | | 가중 | 감경 | 조정률 | |
| 농 심 | 154,386,047 | – | – | – | 154,386,047 |
| 삼양 | 24,613,236 | – | △30 | △30 | 17,229,265 |
| 오뚜기 | 16,414,469 | – | – | – | 16,414,469 |
| 야쿠르트 | 10,443,396 | – | – | – | 10,443,396 |

4) 부과과징금의 결정

364   　정부와의 사전협의 등으로 인해 가격인상률이 제한되어 피심인들의 부당이득 액 규모가 크다고 볼 수 없고, 임의적 조정과징금이 그대로 부과될 경우 부당이득의 환수, 위반행위 방지 또는 제재목적 달성을 위하여 필요한 범위에 비하여 과중한 측 면이 있는 점을 감안하여 모든 피심인에 대하여 임의적 조정과징금의 30%를 감경한다.

365   　오뚜기와 야쿠르트의 경우 위반행위 기간 동안 라면부문 영업이익이 적자인 경우가 많았던 점을 고려하여 10%를 추가 감경하기로 한다.

366   　각 피심인별 최종 부과과징금은 위 금액에서 백만 원 단위 미만의 금액을 버 린 금액이 되며, 아래 <표 137>의 내역과 같다.

<표 137>                    피심인별 최종 부과과징금

(단위: 천 원, %)

| 피심인 | 임의적 조정과징금 | 감경율 | 최종 부과과징금 |
|---|---|---|---|
| 농 심 | 154,386,047 | △30 | 108,070,000 |
| 삼양 | 17,229,265 | △30 | 12,060,000 |
| 오뚜기 | 16,414,469 | △40 | 9,848,000 |
| 야쿠르트 | 10,443,396 | △40 | 6,266,000 |

4. 결론

*367*        피심인들의 위 2. 가.의 행위는 법 제19조 제1항 제1호에 위반되므로 시정조치
에 대해서는 법 제21조를, 과징금부과에 대해서는 법 제22조를 각각 적용하여 주문
과 같이 의결한다.

공정거래위원회는 위와 같이 의결하였다.


2012년    월      일


의      장      위 원 장    김 동 수

부위원장    정 재 찬

주심위원    김 학 현

위      원    장 용 석

위      원    안 영 호

위      원    양 명 조   임기만료로 서명날인 불능

위원장 김 동 수

위      원    이 홍 권   임기만료로 서명날인 불능

위원장 김 동 수

위      원    전 성 훈   임기만료로 서명날인 불능

위원장 김 동 수

<별지 1>

피심인들간 '거래처에 대한 영업지원책' 정보교환 내역

| 순번 | 일자 | 방법 | 정보교환 회사 | 교환정보 주요 내용 |
|---|---|---|---|---|
| 1 | 2003. 1. 8. | 이메일 | 농심➜삼양 | 농심 2003년 1월 특약점 자극책 |
| 2 | 2003. 3. 3. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2003년 3월 면 지원 정책 |
| 3 | 2003. 3. 5. | 이메일 | 농심➜삼양 | 농심 2003년 3월 특약점 자극책, 3-6월 영업직원 판매증대 인센티브 실시책 |
| 4 | 2003. 3. 5. | 이메일 | 농심➜삼양 | 농심 2003년 4월 특약점 자극책 |
| 5 | 2003. 4. 4. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2003년 4월 면 지원 정책 |
| 6 | 2003. 5. 10 | 이메일 | 농심➜삼양 | 농심 2003년 5월 특약점 자극책 |
| 7 | 2003. 5. 10. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2003년 5월 면 지원 정책 |
| 8 | 2003. 7. 7. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2003년 7월 면 지원 정책 |
| 9 | 2003. 7. 10. | 이메일 | 농심➜삼양 | 농심 2003년 7월 특약점 자극책 |
| 10 | 2003. 8. 6. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2003년 8월 면 지원 정책 |
| 11 | 2003. 9. 5. | 이메일 | 농심➜삼양 | 농심 2003년 9월 특약점 자극책 |
| 12 | 2003. 9. 8. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2003년 9월 면 지원 정책 |
| 13 | 2003. 10. 2. | 이메일 | 농심➜삼양 | 농심 2003년 10월 특약점 자극책 |
| 14 | 2003. 11. 4. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2003년 11월 면 지원 정책 |
| 15 | 2003. 11. 6. | 이메일 | 농심➜삼양 | 농심 2003년 11월 특약점 자극책 |
| 16 | 2003. 12. 8. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2003년 12월 면 지원 정책 |
| 17 | 2004. 1. 5. | 이메일 | 농심➜삼양 | 농심 2004년 1월 특약점 자극책<br>* 지원기간: 2004년 1/24 ~ 1/31 |
| 18 | 2004. 2. 4. | 이메일 | 농심➜삼양 | 농심 2004년 2월 특약점 자극책, 면류 특별지원책 * 지원기간: 2004년 2/23 ~ 2/29 |
| 19 | 2004. 2. 5. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2004년 1월 면 지원 정책 |
| 20 | 2004. 3. 9. | 이메일 | 농심➜삼양 | 농심 2004년 3월 특약점 자극책, 면류 특별지원책 * 지원기간: 2004년 3/24 ~ 3/31 |
| 21 | 2004. 3. 9. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2004년 3월 면 지원 정책 |
| 22 | 2004. 4. 2. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2004년 4월 면 지원 정책 |
| 23 | 2004. 4. 8. | 이메일 | 농심➜삼양 | 농심 2004년 4월 특약점 자극책, 면류 특별지원책 * 지원기간: 2004년 4/23 ~ 4/30 |
| 24 | 2004. 5. 6. | 이메일 | 농심(윤○○)➜삼양 | 농심 2004년 5월~7월 실시 예정 비수기 특별 판매촉진책<br>* 영업사원 평가 방법, 시판 부문과 직/특판 부문별 평가 기준 등에 대한 구체적인 내용 |
| 25 | 2004. 5. 6. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2004년 5월 면 지원 정책 |
| 26 | 2004. 6. 3. | 이메일 | 농심(윤○○)➜삼양 | 농심 2004년 6월 비수기 특별 판매촉진책 |
| 27 | 2004. 6. 8. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2004년 6월 면 지원 정책 |

