# EXHIBIT B

Fair Trade Commission

All members' conference

Decision 2012 – 107th                    7/12/2012

| | |
|---|---|
| Case Number | 2012KAJO0123 |
| Case Name | Case about unfair collective actions of four Ramyun manufacture/distribution businesses |
| The Indictees | 1. Nong Shim, Inc. |
| | 370-1 Sindaebang-dong, Dongjak-gu, Seoul. |
| | CEO; Park,_____ |
| | Agents, Attorneys: Kee Rok Choi, Seok Kyu Choi, Seoung Joon Kang, Tae Joon Bae |
| | 2. Sam Yang Foods, Inc |
| | 82-9 Hawolgok-1-dong, Seongbuk-gu, Seoul. |
| | CEO: Jun,_____ |
| | Agents: Law firm, Kwang Jang [Lee & Ko] |
| | Attorneys-in-charge: Sung Man Kim, Jin Hwan Jung, Hyun Young Ju |
| | 3. Ottogi, Inc. |
| | 160 Pyeongchon-dong Dongan-gu, Anyang |
| | CEO: Lee,_____ |

- 1 -

Agents: Law firm, LLC, Hwa Woo [Yoon & Yang, LLC]

Attorneys-in-charge: Ho Il Yoon, Jae Young Kim, Song Ryu

4. Korea Yakult, Inc.

28-10 Jamwon-dong, Seocho-gu, Seoul

CEO: Yang,_____

Agents: Law firm, Se Jong [Shin & Kim]

Attorneys-in-charge: Young Chul Lim, Chang Young Jo, Jong Chae Jung, Joon Buhm Chun, Do Young Kim, Ye Sun Han

- 1 -

I, Annie Eunhee Lee, being fluent in both the Korean and the English languages and certified by the State of California to interpret and translate the two languages, hereby, certify, under the penalty of perjury pursuant to the laws of the United States and the State of California, that I translated the above document, titled Fair Trade Commission and it is a true and correct translation to the best of my knowledge. [sic] is mine.

Annie Eunhee Lee, Certified Court Interpreter

P.O. Box 480147 Los Angeles, CA 90048

California Judicial Council Certificate #301157

November 4, 2013

-2-