| 28 | 2004. 7. 7. | 이메일 | 농심(윤○○)➡삼양 | 농심 2004년 7월 비수기 특별 판매촉진책 |
|---|---|---|---|---|
| 29 | 2004. 8. 2. | 이메일 | 농심(윤○○)➡삼양 | 농심 2004년 8월 특약점 판매촉진책 |
| 30 | 2004. 8. 11. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 2004년 8월 면 지원 정책 |
| 31 | 2004. 9. 2. | 이메일 | 농심(윤○○)➡삼양 | 농심 2004년 9월 특약점 판매촉진책, 면류 신제품 물량지원책, 2004년 8-10월 영업직원 인센티브 실시책, 3개월 간 실시 예정인 짜파게티 지점 인센티브 실시책 |
| 32 | 2004. 10. 8. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 2004년 10월 면 지원 정책 |
| 33 | 2004. 10. 14. | 이메일 | 농심➡삼양 | 농심 2004년 10월 특약점 자극책, 제품 지원책, 면류 신제품 물량지원책, 연쇄점 및 용기면 특약점 판매촉진책 |
| 34 | 2004. 11. 8. | 이메일 | 농심(윤○○)➡삼양 | 농심 2004년 11월 특약점 판매촉진책, 면류 신제품 물량지원책 |
| 35 | 2004. 12. 2. | 이메일 | 농심(윤○○)➡삼양 | 농심 2004년 12월 특약점 판매촉진책 |
| 36 | 2004. 12. 14. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 2004년 12월 면 지원 정책 |
| 37 | 2005. 1 .4. | 이메일 | 농심➡삼양 | 농심 2005년 1월 영업직원 인센티브 실시책 |
| 38 | 2005. 1. 4. | 이메일 | 농심➡삼양 | 농심 2005년 1월 특별 판매촉진책, 면류 지원책 |
| 39 | 2005. 1. 10. | 이메일 | 야쿠르트(이○○)➡삼양 | 야쿠르트 2005년 1월 면 지원 정책 |
| 40 | 2005. 2. 2. | 이메일 | 농심(윤○○)➡삼양 | 농심 2005년 2월 특별 판매촉진책, 면/스넥류 지원책 |
| 41 | 2005. 2. 7. | 이메일 | 농심(윤○○)➡삼양 | 농심 2005년 2월 영업직원 인센티브 실시책 |
| 42 | 2005. 2. 11. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2005년 2월 면 지원 정책 |
| 43 | 2005. 3. 3. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2005년 3월 면 시판 영업지원 정책 |
| 44 | 2005. 3. 3. | 이메일 | 농심(윤○○)➡삼양 | 농심 2005년 3월 특별 판매촉진책, Big 5 제품군 매출 증대 인센티브 실시책, 면류 물량 지원책 |
| 45 | 2005. 4. 1. | 이메일 | 농심(윤○○)➡삼양 | 농심 2005년 4월 특약점 판매촉진책, 영업직원 인센티브 실시책, 면류 물량 지원책 |
| 46 | 2005. 5. 5. | 이메일 | 농심(윤○○)➡삼양 | 농심 2005년 5월 특약점 판매촉진책, 영업직원 인센티브 실시책, 면류 물량 지원책 |
| 47 | 2005. 6. 1. | 이메일 | 농심➡삼양 | 농심 2005년 6월 기본 지원정책, 면류 지원정책 |
| 48 | 2005. 6. 7. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2005년 6월 정책 |
| 49 | 2005. 7. 5. | 이메일 | 농심(윤○○)➡삼양 | 농심 2005년 7월 특약점 판매촉진책, 면류 지원책 |
| 50 | 2005. 9. 1. | 이메일 | 농심➡삼양 | 농심 2005년 9월 특약점 판매촉진책, 면류 지원책, 2005년 4/4분기 영업직원 인센티브 실시책 |
| 51 | 2005. 10. 14 | 이메일 | 농심(윤○○)➡삼양 | 농심 2005년 4/4분기 특약점 판매촉진책<br>- 2005년 10월~12월 실시 예정 시책 세부 내용<br>2005년 10월 면류 지원책 |
| 52 | 2006. 1. 5. | 이메일 | 농심➡삼양 | 농심 2006년 1월 특약점 판매촉진책, 면류 지원책<br>농심 2006년 1/4분기 영업직원 인센티브 실시책<br>- 2006년 1월~3월 실시 예정 시책 세부 내용 |

| 53 | 2006. 2. 3. | 이메일 | 농심(윤○○)➔삼양 | 농심 2006년 2월 특약점 판매촉진책, 면류 지원책 |
|---|---|---|---|---|
| 54 | 2006. 4. 4. | 이메일 | 농심➔삼양 | 농심 2006년 4월 특약점 판매촉진책, 영업지점 인센티브 실시책, 면류 지원책 |
| 55 | 2006. 4. 7. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2006년 4월 판매전략 |
| 56 | 2006. 5. 8. | 이메일 | 농심➔삼양 | 농심 2006년 5월 특약점 판매촉진책, 면류 지원책 |
| 57 | 2006. 6. 2. | 이메일 | 농심➔삼양 | 농심 2006년 6월 특약점 판매촉진책, 면류 지원책 |
| 58 | 2006. 6. 5. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2006년 6월 판매전략 |
| 59 | 2006. 7. 6. | 이메일 | 농심➔삼양 | 농심 2006년 7월 특약점 판매촉진책, 면류 지원책 |
| 60 | 2006. 8. 1. | 이메일 | 농심➔삼양 | 농심 2006년 8월 특약점 판매촉진책, 특약점 일자별 균형판매 지원책, 면류 지원책 |
| 61 | 2006. 10. 2. | 이메일 | 농심➔삼양 | 농심 2006년 10월 특약점 판매촉진책, 면류 지원책 |
| 62 | 2006. 10. 12. | 이메일 | 야쿠르트(김○○)➔삼양 | 야쿠르트 2006년 10월 정책 |
| 63 | 2006. 11. 3. | 이메일 | 농심➔삼양 | 농심 2006년 11월 특약점 판매촉진책, 면류 지원책 |
| 64 | 2006. 12. 7. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2006년 12월 판매전략 |
| 65 | 2006. 12. 7. | 이메일 | 삼양➔농심(윤○○) | 삼양 2006년 12월 판매전략 |
| 66 | 2007. 1. 3. | 이메일 | 농심➔삼양 | 농심 2007년 1월 특약점 판매촉진책, 면류 지원책 |
| 67 | 2007. 1. 5. | 이메일 | 삼양➔농심(윤○○) | 삼양 2007년 1월 판매전략 |
| 68 | 2007. 1. 5. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년 1월 판매전략 |
| 69 | 2007. 2. 6. | 이메일 | 농심➔삼양 | 농심 2007년 2월 특약점 판매촉진책, 면류 지원책 |
| 70 | 2007. 2. 7. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년 2월 판매전략 |
| 71 | 2007. 3. 2. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년 3월 판매전략 |
| 72 | 2007. 3. 8. | 이메일 | 삼양➔농심(윤○○) | 삼양 2007년 3월 판매전략 |
| 73 | 2007. 5. 4. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년 5월 판매전략 |
| 74 | 2007. 5. 4. | 이메일 | 삼양➔ 오뚜기(정○○) | 삼양 2007년 5월 판매전략 |
| 75 | 2007. 5. 4. | 이메일 | 삼양➔ 농심(윤○○) | 삼양 2007년 5월 판매전략 |
| 76 | 2007. 6. 7. | 이메일 | 삼양➔ 농심(최○○), 야쿠르트(김○○), 오뚜기(정○○) | 삼양 2007년 6월 판매전략 |
| 77 | 2007. 7. 2. | 이메일 | 농심➔삼양 | 농심 2007년 7월 특약점 판매촉진책, 용기면 판촉지원책 |
| 78 | 2007. 9. 3. | 이메일 | 농심(최○○)➔삼양 | 농심 9월 영업지원책, 연쇄점 본부 및 용기면 특약점 지원책 |
| 79 | 2007. 10. 4. | 이메일 | 농심(최○○)➔삼양 | 농심 2007년 10월 영업지원책, 연쇄점 본부 및 용기면 특약점 지원책 |
| 80 | 2007. 10. 4. | 이메일 | 삼양➔오뚜기(정○○), 농심(최○○), 야쿠르트(김○○) | 삼양 2007년 10월 판매전략 |
| 81 | 2007. 11. 5. | 이메일 | 농심(최○○)➔삼양 | 농심 판촉지원 |

| 82 | 2007. 11. 9. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 2007년 11월 판매전략 |
|---|---|---|---|---|
| 83 | 2007. 11. 9. | 이메일 | 삼양➜ 농심(최○○) | 삼양 2007년 11월 판매전략 |
| 84 | 2007. 12. 3. | 이메일 | 농심(최○○)➜삼양 | 농심 2007년 12월 영업지원책, 연쇄점 본부 용기면 지원책 |
| 85 | 2007. 12. 11 | 이메일 | 삼양➜농심(최○○), 야쿠르트(김○○) | 삼양 2007년 12월 판매전략 |
| 86 | 2008. 1. 7. | 이메일 | 농심➜삼양 | 농심 2008년 1월 영업지원책 |
| 87 | 2008. 2. 4. | 이메일 | 농심➜삼양 | 농심 2008년 2월 영업지원책 |
| 88 | 2008. 3. 3. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 2008년 3월 판매전략 |
| 89 | 2008. 3. 3. | 이메일 | 삼양➜ 농심(최○○) | 삼양 2008년 3월 판매 전략 |
| 90 | 2008. 3. 4. | 이메일 | 농심(최○○)➜삼양 | 농심 2008년 3월 영업지원책 |
| 91 | 2008. 4. 2. | 이메일 | 농심(최○○)➜삼양 | 농심 2008년 4월 영업정책 |
| 92 | 2008. 5. 2. | 이메일 | 농심(최○○)➜삼양 | 농심 2008년 5월 영업정책 |
| 93 | 2008. 7. 2. | 이메일 | 농심➜삼양 | 농심 2008년 7월 영업정책 |
| 94 | 2008. 8. 4. | 이메일 | 농심➜삼양 | 농심 2008년 8월 마켓총괄 판매촉진책(특약점, 연쇄점본부, 직거래점) 내부 발표자료 |
| 95 | 2008. 10. 20. | 이메일 | 농심➜삼양 | 농심 판매장려금 지원체계<br>– "매출지원: 매월 제가 통보해드리는 정책으로 매월 통상적인 지원요율은 3.2% 내외에서 책정"<br>– "면, 스낵의 경우 통상 특약점 매출금액의 1.5% 수준으로 배송지원금 수혜"<br>– "따라서 당사의 전체적인 지원금은 기본지원 + 매출지원 + 배송지원 3개 항목의 계로 산출됩니다." |
| 96 | 2008. 11. 14. | 이메일 | 농심➜삼양 | 농심 2008년 11월 특약점별 매출 지원 내역 |
| 97 | 2009. 2. 9. | 이메일 | 농심➜삼양 | 농심 2009년 2월 영업전략 |

<별지 2>

피심인들간 '신제품 출시 계획' 등 정보교환 내역

| 순번 | 일자 | 방법 | 정보교환 회사 | 교환정보 주요 내용 |
|---|---|---|---|---|
| 98 | 2004. 1. 18. | 대면 | 오뚜기(홍○○)➔ 삼양(김○○) | 오뚜기 신제품 "P세대 라면" 출시계획<br>- 출시예정일, 공장도가 소비자가, 주 고객 등 |
| 99 | 2005. 9. 2. | 이메일 | 농심➔삼양 | 농심 "오징어짬뽕컵" 등 refreshing 제품 출하예정일, 디자인과 제품질의 변경 내용 |
| 100 | 2005. 11. 9. | 이메일 | 농심➔삼양 | 농심 "김치사발면" 규격 변경 내용, 출하예정일 |
| 101 | 2006. 2. 28. | 이메일 | 농심➔삼양 | 농심 "생생칼국수 해물맛" 제품명 변경, 제품질 개선, 디자인 변경 내용, 출하예정일 |
| 102 | 2006. 3. 21. | 이메일 | 농심➔삼양 | 농심 "순한 너구리", "멸치 칼국수", "진국사리곰탕" 제품의 멀티팩 출시 정보, 각 멀티팩별로 제품 규격, 공장도가, 소비자가, 출하예정일 |
| 103 | 2006. 3. 28. | 이메일 | 농심➔삼양 | 농심 "녹두국수 봄비" 출시계획<br>- 제품 규격, 공장도가, 소비자가, 출하예정일 |
| 104 | 2006. 6. 23. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 "불고기맛비빔컵" 출시계획<br>- '06년 판매목표, 공장도가, 소비자가, 제품 특징, 디자인, 출시 후 2006.7월까지의 판촉계획 |
| 105 | 2006. 7. 14. | 이메일 | 야쿠르트(김○○)➔삼양 | 야쿠르트 "GS25 PB제품" 출시계획 |
| 106 | 2006. 8. 28. | 이메일 | 야쿠르트(김○○)➔삼양 | 야쿠르트 "고추장맛 장라면" 관련 출시계획<br>- 공장 생산일, 제품 규격, 공장도가, 소비자가, 컨셉, 광고일정 및 예산 |
| 107 | 2006. 9. 25. | 이메일 | 농심➔삼양 | 농심 신제품 "감자탕면" 출시계획<br>- 제품 규격, 공장도가, 판촉 지원계획 등 |
| 108 | 2006. 12. 27. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 "장라면 고추장맛" 용기면 제품 컨셉, 내용물, 공장도가, 소비자가, 출시예정일 등 |
| 109 | 2006. 12. 27. | 이메일 | 삼양 ➔농심(윤○○) | 삼양 "슬림컵 바지락칼국수" 출시계획<br>- 제품 규격, 공장도가, 소비자가, 출시예정일, 제품의 특징, 디자인 등 |
| 110 | 2007. 1. 15. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 신제품 현황 |
| 111 | 2007. 2. 20. | 이메일 | 삼양 ➔농심(윤○○) | 삼양 "맛있는 라면" TV 광고 일정 정보 |
| 112 | 2007. 3. 20. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 "맛있는 라면" 판촉 이벤트 정보 |
| 113 | 2007. 3. 20. | 이메일 | 삼양 ➔농심(윤○○) | 삼양 "맛있는 라면" 판촉 이벤트 정보 |
| 114 | 2007. 3. 20. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 "팔도 평양 물냉면" 제품 출시 계획<br>- 제품 규격, 소비자가, 공장도가, 발매예정일 등<br>"팔도 함흥 비빔냉면", "팔도 콩국수" 등 하절기 제품에 대한 세부 정보 |
| 115 | 2007. 3. 22. | 이메일 | 삼양➔오뚜기(정○○) | 삼양의 출시 제품 현황 |

| 116 | 2007. 3. 27. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트의 "일품 짜장면" 신제품 출시계획<br>- 출시예정일, 공장도가, 소비자가 등 |
| 117 | 2007. 4. 4. | 이메일 | 삼양 ➡농심(윤○○) | 삼양 "짜짜로니" 포장 변경 및 행사에 관한 정보 |
| 118 | 2007. 4. 4. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 "짜짜로니" 포장 변경 및 행사에 관한 정보 |
| 119 | 2007. 4. 4. | 이메일 | 삼양➡오뚜기(정○○) | 삼양 "짜짜로니" 포장 변경 및 행사에 관한 정보 |
| 120 | 2007. 4. 26. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 단종 제품 정보 |
| 121 | 2007. 4. 26. | 이메일 | 삼양(윤○○)➡농심 | 삼양 단종 제품 정보 |
| 122 | 2007. 4. 26. | 이메일 | 삼양➡오뚜기(정○○) | 삼양 단종 제품 정보 |
| 123 | 2007. 5. 4. | 이메일 | 오뚜기(정○○)➡삼양 | 오뚜기 "스낵면" 신규 TV 광고 일정 및 포장지 변경에 관한 정보 |
| 124 | 2007. 6. 5. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 "일품 짜장컵" 신제품 출시계획<br>- 출시예정일, 공장도가, 소비자가 등 |
| 125 | 2007. 6. 7. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 신제품 소개서 |
| 126 | 2007. 6. 11. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 신제품 "간짬뽕" 출시계획 |
| 127 | 2007. 6. 11. | 이메일 | 삼양➡농심(최○○) | 삼양 신제품 "간짬뽕" 출시계획 |
| 128 | 2007. 6. 11. | 이메일 | 삼양➡오뚜기(정○○) | 삼양 신제품 "간짬뽕" 출시계획 |
| 129 | 2007. 6. 12. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 신제품 "라볶이 먹는날" 출시계획 |
| 130 | 2007. 6. 12. | 이메일 | 삼양➡농심(최○○) | 삼양 신제품 "라볶이 먹는날" 출시계획 |
| 131 | 2007. 6. 12. | 이메일 | 삼양➡오뚜기(정○○) | 삼양 신제품 "라볶이 먹는날" 출시계획 |
| 132 | 2007. 6. 15. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 단종 제품 현황 |
| 133 | 2007. 7. 13. | 이메일 | 농심➡삼양 | 농심 신제품 "새우탕컵면" 출시계획<br>- 출하예정일, 제품 규격, 공장도가, 소비자가, 판촉 지원책 등 |
| 134 | 2007. 7. 16. | 이메일 | 삼양➡야쿠르트(김○○) | 농심 신제품 "새우탕컵면" 출시계획 |
| 135 | 2007. 7. 30. | 이메일 | 삼양➡오뚜기(정○○) | 삼양 "맛있는 라면" 소비자 프로모션 정보 |
| 136 | 2007. 8. 17. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 "왕뚜껑 브랜드 제품 전략"<br>- "왕뚜껑컵"을 철수하는 대신, PS사발 시장 진입한다는 전략<br>- "미니왕뚜껑"의 공장도가, 소비자가, 제품 특징, 광고 판촉 전략 |
| 137 | 2007. 9. 3. | 이메일 | 농심(최○○)➡삼양 | 농심 신제품 "건면세대(청국장)" 출시 일정 연기 |
| 138 | 2007. 9. 12. | 이메일 | 농심(최○○)➡삼양 | 농심 신제품 "건면세대(청국장)" 출시계획<br>- 공장도가, 소비자가, 판촉 지원책 등 |
| 139 | 2007. 9. 12. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 단산 예정 품목과 단산 추진 사유 등 |
| 140 | 2007. 12. 10. | 이메일 | 농심(최○○)➡삼양 | 농심 "건면세대" 신제품 및 리뉴얼 제품 사진 |
| 141 | 2007. 12. 12. | 이메일 | 삼양➡야쿠르트(김○○) | 농심 "건면세대" 신제품 및 리뉴얼 제품 사진 |
| 142 | 2007. 12. 18. | 이메일 | 삼양➡농심(최○○) | 삼양 "손칼국수" 디자인 변경 정보 |

| 143 | 2007. 12. 18. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 "손칼국수" 디자인 변경 정보 |
|---|---|---|---|---|
| 144 | 2008. 1. 2. | 이메일 | 농심➡삼양 | 농심 "신라면 김치"에 관한 정보<br>- 출하예정일, 공장도가, 소비자가<br>- "신라면 김치"의 사진 이미지, 규격 정보 |
| 145 | 2008. 1. 9. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 신제품 "황태라면" 출시계획<br>- 이미지 사진, 제품 규격, 공장도가, 소비자가, 제품의 특징(맛)과 원료 특징 등 |
| 146 | 2008. 3. 3. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 기존 제품 "해물파티" 단종 정보와 "해물짬뽕" 출시계획 |
| 147 | 2008. 3. 25. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 "비유탕면제품" 세부 내역 등 |
| 148 | 2008. 4. 10. | 이메일 | 농심➡삼양 | 농심 "둥지냉면 물냉면" 등 4개 품목 공장도가, 소비자가, 유통 마진율 등 |
| 149 | 2008. 5. 2. | 이메일 | 농심➡삼양 | 농심 "아낌없이 담은 라면" 2종 출시계획<br>- 출하예정일, 공장도가, 소비자가, 유통 마진율, 포장 디자인 등 |
| 150 | 2008. 7. 31. | 이메일 | 농심➡삼양 | 농심 "건면세대짬뽕" 신제품 출시계획<br>- 출하예정일, 공장도가, 소비자가 등 |
| 151 | 2008. 10. 10. | 이메일 | 삼양➡오뚜기(정○○) | 삼양 "쌀라면 떡국맛" 디자인 변경 정보 |
| 152 | 2008. 10. 10. | 이메일 | 삼양➡농심 | 삼양 "쌀라면 떡국맛" 디자인 변경 정보 |
| 153 | 2008. 10. 10. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 "쌀라면 떡국맛" 디자인 변경 정보 |
| 154 | 2008. 10. 14. | 이메일 | 농심➡삼양 | 농심 "농심건면" 4종에 관한 정보<br>- 품목별 공장도가, 소비자가 제공<br>- 제품 중단 여부 등에 관한 정보 |
| 155 | 2008. 12. 12. | 이메일 | 농심➡삼양 | 농심 "후루룩국수" 신제품 출시계획<br>- 출하예정일, 공장도가, 소비자가, 구성비, 유통마진율 등 |

&lt;별지 3&gt;

<p style="text-align:center">피심인들간 '판매실적' 정보 교환 내역</p>

| 순번 | 일자 | 방법 | 정보교환 회사 | 교환 정보 주요 내용 |
|---|---|---|---|---|
| 156 | 2003. 3. 24. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2002년 12월 실적(수량) |
| 157 | 2003. 3. 24. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2003년 1월, 2월 실적(수량) |
| 158 | 2003. 4. 17. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2003년 3월 실적(수량) |
| 159 | 2003. 5. 11. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2003년 4월 실적(수량) |
| 160 | 2003. 6. 24. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2003년 5월 실적(수량) |
| 161 | 2003. 12. 3. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2003년 11월 실적(수량) |
| 162 | 2004. 5. 13. | 이메일 | 야쿠르트➡삼양 | 농심 품목별 2004년 1월, 2월, 3월, 4월 실적(수량) |
| 163 | 2004. 6. 11. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2004년 5월 실적(수량) |
| 164 | 2004. 7. 15. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2004년 6월 실적(수량) |
| 165 | 2004. 7. 20. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 2003년 상반기 대비 2004년 상반기 실적 |
| 166 | 2004. 7. 26. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2004년 5월 실적(수량) |
| 167 | 2004. 8. 11. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2004년 6월 실적(수량) |
| 168 | 2004. 10. 25 | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2004년 7월 실적(수량) |
| 169 | 2004. 10. 25. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2004년 8월 실적(수량) |
| 170 | 2005. 1. 20. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 및 농심 품목별 실적 |
| 171 | 2005. 2. 11. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2005년 1월 실적 |
| 172 | 2005. 3. 7. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2005년 2월 실적 |
| 173 | 2005. 4. 27. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2005년 3월 실적 |
| 174 | 2006. 1. 16. | 이메일 | 삼양➡농심(윤○○) | 삼양 2006년 판매목표 |
| 175 | 2006. 2. 2. | 이메일 | 삼양➡농심(윤○○) | 삼양 2006년 1월 실적 |
| 176 | 2006. 2. 3. | 이메일 | 농심(윤○○)➡삼양 | 농심 2006년 1월 실적, 2월 목표 |
| 177 | 2006. 2. 6. | 이메일 | 농심➡삼양 | 농심 2005년 거래 유형별 매출 구성비 |
| 178 | 2006. 2. 6. | 이메일 | 삼양➡농심(윤○○) | 삼양의 거래유형별 매출 비중, 2006년 목표실적 |
| 179 | 2006. 3. 6. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2006년 2월 실적 |
| 180 | 2006. 3. 20. | 이메일 | 야쿠르트(김○○)➡삼양 | 농심 품목별 2005년 10월, 11월, 12월 실적(수량) |
| 181 | 2006. 4. 3. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2006년 1월, 2월 실적, 3월 가마감 실적 |
| 182 | 2006. 4. 3. | 이메일 | 야쿠르트➡삼양 | 농심 품목별 2006년 1월, 2월 실적(수량) |
| 183 | 2006. 4. 10. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 2006년 3월 실적 |
| 184 | 2006. 4. 27. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 2006년 4월 예상실적 |
| 185 | 2006. 5. 8. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 2006년 4월 실적 |
| 186 | 2006. 5. 15. | 이메일 | 야쿠르트(김○○)➡삼양 | 농심 품목별 2006년 3월, 4월 실적(수량, 공가) |
| 187 | 2006. 6. 9. | 이메일 | 야쿠르트(김○○)➡삼양 | 야쿠르트 품목별 2006년 3월, 4월 실적(수량) |
| 188 | 2006. 6. 27. | 이메일 | 야쿠르트➡삼양 | 농심 품목별 2006년 5월 실적(수량) |
| 189 | 2006. 6. 29. | 이메일 | 삼양➡야쿠르트(김○○) | 삼양 2006년 6월 실적 |
| 190 | 2006. 7. 10. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2006년 6월 실적(수량) |

| 191 | 2006. 7. 24. | 이메일 | 야쿠르트➔삼양 | 농심 품목별 2006년 3, 4, 5, 6월 실적(수량) |
| 192 | 2006. 8. 17. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2006년 7월 실적(공가, 수량)<br>농심 품목별 2006년 7월 실적(수량) |
| 193 | 2006. 8. 30. | 이메일 | 야쿠르트(김○○)➔삼양 | 야쿠르트 2006년 8월 예상 실적 |
| 194 | 2006. 9. 6. | 이메일 | 야쿠르트(김○○)➔삼양 | 야쿠르트 품목별 2006년 8월 실적(공가, 수량, 금액) |
| 195 | 2006. 10. 31. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2006년 10월 목표, 예상마감 실적 |
| 196 | 2006. 11. 7. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2006년 10월 실적(공가, 수량, 금액) |
| 197 | 2006. 12. 11. | 이메일 | 삼양➔농심(윤○○) | 삼양 2006년 11월 실적 |
| 198 | 2006. 12. 11 | 이메일 | 삼양➔야쿠르트(김○○) | 삼양의 2006년 11월 실적 |
| 199 | 2006. 12. 12. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2006년 11월 실적(공가, 수량, 금액) |
| 200 | 2007. 1. 3. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2006년 12월 실적(수량, 금액) |
| 201 | 2007. 1. 5. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년도 매출목표 |
| 202 | 2007. 1. 5. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2006년 4분기 실적 |
| 203 | 2007. 1. 5. | 이메일 | 삼양➔농심(윤○○) | 삼양 2007년도 매출목표, 2006년 4분기 실적 |
| 204 | 2007. 2. 12. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2007년 1월 실적(수량, 금액) |
| 205 | 2007. 2. 27. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년 2월 예상 실적 |
| 206 | 2007. 3. 2. | 이메일 | 삼양➔농심(윤○○) | 삼양 "맛있는 라면" 2007년 2월 실적 |
| 207 | 2007. 3. 13. | 이메일 | 삼양➔농심(윤○○) | 삼양 2007년 2월 실적과 동향 |
| 208 | 2007. 3. 20. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 신제품 매출현황 |
| 209 | 2007. 3. 22. | 이메일 | 삼양➔오뚜기(정○○) | 삼양 2007년 2월 실적 |
| 210 | 2007. 3. 23. | 이메일 | 야쿠르트➔삼양 | 농심 품목별 2007년 1월, 2월 실적(수량, 금액) |
| 211 | 2007. 3. 23. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2007년 2월 실적(수량, 금액) |
| 212 | 2007. 4. 5. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2007년 3월 실적(수량, 금액) |
| 213 | 2007. 4. 27. | 이메일 | 삼양➔농심(윤○○) | 삼양 2007년 1분기 실적 |
| 214 | 2007. 4. 27. | 이메일 | 삼양➔오뚜기(정○○) | 삼양 2007년 1분기 실적 |
| 215 | 2007. 4. 27. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년 1분기 실적 |
| 216 | 2007. 4. 27. | 이메일 | 오뚜기➔삼양 | 오뚜기 품목별 2007년 1월, 2월, 3월 실적(금액) |
| 217 | 2007. 4. 30. | 이메일 | 야쿠르트(김○○)➔삼양 | 야쿠르트 2007년 1분기 실적(금액) |
| 218 | 2007. 5. 4. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2007년 4월 실적(수량, 금액) |
| 219 | 2007. 5. 7. | 이메일 | 삼양➔오뚜기(정○○) | 삼양 2007년 4월 실적 |
| 220 | 2007. 6. 4. | 이메일 | 야쿠르트➔삼양 | 농심 품목별 2007년 3월, 4월 실적(수량, 금액) |
| 221 | 2007. 6. 4. | 이메일 | 농심➔삼양 | 농심 품목별 2007년 5월 실적(수량, 금액) |
| 222 | 2007. 6. 8. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2007년 5월 실적(공가, 수량, 금액) |
| 223 | 2007. 7. 2. | 이메일 | 삼양➔농심(최○○) | 삼양 2007년 상반기 실적 |
| 224 | 2007. 7. 2. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년 상반기 실적 |
| 225 | 2007. 7. 3. | 이메일 | 농심➔삼양 | 농심 품목별 2007년 6월 실적(수량, 금액) |
| 226 | 2007. 7. 4. | 이메일 | 삼양➔오뚜기(정○○) | 삼양 2007년 상반기 실적 |
| 227 | 2007. 7. 9. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2007년도 거래 유형별 실적 비중 추이 |

| 228 | 2007. 7. 9. | 이메일 | 삼양➜농심(최○○) | 삼양 2007년도 거래 유형별 매출 비중 추이 |
|---|---|---|---|---|
| 229 | 2007. 7. 10. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 품목별 2007년 6월 실적(수량, 금액) |
| 230 | 2007. 7. 16. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2007년 1/4분기, 2/4분기 실적(목표대비 달성율) |
| 231 | 2007. 7. 16. | 이메일 | 삼양➜오뚜기(정○○) | 삼양이 오뚜기에 오뚜기 상반기 실적 제공 요구 |
| 232 | 2007. 7. 23. | 이메일 | 삼양➜농심(최○○) | 삼양 2007년 7월 목표, 22일 현재 매출액 |
| 233 | 2007. 7. 23. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 2007년 7월 목표와 22일 현재 매출액 |
| 234 | 2007. 7. 30. | 이메일 | 삼양➜오뚜기(정○○) | 삼양 2007년 7월 29일 현재 실적 |
| 235 | 2007. 8. 1. | 이메일 | 농심(최○○)➜삼양 | 농심 품목별 2007년 7월 실적(수량, 금액) |
| 236 | 2007. 8. 8. | 이메일 | 오뚜기(정○○)➜삼양 | 오뚜기 메밀비빔면 판매 실적 |
| 237 | 2007. 8. 27. | 이메일 | 농심➜삼양 | 농심 2007년 8월 실적(목표대비 달성율) |
| 238 | 2007. 8. 31. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 2007년 8월 실적, 매출목표 및 달성율 |
| 239 | 2007. 9. 10. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 품목별 2007년 8월 실적(수량, 금액) |
| 240 | 2007. 10. 1. | 이메일 | 삼양➜농심(최○○) | 삼양 2007년 9월 실적 |
| 241 | 2007. 10. 1. | 이메일 | 농심(최○○)➜삼양 | 농심이 삼양에 월별 매출금액 정보 제공 요구 |
| 242 | 2007. 10. 1. | 이메일 | 농심➜삼양 | 농심 품목별 2007년 9월 실적(수량, 금액) |
| 243 | 2007. 10. 9. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 품목별 2007년 9월 실적(수량, 금액) |
| 244 | 2007. 10. 15. | 이메일 | 야쿠르트➜삼양 | 야쿠르트, 농심 2007년 1~10월 매월 목표 금액 |
| 245 | 2007. 10. 29. | 이메일 | 농심➜삼양 | 농심 2006년 1월~2007년 9월 거래 유형별 매출액 |
| 246 | 2007. 10. 29. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 2007년 3분기 실적 |
| 247 | 2007. 10. 29. | 이메일 | 삼양➜오뚜기(정○○) | 삼양 2007년 3분기 실적 |
| 248 | 2007. 10. 30. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 채널별 판매비중 |
| 249 | 2007. 10. 30. | 이메일 | 삼양➜농심(최○○) | 삼양 채널별 판매비중 |
| 250 | 2007. 10. 30. | 이메일 | 농심➜삼양 | 농심 품목별 2007년 7월, 8월, 9월 실적(목표대비 달성율, 전월대비 증감율) |
| 251 | 2007. 10. 30. | 이메일 | 농심(최○○)➜삼양 | 농심이 삼양에 실적 정보 제공 요구 |
| 252 | 2007. 10. 31. | 이메일 | 농심➜삼양 | 농심 2006년, 2007년 거래 유형별 매출액 |
| 253 | 2007. 11. 1. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 2007년 3/4분기 실적(목표대비 달성율) |
| 254 | 2007. 11. 27. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 2007년 11월 26일까지의 실적<br>* "수신자 :야쿠르트, 농심"으로 기재 |
| 255 | 2007. 11. 27. | 이메일 | 삼양➜농심(최○○) | 삼양 2007년 11월 26일 현재 실적 |
| 256 | 2007. 12. 5. | 이메일 | 삼양➜농심(최○○) | 삼양 2007년 11월 실적, 12월 목표 |
| 257 | 2007. 12. 6. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 품목별 2007년 11월 실적 |
| 258 | 2007. 12. 7. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 2007년 12월 판매목표 |
| 259 | 2008. 1. 7. | 이메일 | 농심(최○○)➜삼양 | 농심 2008년 1월 판매목표<br>농심이 삼양에 2008년 1월 판매목표 제공 요구 |

| 260 | 2008. 1. 7. | 이메일 | 삼양➔농심(최○○) | 삼양 2008년 1월 판매목표 |
|---|---|---|---|---|
| 261 | 2008. 1. 7. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2008년 1월 판매목표 |
| 262 | 2008. 2. 1. | 이메일 | 농심(최○○)➔삼양 | 농심 2008년 1월 실적<br>농심이 삼양에 2008년 2월 판매목표 제공 요구 |
| 263 | 2008. 2. 29. | 이메일 | 삼양➔오뚜기(정○○) | 삼양 2008년 2월 실적 |
| 264 | 2008. 3. 3. | 이메일 | 야쿠르트(김○○)➔<br>삼양, 농심(박○○) | 야쿠르트 2008년 3월 판매 목표 |
| 265 | 2008. 3. 10. | 이메일 | 농심(최○○)➔ 삼양 | 농심 2008년 3월 판매목표 |
| 266 | 2008. 3. 10. | 이메일 | 야쿠르트(김○○)➔ 삼양,<br>농심(박○○) | 야쿠르트 실적 |
| 267 | 2008. 3. 14. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2008년 1월, 2월 실적(수량, 금액) |
| 268 | 2008. 3. 14. | 이메일 | 삼양➔농심(최○○) | 삼양 2008년 1월, 2월 실적 |
| 269 | 2008. 3. 14. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2008년 1월, 2월 실적 |
| 270 | 2008. 3. 14. | 이메일 | 삼양➔오뚜기(정○○) | 삼양 2008년 1월, 2월 실적 |
| 271 | 2008. 4. 11. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2008년 3월 실적(수량, 금액) |
| 272 | 2008. 4. 16. | 이메일 | 농심➔삼양 | 농심 2008년 수도권과 지방권의 매출규모별 비중 |
| 273 | 2008. 5. 22. | 이메일 | 야쿠르트➔삼양 | 농심, 야쿠르트 품목별 2007년 월별 실적(수량, 금액) |
| 274 | 2008. 5. 29. | 이메일 | 오뚜기(정○○)➔삼양 | 오뚜기 2008년 1월, 2월, 3월, 4월 실적 |
| 275 | 2008. 5. 29. | 이메일 | 야쿠르트➔삼양 | 농심 품목별 2008년 2월, 3월, 4월 실적(수량, 금액) |
| 276 | 2008. 6. 2. | 이메일 | 농심➔삼양 | 농심 2008년 5월 실적(금액) |
| 277 | 2008. 6. 12. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 2008년 5월 실적(수량, 금액) |
| 278 | 2008. 7. 3. | 이메일 | 삼양➔야쿠르트(김○○) | 삼양 2008년 6월 실적 |
| 279 | 2008. 7. 3. | 이메일 | 삼양➔오뚜기(정○○) | 삼양 2008년 6월 실적 |
| 280 | 2008. 7. 4. | 이메일 | 삼양➔농심(최○○) | 삼양 2008년 6월 실적 |
| 281 | 2008. 7. 8. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2008년 6월 실적(수량, 금액) |
| 282 | 2008. 7. 15. | 이메일 | 야쿠르트➔삼양 | 농심 품목별 2008년 1월~6월 월별 실적(수량, 금액) |
| 283 | 2008. 7. 16. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 2008년 1월~6월 월별 실적(금액) |
| 284 | 2008. 7. 18. | 이메일 | 농심➔삼양 | 농심 2008년 1월~6월 월별 실적(목표대비 달성율) |
| 285 | 2008. 8. 7. | 이메일 | 오뚜기➔삼양 | 오뚜기 2007년 1월~6월 월별 실적(금액) |
| 286 | 2008. 8. 14. | 이메일 | 야쿠르트➔삼양 | 야쿠르트  품목별 2008년 7월 실적(수량, 금액) |
| 287 | 2008. 9. 29. | 이메일 | 야쿠르트➔삼양 | 농심 품목별 2008년 6월, 7월, 8월 실적(수량) |
| 288 | 2008. 10. 8. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2008년 8월 실적(수량, 금액) |
| 289 | 2008. 10. 15. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2008년 9월 실적(수량, 금액) |
| 290 | 2008. 10. 20. | 이메일 | 오뚜기➔삼양 | 오뚜기 품목별 2008년 1월~9월 실적(수량) |
| 291 | 2008. 11. 5. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 품목별 2008년 10월 실적(수량, 금액) |
| 292 | 2008. 11. 12. | 이메일 | 야쿠르트➔삼양 | 농심 품목별 2008년 1월~8월 실적(수량, 금액) |

| 293 | 2008. 12. 8. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2008년 11월 실적(수량, 금액) |
| 294 | 2008. 12. 30. | 이메일 | 농심➡삼양 | 농심 2008년 월별 실적 |
| 295 | 2009. 1. 8. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 2007년, 2008년 월별 실적 |
| 296 | 2009. 1. 16. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2008년 12월 실적(수량, 금액) |
| 297 | 2009. 1. 21. | 이메일 | 농심➡삼양 | 농심 2006년, 2007년 월별 실적 |
| 298 | 2009. 2. 9. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2009년 1월 실적(수량, 금액) |
| 299 | 2009. 2. 10. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2004년~2007년 실적(금액) |
| 300 | 2009. 2. 17. | 이메일 | 야쿠르트➡삼양 | 농심 품목별 2009년 실적(수량, 금액) |
| 301 | 2009. 3. 10. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2009년 2월 실적(수량, 금액) |
| 302 | 2009. 3. 10. | 이메일 | 오뚜기➡삼양 | 오뚜기 품목별 2009년 1월, 2월 실적(수량) |
| 303 | 2009. 4. 6. | 이메일 | 농심➡삼양 | 농심 2009년 1월, 2월, 3월 목표 및 실적 |
| 304 | 2009. 4. 14. | 이메일 | 야쿠르트➡삼양 | 야쿠르트 품목별 2009년 3월 실적(수량, 금액) |

<별지 4>

피심인들간 '조직 및 인사 변동' 정보 교환 내역

| 순번 | 일자 | 방법 | 정보교환 회사 | 교환정보 주요 내용 |
|---|---|---|---|---|
| 305 | 2004. 8. 11. | 이메일 | 야쿠르트➜삼양 | 야쿠르트 토요 휴무제 근로지침 |
| 306 | 2004. 12. 9. | 이메일 | 농심(윤○○)➜삼양 | 농심 조직도 |
| 307 | 2005. 1. 4. | 이메일 | 농심(윤○○)➜삼양 | 농심 2005년 경영지침 |
| 308 | 2005. 3. 15. | 이메일 | 야쿠르트(김○○)➜삼양 | 야쿠르트 2005년 조직현황 |
| 309 | 2005. 4. 20. | 이메일 | 농심➜삼양 | 농심 2005년 영업조직 |
| 310 | 2005. 9. 2. | 이메일 | 농심➜삼양 | 농심 지점장 승진내용(2005년 9월 2일) |
| 311 | 2006. 1. 5. | 이메일 | 농심➜삼양 | 농심 신년사 |
| 312 | 2006. 4. 4. | 이메일 | 농심➜삼양 | 2006년 농심 영업조직 변경 |
| 313 | 2006. 8. 1. | 이메일 | 농심➜삼양 | 2006년 농심 총괄 조직도 |
| 314 | 2006. 10. 11. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양이 야쿠르트에 "시장동향보고서" 양식 제공 |
| 315 | 2006. 11. 15. | 이메일 | 야쿠르트(김○○)➜삼양 | 야쿠르트가 삼양에 "영업조직, 영업사원"에 관한 조사 협조 요청 |
| 316 | 2006. 12. 17. | 이메일 | 야쿠르트➜삼양 | 2007년 팔도 인사 |
| 317 | 2006. 12. 27. | 이메일 | 삼양➜농심(윤○○) | 삼양 마케팅 담당 중역 인사 이동 정보 |
| 318 | 2007. 1. 2. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 2007년 인사발령 및 조직개편 정보 |
| 319 | 2007. 1. 2. | 이메일 | 삼양➜농심(윤○○) | 삼양 2007년 인사발령 및 조직개편 정보 |
| 320 | 2007. 1. 3. | 이메일 | 농심➜삼양 | 농심 신년사 |
| 321 | 2007. 1. 3. | 이메일 | 삼양➜농심(윤○○) | 삼양 신년사 |
| 322 | 2007. 1. 4. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 신년사 |
| 323 | 2007. 1. 18. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 조직도 |
| 324 | 2007. 1. 18. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 면류 생산라인 현황 |
| 325 | 2007. 3. 2. | 이메일 | 삼양➜농심(윤○○) | 삼양 유통영업팀 개편 정보 |
| 326 | 2007. 10. 1. | 이메일 | 농심(최○○)➜삼양 | 농심 2007년 조직 개편 내용 |
| 327 | 2007. 10. 1. | 이메일 | 농심(최○○)➜삼양 | 2007년 농심 조직 개편 주요 내용 |
| 328 | 2007. 11. 30. | 이메일 | 농심(최○○)➜삼양 | 임원 인사 |
| 329 | 2007. 11. 30. | 이메일 | 농심(최○○)➜삼양 | 조직 개편 |
| 330 | 2008. 1. 15. | 이메일 | 농심➜삼양 | 손욱 대표이사회장 취임동향 |
| 331 | 2008. 1. 16. | 이메일 | 농심➜삼양 | 농심 신년사 |
| 332 | 2008. 4. 16. | 이메일 | 농심(최○○)➜삼양 | 농심 특약점 정보 |
| 333 | 2008. 5. 15. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 영업조직 변경 정보 |
| 334 | 2008. 5. 15. | 이메일 | 삼양➜농심(최○○) | 삼양 영업조직 변경 정보 |
| 335 | 2008. 10. 6. | 이메일 | 삼양➜농심(최○○) | 삼양 기구조정 관련 정보 |
| 336 | 2008. 10. 6. | 이메일 | 삼양➜야쿠르트(김○○) | 삼양 기구조정 관련 정보 |
| 337 | 2008. 10. 6. | 이메일 | 삼양➜오뚜기(정○○) | 삼양 기구조정 관련 정보 |

| 338 | 2008. 12. 12. | 이메일 | 야쿠르트➔삼양 | 야쿠르트 2009년도 조직개편안 |
| 339 | 2008. 12. 26. | 이메일 | 농심➔삼양 | 농심 2009년 영업조직도 |
| 340 | 2008. 12. 30. | 이메일 | 농심➔삼양 | 농심 조직도(20090101) |
| 341 | 2009. 1. 5. | 이메일 | 오뚜기➔삼양 | 오뚜기 신년사 |

<별지 5>

이 사건 공동행위에서의 피심인들의 관련상품

| 가격인상<br>시기 | 피심인명 | 가격인상<br>품목 수 | 가격인상 품목명 |
|---|---|---|---|
| 2001년<br>5~7월 | 농심 | 34개 | 안성탕면, 신라면, 너구리(얼), 너구리(순), 짜파게티, 오징어짬뽕, 진국사리곰탕, 보글보글찌개면, 콩라면(얼큰), 콩라면(구수), 모듬해물탕면, 소고기라면, 김치라면, 생생우동(봉지), 생생짬뽕, 생생떡볶이, 멸치칼국수, 신라면큰사발, 새우탕큰사발, 우육탕큰사발, 김치큰사발, 튀김우동큰사발, 육개장큰사발, 짜장큰사발, 육개장사발, 김치사발, 신라면컵, 신짜장범벅, 콩라면컵, 보글보글도시락, 사천짜장(용기), 투나잇(소고기), 투나잇(해물탕), 생생우동(용기) |
| | 삼양 | 17개 | 삼양라면, 수타면, 쇠고기면, 컵삼양라면, 큰컵삼양라면, 대관령김치, 포장우동, 손칼국수, 열무비빔면, 짜짜로니, 해물파티, 육개장용기, 김치용기, 컵수타면, 큰컵수타면, 큰냄비(육, 김, 우, 새, 짜) 미스터빅 |
| | 오뚜기 | 52개 | 진라면순한맛, 진라면매운맛, 열라면, 김치라면, 짜장파티, 메밀비빔면, 북경반점짜장, 꽃게탕면, 전골면, 빨개면, 스낵면, 쇠고기라면, 스파게티, 해물짬뽕, 빨개면 쇠고기용기, 참깨라면용기, 빨개면쇠고기맛, 빨개면김치맛, 육개장용기, 새우탕용기, 김치면용기, 진라면용기, 꽃게탕면용기, 북경반점짜장용기, 육개장매운맛용기, 생우동 등 |
| | 야쿠르트 | 18개 | 김치왕뚜껑, 도시락, 맵시면, 빅쓰리참치, 빅쓰리해물, 얼큰한김치라면, 왕뚜껑, 왕라면, 왕라면랍스타, 왕컵랍스타, 왕컵시원한맛, 왕컵육개장, 우동왕뚜껑, 육개장, 짜장왕뚜껑, 큰새우탕, 팔도비빔면, 팔도짜장면 |
| 2002년<br>10월<br>~2003년<br>1월 | 농심 | 39개 | 안성탕면, 신라면, 너구리(얼), 너구리(순), 모듬해물탕면, 진국사리곰탕, 오징어짬뽕, 짜파게티, 콩라면(얼큰), 보글보글찌개면, 무파마탕면, 새우탕면, 사천짜장, 김치찌개라면, 생생우동(봉지), 생생짬뽕, 생생떡볶이, 생생라면, 멸치칼국수, 신라면컵, 레드범벅, 사리곰탕컵, 짜장범벅, 육개장사발, 김치사발, 보글보글도시락, 신라면큰사발, 새우탕큰사발, 우육탕큰사발, 김치큰사발, 튀김우동큰사발, 짜장큰사발, 육개장큰사발, 사리곰탕큰사발, 무파마큰사발, 사천짜장(용기), 무파마뚝배기, 페이스트짜파게티, 생생우동(용기) |

- 153 -

| | 삼양 | 28개 | 사리면, 쇠고기면, 대관령김치, 신육개장, 포장우동, 삼양라면, 안튀긴면, 열무비빔면, 해물파티, 손칼국수, 수타면, 짜짜로니, 쌀설렁탕면, 쌀라면, 한컵의 수다(짜, 짜떡), 컵삼양라면, 육개장용기, 김치라면용기, 수타컵, 큰냄비(육, 김, 우, 새, 짜), 큰컵수타면, 큰컵수타해물, 큰컵삼양라면 |
|---|---|---|---|
| | 오뚜기 | 40개 | 열라면, 진라면매운맛, 진라면순한맛, 김치라면, 짜장파티, 메밀비빔면, 북경반점짜장, 스낵면, 쇠고기라면, 스파게티, 라면사리, 육개장용기, 참깨라면용기, 북경반점짜장용기, 꽃게탕면용기, 진라면용기, 김치면용기, 새우탕용기, 육개장매운맛용기, 생우동, 유부생우동 등 |
| | 야쿠르트 | 25개 | 김치맵시면덕용, 김치왕뚜껑, 도시락, 맵시면, 볶음김치면, 비빔면컵, 빅쓰리참치, 빅쓰리해물, 순면크로렐라, 얼큰한김치라면, 왕뚜껑, 왕라면, 왕컵랍스타, 왕컵시원한맛, 왕컵육개장, 왕컵진국, 우동왕뚜껑, 육개장, 일품해물라면, 진국설렁탕면, 짜장왕뚜껑, 짬뽕왕뚜껑, 큰새우탕, 팔도비빔면, 팔도짜장면 |
| 2003년 12월 ~2004년 4월 | 농심 | 24개 | 안성탕면, 신라면, 너구리(얼), 너구리(순), 모듬해물탕면, 진국사리곰탕, 콩라면, 오징어짬뽕, 짜파게티, 보글보글찌개면, 무파마탕면, 새우탕면, 사천짜장면, 멸치칼국수, 육개장사발, 김치사발, 보글보글도시락, 신라면큰사발, 새우탕큰사발, 튀김우동큰사발, 김치큰사발, 육개장큰사발, 사리곰탕큰사발, 우육탕큰사발 |
| | 삼양 | 27개 | 사리면, 대관령김치, 신육개장, 포장우동, 삼양라면, 안튀긴면, 열무비빔면, 해물파티, 손칼국수, 수타면, 짜짜로니, 쌀설렁탕면, 쌀라면, 한컵의수다(짜, 짜떡), 컵삼양라면, 육개장용기, 김치라면용기, 수타컵, 큰냄비(육, 김, 우, 새, 짜), 큰컵수타면, 큰컵수타해물, 짜장면는날 |
| | 오뚜기 | 47개 | 진라면순한맛, 진라면매운맛, 짜장파티, 북경반점짜장, 스파게티, 스낵면, 메밀비빔면, 열라면, 김치라면, 비냉, 북경반점짬뽕, 진라면용기, 육개장매운맛용기, 김치면용기, 육개장(용기), 새우탕용기, 열라면용기, 꽃게탕면용기, 북경반점짜장용기, 빨개면쇠고기맛용기, 참깨라면용기 등 |
| | 야쿠르트 | 19개 | 김치왕뚜껑, 도시락, 맵시면, 물비빔면, 순면크로렐라, 얼큰한김치라면, 왕뚜껑, 왕라면, 우동왕뚜껑, 육개장, 이천쌀설렁탕면, 일품해물라면, 진국설렁탕면, 짜장왕뚜껑, 짬뽕왕뚜껑, 참마시육개장, 참마시해물, 팔도비빔면, 팔도짜장면 |
| 2004년 12월 ~2005년 | 농심 | 37개 | 안성탕면, 신라면, 너구리(얼), 너구리(순), 모듬해물탕면, 짜파게티, 진국사리곰탕, 오징어짬뽕, 보글보글찌개면, 무파마탕면, 감자면, 새우탕면, 사천짜파게티, 채식주의, 생생우동(봉지), 생 |

| | | | |
|---|---|---|---|
| 4월 | | | 생칼국수(해물), 멸치칼국수, 육개장사발, 김치사발, 보글보글도시락, 김치컵, 사리곰탕컵, 감자면짜장범벅, 감자면카레범벅, 신라면큰사발, 새우탕큰사발, 튀김우동큰사발, 김치큰사발, 짜장큰사발, 사리곰탕큰사발, 육개장큰사발, 우육탕큰사발, 무파마른사발, 사천짜파(용기), 무파마뚝배기, 사리곰탕뚝배기, 생생우동(용기) |
| | 삼양 | 32개 | 대관령김치, 신육개장, 포장우동, 삼양라면, 안튀긴면, 열무비빔면, 해물파티, 손칼국수, 수타면, 짜짜로니, 쌀설렁탕면, 쌀라면, 삼양김치라면, 삼양감자라면, 사리면, 한컵의수다(짜, 짜떡), 컵삼양라면, 육개장용기, 김치라면용기, 수타컵, 큰냄비(육, 김, 우, 새, 짜), 큰컵수타면, 큰컵수타해물, 짜장면먹는날, 큰컵삼양라면, 큰컵삼양라면우동, 모밀우동 |
| | 오뚜기 | 64개 | 진라면순한맛, 진라면매운맛, 짜장파티, 북경반점짜장, 스파게티, 사골곰탕면, 메밀비빔면, 열라면, 북경반점짬뽕, 육개장매운맛용기, 김치면용기, 육개장용기, 새우탕용기, 진라면용기, 열라면용기, 꽃게탕면용기, 북경반점짜장용기, 스파게티용기, 라면볶이용기, 짜장볶이용기, 열라면컵, 김치컵, 육개장컵, 사골곰탕면컵, 생우동, 유부생우동, 생칼국수(해물맛) 등 |
| | 야쿠르트 | 24개 | 김치맵시면덕용, 김치왕뚜껑, 도시락, 볶음김치면, 비빔면컵, 빅쓰리참치, 빅쓰리해물, 얼큰한김치라면, 왕뚜껑, 왕뚜껑컵, 왕라면, 왕컵육개장, 왕컵일품해물, 왕컵진국, 우동왕뚜껑, 육개장, 이천쌀설렁탕면, 일품해물라면, 짜장왕뚜껑, 짬뽕왕뚜껑, 참마시김치, 참마시해물, 팔도비빔면, 팔도짜장면 |
| 2007년 3월~9월 | 농심 | 39개 | 안성탕면, 신라면, 농심라면육개장, 너구리(얼), 너구리(순), 모듬해물탕면, 보글보글찌개면, 감자탕면, 진국사리곰탕, 오징어짬뽕, 짜파게티, 무파마탕면, 감자면, 채식주의, 새우탕면, 사천요리짜파게티, 생생우동(봉지), 생생칼국수(해물), 찰비빔면, 멸치칼국수, 메밀소바맛면, 짜장범벅, 신라면컵, 사리곰탕컵, 오징어짬뽕컵, 육개장사발, 김치사발, 안성탕면사발, 새우탕큰사발, 우육탕큰사발, 김치큰사발, 튀김우동큰사발, 짜장큰사발, 육개장큰사발, 신라면큰사발, 사리곰탕큰사발, 무파마른사발, 무파마뚝배기, 생생우동(용기) |
| | 삼양 | 28개 | 쇠고기면, 대관령김치, 신육개장, 삼양라면, 안튀긴면, 열무비빔면, 해물파티, 손칼국수, 수타면, 짜짜로니, 쌀설렁탕면, 된장라면, 잔치국수, 쌀라면, 삼양김치라면, 삼양감자라면, 바지락칼국수, 한컵의수다(짜, 짜떡), 컵삼양라면, 육개장용기, 수타컵, 큰컵수타면, 큰컵수타해물, 짜장면먹는날, 큰컵삼양라면, 큰컵삼양라면우동, 큰컵육개장 |

| | | | |
|---|---|---|---|
| | 오뚜기 | 90개 | 진라면 순한맛, 진라면 매운맛, 쇠고기라면업소용, 라면사리, 북경반점짜장, 스파게티, 사골곰탕면, 스낵면, 짜장파티, 열라면, 김치라면, 북경반점짬뽕, 미소라면, 육개장매운맛용기, 육개장용기, 새우탕용기, 김치면용기, 육개장컵, 라면볶이용기, 스파게티용기, 짜장볶이용기, 튀김우동용기, 미소라면용기, 미소라면미니컵, 진라면컵순한맛, 진라면컵매운맛, 사골곰탕면컵, 열라면컵, 생우동, 생칼국수(해물맛), 생면사리 등 |
| | 야쿠르트 | 21개 | 구수장라면, 김치왕뚜껑, 녹차ені로렐라, 도시락, 맵시면, 비빔면컵, 비빔짜장컵, 얼큰한김치라면, 왕뚜껑, 왕뚜껑컵, 왕라면, 왕컵육개장, 왕컵일품해물, 왕컵진국, 우동왕뚜껑, 일품해물라면, 장라면고추장, 장라면고추장맛큰컵, 짬뽕왕뚜껑, 참마시김치, 팔도비빔면 |
| 2008년 2월~4월 | 농심 | 42개 | 안성탕면, 신라면김치, 신라면, 농심라면육개장, 모듬해물탕면, 너구리(얼), 너구리(순), 감자탕면, 보글보글찌개면, 오징어짬뽕, 짜파게티, 진국사리곰탕, 새우탕면, 감자면, 무파마탕면, 사천요리짜파게티, 생생우동(봉지), 생생야끼우동, 생생칼국수(해물), 찰비빔면, 멸치칼국수, 메밀소바맛면, 짜장범벅, 사리곰탕컵, 새우탕컵, 신라면컵, 오징어짬뽕컵, 김치사발, 안성탕면사발, 육개장사발, 김치큰사발, 사리곰탕큰사발, 새우탕큰사발, 신라면큰사발, 우육탕큰사발, 육개장큰사발, 짜장큰사발, 튀김우동큰사발, 무파마큰사발, 사천짜파(용기), 무파마뚝배기, 생생우동(용기) |
| | 삼양 | 32개 | 사리면, 쇠고기면, 대관령김치, 된장라면, 삼양라면, 안튀긴면, 열무비빔면, 손칼국수, 수타면, 짜짜로니, 쌀설렁탕면, 쌀라면, 잔치국수, 스파게티, 삼양김치라면, 맛있는라면, 삼양감자라면, 장수면, 간짬뽕, 바지락칼국수, 컵삼양라면, 육개장용기, 수타컵, 컵맛있는라면, 큰컵수타면, 큰컵수타해물, 짜장면먹는날, 큰컵삼양라면, 큰컵삼양라면우동, 큰컵육개장, 큰컵맛있는라면, 라볶이먹는날 |
| | 오뚜기 | 72개 | 진라면순한맛, 진라면매운맛, 라면사리, 북경반점짜장, 스파게티, 사골곰탕면, 백세카레면, 스낵면, 오동통면얼큰한맛, 열라면, 김치라면, 북경반점짬뽕, 메밀비빔면, 미소라면, 육개장매운맛용기, 육개장용기, 새우탕용기, 김치면용기, 참깨라면용기, 육개장컵, 라면볶이용기, 스파게티용기, 짜장볶이용기, 튀김우동용기, 미소라면용기, 미소라면미니컵, 백세카레면미니컵, 진라면컵순한맛, 진라면컵매운맛, 사골곰탕면컵, 열라면컵, 생우동, 생칼국수(해물맛), 생면사리 등 |
| | 야쿠르트 | 23개 | 구수장라면, 김치왕뚜껑, 도시락, 맵시면, 미니왕뚜껑, 미니짜장왕뚜껑, 비빔면컵, 비빔짜장컵, 얼큰장라면, 왕뚜껑, 왕뚜껑컵, 왕라면, 왕컵육개장, 왕컵일품해물, 우동왕뚜껑, 일품짜장면, 일품해물라면, 일품해물라면컵, 장라면고추장맛큰컵, 짬뽕왕뚜껑, 팔도비빔면, 팔도설렁탕, 팔도설렁탕왕컵 |